IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NATHAN ANDREW BAGLEY**                                                                     **PLAINTIFF**

v.                               **CASE NO. 2:19-cv-00164-JM**

**HELENA-WEST HELENA SCHOOL DISTRICT,**
Acting by and through the **HELENA-WEST HELENA**
**SCHOOL BOARD OF DIRECTORS; HELENA-WEST HELENA**
**SCHOOL BOARD MEMBERS LOISTYNE BURRELL,**
**SANETTA DAVIS, LYNN BOONE, EARNEST SIMPSON, JR.,**
**DANIEL STRICKLAND, JANICE WILLIAMS, and**
**TROY BOBO, individually and in their official capacity**            **DEFENDANTS**

## AFFIDAVIT OF LINDA ENGLISH

COMES the Affiant, being duly sworn and states:

1. My name is Linda English and I am the Superintendent of the Helena-West Helena School District ("District"). I have served in this position since 2018. Previously, I was the Interim Superintendent and the Deputy Superintendent of the District.

2. On June 20, 2011, the District was placed under State control, whereby the elected school board was relieved of its duties and the superintendent reported directly to the Secretary of the Arkansas Department of Education, acting on behalf of the Arkansas State Board of Education. Local control was returned to the District on March 10, 2016, and thereafter locally elected school board was installed in November of 2016.

3. I am familiar with the prior individuals who served as superintendent of the District, who include:

- Willie Easter (BM): 2003-2004
- Earnest Simes (BM): 2005
- Rudolph Howard (BM): 2005-2008
- Roy Bridges (WM): 2008-2009

**EXHIBIT 1**

- Willie Williams (BM): 2009-2011
- Suzanne McCommon (WF): 2011-2013
- Jon Hoy (BM): 2013-2016
- Linda English (BF): 2017-2020

FURTHER AFFIANT SAYETH NOT.

*Linda English*

Linda English, Superintendent
Helena-West Helena School District

01/20/2021

Date

STATE OF ARKANSAS    )
                     ) ss.    **VERIFICATION**
COUNTY OF PHILLIPS   )

Subscribed and sworn to before me, the undersigned Notary Public, this 20th day of January, 2021.

*Margo D. Sadler*
Notary Public

My Commission Expires:    (SEAL)

April 1, 2026

[Notary Seal: MARGO D. SADLER, NOTARY, My Comm. Expires APRIL 1, 2026, #12347245, PULASKI CO., ARKANSAS, PUBLIC]