## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

-------------------------------------------------------

NATHAN ANDREW BAGLEY,

PLAINTIFF,

VS.          NO. 2:19-cv-00164-JM

HELENA-WEST HELENA SCHOOL DISTRICT,
Acting by and through the
HELENA-WEST HELENA SCHOOL BOARD OF
DIRECTORS; HELENA-WEST HELENA SCHOOL
BOARD MEMBERS LOISTYNE BURRELL,
SANETTA DAVIS, LYNN BOONE, EARNEST
SIMPSON, JR., DANIEL STRICKLAND,
JANICE WILLIAMS, and TROY BOBO,
individually and in their official
capacity,

DEFENDANTS.

-------------------------------------------------------

---o---
DEPOSITION
OF
NATHAN ANDREW BAGLEY

---o---

TUESDAY, DECEMBER 1, 2020

---o---

## Page 2

APPEARANCES:

ON BEHALF OF PLAINTIFF:

JAMES F. VALLEY, ESQUIRE
   Valley Law Firm
   423 Rightor Street
   Helena, Arkansas  72342

ON BEHALF OF DEFENDANTS:

W. CODY KEES, ESQUIRE
JAY BEQUETTE, ESQUIRE  (Not Present)
   Bequette, Billingsley and Kees
   425 West Capitol Avenue
   Suite 3200
   Little Rock, Arkansas  72201
BRAD BEAVERS, ESQUIRE
   Beavers and Cline
   P. O. Box 924
   Forrest City, Arkansas  72336

---o---

2

## Page 3

### INDEX

WITNESS:                          PAGE:

NATHAN ANDREW BAGLEY
   Direct Examination............................  5

---o---

### EXHIBITS

Exhibit One........................................  60

---o---

Reporter's Certificate..............................  176

---o---

3

## Page 4

1      The deposition of Nathan Andrew Bagley
2   was taken before me, Debbye L. Petre, Certified Court
3   Reporter and notary public within and for the County
4   of Pulaski, State of Arkansas, duly commissioned and
5   acting, on Tuesday, December 1, 2020, beginning at the
6   hour of 10:00 a.m., at the Offices of Valley Law Firm,
7   423 Rightor Street, Helena, Arkansas.
8         Said deposition being taken in
9   accordance with the Rules of Federal Procedure and
10  pursuant to the provisions of the Arkansas Rules of
11  Civil Procedure at instance of counsel for the
12  Defendants in the above-styled case in the United
13  States District Court, Eastern District of Arkansas,
14  Delta Division.
15            ---o---
16  THEREUPON, the following proceedings were had,
17  to-wit:
18            ---o---
19
20
21
22
23
24
25

**EXHIBIT 2**

Page 5

```
 1              P R O C E E D I N G S
 2   WHEREUPON,
 3              NATHAN ANDREW BAGLEY,
 4   having been called for examination, and having been
 5   first duly sworn, was examined and testified as
 6   follows:
 7              DIRECT EXAMINATION
 8   BY MR. KEES:
 9   Q   Okay.  Mr. Bagley, if you would, state your name
10   for the record.
11   A   Nathan Andrew Bagley.
12   Q   Mr. Bagley, I have never met you until just now,
13   but you obviously know Mr. Beavers.  And I'm going to
14   lead this in taking your deposition today.  Okay?
15   A   Okay.
16   Q   Have you ever given a deposition before?
17   A   No.
18   Q   Have you ever attended a deposition?
19   A   No.
20   Q   Okay.  But you are in a family of lawyers, so
21   you know what a deposition is?
22   A   And I have testified in court.
23   Q   Okay.  I won't go over all the rules.  But just
24   briefly, I'm going to ask some questions today
25   regarding your lawsuit.  And allow me to finish my
```

Page 6

```
 1   question before you answer so Ms. Petre here has a
 2   clean record.  Okay?
 3   A   Okay.
 4   Q   And then, if you don't understand anything that
 5   I ask, please ask me to clarify, because I want to
 6   make sure when we finish here today that your answers
 7   were truthful and it wasn't because of any confusion
 8   on my part of what I asked.  Okay?
 9   A   Okay.
10   Q   So, it's informal in that you are more than
11   welcome to ask me to clarify something if you don't
12   understand it.  Okay?
13   A   Okay.
14   Q   And I also know that you may need to take some
15   breaks, which is absolutely fine, take them any time.
16   A   (Indicated yes.)
17   Q   Let me start.  I want to better understand the
18   timeline of your involvement on the Board at Helena
19   School District.  Did you first join the Community
20   Advisory Board?
21   A   Yes.
22   Q   If I take my mask down a little bit, is that
23   okay with you?
24   A   Yeah, that's fine.
25   Q   We are not quite six feet apart.  It doesn't
```

Page 7

```
 1   bother me, if it doesn't bother you.  And it was
 2   called the CAB?
 3   A   Yes.  It was Community Advisory Board.  And, of
 4   course, I had had some involvement in the district
 5   prior to that.  I was a teacher for a little while, I
 6   did a lot of fund-raising through the Booster Club for
 7   many years, was the play-by-play voice for 15 years.
 8   Q   Sure.  So, the Community Advisory Board, was
 9   that under the direction of Commissioner Key?
10   A   I ended up serving under three different
11   commissioners during that time.  We came in on the
12   tail end of Kimbrell, then Wood, then Key.
13   Q   So, let's start there.  The district was taken
14   over by the state under Tom Kimbrell?
15   A   Right.  And we were put in place just before he
16   leaves, shortly before.
17   Q   All right.  So, do you remember what date that
18   was that the district was taken over?
19   A   Not off the off of my head.
20   Q   It would have been towards the end of Kimbrell's
21   term?
22   A   And then, we were there for Tony Wood and with
23   Mr. Key.
24   Q   So, were you appointed by Kimbrell?
25   A   Yes.
```

Page 8

```
 1   Q   For a five-year term, or did they have terms?
 2   A   I think the way that was set up is, we were
 3   going to function until local control was returned or
 4   some other punitive action was taken.
 5   Q   And Wood was only there for about, what, a year
 6   or so; is that right?
 7   A   I think you are right.
 8   Q   So, how did you come about being on the CAB,
 9   Community Advisory Board?
10   A   Well, at the time, I was kind of out of public
11   life, and was doing the charitable work through the
12   Booster Club for the district.  And Suzann McCommon
13   was the -- I think her official title was chief
14   executive officer.  They didn't call her
15   superintendent, but that's what she was, is de facto
16   superintendent.  And she came to me and asked me to
17   serve.  And, of course, she knew how important public
18   schools were to me, and how important I thought the
19   success of this district was.  And if you know Suzann
20   McCommon, which Brad does, you do not tell Suzann
21   McCommon "no".
22   Q   Okay.  So, had she been -- I knew her when she
23   was at the Co-op.  Had she been appointed by Kimbrell
24   in that role --
25   A   Yes.
```

## Page 9

1    Q  -- as executive officer?

2    A  Yes. She was appointed by the state.

3    Q  So, when the state took over -- I would rather

4  have a year. So, if we could think about what year

5  that was.

6    A  And we have all slept since then.

7    Q  Okay. Let me just say this. When the --

8    A  I believe it was 2013.

9    Q  Okay.

10    A  Because I am on there for a little over five

11  years, and leave at the end of 2018.

12    Q  Okay. And this is all public record. But let's

13  just, for the sake of our discussion, use 2013 when

14  the state takes over.

15    A  No. The state takes over before that.

16    Q  Okay.

17    A  The state takes over in 2011, in June of 2011.

18  And it kept it for five years.

19    Q  Right. And you come on --

20    A  In 2013.

21    Q  -- in 2013?

22    A  (Indicated yes.)

23    Q  So, you were asked to do that by Suzann

24  McCommon?

25    A  And so, I applied and they went through their

## Page 10

1  vetting process and I was chosen.

2    Q  Did you get a call from anyone at the Department

3  of Education?

4    A  Yes, I did.

5    Q  Who, if you recall?

6    A  I don't remember the lady's name, but she was an

7  assistant to Mr. Kimbrell at the time.

8    Q  Okay.

9    A  I remember where I was standing. It was on the

10  gym parking lot at the school.

11    Q  Right. But you anticipated the call, because

12  you had applied to be on the CAB?

13    A  I knew there was a good chance.

14    Q  And you come on as one of how many members at

15  the time?

16    A  I don't believe we ever had a full seven when it

17  was Community Advisory Board. And I believe we

18  started with six.

19    Q  Were they already functioning when you came on?

20    A  No, no. We come in as a block.

21    Q  Okay. So, for roughly two years, the district

22  was under state control without an Advisory Board?

23    A  It's a little less than two, the way the

24  timeline goes, but, yes.

25    Q  Sure. And then, you come on with the original

## Page 11

1  five or six to start the CAB?

2    A  Correct.

3    Q  Did you have officers?

4    A  Very shortly thereafter, we did elect officers.

5  And I was selected as the president and would remain

6  president through the CAB time, and then the one

7  two-year term that I served under local control.

8    Q  So, local control was established when?

9    A  In 2016 with the November elections. So, as

10  soon as those were certified, late November or early

11  December. I can't remember.

12    Q  And you ran for a spot?

13    A  Uh-huh. (Indicated yes.)

14    Q  And you were elected?

15    A  Yes.

16    Q  Did you draw straws for your terms?

17    A  We did, and I drew the short stick.

18    Q  I guess you did. Because you could serve up to

19  five; correct?

20    A  Right. And I think Mr. Boone and Mr. Troy Bobo

21  got the fives.

22    Q  And you served as president for the entire three

23  years --

24    A  The entire time.

25    Q  -- you were on the CAB?

## Page 12

1    A  Well, it ends up being five. Because I leave in

2  '18.

3    Q  Well, yes. But it wasn't a CAB.

4    A  Oh, yeah, I understand.

5    Q  It wasn't an Advisory Board in November of 2016?

6    A  Right.

7    Q  It was a legal School Board; right?

8    A  Right.

9    Q  So, I just want to talk about the time that you

10  were on the CAB. And you are calling it CAB, you

11  obviously know what I mean. Did you get any direction

12  or guidance as to what your role was? And I say

13  "you", I'm talking plural, the Board.

14    A  Well, and it differed from commissioner to

15  commissioner. Mr. Kimbrell basically said, "I'm

16  relying on y'all to give me recommendations," and he

17  largely followed it. He treated us like a Board.

18  Tony Wood wished we didn't exist, quite frankly.

19    Q  What do you mean by that?

20    A  I went to meet with him one time, there was some

21  disagreement between the Community Advisory Board and

22  him over buildings and how to deal with buildings,

23  facilities, plans, and things like that. And he flat

24  out told me, "I am not fixing to talk to a Community

25  Advisory Board member. I run this school district."

Page 13

1   So, that was Mr. Wood's attitude.
2   Q    You had one interaction with him?
3   A    One, and then a brief one the day we got local
4   control back. And he was up there in his capacity as
5   superintendent --
6   Q    Yes.
7   A    -- for another district.
8   Q    So, let's go back to this interaction with Tony
9   Wood. You went to Little Rock?
10  A    Uh-huh. (Indicated yes.)
11  Q    Yes?
12  A    Yes.
13  Q    If you can just make sure and say "yes" for the
14  court reporter.
15  A    Yes.
16  Q    Did you go with someone?
17  A    No. I made the appointment myself. The Board
18  members knew I was going.
19  Q    And he took your appointment?
20  A    They did take my appointment. And he walked in,
21  and I forget who the attorney was he brought in with
22  him.
23  Q    Attorney for the --
24  A    For the department.
25  Q    Okay.

Page 14

1   A    And he just flat out said, "I'm not talking to
2   you about this. I run this school district." So, his
3   attitude was, he ran it. And then --
4   Q    Was that the extent of the meeting?
5   A    Yeah. It was very short, sweet, and we very
6   respectfully said our good-byes.
7   Q    Was there any animosity from Mr. Wood --
8   Commissioner Wood? Because the way you are presenting
9   it sounds like --
10  A    I felt like Mr. Wood did not have a high opinion
11  of Helena. And, of course, given our reputation,
12  sometimes, you know, that's understandable for someone
13  who doesn't live here and knows the good about us, if
14  you just read the headlines. But I felt like there
15  there was -- he was -- it was certainly the
16  interaction could be characterized as aloof, some
17  might have said condescending. But it was like, "You
18  are wasting my time."
19  Q    What do you mean, you felt he had a bad
20  characterization based on the headlines?
21  A    Well, and we tried to get local control the year
22  before, while he was still the commissioner.
23  Q    Okay. In 2015?
24  A    I believe that's right. But there is one time
25  when Tony is the commissioner, we tried to get local

Page 15

1   control, and he just flat out said that, "You people
2   in Helena are Mr. Hoy's biggest problem." Mr. Hoy,
3   John Hoy, the superintendent that comes in after Ms.
4   McCommon and prior to Ms. English. And he said that
5   in the State Board meeting. And so, then the
6   following year, Mr. Key is in place and the five-year
7   clock is up and they made the decision to give us
8   local control rather than take some other action.
9   Q    You made the statement you didn't think Mr. Wood
10  knew about the good in Helena based on reading the
11  headlines. I'm wanting you to expound on that.
12  A    I said it was understandable if that is -- if he
13  did have a low opinion, because we have had a lot of
14  bad headlines over the years. And that was one of the
15  things Mr. Hoy and I, and I thought the other members
16  of the Board were all on the same page on, was we were
17  trying to improve the image of the district, we were
18  trying to improve the results we produced, and we were
19  making progress in that regard over time. But
20  nevertheless, here we are.
21  Q    What headlines are you referring to?
22  A    Oh, just generically over the years, you know,
23  Helena's crime has been an ongoing problem. It's not
24  just the school district.
25  Q    Okay.

Page 16

1   A    But the community itself has taken some hits.
2   Q    You referred to it as Helena. Why is that?
3   A    Because the whole name is Helena-West Helena,
4   and I'm trying to shorten the number of pages that we
5   have.
6   Q    Yes, I know. But I want -- I'm always curious
7   why, how locals refer to the area.
8   A    Well, that depends. The best answer to any
9   question is often it depends, is how best my original
10  poly sci professor would say. If you lived in the 42
11  zip code, you still call it Helena. If you lived in
12  the 90, they still hold onto West Helena. James and I
13  were in the meetings where we fought over the name,
14  and the whole consolidation of the two cities almost
15  fell apart over that issue. So, that's how you get
16  the big green street signs from the Highway
17  Department.
18  Q    So, you leave -- let me ask you this. Why were
19  you in favor of returning local control to a locally
20  elected School Board?
21  A    Because at that moment I believed that we --
22  Q    At what moment?
23  A    At the moment we were asking for it in 2016.
24  Q    Well, you said a year prior.
25  A    Right. Well, and that one, too.

Page 17

1   Q    Okay.
2   A    At that moment --
3   Q    So, let me just make the record clear. You
4   first asked for it in 2015 under Wood?
5   A    Yes. And then, again, we got it in '16 under
6   Key.
7   Q    So, my question was, why in '15 were you asking
8   for local control?
9   A    And I'm trying to answer that, Mr. Kees.
10  Q    No. And I'm not arguing with you, sir. I just
11  want to make sure the record is clear that I'm asking
12  about that two-year span, why you wanted local
13  control.
14  A    Because I believed that we had changed, that we
15  had put aside the poisonous politics of the past. And
16  that was a misjudgment on my part, because you and I
17  would not be sitting here today if I had been right.
18  Because immediately, once local control returned,
19  things on the Board began to change. And, of course,
20  there is not a conversation that I have had with
21  Earnest Simpson or Sanetta Davis that race did not
22  play a part in it. But at that moment, I believed we
23  were -- we had changed and we could do this ourselves,
24  and we could function and produce a good school
25  district for those students. I believed that that was

Page 18

1   our focus. It turned out not to be the case, and race
2   became very important to them. And it had always been
3   important to them. I guess I shouldn't have been
4   surprised. When I worked with Sanetta, she always
5   said, "You are my kind of cracker." When we got into
6   the superintendent's thing, you know, in one
7   conversation Mr. Simpson says to me, "I want you to be
8   the next Harold Chorley, but it's just too hot. We
9   can't hire a white guy."
10       And so, at that moment I believed we had
11  changed, but as time went on, I saw we hadn't. And
12  you will be able to see in the staff and numbers that
13  they went right back to their old practices. We have
14  gone from 41 white staff members and two white
15  administrators to 16 white staff members and no white
16  administrators at that time period. I remember in --
17  Mr. Elliott left as the band director. That's Ken
18  Elliott, he used to be the band director. And the guy
19  who is the band director now, Patrick Mugridge --
20       MR. VALLEY: Spell that name.
21       THE WITNESS: M-U-G-R-I-D-G-E. He had
22  been at an elementary school, and done an
23  excellent job, and my kids had him. But it
24  came time to promote him, and he's a white
25  guy, and Mr. Simpson wanted to hire somebody

Page 19

1        who his only experience had been as a church
2        musician. But he was a black guy that he
3        knew. So, race became to dominate
4        everything. And then, in that meeting, you
5        know, Sanetta said, "Are we sure he can
6        relate to our kids?"
7   BY MR. KEES:
8   Q    What are you talking about, the band director?
9   A    Yeah. You know, it was that kind of comment,
10  you know, all the time. And, you know, even at one
11  point Mr. Hoy and I were standing in the gym, looking
12  at some work that was being done, and he asked me,
13  "Why are they so against having a white
14  superintendent?" And --
15  Q    Is this when you had applied or had shown
16  interest?
17  A    I cannot remember the exact timing of the
18  conversation, but it's getting into that conversation,
19  it's somewhere close to that.
20  Q    Okay. And I'm more than happy to flesh all of
21  this out, because this is my only opportunity -- this
22  is Brad and I's only opportunity to get your
23  testimony. But it would help me if I kind of stay in
24  our chronological order. So, let me go back and ask.
25  During this three-year term of the CAB, roughly, you

Page 20

1   said there were roughly six members. What was the
2   racial make-up of those six?
3   A    It changed over time. It starts out majority
4   white, it ends majority black.
5   Q    And how does it change? If somebody resigns,
6   who replaces a member?
7   A    The department.
8   Q    Okay. Based on applications?
9   A    Based on applications. We didn't get to have
10  any say in that.
11  Q    Under Kimbrell, Wood, or Key?
12  A    Right, any of that. We were not involved in
13  that at all.
14  Q    Okay. And my understanding of the CAB was you
15  didn't vote, you just gave advice and consent?
16  A    Well, no. We voted like a normal Board, we had
17  minutes, if they still exist.
18  Q    All right.
19  A    And we sent our recommendations up. And Mr. Hoy
20  took them to every -- you know, regardless of who the
21  -- well, he would have been Mr. Wood and -- no. I
22  can't remember if Kimbrell -- Kimbrell did appoint
23  him, because Suzann was leaving. So, yeah, under
24  three different commissioners, Mr. Hoy took those
25  recommendations with him and said, "This is what the

Page 21

1  local Board thinks."
2  Q   Well, here is what I meant.  So, a principal
3  needs to be hired.  Mr. Hoy would bring
4  recommendations to the CAB --
5  A   Yes.
6  Q   -- for discussion, and the CAB --
7  A   We would pick one --
8  Q   -- would pick one?
9  A   -- and send it up.
10  Q   And then, Mr. Hoy -- but he could choose to
11  accept or reject your recommendation?
12  A   Correct.  While I was president.
13  Q   And let me ask you this.  So, he could choose to
14  accept or reject, theoretically?
15  A   Yes.
16  Q   And then, he could send it to Commissioner Wood
17  or Key, and they could accept or reject his
18  recommendation?
19  A   Correct.
20  Q   So, I understand you voted in the sense of yays
21  and nays.  But it was nothing that -- my question is,
22  the CAB didn't have a binding vote?
23  A   No, no.
24  Q   And then, I think you were going to give me an
25  example with Hoy.  What were you saying?  I didn't

Page 22

1  mean to cut you off there.
2  A   Well, while I was the president, we all -- I
3  always subscribed to the notion that, you know, Mr.
4  Hoy and I talked a lot one-on-one, we didn't always
5  agree.  But on personnel, you know, I always tried to
6  support the superintendent's recommendations.  And if
7  I had a problem with it, I always kept those with him
8  in private for the most part.
9  Q   Okay.
10  A   Particularly after we had gotten used to one
11  another.
12  Q   Sure.  So, Suzann was only the superintendent,
13  de facto, whatever her title was, for a short time,
14  and then Hoy served out the remainder of that time
15  during the CAB period?
16  A   Right.  And then, he transitions into local
17  control with us.
18  Q   When you got local control back, was there a
19  stipulation or an agreement that Hoy must stay as
20  superintendent and not be -- no turnover on his part
21  by the locally elected School Board?
22  A   There was no explicit agreement, but we -- I, at
23  least, understood the political tea leaves, that the
24  last thing the district needed at that point, at that
25  juncture, was to upset the apple cart right after we

Page 23

1  get local control back and do what Helena had always
2  done, and fire the superintendent.
3  Q   Because Hoy had the support of the department?
4  A   Hoy had the support of the department.  We
5  needed stability.  I mean, you can look at the
6  timeline and see that we have had more superintendents
7  than Elizabeth Taylor has had husbands.  I think there
8  was one year we had five.
9       THE WITNESS:  Am I correct, Brad, that
10       resulted in the first take-over?
11       MR. BEAVERS:  I can't answer questions,
12       but if I could, I would tell you I have no
13       idea.
14       THE WITNESS:  Well, there was one year
15       when -- leading up to the first take-over, we
16       had five different superintendents.
17  BY MR. KEES:
18  Q   The first take-over.  You are going back to --
19  A   Right.  This district has been taken over twice.
20  Q   Right.
21       MR. VALLEY:  2005.
22       THE WITNESS:  And so, it needed
23       stability.
24  BY MR. KEES:
25  Q   Let me ask you this.  The CAB for the three

Page 24

1  years, you said it was a mix, six, with some white,
2  some nonwhite?  Were there any Hispanics ever, or are
3  we talking about black and white?
4  A   We are talking about black and white, through
5  all of this.
6  Q   Yes.  So, when local control was established,
7  the outgoing CAB, what was the racial make-up, if you
8  recall?
9  A   There were two whites and four black people, I
10  believe.
11  Q   Okay.  And those members were chosen at the sole
12  discretion of the Department of Education?
13  A   Correct.
14  Q   Okay.  And then, when local control was given,
15  the Board had to run --
16  A   Correct.
17  Q   -- in that November election of 2016?
18  A   Correct.
19  Q   Who did you run against?
20  A   I ran against a lady named Barbara Davidson.
21  Q   A black female?
22  A   Yes.
23  Q   And do you recall the percentage or the vote
24  number on that that you received?
25  A   No.

Page 25

1    Q    But you defeated Barbara Davidson?
2    A    I did.
3    Q    Davidson?
4    A    Uh-huh.  (Indicated yes.)
5    Q    That's a "yes".  And then, there were seven
6    Board members seated?
7    A    Yes.
8    Q    Okay.  And is that the same seven that was still
9    seated when the 2018 year began?
10   A    When '18-'19 begins, yes, it's the same seven.
11   Q    Okay.  The same seven listed in your Complaint,
12   essentially?
13   A    No.
14   Q    Well, not Ms. Williams.
15   A    Ms. Williams defeats me in November of '18.  But
16   the other six are the same.
17   Q    Okay.  So, at some point, under Mr. Hoy, the
18   district applied for and received several waivers.
19   Are you aware of this?
20   A    Yes.  I was intimately involved in that.
21   Q    Can you tell me about that?
22   A    Yes.
23   Q    And dates and that kind of thing?
24   A    Oh, no, I'm not going to swear to my memory on
25   exact dates.

Page 26

1    Q    Was it during the CAB?
2    A    Yes.
3    Q    Okay.
4    A    The Act 1240 -- the push for the legislation is
5    during the CAB.  Then, the CAB --
6    Q    Wait, wait.  The push for the Act 1240?
7    A    Yes.
8    Q    Okay.
9    A    Then, we are still the CAB, but on the same day
10   we get local control, we have applied for the waivers.
11   And so, yes, the CAB approves the application for all
12   the waivers we received.  And the background on that
13   is this --
14   Q    Let me stop you.  You were involved in the
15   legislation?
16   A    Yes, I got involved in that process.
17   Q    Passing Act 1240?
18   A    Yes.
19   Q    Tell me about that.
20   A    I have contended for years that the charter
21   schools had an unfair advantage.  Where we had to have
22   someone certified to teach math in order to pay them a
23   teacher's salary, they could go and hire somebody with
24   math degrees and pay them a teacher's salary, where
25   all we could pay them was long-term sub pay.

Page 27

1    Q    Right.
2    A    And that essentially put us in this situation
3    like the one-legged man in the butt-kicking contest.
4    And that was what I testified at the committee
5    hearing.  And so, I had some conversations with
6    Representative Richey, Senator Ingram, and
7    Representative Murdock.
8    Q    You are a very fast talker.  And that's fine for
9    me, but I'm just making sure Debbye doesn't throw her
10   Diet Coke at you.
11   A    Okay.
12   Q    So, you are at -- is it Senate Ed or House Ed?
13   A    Well, we will get to House Ed eventually.
14   Q    Okay.
15   A    And Representative Murdock liked the idea that I
16   had.  Let's level the playing field.  Give us the same
17   waivers as all the other school districts.
18   Q    And this pre-dates your time on the CAB?
19   A    No.  This is while I'm on the CAB.
20   Q    All right.
21   A    And so, we -- and the legislation was highly
22   controversial.  I think it was House Bill 1377 before
23   it became Act 1240.  The AEA fought it tooth and nail.
24   And I went with Mr. Hoy --
25   Q    The AEA, the union?

Page 28

1    A    The Arkansas Education Association.  They fought
2    it tooth and nail.  And it was a packed committee room
3    that day, I will never forget it, I went to testify,
4    and I testified about these things.
5    Q    And was this House Ed or Senate Ed?
6    A    This was House Ed.  And I testified, the vote
7    was ten to nine, and I will never forget Rich Nagel.
8    Q    Who?
9    A    Rich Nagel, who was the former head of the --
10   the Executive Director of the Arkansas Education
11   Association.  I had known him since I was a teacher in
12   Elaine.  He came over and he shook my hand and said,
13   "Your testimony beat me today."
14   Q    The union opposed Act 1240?
15   A    Yes.
16   Q    Why?
17   A    They said it would dilute the quality of
18   instruction.  And what we said is, "We need to be able
19   to try these things."
20   Q    They wanted to protect teachers that had
21   certifications?
22   A    Yeah, that was their position.  Their position
23   was certification equalled qualification.  And I
24   happened to agree with Scott Smith at the Arkansas
25   Public School Resource Center that certification does

Page 29

```
 1    not necessarily equal qualification.  And if we hadn't
 2    gotten those waivers and John Hoy and I hadn't done
 3    that work with Representative Murdock, this district
 4    would be on probation today.  They have benefited
 5    greatly from those waivers that we did, and kids got
 6    to have college-educated people in those classrooms
 7    when we couldn't find certified teachers instead of
 8    long-term subs with maybe a high school diploma, maybe
 9    not.  And I find it interesting that now they don't
10    like the waivers, because they were all for them then.
11    Q     Who are we talking about?
12    A     The rest of the Board.
13    Q     Is there a particular waiver we are referring
14    to?  You said "waivers".
15    A     Well, they have complained about the waivers in
16    this lawsuit, as it is related to this lawsuit.
17    Q     And you are referring to the superintendent
18    waiver?
19    A     Yes.  But the waivers were immensely popular.
20    But I testified about the superintendent waiver then.
21    If we wanted to go out and get somebody that had a
22    unique set of leadership skills, just like Scott
23    Shirey, who was at KIPP and was featured in national
24    publications for the great work he has done, and he
25    only had a Bachelors degree, we should have been able
```

Page 30

```
 1    to do that.
 2    Q     So, in your testimony for Act 1240, you
 3    testified specifically as to the superintendent's
 4    waiver?
 5    A     Superintendent's waivers, teachers' waivers,
 6    particularly as they related to math and science.  And
 7    districts -- and, you know, I recognized we were not
 8    going to be the only district to benefit from this.
 9    This was revolutionary to finally level the playing
10    field for all of us that have been competing against
11    charter schools since they were brought into this
12    state.  I think KIPP has been here since 2001.
13    Q     Was your proposal that the waiver would only be
14    applicable to school districts that had a charter in
15    their boundaries?
16    A     What the proposal ended up being is -- and this
17    was what became law, is if a charter school takes any
18    student, one student from you, then you can apply for
19    all the waivers they received.  And so, that would
20    apply for the Virtual Academy, as well.
21    Q     Now, my question was, though, were you a
22    proponent as to that piece, where you had to have a
23    charter taking at least one student from your
24    population, or did you want waivers to apply for any
25    district?
```

Page 31

```
 1    A     I would have been for applying all the waivers.
 2    But in politics, if you can get half a loaf, you take
 3    it.
 4    Q     Okay.  So, you were for open waivers?
 5    A     I was for opening the door.  But you knew the
 6    politics was not going to take just blanket waivers,
 7    change the laws across the board.  And so, this is a
 8    local control fix.  Districts got to choose whether or
 9    not they wanted them, and I was okay -- I could live
10    with that, because I knew we wanted them.
11    Q     Okay.  Let's speak to the superintendent waiver.
12    Why were you particularly interested in that waiver?
13    A     Because, one, I felt we should get all.  That
14    was always my position.  We should get all of the
15    waivers KIPP received, and that included.  I wasn't
16    fixing to get into this business of we are picking and
17    choosing which waivers we needed, which waivers we
18    didn't.  The second thing is, while Scott Shirey and I
19    may have not been personal friends and had been
20    adversaries in the battle for students and all of
21    that, and going to Little Rock about funding issues
22    and things like that, I respected him for the work
23    that he did.  And I saw in him that you need to have
24    that option open to have somebody and bring them in at
25    the top to change the culture, or build a culture, who
```

Page 32

```
 1    has got those unique set of skills but might not have
 2    checked all those bureaucratic boxes.
 3    Q     You are referring to the certification being the
 4    bureaucratic box?
 5    A     All those -- yeah, bureaucratic boxes for
 6    certification.  There are good leaders out there that
 7    schools could benefit from.  And he was an example of
 8    that.
 9    Q     Do you see any difference in a math teacher
10    teaching math without a math certification versus a
11    superintendent running a school without a
12    superintendent's license?
13    A     No.
14    Q     You see no difference?
15    A     No.  Because a superintendent is a lot more than
16    a number cruncher.  He is a number cruncher.  He is a
17    lot more than an instructional leader, even though he
18    is an instructional leader.  But if you can find that
19    person that can lead people and has those skills that
20    can be familiar with school finance or get trained
21    real quick, has some business experience, any of a
22    number of combinations.  Because a superintendent is a
23    politician, a superintendent is a PR director, a
24    superintendent is a budget manager, an employee
25    manager, an instructional leader.  He or she has to be
```

Page 33

1    all things, particularly in a small school district
2    like Helena.
3    Q     Then and now, did you have any concern about an
4    individual serving in the superintendent's role with
5    no building level experience?
6    A     Depending on the person, no.  Because you might
7    get that person who has been a teacher, or has been
8    around the education profession, that has the skills.
9    Sometimes we have to think outside the box to change
10   things.  And Helena was a district that we needed to
11   be able to try new things and have new perspectives.
12   They keep doing the same old stuff in our district,
13   and our kids can't read.  Almost eight out of ten of
14   our students cannot read, and they think it's okay as
15   long as they have got somebody with the right piece of
16   paper.
17   Q     Okay.  Do you know of any district -- public
18   school district in the state that has ever had a
19   superintendent with one of these waivers that did not
20   have the certification?
21   A     No.
22   Q     So, that's not --
23   A     But the charters have done it and they have done
24   it successfully --
25   Q     I recognize --

Page 34

1    A     -- and it has worked.
2    Q     But for the sake of our --
3    A     But that was the purpose, was leveling the
4    playing field.
5    Q     Okay.  And for the sake of our discussion, you
6    recognize the difference between the charter and the
7    public schools, right?
8    A     Yes, I recognize it.
9    Q     So, no public school that you are aware of has
10   ever employed a superintendent without the
11   superintendent's license?
12   A     Well, there is one exception, Baker Kurrus in
13   Little Rock.  And the state did that.
14   Q     While they were under state control?
15   A     And Baker did a pretty good job the year that he
16   had it.
17   Q     Until he was terminated?
18   A     Yes.  And that was a different kind of politics.
19   Q     Okay.  And then, he was replaced with Mr. Poore,
20   correct?
21   A     Correct.
22   Q     Does Mr. Poore have a license?
23   A     Yes.
24   Q     Okay.  So, when you were --
25   A     And I would point out that they had to change

Page 35

1    the law for the current commissioner to sit over all
2    of education without any kind of certification
3    whatsoever, and he has done a good job.
4    Q     When you were advocating for this change -- for
5    this waiver for superintendents, at that time did you
6    have ambitions to be the superintendent of Helena-West
7    Helena?
8    A     No.  I have said over and over, my ambition in
9    life was never to be a superintendent, or a principal,
10   for that matter.  That was my father.  But I was
11   willing and wanted to be the superintendent of this
12   district when Mr. Hoy left because we were at a
13   critical juncture and I felt I had something to offer,
14   I knew that district inside and out, I had the skills,
15   I was familiar with education.  And so, I was willing
16   to be the superintendent of one district, the
17   Helena-West Helena School District, because this is
18   where I live, it's essential to our community's
19   future, at the time it was where my kids went to
20   school.  And I wanted it to be a district this
21   community could be proud of, and I believed I could
22   get us there.  So, I was willing to apply.  But at the
23   time I'm testifying, no, I had no ambitions to be
24   Helena's superintendent or anybody's.
25   Q     So, when Mr. Hoy left or announced his

Page 36

1    intentions in 2018 and you showed interest, that was
2    only plausible because of the work you had done to
3    advocate for the waivers?
4    A     I think that's self-evident.
5    Q     Okay.  And if there had not been Act 1240, you
6    could not have even applied; is that correct?
7    A     No.  But because of Act 1240, I was qualified.
8    And I would point out that it was a black male
9    legislator that carried that legislation, not a white
10   one.
11   Q     And who was that?
12   A     Reginald Murdock.
13   Q     My question was, though, kind of the inverse.
14   When you applied, but for 1240, you would not have
15   even been able to apply for the position in 2018;
16   correct?
17   A     Act 1240 was the law that meant I was qualified.
18   Q     So, that's a "yes" to my question?
19   A     I said Act 1240 was the law, and that meant I
20   was qualified.  I don't want to get into who is -- you
21   know, the forest for the trees kind of thing.  I was
22   qualified under the law, and I applied, and I had the
23   highest score when they did their rubrics.  And if you
24   are going to have a score, you ought to use it.  If
25   you are not going to use it, there is no reason to

Page 37

1    keep it.  And the only reason we are sitting here
2    today, Mr. Kees, is because I'm white.  Because with
3    my record of achievement for this district, if I had
4    been a black man, I would be down there at 305 Valley
5    Drive right now, and you would be in Little Rock, and
6    Brad would be in Forrest City.
7        Q    Who did you first express interest in being the
8    superintendent of Helena School District?
9        A    My wife.
10       Q    Sandra?
11       A    Uh-huh.  (Indicated yes.)
12       Q    Yes.  And when was that?
13       A    Shortly after Mr. Hoy resigned and I realized
14   the gravity of the situation.  Mr. Hoy had been a
15   steady hand.  Like I said, we hadn't always agreed, he
16   had been a good man, but this was a critical moment.
17       Q    So, the first person you discussed your interest
18   with was your wife?
19       A    Right.  Because if she is not on board, there is
20   no point in trying.
21       Q    So, if Brad and I drag in Mr. Hoy and all these
22   legislators, none of them are going to testify that
23   you expressed interest to them prior?
24       A    I don't know what they are going to testify to,
25   because I can't trust anybody anymore.

Page 38

1        Q    Is it possible that you expressed interest of
2    having the job prior to Mr. Hoy resigning?
3        A    I don't remember every conversation I might have
4    ever had.  But I don't think I ever did.  I was pretty
5    consistent.  There was only one district I wanted -- I
6    had no ambitions to be a superintendent.  And when
7    this opportunity came along, this was the only
8    district I would take it from.  I was very happy and
9    still very happy at Phillips Community College.  And,
10   Mr. Kees, there is no way of getting around, when they
11   saw I had the highest score, they could not let
12   themselves hire a white man.  And they told me that it was
13   because I was white.  And the only reason they have
14   hired you and Brad is to white-wash the defense table
15   because they want to show a jury that, "Hey, we will
16   hire some white people."
17       Q    How do you think you are going to sell to a
18   jury?
19       A    I don't know.  Twelve people, 12 different
20   minds, 12 different ideas and outlooks and world
21   views.  All I can do is tell the truth.
22       Q    You know, this is a reverse discrimination case?
23   You understand that?
24       A    I know exactly what that is.  I understand it.
25   I was a public school -- in a public school family

Page 39

1    when it wasn't necessarily the good thing to do.
2        Q    Sure.
3        A    I mean, my mother's family stuck with the public
4    schools when her uncle helping start Marvell
5    Academy.  I have lived this.  I know exactly what we
6    are talking about here.  And like I said, Earnest
7    Simpson can't have a conversation where race doesn't
8    come up.  And he told me, on the parking lot at
9    Cad Polk Stadium, "I want you to be the next Harold
10   Chorley, but we just can't do it, it's too hot, we
11   can't hire a white guy."  And it ain't lost on me that
12   he used the illustration "Harold Chorley."
13       Q    Why is that?
14       A    Because Harold Chorley was a long-time, like
15   three decades, white superintendent of this district.
16   The last superintendent that got to stay a real long
17   time.
18       Q    Okay.  Let me ask you this.  Because you made
19   the reference to the district white-washing the
20   counsel table, despite Mr. Beavers being long-term
21   counsel.  My question is, you are asking for a jury
22   trial; correct?
23       A    Correct.
24       Q    And in Federal Court, nine of those jurors have
25   to find in favor of you; correct?

Page 40

1        A    I believe that's the rule.
2        Q    And how do you think you are going to play in
3    front of a jury?
4        A    I think they are going to see that I'm an
5    honest, hard-working guy who has been mistreated by a
6    group of people who can't get past their own
7    prejudices.  And I hope that's what they see, because
8    that is what has happened.  I gave years of my adult
9    life for that school district.  And I worked hard to
10   try to keep that Board together.  And I believed they
11   had changed, and they told me they had changed.  But I
12   should have picked up on the little references while
13   we were on the Community Advisory Board, "We need you
14   to be the president because we need a white man over
15   there in Little Rock.  We couldn't sell it.  We need a
16   white man to do it."  They said those things.  And
17   then, after it's over, Mr. Bobo said, "Bagley, you
18   were the man for the job, but they only did this to
19   you because you were white."
20       Q    Okay.
21       A    And it's not the first time this district has
22   done this.
23       Q    Let me ask you --
24       A    Roy Bridges.  They treated him so terrible, and
25   it's like deja vu, because when Roy didn't get it,

Page 41

1    they had a system with rubric scores. And when they
2    saw he was fixing to get it, they went and redid the
3    scores. This district has a history of doing this to
4    white people.
5    Q    What was the race of the Board that did not hire
6    you?
7    A    It was all black except for me.
8    Q    Okay.
9    A    And I had recused, of course, from all that
10   process.
11   Q    Sure. When you first express interest after
12   your wife, then did you go to the Board members and
13   express interest?
14   A    We had a meeting to try to --
15   Q    Do you remember when that was?
16   A    It was spring break of '18, whatever those dates
17   were.
18   Q    Okay. You had a meeting.
19   A    And, you know, to kind of chart our course. And
20   I told them then I was going to be interested. And a
21   majority of them indicated at that meeting, "You are
22   the man for the job. But we got to make this look
23   good, we got to go through this process."
24   Q    Did you ask them to hire you without a hearing
25   -- or without an interview process?

Page 42

1    A    I said, "Well, if y'all want me, let's go ahead
2    and do this, and let's get to work." Which they can
3    do. Barton has done it, the Co-op did it when Suzann
4    left, just put somebody in place. It wouldn't have
5    been illegal.
6    Q    So, you were asking for them to hire you on the
7    spot and forego the interview process?
8    A    Once a majority of them in the room had
9    indicated, "We are going to want you." I said, "Well,
10   then, let's forego this, and let's go ahead and hire
11   me. Let's get to work. If y'all really want me,
12   let's go to work." Because we had so much to do. But
13   we had so much potential. That millage had passed, we
14   were going to be getting new facilities. And you can
15   see, in just a sample from my reference letters, that
16   millage doesn't pass without all the hard work that I,
17   going around with my children, carrying power points
18   with Mr. Hoy, did to pass that thing. But we had a
19   lot going for us. But there was still a lot to be
20   done. And they started getting a little push-back
21   after we left the meeting. I mean, we are leaving the
22   meeting, I will never forget, Mr. Boone puts his hand
23   on my shoulder and says "congratulations" and "good
24   luck" as we are walking up toward our vehicles.
25   Q    Referring to what?

Page 43

1    A    That I was going to be the superintendent. Mr.
2    Strickland, close to the interviews, I can't remember
3    the exact date, he summoned me to his office in
4    Marianna Police Department and he said, "I know you
5    are going to get it. There's a lot of people that
6    have put pressure on me not to vote for you because
7    you are white."
8    Q    They said that?
9    A    Yeah. He said, "I think you are going to get
10   it," and, "You are the man for the job." And then,
11   you know, then you start having this. And then, you
12   know, in our current political environment, we all
13   know that Donald -- when someone calls you a Donald
14   Trump, that is the equivalent of a racial slur. And
15   Sanetta called me Donald Trump as this process wound
16   down. And, of course, you know, I told you, when we
17   worked together when she was an assistant principal,
18   she said, "You are my kind of cracker." Race is
19   always permeating their thought process. And it came
20   through on this. They decided to use a rubric, they
21   said whoever got the highest score was going to be the
22   superintendent, apparently. And then, when I got the
23   highest score, it was like, "Oh, hell, no, we can't
24   have this. We've got to do something different."
25   Q    Do you know why only two of the Board members

Page 44

1    did a rubric, or are you aware of that?
2    A    It's three.
3    Q    Three?
4    A    And then, they had --
5    Q    Right. Ms. --
6    A    -- two outside people that were on the interview
7    panel. Why they chose to do it that way, no, I don't
8    know.
9    Q    So, my question is, Ms. Burrell -- and three is
10   correct. Ms. Burrell, Ms. Davis, and Mr. Simpson
11   completed a rubric. But were all six of the sitting
12   Board members, aside from you, in the interview
13   process?
14   A    I think everybody attended mine but Mr. Boone.
15   Q    So, there were five present for yours?
16   A    And why he chose to not attend my interview, I
17   don't know. Why they chose to do the process the way
18   they did, I do not know. Because I recused the day I
19   told them I was interested. And Sanetta was the
20   vice-president, and so it falls to her.
21   Q    So, the question was, why did Mr. Bobo and Mr.
22   Strickland not do a rubric for your interview, if you
23   know?
24   A    That's what I'm telling you, I don't know why
25   they chose to do it the way they did it. I think they

Page 45

1   called themselves getting community input by having a
2   couple of outside folks.  But they didn't get a
3   representative cross section, necessarily, in the
4   community because there are no white people on that
5   panel.  And I know one was asked if she was
6   interested, and she said, "Yes," and they never called
7   her back.  And her name is Lynn Chadwick.
8   Q    Who asked if she was interested?
9   A    According to Lynn, Sanetta.
10  Q    Sanetta Davis asked --
11  A    Yes.
12  Q    -- if she was interested in being on the
13  interview committee?
14  A    And Lynn said Sanetta never called her back.
15  Q    As we sit here, do you think you are more
16  qualified -- or you were more qualified than Linda
17  English?
18  A    I'm qualified.  And that's the bottom line.  I'm
19  qualified, I got the highest score, and if I were a
20  black man with the record I've got for that district,
21  I would be sitting down there today, without a doubt.
22  The only reason I'm not there is because I'm white.
23  Q    But you can't testify that you are more
24  qualified than Ms. English?
25  A    "More" is a subjective term, not an objective

Page 46

1   one.  The only objective measure we have is that
2   rubric and those scores, where I was the highest.
3   Q    Where is the rule that I'm not seeing that says
4   of the rubric of three members you've got to pick the
5   highest score?
6   A    It's that they said that was their process.  And
7   it's the reason they changed the process.  If Ms.
8   English had gotten the highest score, I guarantee you
9   Sanetta wouldn't have been changing it.  But because I
10  got it, the white guy, she is alleged to have said, "I
11  can't go out there and tell them Bagley is
12  superintendent, and we've got a white superintendent."
13  Q    Alleged?  You don't have any proof of that?
14  A    No.  That's just the gossip on the street.
15  Q    So, again, though, what are you relying on that
16  they had to follow the rubric?
17  A    Because that's what they said they were going to
18  do.
19  Q    Said when and where?
20  A    It's my understanding that when they set up this
21  process that they agreed that whoever got the highest
22  score was going to be the superintendent, that this
23  was going to make it fair and impartial and all those
24  things.
25  Q    And your understanding based on what?

Page 47

1   A    It's just my understanding that that's what the
2   Board members were told by Ms. Davis.
3   Q    Do you have any direct -- do you have any
4   evidence of that, besides what --
5   A    No, there is no written evidence.  But that's
6   the only reason you have a rubric, Mr. Kees.  And
7   rubrics get used in hiring all the time.  Is if you
8   are going to use a rubric -- and I was not necessarily
9   a fan of rubrics as Board president.  But if you are
10  going to use it --
11  Q    Why not?
12  A    Because it does kind of box you in.
13  Q    Right.
14  A    Because if you have --
15  Q    And that's a bad thing?
16  A    Sometimes.
17  Q    Okay.
18  A    But once you say this is your process, then you
19  have to follow it or you are going to be sitting in
20  depositions like we are right now.
21  Q    Okay.
22  A    In fact, Mr. Simpson said in a meeting during
23  our strategic planning in the spring of 2018, it was
24  okay to discriminate, and he used an example based on
25  age.  So, discrimination is not something he has a

Page 48

1   problem with.  But the only reason to use a rubric is
2   to supposedly take all the subjectivity out of it,
3   have an objective set of questions that everybody
4   answers, you score them, and then you take the highest
5   score.  They had the rubric, they had the questions.
6   In fact, on my interview, Earnest Simpson told me I
7   gave the best answers, exactly what they wanted.
8   Q    What are the outliers in a -- you have said
9   there could be issues with the rubric.  And I want to
10  particularly ask, what if there is an outlier in the
11  scoring?
12  A    Usually, you've got a panel, and in this case,
13  five, that kind of balances that out.
14  Q    Can you throw out the outliers?
15  A    No, typically you don't, because they are on the
16  committee and they are scoring it based on how they
17  have seen it.
18  Q    You say "typically".  But where are you getting
19  this basis of knowledge as to what you do and don't
20  do?
21  A    It's not that they have to use a rubric, it's
22  when they say they are going to use a rubric, when
23  they use the rubric and then don't follow it, and the
24  reasons they didn't follow it that is the problem
25  here.  They could have gone without a rubric, but they

Page 49

1  didn't choose to do that.
2  Q   What do we do about the two Board members that
3  didn't complete the rubric?
4  A   They are given that. And that's their internal
5  process. And I don't know how they get there. But
6  Mr. Bobo, who was not one of the scorers, said the
7  only reason they didn't give it to me -- told me this,
8  was because I was white.
9  Q   He said that exact wording?
10 A   Yes. "Bagley, it's because you are white." But
11 he told me, he said --
12 Q   And that was his impression?
13 A   That's what he said. And so, I was qualified
14 under the law, I applied according to their process, I
15 sat for the interview according to their process, I
16 got the highest score, and they didn't hire me because
17 they just couldn't hire a white guy.
18 Q   Let me ask you. Were you qualified under the
19 law or were you eligible under the law?
20 A   Qualified.
21 Q   Do you see a difference in the two?
22 A   No. I'm qualified. The law said I was
23 qualified.
24 Q   The law said you were eligible, did it not?
25 A   The law said I was qualified.

Page 50

1  Q   Well, I'm eligible under the law.
2  A   Well, that means you are qualified.
3  Q   So, anybody --
4  A   You can't hire somebody who is not qualified.
5  And then, you look at my record of achievement in that
6  context.
7  Q   What about the two community members, Ms. Smith
8  and Ms. Allen, did you have any input in them serving
9  on this?
10 A   No.
11 Q   What do you know about Ms. Allen?
12 A   She is the mother of a student that I had the
13 opportunity to get to know and like, and all that.
14 And Ms. Allen is a nice lady. But I worked with Ms.
15 Smith.
16 Q   And Ms. Allen was one of your highest scorers;
17 correct?
18 A   I don't know who scored how.
19 Q   Ms. Burrell, was she one of your high scorers?
20 A   Again, I don't know who scored exactly what.
21 But Ms. Burrell has known me nearly all my life. She
22 worked with my grandmother, who worked for this
23 district as a sub and an aide. She went to visit my
24 grandmother when she was in the nursing home right
25 before she died.

Page 51

1  Q   Okay.
2  A   I would be surprised if Ms. Burrell didn't score
3  me well.
4  Q   Okay.
5  A   She watched my child at times at Central's
6  events when Collin was small. There is no disputing
7  that we are close.
8  Q   So, she --
9  A   But Ms. Burrell also calls it like she sees it.
10 Q   Should the Board be allowed to consider your
11 close relationship with a Board member in deciding
12 ultimately who to hire?
13 A   No. Each Board member is free to vote their
14 conscience.
15 Q   So, they can vote how they want; correct?
16 A   But they also have to do it in a legal,
17 nondiscriminatory fashion with their process. And
18 their process, they discriminated against me. And
19 they have said so, and their behavior has said that.
20 Q   Do you know if Ms. Burrell and Ms. Allen, do
21 they go to the same church or social groups?
22 A   Well, Simpson and Boone go to the same church.
23 Q   Sir, I know you want to make your narrative.
24 But answer my question. Ms. Burrell and Ms. Allen, do
25 they go to the same church?

Page 52

1  A   I don't think so anymore, because Ms. Allen's
2  husband is no longer the preacher.
3      MR. BEAVERS: Did they, in 2018?
4      THE WITNESS: I think --
5  BY MR. KEES:
6  Q   I'm sorry. I just assumed you knew that I was
7  talking about that time.
8  A   Yes. But if we are going to talk about
9  churches, going together, Simpson and Boone go to
10 church together, and probably violate the Freedom of
11 Information Act at Sunday School every week on this
12 stuff.
13 Q   Because, what, two members are together at
14 church?
15 A   And talking -- they probably talk their school
16 business and violate the Freedom of Information Act.
17 Q   Do you consider yourself an opinionated man?
18 A   Yeah.
19 Q   Were you like this in 2018?
20 A   I am who I am, Mr. Kees.
21 Q   Okay. And I like who you are, because I like
22 the fact that we are going to have a jury trial with
23 you sitting as a defendant. And I would like for you
24 to start answering my questions.
25 A   I have been answering your questions.

Page 53

1    Q    Well, without your continued narrative.  I know
2  your position, I have read your Complaint.
3    A    I'm trying to answer your questions.
4    Q    Well, maybe we could agree that when I ask you a
5  question, you simply give me the answer -- you answer
6  the question that I pose.
7    A    I will answer your question.
8    Q    That's what you are promising me you will do?
9    A    I'm answering your questions.  I have been
10  answering your questions all morning.
11    Q    Well, I've given you a lot of leeway here, but
12  I'm getting tired of going off on these rabbit holes.
13    A    They are not rabbit holes.  They are essential
14  to what your client did to me, and has done to other
15  white people in the past.
16    Q    Let me ask you this.  You wanted to be
17  superintendent to make all this effort to move the
18  Board -- move the district forward; correct?
19    A    Uh-huh.  (Indicated yes.)
20    Q    Yes?
21    A    Yes.
22    Q    Okay.  Why could you not do that as a continued
23  member of the Board?
24    A    I did.  And that was the example I showed.  I
25  did the things that you are supposed to do.  I

Page 54

1  congratulated Linda publicly, I did my best to support
2  Linda while I remained on the Board.
3    Q    And then, you were defeated when?
4    A    In November of '18.
5    Q    What are the circumstances that led to you being
6  defeated?
7    A    There was an election.
8    Q    And the people voted for, is it Ms. Williams,
9  Ms. Janice Williams?
10    A    Williams, yes.
11    Q    Okay.
12    A    And that campaign, they ran a very
13  racially-driven campaign, and Simpson played -- and
14  Sanetta played a part in that, too.
15    Q    Okay.  When did you get notice that the Board
16  was going to place Ms. English as an interim?
17    A    Well, I got a phone call the night they did it.
18  I was not at the Board meeting, but I got a phone call
19  immediately after they did it.  And then a letter --
20    Q    Is this the night that you interviewed?
21    A    No.
22    Q    Okay.  You interviewed --
23    A    There are two nights of interviews, then they
24  meet, and they were going to meet to hire a
25  superintendent, and they instead chose not to make a

Page 55

1  decision and make Ms. English the interim.
2    Q    And why were you not at the Board meeting?
3    A    Because I had recused from that process.
4    Q    Okay.  And that was a Board meeting to
5  specifically discuss --
6    A    That was a Board meeting specifically to discuss
7  the superintendent.  Any of the discussions they had
8  about superintendent, I had recused from.
9    Q    So, you were interviewed, according to the
10  records that we have, Tuesday, May 29th, 2018.  Does
11  that sound right?
12    A    Yes.
13    Q    Okay.  And then, you didn't get an answer that
14  night, i.e., the Board did not choose that night?
15    A    No.  Mr. Simpson just said, "You gave excellent
16  answers."
17    Q    Is that while y'all were leaving to go to your
18  car, or what?
19    A    No.  Because he followed that up.  We have gone
20  through all the questions.  And I would like to know
21  if they asked anybody else any extra questions,
22  because they asked me extra questions.  Mr. Simpson
23  specifically asked me, "Do you think" --
24    Q    Well, we will get to that.  But you made a
25  promise that you would answer my questions.

Page 56

1    A    I am answering your question, Mr. Kees.  If you
2  would just let me finish my answer.
3    Q    It's a "yes" or "no".  Did you --
4    A    No, it's not a simple "yes" or "no".
5    Q    Yes, it is.
6    A    Because I asked --
7    Q    My question was, were you interviewed Tuesday,
8  May 29th, 2018?
9    A    And I told you "yes".
10    Q    And then, you added that Mr. Simpson told you
11  you were the best candidate or something like that?
12    A    He did.
13    Q    Which I didn't ask.  So, my next question is,
14  when did you get a call from the Board that they were
15  going to put Ms. English as interim?
16    A    I did not get a call from the Board.  No one
17  from the Board called me.  Sanetta sent a letter.
18    Q    Sanetta Davis sent you a letter?
19    A    Uh-huh.  (Indicated yes.)
20    Q    That's a "yes"?
21    A    Yes.  Saying that they had chosen to go with an
22  interim.
23    Q    Do you have a copy of this letter?
24    A    No, no, I don't.
25    Q    Was it on district letterhead?

Page 57

1  A   Yes, it was on district letterhead.
2  Q   Can you recall enough of the letter to let me
3  know what it said?
4  A   It was one paragraph.  "We have decided to go
5  with an interim," and a couple of other sentences,
6  "Sincerely, Sanetta Davis".
7  Q   And how did you feel about that?
8  A   I felt, when I read it, disappointed, naturally.
9  Q   Did you think that was the end of the process,
10  or that --
11  A   No.  Interim is not a decision.
12  Q   Okay.
13  A   So, they didn't make a decision.  They were
14  going to hire a superintendent later.
15  Q   Did they change her salary, that you know of?
16  A   They paid her, I think, what -- well, no.  I
17  will tell you what happened with that.  Is once she
18  became interim, Ms. English had difficulties getting
19  Ms. Davis to give her a contract.  And so, I finally
20  said, "This is just not fair to Linda," and I told the
21  Board, "We need to give Linda a contract that spells
22  out how she is going to be paid."
23  Q   And at this point, you have come -- you are back
24  to serving as president?
25  A   Yes.

Page 58

1  Q   I know you never left.
2  A   Yes.
3  Q   But you are at a meeting?
4  A   And I said, "Look, y'all, we've got to put
5  something in writing that is fair to her."
6  Q   What do you mean, like pay and terms?
7  A   Yeah.  You know, she is sitting there working
8  for a while with nothing, and couldn't ever get a
9  straight answer from Ms. Davis.  And so, I said,
10  "Let's pay her what we paid Mr. Hoy while she is the
11  interim."  And they had -- Sanetta even said in front
12  of me that, you know, maybe they need to take some
13  more applications and do some more interviews.  But
14  they never did that.  They just put Linda in one day.
15  Q   And you got a letter to that?
16  A   No, I never got a letter after they made her the
17  permanent superintendent.
18  Q   No, I'm still talking about interim.  You got a
19  letter?
20  A   I got a letter.
21  Q   And then, I'm assuming you showed back up at the
22  May Board meeting, business as usual?
23  A   Yes.
24  Q   And Linda is sitting at the Board table?
25  A   Uh-huh.  We met about the agenda and what to put

Page 59

1  on it.  And if Ms. English is honest, she will say
2  that the few months I was her Board president, I
3  didn't do anything to undercut her.
4  Q   And I was going to ask, how was the relationship
5  when you would meet with Ms. English?
6  A   It went remarkably well given the circumstances
7  that we both wanted the same job, that the process had
8  been what it was.  But we worked because, you know, I
9  wanted what was good for kids.
10  Q   Okay.  And did you consider the process
11  completed in May?
12  A   No, I did not consider the process completed.
13  She is an interim.
14  Q   When did you consider the process complete?
15  A   When they made her permanent.
16  Q   And that was when you were no longer on the
17  Board; correct?
18  A   That's correct.
19  Q   Because that was in 2019 when they made her
20  permanent?
21  A   Correct.  That's correct.
22  Q   I've got that, I think.  Let me go to your EEOC
23  charge, which I don't have a copy of.  But I can --
24         MR. KEES:  Will you agree that I can
25  make a copy -- I can put his EEOC charge as

Page 60

1  Exhibit One and I'll get a hard copy?
2         MR. VALLEY:  That's fine.
3         MR. KEES:  You've seen it.  I'll do
4  that, Debbye.  So, this is Defense One.
5         MR. VALLEY:  Hold on just a second, off
6  the record.
7         (WHEREUPON, a discussion was held off
8  the record.)
9         (WHEREUPON, Exhibit Number One was
10  marked for identification.)
11  BY MR. KEES:
12  Q   So, your EEOC charge, which is Exhibit One,
13  says, "I was interviewed for the position of
14  superintendent on or about April or May of 2018."  And
15  I think we can go ahead and solidify that it was May
16  29th, 2018.
17  A   Okay.
18  Q   And then, you write, "An interim superintendent
19  was selected in May 2018."  So, that's --
20  A   It might have been June 1.
21  Q   Okay.
22  A   So, May 31st, June 1st, you know.
23  Q   Okay.  I don't know if it really is critical.
24  But there is a letter from Ms. Davis to you on
25  district letterhead --

Page 61

```
 1    A    Uh-huh. (Indicated yes.)
 2    Q    -- informing you of the decision?  Yes?
 3    A    Yes.
 4    Q    And then you write, "In June of 2019, the
 5  interim superintendent was selected for the permanent
 6  superintendent."
 7    A    That's correct.
 8    Q    And what do you recall about that decision or
 9  meeting or anything about it?
10    A    They named her superintendent.  Mr. Simpson said
11  she had done an excellent job.
12    Q    Now, you -- because you were defeated in
13  November.  But you still had attended the November
14  2018 Board meeting?
15    A    I was still the president, because the election
16  had not yet been certified.
17    Q    And you served until the end of the year?
18    A    No.  For School Board, once the election is
19  certified, I'm gone.
20    Q    So, December, did you serve?
21    A    No.
22    Q    December 2018?
23    A    No.
24    Q    December '18, January, February, March, April of
25  '19, did you actively attend the meetings?
```

Page 62

```
 1    A    In those first few months, no.  And sometime
 2  that spring --
 3    Q    Of '19?
 4    A    -- of '19, I had been doing some sports writing
 5  on a freelance basis for the Helena World.
 6    Q    Yes.
 7    A    And the editor at the time, who is named Rick
 8  Wright, who is now the publisher of the Dumas Clarion,
 9  asked me if I would cover the School Board meetings,
10  particularly, you know, there were some facilities
11  issues heating up and things like that.  And I
12  initially resisted.
13    Q    Why?
14    A    And he said, "Andrew, you are the only one with
15  the expertise.  I honestly don't know enough about
16  this stuff.  I need somebody who knows this stuff to
17  go down there."  And I went home and I thought about
18  it, and I talked to my wife, and she said, "Andrew,
19  it's time to get up off the couch and get back out
20  there."  And so, I took on the writing gig, and I
21  wrote what was happening.  And it wasn't pretty in
22  some cases.  As they broke their promise to the voters
23  when it came to renovating the gym, and they didn't
24  like that coverage.  When Mr. Simpson went up to be
25  principal at Marianna, and that was a pure debacle
```

Page 63

```
 1  that got them taken over, and we wrote about that, and
 2  he didn't like that.  So, yes, I --
 3    Q    This was Earnest Simpson?
 4    A    Yeah, the Board member.
 5    Q    He did what?
 6    A    He went to Marianna as the principal, and they
 7  got taken over, and there was testimony that he didn't
 8  fill out forms.
 9    Q    Where had he been prior to Marianna?
10    A    His previous administrative work had been the
11  Helena-West Helena School District.
12    Q    Well, he wasn't -- he couldn't have been a Board
13  member if --
14    A    No, he was retired.
15    Q    And then, he came out of retirement to go to
16  Marianna?
17    A    Uh-huh.  (Indicated yes.)
18    Q    And that's a "yes"; right?
19    A    Yes.
20    Q    And I'm not being critical, just for our record.
21  So, when did you purchase the Helena World?
22    A    September the 6th of 2019.
23    Q    Why did you smile when I asked that?
24    A    Because, you know, it's a special moment,
25  personally, for me.  That's why I smiled.  And because
```

Page 64

```
 1  the paper was going to close.  They had found out nine
 2  days before that that Gatehouse Media was going to
 3  close it.  And a friend of mine earnest Charles Davis, I
 4  went to see him, and I said, you know, "Our community
 5  needs a paper.  Do you want to buy it and see if we
 6  can make a go of it?  I believe, properly run, it can
 7  make some money."
 8    Q    This is Charles who?
 9    A    Davis.
10    Q    And he became an investor?
11    A    Yes.  And so, he and I got the money together
12  and we bought it.  And we have kept it going, and it
13  hasn't been easy, but it has been rewarding.
14    Q    So, you and Charles, are y'all the only
15  financial stakeholders?
16    A    No.  There is one other financial stakeholder, a
17  man by the name of John Vaillancourt.
18    Q    Are you a third owner, is it split?
19    A    I have the second highest ownership percentage,
20  if that's what you are wanting to know.
21    Q    And y'all still do print media?
22    A    We print once a week, and then we have a website
23  that's behind a pay wall that we update almost every
24  day.
25    Q    And the pay wall gets you for a year membership,
```

Page 65

1   or what?
2       A    Well, there is three levels.  Three months
3   $35.00, six months $60.00, 12 months is $100.00, and
4   the print subscription and the online access go
5   together.
6       Q    And that circulates how far, county-wide?
7       A    Our print is purely Phillips County.  Well, we
8   do have some out-of-county mail subscriptions.  So,
9   let me correct that.
10      Q    Well, you have got them in a gas station in
11  Monroe, because I saw it coming in.
12      A    In Monroe?
13      Q    I thought --
14      A    Marvell is still in the county.
15      Q    Oh, okay.  Yes, it's Marvell.
16      A    And I know we go out that far.
17      Q    Yes.
18      A    But our coverage area is Phillips County, and
19  Phillips County's people, you know, somebody out of
20  town from here, we run that kind of news, too.  But
21  our heart and soul is the Phillips County circulation.
22      Q    So, let me jump ahead, because you are asking
23  for damages.  And I have your income from Phillips
24  Community College.  I don't have any income from
25  Helena World.  Do you draw a salary?

Page 66

1       A    No.  I have gotten some money at different
2   times.
3       Q    What do you mean, like when you are -- you had
4   an excess above your overhead?
5       A    There was a period --
6       Q    Like a profit?
7       A    -- where my partner came in -- because I have
8   worked the bulk of the time for no cash -- where we
9   didn't have an editor and he said, "I want you to pay
10  yourself a little bit."
11      Q    Because you are editor and publisher?
12      A    I was sweeping the floors and all of that.  We
13  do have a bookkeeper.  But he told me to pay myself a
14  little bit.  But even if I had become the
15  superintendent at --
16      Q    So, this is your -- you are the second highest
17  stakeholder?
18      A    Right.
19      Q    And Mr. Davis is the highest?
20      A    Is the majority shareholder.  But even if I had
21  become superintendent that wouldn't have precluded me
22  from investing in this endeavor.
23      Q    You don't think so?
24      A    No.
25      Q    Could you have been the editor?

Page 67

1       A    I probably would have had to not write as much,
2   or whatever.  It would have been different.  But it
3   wouldn't have precluded me from investing in this, any
4   more than it would have precluded me from investing in
5   -- well, I have some stock in Gannett.
6       Q    But could you be a shareholder in a paper that
7   covers the business for which you are the CEO?
8       A    Yeah, there is a way to do that.
9       Q    Are you just speculating, or you know of a way?
10      A    I can own something and disclose that on the
11  ethics disclosures and all of that, just like they are
12  supposed to do now.  Mr. Simpson owns part of a radio
13  station.
14      Q    But as far as like journalistic integrity, et
15  cetera, ethics, how could you have covered the
16  district in the paper?
17      A    We would have had to have assigned somebody else
18  to it.
19      Q    Okay.  And then -- so, as far as your salary,
20  what are we talking about, money that you have taken
21  as a salary?
22      A    There is one payment I get with Chuck once a
23  year that is interest on the money that we loaned the
24  company for its start-up.
25      Q    So, you get one payment a year, which is an

Page 68

1   interest payment?
2       A    That's one payment that is an interest payment.
3       Q    What is that typically?
4       A    Mine is going to run, I think, around $2,500.00.
5       Q    Okay.  So, you get a yearly payment of roughly
6   $2,500.00?
7       A    Right.  And then, while we -- there was a period
8   from April until the end of September where I --
9       Q    Of 2020?
10      A    Of 2020.  Where we were short on staff and I was
11  working seven days a week, and it was in April, he
12  said, "I want you to pay yourself something every week
13  until we get somebody to help you."  And now I'm back,
14  I don't get anything.
15      Q    When you were getting paid, $1,000.00 a week?
16      A    No.  $600.00.
17      Q    Okay.  What is your staff like now?
18      A    We have an editor, a man named Rick Wright, we
19  have a full-time bookkeeper.
20      Q    He owned the other paper that was --
21      A    No, not Rick Wright.  I'm sorry, Rick Kennedy.
22  Rick Kennedy.  They both were previous editors of the
23  Helena World under Gatehouse.  But Rick Kennedy, who
24  was previously the editor of the Pine Bluff
25  Commercial, and became available when Waco Media

Page 69

1   purchased it, and I jumped at the chance to hire him.
2   Q    Did he relocate to Helena?
3   A    Yes.
4   Q    So, you have an editor?
5   A    A full-time bookkeeper, a part-time circulation
6   person who runs the route, determines how many papers
7   we put in which locations, tries to get new locations.
8   And he is a part-time person.  Then, I have some
9   freelance writers that cover different things.
10  Q    And they just get an hourly?
11  A    They get a per story fee.
12  Q    Okay.  And you are still actively involved in
13  the Helena World as we speak?
14  A    Yes.
15  Q    Okay.
16           MR. KEES:  Do you want to take a break?
17           MR. VALLEY:  I do.
18           (WHEREUPON, a break was taken.)
19  BY MR. KEES:
20  Q    Mr. Bagley, okay, so, when you graduated -- and
21  I'm going to backtrack and go over some of your
22  personal stuff.  After you got your Masters in poly
23  sci from Baylor in 1998 -- first of all; is that
24  correct?
25  A    Yes.

Page 70

1   Q    Okay.  What was your first job?
2   A    I was originally going to -- I went on to LSU to
3   work on a Ph.D. program.  And that, I did not finish.
4   Q    In poly sci?
5   A    Yes.  And I was going to take a one-semester
6   break, I had all of it arranged, my fellowship would
7   still be available -- because I had gone straight
8   through.  I finished the BA at Ouachita Baptist in May
9   of '97, then started the Masters at Baylor the
10  following August, and then took 12, 12, 12 in the
11  summer, took the comprehensive exams and started the
12  Ph.D. program, and I was tired.
13  Q    The Ph.D. at LSU?
14  A    Right.  And so, was going to take one semester
15  off, came back, was working part-time for a bank,
16  which is now a part of Southern Bancorp.  It was First
17  National Bank then.  And decided I was through, I
18  didn't want to go back.  And got promoted to being a
19  loan officer, and didn't like certain parts of that
20  job.  It was a lot of fun in a lot of ways, but when
21  you repossess some old man's car, you just -- you
22  know, it don't feel good at night.  And so, I went to
23  teaching.  First teaching job was at Elaine.
24  Q    And this was in K-12?
25  A    Yes.

Page 71

1   Q    And what year was that?
2   A    2000, maybe.
3           MR. VALLEY:  I don't know.
4           THE WITNESS:  It's on my resume that's
5        in the application packet that you have.
6   BY MR. KEES:
7   Q    Okay.
8   A    And then --
9   Q    So, teaching what?
10  A    The first year was elementary students.  The
11  second year was 7-12 social studies.  And I got out of
12  -- I also got a start as an adjunct at Phillips
13  Community College then.
14  Q    Do you remember the year there?
15  A    Okay.  I have been full-time now for 13 years
16  and a semester.  There was eight years before that.
17  1999, I started as an adjunct at Phillips Community
18  College.
19  Q    And that's where you just get paid by the
20  course?
21  A    Right.  It was $1,500.00 a class.  It's still
22  $1,500.00 a class, unless you have an astronomical
23  number of students.
24  Q    Oh, even as a full professor?
25  A    No.  That's still the adjunct pay.

Page 72

1   Q    Okay.
2   A    My point was, it hasn't kept up with inflation.
3   Q    Sure.
4   A    But, you know, I was young, finding my way a
5   little bit in those days.  And while I was at Elaine,
6   I met the woman who would become my ex-wife and we had
7   a child, I was going to try to make a little more
8   money and tried some other things.  They were
9   sales-related.  That didn't work out, and I returned
10  to teaching while the state was in charge of the
11  Helena-West Helena School District the first time.
12  Q    And do you remember that date?
13  A    2005 or '06.  Again, it's on the resume that you
14  have.  Rudolph Howard was the superintendent, and he
15  hired me.  And I had a good experience, for the most
16  part, at Central.  I enjoyed the kids.  But the
17  full-time history and political science position at
18  the college came open for the first time in 33 years.
19  Q    So, they only had one full-time professor of
20  poly sci?
21  A    Well, for the American history and American
22  government, that job came open.  We have since been
23  down-sizing as our student count has declined.  But at
24  the time they had a western -- full-time western civ
25  and that kind of person, and then me doing American.

Page 73

1  And that job came open. You know, that's a
2  once-in-a-lifetime kind of job, because people, when
3  they go to Phillips, they never leave until they
4  retire. And so, I applied and I have been there ever
5  since.
6  Q  So, how long were you at Helena then as a
7  teacher?
8  A  As a teacher, one year.
9  Q  One year.
10 A  But the good experience, the kids that I got to
11 meet, I wanted to stay involved. And I was already
12 doing their football radio.
13 Q  Volunteer?
14 A  It has gone back and forth, depending on the
15 station and the arrangement. The most I ever got was
16 $50.00 a game, which, you know, on a road game means
17 you lost money. But largely volunteer work. And
18 then, we -- and James was a part of this, too. We
19 started back up the Booster Club. There were
20 innumerable needs. We got the nonprofit corporation
21 in place where people could write tax deductible --
22 give tax deductible gifts, and we started raising
23 money. And I worked on that, and we raised a lot of
24 money, did a lot of good things, bought weight
25 equipment, put new goal posts up, made a $20,000.00

Page 74

1  contribution towards the renovation of the bleachers
2  that ultimately occurred.
3  Q  And this is while you were at Community College
4  full-time?
5  A  Yes. And, of course, the college was a
6  community college, and they encourage community
7  involvement. So, they have always been very
8  supportive.
9  Q  What is the student count at PCC?
10 A  It's PCCUA now.
11 Q  Okay.
12 A  Phillips Community College of the University of
13 Arkansas.
14 Q  Okay.
15 A  They get kind of touchy about that.
16 Q  Who were they associated with prior to UA?
17 A  They were an independent community college. And
18 they merged with the UA system in 1996.
19 Q  So, you were a full professor then in 2006 or
20 '07. Or I say "full professor". Is that the term
21 that is used?
22 A  Our term is instructor.
23 Q  All right. And my question is, like, as we sit
24 here today, what is the student enrollment at the
25 college?

Page 75

1  A  I'm trying to think, because I haven't looked at
2  the online count in a while. But the Helena campus,
3  counting concurrent enrollment and secondary center --
4  secondary technical center students, is usually around
5  600. And then, the Stuttgart and DeWitt campuses
6  combined in Arkansas County add about five. We are
7  always a little ahead of them combined, typically.
8  So, a thousand, 1,100. But when I first started, it
9  would have been about 1,600 or 1,700.
10 Q  So, as we speak, are your classes all online?
11 A  No. I have three face-to-face this semester,
12 and two online. We have moved to all virtual
13 post-Thanksgiving, because that's just the run up to
14 the finals.
15 Q  But even prior to COVID, you still had online
16 instruction for --
17 A  Yes.
18 Q  -- kids that -- or students that didn't live in
19 the area type thing?
20 A  Yeah. I got in on the online at the very
21 beginning. I was a charter adjunct faculty -- charter
22 faculty member. I was one of the very first for the
23 eVersity in the UA system. And they occasionally
24 still call me to teach their government class. So, I
25 got in on the online very quickly when we started it.

Page 76

1  And we have had some fits and starts, but we have
2  learned a lot along the way, and it has been
3  enjoyable.
4  Q  So, you're salaried to teach five classes of
5  government?
6  A  Well, it's a combination of US-I, US-II, state
7  and local, and American federal, and then I teach some
8  Arkansas history along the way, too.
9  Q  But every semester, though, you have five?
10 A  The base load is five. And I haven't had an
11 overload in a while.
12 Q  If you had an overload, would you be compensated
13 above your salary?
14 A  At $1,500.00.
15 Q  And I saw your salary. It's somewhere in the
16 $40,000.00 range?
17 A  Yeah.
18 Q  Is that consistent with other instructors?
19 A  With my -- that were hired when I was hired.
20 And we haven't always -- it's not like a school
21 district where you get the automatic increment. There
22 were years we got no increased compensation whatsoever
23 while I've been there.
24 Q  You are talking about a salary scale, you do not
25 have that through the community system?

Page 77

1    A    There is a placement scale at the college.  And
2    a couple of years ago, I was still in the $30,000.00s
3    with the base, and hustling for, you know, some
4    overloads.  And it was either two or three years ago,
5    I can't remember the exact time frame, and they did a
6    study and they looked at all the faculty and where we
7    are now versus where we would be if we came in with a
8    new hire with our years of experience.  And they saw
9    we had some huge gaps, some huge discrepancies, and
10   they went on a two-year phase-in to get us up to where
11   we would be if we were a new hire that day.  And so,
12   that's how I get into the $40,000.00s.
13   Q    And you are at -- I saw your last tax return, I
14   only got '17 or '18, and it was like $42,000.00.  Is
15   that still about the same?
16   A    That's still about the same.
17   Q    Essentially, my question is, you could be paid
18   more working in a public school system as a school
19   teacher with a Masters.  So, why have you not looked
20   into that, or why are you not doing that?  Let me
21   break that up.  Do you agree -- have you ever reviewed
22   salary scales?
23   A    I know that you can teach more -- you can make
24   more being a teacher.
25   Q    At a public school?

Page 78

1    A    Yeah.  And I have been asked that question by my
2    students occasionally, you know, "Why did you get
3    out?"  And, you know, there are a lot of intangible
4    benefits that I have that I knew I would be giving up
5    when I applied for the superintendent's job.
6    Q    Like what?
7    A    A public school teacher is going to be in that
8    room 35 hours a week, if not more.  And then, they are
9    going to be grading papers at night.  I'm in the
10   classroom, for the base load, if you count the online
11   time, 15, and then I get to go to my office to grade
12   papers.  And that's worth something.  To be able to --
13   you know, to have that time, you know, to -- I was
14   able to go watch my kids do some things --
15   Q    Let me back up.  So, you've got five classes,
16   and they are three hours each?
17   A    Yeah.
18   Q    So, you are on campus --
19   A    They say classroom time.  The online is not an
20   exact science.
21   Q    But is online -- let's just go pre-COVID.  When
22   I did online in college, we didn't have live
23   instruction, you just had a class and you kept up with
24   the assignments.
25   A    Right.

Page 79

1    Q    Is that what you are talking about?
2    A    They have a formula where they figure the amount
3    of time you spend in prep and responding to e-mails
4    and that sort of thing.  So, that's how we get to, it
5    still is a three-hour deal.
6    Q    So, would you say that you work as an instructor
7    20 hours a week?
8    A    We are required to be available to students
9    beyond the classroom for ten hours.  And then, the
10   rest of the time we get our work done whenever we want
11   to do it.
12   Q    So, you have to be available 25 hours a week?
13   A    Right.
14   Q    And during that ten hours, can you be remote?
15   A    Yes, sometimes.  Like right now, we are.  But,
16   yeah, obviously with the online --
17   Q    No, no, no.  I'm saying, take COVID out of the
18   equation.  You have to be available to students ten
19   hours.  Is that just available by e-mail and phone
20   call, or do you have to be in your office?
21   A    We're supposed to be -- we have to put some
22   office time up.
23   Q    All right.  So, just kind of wrap this up.
24   Pre-COVID, post-COVID, you've got about a 25-hour
25   obligation a week at Phillips Community College?

Page 80

1    A    It's a 40-hour obligation.  But the assumption
2    is, that other 15 you are working on things, but it's
3    not necessarily in the office.  Grading papers,
4    preparing assignments, updating courses.
5    Q    Okay.  So, you've got a 15-hour class
6    obligation; correct?
7    A    Correct.
8    Q    A ten-hour office hour obligation?
9    A    Right.
10   Q    And then, you are expected to use another 15
11   hours to just do your --
12   A    To get your stuff done.
13   Q    -- preparation work?
14   A    Yes.
15   Q    And you were saying that that's significantly
16   different than a teacher's -- public school teacher's
17   obligation?
18   A    Yeah.  For 35 hours, you are with them.  And I
19   have done it, and I have the utmost respect --
20   Q    Right.
21   A    -- for those that do.
22   Q    And your salary is an annual salary, correct,
23   the $45,000.00 and change, or whatever?
24   A    They pay it out over 12 months, but it's for the
25   nine and a half month instructional contract.

Page 81

1    Q    So, you don't work in the summer?
2    A    We can, but we get paid extra for that.
3    Q    Well, that's akin to what a school teacher would
4    do, I guess; right?
5    A    If they took a summer job somewhere, worked in
6    summer programs, yeah.
7    Q    So, you recognize, with your degrees and
8    training, that you could be making higher pay, but you
9    choose to stay at the Community College for the
10   intangible benefits?
11   A    When I was a lot younger and I had a small
12   child, that played a role in my thinking.  Now I'm
13   older, my child is a senior, the younger one that we
14   raised that's a grandson is an eighth grader, I can
15   take on more.  And, of course, finances forced me
16   to take on a lot more when I was younger, too.  But
17   those are some of the trade-offs.
18   Q    You are saying your financial obligations are
19   lessening the older you get?
20   A    No.  I'm saying the value of that time as the
21   kids are no longer with you.
22   Q    Okay.
23   A    You know.  You don't need the time as much.  Our
24   financial obligations seem to grow with them.  The
25   toys just get more expensive.  College is coming.

Page 82

1    Q    So, Collin attends Sheridan?
2    A    He does now, yes.
3    Q    Collin is your son we have been referring to?
4    A    Yes.
5    Q    And is that where his mother lives?
6    A    That's where she currently lives.
7    Q    And who is that, your ex-wife?
8    A    Her name is Donna Shepherd, then she was a Page
9    with two different husbands besides me, and I don't --
10   Q    She was a Page?
11   A    Yes.
12   Q    Are you using, is that a derogatory term?
13   A    No.  That was her last name.
14   Q    Oh, okay.
15   A    That was her last name.
16   Q    Okay.
17   A    She has been married three times.
18   Q    You said a Page with two other husbands.  So, I
19   didn't know if that was code for harlot or something.
20   A    No.  My ex-wife and I don't necessarily have a
21   good relationship, but she is not like that.
22   Q    Really all I wanted to know is where they
23   currently reside.  They reside in Grant County?
24   A    In Sheridan, yes.
25   Q    And Collin goes to school there?

Page 83

1    A    Yes.
2    Q    And he is going to college next year?
3    A    Presumably.
4    Q    Okay.  And then, you and your current wife,
5    Sandra, have taken on a grandchild?
6    A    We have had Gabriel -- she has had him all but
7    six months of his life.  And I have had him -- in some
8    fashion, I have been a part of his life since he was
9    three.
10   Q    Okay.
11   A    So, he is like my own.
12   Q    Is there a legal arrangement there?
13   A    No.
14   Q    Okay.  But you have taken on the financial
15   responsibility?
16   A    He lives with us, we take care of him, I love
17   him like I do Collin, and I take care of him like he
18   was my own.
19   Q    And you have financial obligations to Collin?
20   A    Yes.
21   Q    Okay.  In terms of employment since you went to
22   PCC full-time in '06 or '07, 2006 or '07, you
23   obviously applied for the superintendent's position.
24   Any other positions that you have sought out, in any
25   industry, aside from your role at the Helena World?

Page 84

1    A    I don't think I have applied for any other
2    full-time job in the whole 13 years.  PCC has been
3    good to me.
4    Q    Have you sought advancement at PCC, to the
5    extent there is?
6    A    Yeah.  There were a couple of internal possible
7    promotions.  There were two, and I applied for
8    them, I didn't get them.
9    Q    What were they?
10   A    One was when our dean retired, they created --
11   they phased out the dean's position, they created a
12   position of department chair.  And I did make the
13   interview cut.  And they went with Ms. Bryant, who is
14   a dear friend of mine to this day, and we work well
15   together.
16   Q    Did you get an explanation as to why you didn't
17   get the department chair position?
18   A    I didn't ask.
19   Q    Was this like a dean of humanities?
20   A    It was the dean of arts and sciences, which had
21   become an all-encompassing division with theater and
22   psychology and sociology and all that.
23   Q    And what was the other time at PCC that you --
24   A    There was a vice chancellor's position for
25   student services.  And they hired a lady that was at

Page 85

```
 1   Arkansas State.
 2   Q    How many vice chancellors do you have at PCC?
 3   A    You've got the one for Arkansas County, you've
 4   got the one for student services, you've got the one
 5   for finance, and you've got the one for academic
 6   affairs, and then the one that's the fundraiser.
 7   Q    And they just serve the PCC, they don't serve
 8   other community colleges?
 9   A    No.
10   Q    Okay.
11   A    We have recently phased one out.
12   Q    Okay.
13   A    We used to have separate vice chancellors for
14   DeWitt and Stuttgart, and they have combined that into
15   one.
16   Q    What does the vice chancellor of student
17   services for the Phillips Community College make?
18   A    Probably in the $90,000.00s.
19   Q    Okay.  And aside from that, that's the only
20   other time that you have sought other employment since
21   you went to --
22   A    Right.  I don't think I have applied for any
23   other full-time job that was not internal at the
24   college, other than Helena's superintendent's job.
25   Q    And how old are you?
```

Page 86

```
 1   A    I'm 45.
 2   Q    So, work-wise, do you have a long-term plan for
 3   how long you are going to work?
 4   A    Probably until at least 65, when I can have
 5   Medicare.
 6   Q    Oh, because you get your insurance through PCC?
 7   A    I do.  And health insurance is going to always
 8   be a concern for me, due to preexisting conditions.
 9   Q    Okay.  And then, your current wife is employed
10   with AT&T?
11   A    Not anymore.  She has retired from AT&T.  I
12   forget the name of the -- it is technically an
13   independent contractor now, that has been placed with
14   Express Scripts, and she works in IT.  Strategic
15   Staffing Solutions, maybe, is the same of the company
16   that placed her with Express Scripts.  And so, she
17   works in that field.
18   Q    And like in 2017, she worked with AT&T?
19   A    Correct.
20   Q    And what kind of role was she in?
21   A    She was a senior business manager in the
22   Information Technology Department.
23   Q    And she was a significant income earner?
24   A    My wife has been blessed, yes.
25   Q    Okay.  And you were married in 2010?
```

Page 87

```
 1   A    Yes.  It will be ten years in this -- it's
 2   December.  So, this month.
 3   Q    You better not forget that; right?
 4   A    Yes.
 5   Q    What is the date?
 6   A    The 18th.  The week before Christmas.  And she
 7   is very special.
 8            MR. KEES:  And that's your sister?
 9            MR. VALLEY:  Yes, yes.
10            MR. KEES:  To avoid a confrontation, you
11        better not say anything else; right?
12            THE WITNESS:  James knows.  He said when
13        I met Sandra, I learned how to hit the
14        "ignore" button on the cell phone.
15   BY MR. KEES:
16   Q    What does that mean?
17   A    It means he would call me, and I was with her
18   and I would hit "ignore".
19   Q    Were y'all friends -- were you and James friends
20   before that?
21   A    James and I have been friends for over 20 years.
22   Q    Because you went to Barton --
23   A    Correct.
24   Q    -- High School.  And then, how did you end back
25   up in Helena?  How did you end up in Helena to begin
```

Page 88

```
 1   with?
 2   A    The district itself?  The first thing --
 3   Q    No, no.  Because you spent time in Arkadelphia
 4   at OBU.
 5   A    Okay.  I come home --
 6   Q    By the way, how did you end up at OBU?  Do you
 7   have a Baptist background?
 8   A    My mother went to Ouachita Baptist.  I am not
 9   exactly the best Baptist in the world, but I am a
10   Baptist.
11   Q    Do you still attend the Baptist church?
12   A    Well, I haven't attended church very much,
13   period, since March.  But, yeah, I would still --
14   Q    If I was to ask you, "Where do you associate
15   yourself with in terms of a church," do you associate
16   with a local church?
17   A    Yes.
18   Q    The First Baptist Church?
19   A    My membership is at Helena First Baptist Church,
20   which is just right over here.  (Indicating.)
21   Q    Okay.  And so, you went to OBU.  I think I was
22   asking you how you ended up at OBU.
23   A    Yeah.  And I was going to go to university, you
24   know, I was young, and was going to shake the dust of
25   Phillips County off my feet and all that stuff.  And
```

Page 89

1  my mama wanted me to visit Ouachita. And she took me
2  to visit, and I fell in love with the place. And I
3  loved that four years. And my faith is not something
4  I wear on my sleeve, but it's important. And to be
5  able to study in an environment was helpful, where
6  religion was respected. And I continued that with my
7  Masters degree. I went to the world's largest Baptist
8  university for that. So, I go there, then I come home
9  after LSU, as we mentioned earlier. And I'm working
10  in Elaine and all that, and I meet Donna, and we live
11  there outside of town in the Barton School District
12  until -- let's see. Collin was born in 2003. Until
13  2007. And things in my marriage were not very good.
14  Q   And she is Caucasian?
15  A   Yes.
16  Q   Okay.
17  A   And she and I had a conversation, she said, "I
18  just want to go back to where my parents are." And
19  they had moved from Tichnor to DeWitt, which is still
20  all in Arkansas County. She was related to half of
21  the folks over there. And so, I said, "Well, we will
22  try to make a go of it."
23  Q   Go of what, moving to Tichnor?
24  A   In saving this marriage, you know. And it
25  didn't work. And so, I come back over here, I was 34

Page 90

1  years old --
2  Q   So, you are 49 now, you said?
3  A   45.
4  Q   45. So, your divorce is at the age of 34?
5  A   Yes.
6  Q   All right. And you are living somewhere in
7  Arkansas County?
8  A   I had been, yes. 521 West Maxwell in DeWitt.
9  Q   Okay.
10  A   She still owns it, even though she hasn't taken
11  care of it.
12  Q   And then, you find yourself back in Phillips
13  County after the divorce?
14  A   At 5:00 a.m. one morning, and I can't remember
15  the date, I had to knock on my mama's door. And for a
16  few months, I lived with my mama.
17  Q   Okay.
18  A   And then, you know, my grandmother was no longer
19  able to take care of herself. She was already living
20  with mama. Mama did some work on her house and I
21  lived in it for a while.
22  Q   And your dad is deceased at this point?
23  A   No. Daddy is still very much alive and kicking.
24  Daddy was the principal of the Barton-Lexa School
25  District for 40 years.

Page 91

1  Q   But you moved back in with your mother. So, I'm
2  presuming they were divorced?
3  A   Well, no. Daddy was there, but everybody knows
4  it's Mama's house, if that makes sense to you.
5  Q   Okay.
6  A   You know, we go to Mama's to visit Daddy kind of
7  thing. And so, I lived at the house my grandmother
8  used to live in at 3351 Highway 49 for a while. And
9  then, I met Sandra.
10  Q   And you are 34. So, this was 11 years ago. So,
11  we are in the 2009 time range?
12  A   Yeah. And there is a long period of separation.
13  And I don't remember the exact dates that I left
14  Maxwell Street to go to Mama's and all that.
15  Q   Okay.
16  A   But there is a long period of separation before
17  the divorce is final. Because Donna needed insurance,
18  and I wanted her to have some time to get some
19  insurance and not just leave her hanging out to dry.
20  I'm not sure, if the situation were reversed, she
21  would have been as kind. But then, the divorce was
22  final, and I had said that no woman would ever move in
23  more than a toothbrush. And then, I met his sister,
24  "his" being James. And it has been a special ride for
25  ten years.

Page 92

1  Q   But I'm still off, because you went to high
2  school at Barton, where I assumed your parents lived.
3  A   Uh-huh. (Indicated yes.)
4  Q   So, how did you get back to Helena?
5  A   Oh, to living --
6  Q   I know we are not that far apart.
7  A   Well, we are one step away, Mr. Kees. You asked
8  for the journey.
9  Q   Right.
10  A   I'm about to bring it full circle.
11  Q   Okay.
12  A   When Sandra and I got married, leading up to our
13  marriage in December of 2018, Sandra had a job where
14  she could work from home.
15  Q   Okay.
16  A   And I didn't want to leave here. So, she made
17  the sacrifice to move from Dallas and come here,
18  because she could work at the house. And so, we
19  started looking for houses, and we bought the one at
20  219 -- well, she actually bought it before we got
21  married. The month before, she closed on it, at 219
22  St. Anthony. And so, that's how I ended up living
23  here, and I'm still living there today.
24  Q   So, when you met Sandra, you were living in
25  Barton at your grandmother's home?

Page 93

1   A    Uh-huh.  (Indicated yes.)
2   Q    Or somewhere.  How did you meet her in Dallas?
3   A    She came home for a funeral, of all things.
4   Q    Okay.  So, basically, you and she made the
5   decision to move to Helena because she had family and
6   you had ties to the area?
7   A    Well, my family is still here.
8   Q    Okay.
9   A    And Sandra's mother would have been 71 at the
10  time.  Sandra had been in Dallas for 30 years.  And
11  so, there were some reasons she wanted to come, you
12  know.  Yes, there was me, but she wanted some time to
13  spend with her mother, who was getting up in age.  And
14  as we get older, we start to think about those things
15  and spending time with them more.
16  Q    So, is it fair to say roughly 2010 is when you
17  and her took up new roots in Helena?
18  A    Well, I wouldn't say that they are necessarily
19  new, but that's where we bought a house and we
20  physically planted it, 219 St. Anthony.
21  Q    To where you still live today?
22  A    Yeah.  And will probably be there when I die.
23  Q    Okay.  So, I want to talk about, in detail, your
24  relationships with Ms. Burrell, Ms. Davis, Mr. Boone,
25  Mr. Simpson, Mr. Strickland, and Mr. Bobo.  Okay?  Let

Page 94

1   met start with Ms. Davis, because you have referenced
2   that you taught under her at Central.
3   A    Uh-huh.  (Indicated yes.)
4   Q    All right.  So, let's go to Central, 2005, 2006?
5   A    Yeah.  There were two assistant principals in
6   the building, and she was one of them.  Willie Jackson
7   was the other.  The supervising principal whose office
8   was up the hill was named Chris Gelenter.
9   Q    And Rudolph Howard was the superintendent --
10  A    Correct.
11  Q    -- who hired you to teach high school social
12  studies of some sort?
13  A    Yes.
14  Q    And Ms. Davis was one of your supervisors?
15  A    Correct.
16  Q    And you had a professional relationship with her
17  for a year?
18  A    Yeah.  And we continued to see each other, you
19  know, in town, small town, and would speak and give
20  the pleasantries.
21  Q    Okay.
22  A    But, yeah, it was a professional relationship.
23  Q    So, how would you describe your -- well, you
24  were friends with her?
25  A    I thought we were.  It has become quite clear

Page 95

1   that we weren't.
2   Q    Well, and I'm just talking about that year, you
3   were friends?
4   A    I thought that we were.
5   Q    Okay.
6   A    And, you know, because, yes, she did say I was
7   her kind of cracker and race did permeate lots of
8   conversations.  But on Fridays, game days, you know,
9   we -- on my planning period, I would run get us all
10  lunch at the Corner Market, and during our break, we
11  would sit and we would eat together, you know.  It was
12  that kind.  You know, not close where you call them on
13  the phone when your relatives died, but pleasant
14  enough that we had that kind of social interaction at
15  work.
16  Q    Okay.  And when you say that you are her kind of
17  cracker, how did you perceive that comment when she
18  made it to you during this time in 2005?
19  A    I didn't necessarily like it, but, you know, I
20  wanted to give her the benefit of the doubt.
21  Q    Was she joking with you, or being jovial?
22  A    She would laugh.  But, you know, sometimes we
23  look back on things and we see the stuff that I guess
24  we didn't wish to see.
25  Q    Well, in the moment --

Page 96

1   A    In the moment, I was a little uncomfortable, but
2   not so much that I thought it warranted saying
3   anything about it.
4   Q    Okay.  Did she make any disparaging remarks to
5   you in that time period?
6   A    I can't remember any specifically.
7   Q    So, when she would say something like, "You're
8   my kind of cracker", is that like you say something
9   funny, or you do something she likes and she's giving
10  you like, "You're my kind of cracker"?
11  A    Right.  An awkward compliment --
12  Q    Okay.
13  A    -- would have been the best interpretation that
14  could have been given of it.
15  Q    Did you ever make a jovial comment back to her?
16  A    Not in a racial way.  Because even then, you
17  know -- growing up in Helena, you develop a super
18  sensitivity to these kinds of issues.  You know,
19  Helena and Phillips County, we are all kind of
20  intertwined together.  And like I told you, you know,
21  we were public school people when a lot of our family
22  was not.
23  Q    What do you mean, you were public school when
24  white people were not attending public schools?
25  A    When some of our own relatives helped to start

Page 97

1    one of the private schools in one case.
2    Q   And this was when -- are you referring to like a
3    white flight out of the public school system?
4    A   Right, right.
5    Q   Well, demographically, when did Helena-West
6    Helena become more minority-majority?
7    A   Well, it was majority-minority even when I was
8    in school. But in the early '90s, they still had, I
9    think, around 30, 35 percent white enrollment. And it
10    was either in '92 or '93, because I was either a
11    junior or senior in high school, when the demographics
12    of the Board changed from majority white to majority
13    black. And, you know, I remember -- and I can't
14    remember which newspaper it was, because at the time
15    we had two. But I believe the Board -- that the
16    incoming board president was a man by the last name of
17    Bell who said, "Tom Chaney is gone." And then, later
18    on, it became, everybody started talking about, "Well,
19    it's pay-back time," that white people had mistreated
20    black people in the past and now it was fixing to be
21    the reverse. And that has played itself out over the
22    last 20-something years, that the only white
23    superintendent you have had in that time was
24    state-appointed. One potential white applicant sued
25    the district multiple times.

Page 98

1    Q   Who is this?
2    A   Roy Bridges. And it continues to rear its ugly
3    head. And that's unfortunate.
4    Q   So, of these other Board members, were any of
5    them on the CAB, the Board members in this lawsuit?
6    A   I believe Mr. Simpson got appointed later. He
7    wasn't on the initial one. Sanetta was, I think --
8    yeah. Because she was in the van with us when we went
9    up there that day to get local control. Mr. Boone
10    was. Ms. Burrell was not. I don't believe Mr. Bobo
11    was. Mr. Strickland was not. And, of course, Janice
12    wasn't.
13    Q   Okay. Do you have a relationship with Janice
14    Williams?
15    A   Not much of one.
16    Q   You know her?
17    A   I know her.
18    Q   What was -- did she have like a -- what do you
19    call those, like a campaign promise or an agenda when
20    she ran against you, something particularly that she
21    was opposed to you about?
22    A   There were --
23    Q   Platform is what I think I'm referring to.
24    A   Well, there is the public campaign and the
25    whisper campaign.

Page 99

1    Q   What was her whisper campaign?
2    A   The whisper campaign is, "We've got to get that
3    white man out of here." And Mr. Simpson and Ms. Davis
4    participated in that.
5    Q   Because you are white, or because of something
6    you had done and you just so happened to be white?
7    A   No. I think it's because I'm white. I think --
8    Q   What inherent -- just the fact that you're
9    inherently white, what makes you think that that's why
10    they didn't want you on the Board?
11    A   They wanted me out of there. They -- and they
12    have shown it since I left that they don't want white
13    people around.
14    Q   But, I mean, I want to know what the difference
15    is between how do you know it wasn't because they just
16    didn't like Andrew Bagley?
17    A   Because I know them, and they said it was race.
18    You know, I referenced earlier, Mr. Simpson, "I want
19    you to be the next Harold Chorley. But we just" --
20    "it's too hot. We can't hire a white man."
21    Q   What do you mean "it's too hot"?
22    A   The politics of hiring a white person. Mr.
23    Strickland said he was afraid the whole staff would
24    walk out if we hired a white guy.
25    Q   He said that. Okay. So, let's break these

Page 100

1    down. Mr. Strickland, at one of the meetings?
2    A   No. This is when he summoned me to his office
3    at the Marianna Police Department as this process for
4    a superintendent was nearing a close.
5    Q   Oh, like the interview or after the year-long
6    interim?
7    A   We are getting to the interview part.
8    Q   Okay.
9    A   When we thought it was nearing an end.
10    Q   Sometime in May?
11    A   Yeah, in that neighborhood.
12    Q   Mr. Strickland summoned you?
13    A   Mr. Strickland summons me to the Marianna Police
14    Department.
15    Q   And at this point, you are one of like four
16    candidates?
17    A   We are down to four. And he said, "You are the
18    man for the job. You are what we need. I've got a
19    lot of respect for you, but I'm afraid the staff will
20    walk out if we hire a white guy. But I think you are
21    going to get it," is what he said. I told you about
22    Mr. Simpson.
23    Q   Let's stick on Mr. Strickland. What was your
24    reaction to that comment?
25    A   I said, "Well, if you think I am the man for the

Page 101

1    job, then show some faith in me.  Because I promise
2    you, nobody is going to work harder for these kids."
3    And, you know, and I -- I did feel like there was no
4    one in that final four better suited than me for this
5    job in this moment, because I could lead.  And I don't
6    dislike Ms. English, but Ms. English is not a leader.
7    Ms. English would have made a great worker bee.  But
8    she doesn't like to tell people "no".  And this job
9    requires that you tell people "no".  And because you
10   asked me did I think I was more qualified than Linda.
11   And in this moment, for this job, for this district,
12   absolutely "yes".
13   Q    So, with Mr. Strickland, after you said, "You
14   give me an opportunity," did you address the issue of
15   the staff not receiving you?
16   A    Yeah.  I said, "Look, I'm going to go to them.
17   And if they do to their job, nobody has got a thing to
18   worry about."
19   Q    What is the racial make-up of the staff,
20   certified versus classified?
21   A    It used to be a little narrower.  But like I
22   said, they have gone from -- the administrators are
23   zero.  We don't have any white people cooking food, we
24   don't have any white people cleaning floors, we've got
25   very few white people teaching.  I think we only have

Page 102

1    16 that are teaching.  And that has gotten worse over
2    the last few years.
3    Q    Has the demographics of Helena changed to where
4    it's more of a minority-majority city, black majority?
5    A    It's still, what, about 25 or 30 percent white?
6         MR. VALLEY:  Probably.
7         THE WITNESS:  Yeah.
8    BY MR. KEES:
9    Q    So, it's not getting more -- for lack of a
10   better term, more black in terms of population?
11   A    The percentage -- we are losing black and white
12   residents.  The percentages have increased on the
13   minority side, yes.
14   Q    Okay.  So, the percentage of black citizens has
15   increased in Helena?
16   A    Yes.
17   Q    So, that typically equates to your staff?
18   A    Not necessarily.
19   Q    Well, you hire your staff from the community,
20   typically, do you not?
21   A    But if you look at their own staffing numbers,
22   the number of black staff members remains pretty
23   consistent, even as they phase out positions, but it's
24   the white staff that goes from 41 to 16, it's the
25   administrators that go from two to zero.  The majority

Page 103

1    white consulting firm, E&E, gets booted out in favor
2    of one that has a majority black staff working with
3    Helena.  Thrive's contract, which is a majority white
4    consultant that we were using with EAST that was doing
5    great work, got their contract scaled drastically
6    back.
7    Q    What does Thrive do?
8    A    They were working with EAST and Art.  It was a
9    thing that John and I worked with Will Staley and
10   Terrence Clark to come up with to really beef up those
11   programs.  And it was working.  The kids were wanting
12   to be in it, they were going to the contests, we were
13   making real progress.  And, of course, after I'm gone,
14   they cut that way back.  In fact, I don't think they
15   do anything with EAST and Art anymore.  And all they
16   are --
17   Q    Are you saying eStem?
18   A    EAST, as in the EAST program, which is a
19   vocational kind of program.
20   Q    Is it like engineering, art, science, and
21   theater, is it an acronym?
22   A    I can't remember what the acronym stands for.
23   But it is vocation.
24   Q    Okay.
25   A    They build things.

Page 104

1    Q    But you concede that Helena-West Helena, as a
2    city, is gaining in African-American population and
3    decreasing in white population?
4    A    Its percentage is going up.  Its populations are
5    going down.
6    Q    Yes, I know they are losing population.  But the
7    percentage of African-Americans is rising, which means
8    the inverse for whites?
9    A    That is a statistical fact.
10   Q    Okay.  But you don't think that has any
11   correlation to your staffing at Helena-West Helena
12   School District?
13   A    No.  We should be trying to get the best staff
14   we possibly can, whether they are white, black,
15   Hispanic, Asian, wherever we can get them.  But their
16   attitude is that, "We don't want any white people
17   around here unless we absolutely can't find anybody
18   else."
19   Q    Has anybody told you that, though, Mr. Bagley,
20   or is that just your impression?
21   A    It's what they have done.  When race permeates
22   every point of their conversation.  At one point, Mr.
23   Simpson said, "If we've got an applicant from UAPB, I
24   don't care where else" -- "who else is applying, we
25   ought to hire that one."

Page 105

1    Q    All right. Let's go back. Let me channel this.
2    Let's talk about Mr. Strickland. The comment was made
3    at the police station where he's the chief at
4    Marianna?
5    A    He is now the chief.
6    Q    At Marianna?
7    A    Yeah. He was the assistant chief at the time.
8    Q    He called you in for a meeting and told you that
9    he thought --
10   A    He called me and said, "I want you to come talk
11   to me."
12   Q    And what did you do, how did you react to the
13   comment that he said, "I think the staff would leave
14   if you got hired"?
15   A    I said, "Look, you and I both know who most of
16   them are. You might have one or two that don't. But
17   we are going to tell them up front, 'If you do your
18   job, you have nothing to worry about.'"
19   Q    Okay.
20   A    "Because our ultimate goal is we want these kids
21   to get the best education they possibly can."
22   Q    So, he was expressing to you a concern that he
23   had gathered?
24   A    That they don't want a white superintendent.
25   Q    And then, did he give you assurances, though,

Page 106

1    that, "I'm still going to pick the best person"?
2    A    He said, "You are the man for the job."
3    Q    And that was it?
4    A    That's kind of how he left it.
5    Q    So, you don't have any direct evidence that Mr.
6    Strickland didn't hire you or vote to hire you because
7    you were white?
8    A    His concerns were race-related. So, if you say
9    I'm the man for the job and then you don't do it, and
10   your only concern was, they are afraid of a white guy,
11   it's because you are white.
12   Q    Did he tell you that was his only concern?
13   A    Yes, that's the only concern he expressed.
14   Q    And that was in May?
15   A    Yes.
16   Q    Wait. That's the only concern he expressed?
17   A    That's the only one he mentioned.
18   Q    So, he could have had others, he just didn't
19   express them?
20   A    You would think if he had others, he would have
21   lodged them all at that time in that conversation that
22   he solicited.
23   Q    So, after that May conversation, did he have any
24   other conversations with you, personally, about race
25   between May and then when Ms. English was hired

Page 107

1    full-time in 2019?
2    A    No. That's the only time Daniel talked to me
3    about this.
4    Q    Okay.
5    A    We talked about some other stuff, we talked
6    about some facilities things and some other things,
7    but that's the only time he talked to me specifically
8    about this job situation.
9    Q    So, when we go to trial and we talk about race
10   and what Mr. Strickland said, Daniel Strickland,
11   that's it, the conversation you had at his office?
12   A    Yeah, that's the only one I remember, other than
13   the first meeting.
14   Q    What meeting?
15   A    The first meeting where I indicated to them I
16   was interested. And he didn't have a whole lot to say
17   that day.
18   Q    He just didn't say anything -- or didn't say
19   anything that day?
20   A    We didn't have any one-on-ones, and he did not
21   say a lot in the corporate.
22   Q    Let's talk about Mr. Bobo.
23   A    Okay.
24   Q    Have you ever had conversations -- or have you
25   ever heard him make a statement that you were not his

Page 108

1    choice because you were white?
2    A    Yes. Well, what he said was, "This happened to
3    you because you were white."
4    Q    This is when, after Ms. English?
5    A    After Ms. English is appointed. He said, "You
6    are not the superintendent because you are white."
7    Q    Was he saying that to you like in a sympathetic
8    way?
9    A    Yes, I think it was. Now, he hasn't shown
10   himself to be too sympathetic in terms of what he has
11   spoken up for in the Board meetings. But it had a
12   sympathetic tone to it.
13   Q    What do you mean, since you are --
14   A    He hasn't stood up and said, "Mr. Bagley got the
15   highest score, we should have hired him," like he
16   privately expressed to me, "You ought to be the
17   superintendent."
18   Q    Okay. So, he privately --
19   A    He ended up voting for Ms. English after telling
20   me, "You are the man for the job." And then he said
21   to me, "You are not the superintendent because you are
22   white." And this is a man that goes to church with my
23   wife saying this.
24   Q    At the Baptist church, First Baptist Church?
25   A    No, we don't go to church together.

Page 109

1    Q    Oh, okay.
2    A    She goes to New Haven Missionary Baptist Church
3    where she is the head trustee and he is the head
4    deacon.
5    Q    Okay.  So, he goes to church with your wife?
6    A    Uh-huh.  (Indicated yes.)
7    Q    Yes?
8    A    Yes.  So, he was telling you, "This is my belief
9    as to why you weren't named superintendent, because
10   you are white"?
11   A    Well, he didn't use the words "my belief".  He
12   said, "This happened to you because you are white."
13   Q    Did you ask him to explain?
14   A    No.  I just said, "That's obvious."
15   Q    And he was saying it to you --
16   A    In the context of, you know, I was always with
17   you, and Sanetta didn't let us have a chance to vote
18   on you, she would only let us vote on Ms. English
19   being the interim."  It was that kind of conversation.
20   Q    But this was before Linda was named full-time
21   superintendent?
22   A    Before she is named full-time, but after she is
23   named interim.
24   Q    So, after she is named interim, and you said
25   earlier you were a little bit upset about it, you are

Page 110

1    having a conversation with him where, on the phone?
2    A    No.  It was in person.
3    Q    And that's when he expressed everything we just
4    talked about?
5    A    Yes.
6    Q    Did you ever follow up with Mr. Bobo about,
7    "Hey, what did you mean by that comment," or anything
8    like that?
9    A    No.  I think the comment is self-evident what it
10   means.  He said, "You didn't get it because you are
11   white."  That doesn't require a whole lot of
12   explanation.
13   Q    Okay.  And that's it?  I mean, did he say --
14   A    He said that more than once to me.
15   Q    Well, that's the things I need to know, Mr.
16   Bagley.  Like when else did he say that to you?
17   A    If I went to a church service and bumped into
18   him, or, you know, the following February at the
19   Valentine's thing when he talked to me.
20   Q    February of 2019 you all had a conversation
21   about your candidacy?
22   A    No.  It's after she is named interim.
23   Q    Okay.
24   A    And we are talking about the schools and what is
25   going on, and that came up.  He said, "It should have

Page 111

1    been you."  He was very consistent about that.  But he
2    never spoke up, he never voted that way.  And, you
3    know, he will have to answer as to why he told me one
4    thing and then voted another.
5    Q    So, at some point, after she is named interim,
6    but before full-time, he tells you, "It's because you
7    are white," and you go, "That's obvious," I think is
8    how you just explained it to me; right?
9    A    Uh-huh.  Because there is no other possible
10   explanation.
11   Q    Okay.  So, when --
12   A    You've got somebody with my record that had
13   delivered $37 million in facilities, had shown
14   leadership skills, had shown the ability to build
15   coalitions and get people supporting the public
16   schools that hadn't in a generation, from the business
17   community.  If I had been a black man and done all
18   that, there is no doubt in my mind, again, that I
19   would be down in Ms. English's office right now and
20   you would be in Little Rock.
21   Q    So, when he said that to you, you knew at that
22   point that you weren't going to be the superintendent,
23   did you not?
24   A    You always hold out hope that they will do the
25   right thing.  You always want to believe in the good

Page 112

1    of people.  But, you know, so I waited to see when
2    they made a final decision, if they would do the right
3    thing, or if they would continue on this course and
4    put their own prejudices ahead of the best interests
5    of the school district.
6    Q    Did you get a letter from Ms. Davis when Ms.
7    English was named full-time?
8    A    No.
9    Q    How did you find out about it?
10   A    I was at the Board meeting.
11   Q    Okay.
12   A    By then, I'm covering for the newspaper.
13   Q    And is that when you started writing the
14   articles that weren't always flattering --
15   A    No.
16   Q    -- of the district?
17   A    No.  There is some stuff before --
18   Q    There is what?
19   A    -- she is named the permanent superintendent
20   that's not real flattering.
21   Q    That's what I'm asking.  In that time period,
22   you buy The World in September?
23   A    No.  There is that period for Gatehouse where
24   I'm a freelance writer that they have assigned to
25   cover the School Board where there were some things

Page 113

1    that weren't flattering, but they happened, they were
2    truthful, that they didn't like.
3    Q    So, in the spring of 2019, you are writing as a
4    freelance writer and you are covering the School Board
5    meetings?
6    A    Correct.
7    Q    And you are writing some things that aren't
8    flattering of the district?
9    A    Not flattering of the School Board.
10   Q    School Board?
11   A    Because here was the big one.  In that millage
12   campaign --
13   Q    Which was in March of 2000 --
14   A    2017.
15   Q    Yes.
16   A    John Hoy and I, and my two boys, lugging around
17   all the equipment to do the presentations, we went
18   anywhere that somebody would listen, and we promised
19   this community that it was a different day, we were
20   going to do what we said we were going to do.  And one
21   of the things we said we were going to do was renovate
22   that gym.  And there was enough millage money to do
23   it.  There is still enough millage money to do it.
24   Their own Stephens, Inc. report, their annual public
25   report last night showed the millage is generating a

Page 114

1    million dollars surplus above its current bond
2    payments.  So, the money is there to do the gym.  They
3    have just chosen to raid that kitty and spend it on
4    other things.  And when they started that, and Mr.
5    Simpson made a public statement, "I think the public
6    would support us in keeping people in their jobs
7    rather than renovating that gym."  That's when I was
8    like, "Oh, somebody has got to speak up."
9    Q    Where was the money going, to staff raises?
10   A    They kept positions the district did not need,
11   that were way beyond the standards, many of them for
12   their friends, relatives.
13   Q    And this is happening when?
14   A    This is happening in that period after Linda is
15   named interim --
16   Q    Okay.
17   A    -- and before she is named the permanent
18   superintendent.
19   Q    Are you still on the Board?
20   A    No.
21   Q    Okay.  So, we are talking about a period after
22   November of '18?
23   A    Yes.
24   Q    And we are particularly discussing the issues
25   related to the spending of the millage?

Page 115

1    A    Right.  That was the big one.  And it wasn't the
2    only thing that they didn't like about what I wrote,
3    but, you know, I wrote what they did, and occasionally
4    wrote an opinion piece, particularly on these
5    facilities.  We worked so hard to build some level of
6    trust in the community where nobody trusts each other
7    very much.  This district hasn't passed a millage in
8    30 years.  And we got it done.  John and I went out
9    and we got it done.  And a lot of people will tell you
10   that if I hadn't been in on it, it wouldn't have
11   happened.  And we gave people our word.  And they
12   broke it.  They showed that they were not trustworthy,
13   that their word meant nothing.  And I don't know if
14   this district will ever be able to pass a millage
15   again.  Because --
16   Q    When you wrote these articles about the Board in
17   the spring of 2019, don't you agree they could have
18   been able to consider those in their final decision as
19   to a superintendent?
20   A    They had already shown their hand.
21   Q    You just told me that you held out hope that
22   they would hire you.
23   A    I suppose a person can consider whatever they
24   want.
25   Q    Well, isn't that reasonable to consider?

Page 116

1    A    But the only reason that -- again, it's all
2    going to go back to race.
3    Q    Let me just ask you a couple of questions here.
4    A    There is no political question in Helena where
5    race does not become a factor.
6    Q    I understand that that's your position.  Let me
7    ask you this.  You've already testified that despite
8    them naming Linda English as interim in 2018, you
9    still held out hope that they would hire you as the
10   permanent at some point thereafter?
11   A    That there would be at least four Board members
12   that would do the right thing.
13   Q    Because I asked you if the decision was final in
14   June of 2018, and you said, no, it wasn't.
15   A    No, it was not final, because that was an
16   interim.
17   Q    It was final when?
18   A    It's not a final decision when a church hires an
19   interim pastor, and it's not a final decision when a
20   school hires an interim superintendent.
21   Q    All right.  So, it was final in the summer of
22   2019 when they hired her as permanent; correct?
23   A    Uh-huh.  (Indicated yes.)
24   Q    And you have testified that you wrote articles
25   largely about facilities and the Board that were not

Page 117

1  flattering articles in the spring?
2  A   No.  They had a theme, basically.  It was "Keep
3  your word".
4  Q   Okay.  Wasn't it reasonable for the Board to be
5  able to consider your writings -- your public writings
6  in making their final decision as to superintendent?
7  A   But that's not why.
8  Q   But was it reasonable if they did?
9  A   I suppose a person can consider all they want
10  to.
11  Q   Okay.  Any more conversations with Troy Bobo
12  about you and your candidacy for superintendent that
13  we haven't discussed?
14  A   I don't think so.  I think we have covered the
15  gist.
16  Q   Okay.  What about Mr. Boone?
17  A   Mr. Boone, there were very few conversations.
18  Q   Okay.
19  A   Mr. Boone initially wanted to hire a search
20  firm.  And that search firm, McPherson and Jacobson,
21  had been hired by the district two previous times and
22  it resulted in bad outcomes, one of which ended in the
23  Roy Bridges lawsuit because they didn't follow the
24  process, just like they didn't follow the process they
25  set up here.

Page 118

1  Q   The Roy Bridges, that was one lawsuit?
2  A   Well, it ends up being more than one, because
3  they did it to him more than one time.  But McPherson
4  and Jacobson was the search firm that set up the
5  process that had rubrics that resulted in Roy getting
6  discriminated against.
7  Q   And that Board -- were any of the Board members
8  on the Roy Bridges interview any of the Board members
9  you've listed in your lawsuit?
10  A   No.  But two of them were on the staff and in
11  these Board members here that said, "We don't want" --
12  "We don't want the white guy."
13  Q   Who, Ms. Davis?
14  A   That was Ms. Davis and Mr. Simpson.
15  Q   Okay.  But none of the Board members in your
16  lawsuit, they had never been Board members prior to --
17  A   No.  But they have connections.
18  Q   Okay.
19  A   Like for instance, the president of the School
20  Board that got us taken over --
21  Q   I know that --
22  A   -- Jarvis Smith, was Janice Williams' campaign
23  manager.
24  Q   Okay.  I think I have been polite in letting you
25  answer what you want to answer.  But I'm asking you to

Page 119

1  answer my question.  These Board members that you've
2  named, they were never -- they had never hired a
3  superintendent before, prior to the hiring of Linda
4  English?
5  A   No.  But they had political connections to the
6  previous bad decisions.
7  Q   Okay.  You didn't have any conversations with
8  Mr. Boone, you said?
9  A   I said I did not have many conversations.
10  Q   Many.
11  A   And they were very limited.
12  Q   I know you talked to him.  I'm talking about
13  related to your case?
14  A   After that first meeting where I indicated my
15  interest and a majority had indicated that they wanted
16  me, you know, I told you he put his hand on my
17  shoulder and said, "Congratulations."
18  Q   Who did?
19  A   Mr. Boone.
20  Q   Okay.
21  A   I did tell him, after all of it was over, I was
22  disappointed he didn't show up for my interview.
23  Q   Did he respond?
24  A   No.
25  Q   Why do you think he didn't show?

Page 120

1  A   Mr. Boone is a good man, but Mr. Boone is not
2  someone that handles conflict very well.  He doesn't
3  like conflict.  He is a close friend of Mr. Simpson.
4  They go to church together.
5  Q   This is the church your wife attends?
6  A   No, no.  This is the one James attends.
7  (Indicating.)
8  Q   I thought your wife was on the Board with Mr.
9  Simpson?
10  A   No.  She is on the one with Mr. Bobo.
11  Q   Okay.
12  A   I know it's hard to keep these religious trees
13  all separated.  But, you know, he is a good man, but,
14  you know, his critics at the college where he was an
15  administrator when I started my career criticized him
16  for not being a strong leader.  And I think in this
17  instance, Mr. Boone knows what the right thing is, he
18  knows what the truth is.  But he also knows and values
19  his friendship with Mr. Simpson, and knows that if he
20  had done the right thing in this case, that Mr.
21  Simpson and him probably would have had a falling out.
22  And that part is just my reading of the tea leaves.
23  Q   Okay.
24  A   But he is a good man, but he doesn't like
25  conflict.  And this has gotten to be adversarial.

Page 121

1    Q    Okay. Ms. Davis, what conversations did you
2    have with her where she said that you weren't hired
3    because -- or she wasn't choosing you because of your
4    race?
5    A    She was careful never to say "white". But in
6    one conversation after she made Linda the interim, "I
7    didn't vote for you, I changed my mind because you are
8    a Donald Trump," all the while she is practicing Trump
9    economics, repeatedly declaring bankruptcy and
10   stiffing people for hundreds of thousands of dollars.
11   Q    Do you think, could that have been referring to
12   your temperament?
13   A    No.
14   Q    Well, you had engaged in a fight, a verbal
15   altercation with the principal; correct?
16   A    That was not a fight. And Ms. Hamilton is not
17   the woman in the video. And if I had been a black man
18   and had told Ms. Hamilton to treat those parents
19   right, they would have declared me a hero. Because
20   they don't like her, either.
21   Q    You had an altercation with the principal;
22   correct?
23   A    That's not -- it wasn't an altercation. In
24   fact, there is some video that never made TV where you
25   don't even hear me in that office when we are all in

Page 122

1    there together, you hear her hollering at folks. The
2    video that made Channel 13 and Channel 3 --
3    Q    Well, didn't you apologize for the way you
4    handled yourself?
5    A    I may have said that I could have done some
6    things differently. And if I had it to do over again,
7    I wouldn't have changed my mind. She treated those
8    parents like crap that night. And we were one of
9    them. I might have worded some things differently.
10   But the video that is on Channel 13 and all that,
11   that's not Ms. Hamilton right there, that's Ms.
12   English. Because Ms. Hamilton hollered out the
13   office, "Get back in here."
14   Q    And Ms. English was trying to break up the
15   confrontation?
16   A    And I turned around -- and you've got to
17   remember, Hamilton is back in the office behind the
18   counter and behind another desk. She is nowhere near
19   me. And I turned around and I thought about it, and I
20   saw Ms. English and she said, "It's okay, Mr. Bagley,"
21   and then you see me turn and walk around the hall.
22   But she treated those parents like crap, and, yes, I
23   was angry, and it would have made anybody angry. If
24   they had treated you that way in a parent meeting, you
25   would have been angry.

Page 123

1    Q    So, that was February of 2018; correct?
2    A    Yeah, because it's right before the
3    ground-breaking for the new high school.
4    Q    Okay. And you are there because you have a
5    student, Gabriel?
6    A    Yes, I went as a parent. Those parents had been
7    having all kinds of problems. All they wanted to do
8    was ask Ms. Hamilton some questions. And they were
9    told they were going to get to ask their questions,
10   and they show up and Ms. Hamilton has set up the
11   equivalent of a church revival program and gave no
12   opportunity.
13   Q    Well, what was -- I thought it was a
14   parent/teacher conference.
15   A    That's what it was supposed to be, was a chance
16   for these parents to ask their questions, particularly
17   about the Academy Program, which was John and I's
18   signature academic initiative at the elementary level,
19   that was getting good statewide press on the Little
20   Rock TV stations, that Ms. Hamilton didn't support.
21   And so, she was trying to sabotage it as best she
22   could. So, the parents show up thinking they are
23   having a meeting about this issue with this principal.
24   Q    At the elementary?
25   A    Yeah. And they get --

Page 124

1    Q    What is the name of the elementary school there?
2    A    J.F. Wahl.
3    Q    Okay.
4    A    And they get a program and they don't get a
5    chance to ask their questions. And so, Ms. English
6    and I talked, and we agreed that at least the fifth
7    grade parents who had the biggest complaints, and that
8    was where Gabriel was at the time, we were one of
9    them, would get a meeting with Ms. Hamilton in her
10   office, where she proceeded to berate everybody and
11   say she didn't get paid enough to talk to people about
12   this stuff and run this extra stuff. And I said, "Ms.
13   Hamilton, we are not here about your contract. These
14   parents want to ask questions." And she started
15   talking down to everybody and hollering about a witch
16   hunt. And that video that didn't make the TV, you see
17   I'm -- you can't hear me at all. I'm quiet at this
18   point. I'm just basically frustrated. I'm like,
19   "Sandra, you can handle this," because, you know,
20   Sandra and her know each other well from having gone
21   from Head Start through 12th grade together. But, you
22   know -- and even with Ms. Hamilton, you know, she
23   never treated me decent, and I think it was because I
24   was white.
25   Q    It seems like everything is just because you are

Page 125

1    white.
2    A   With that particular group of people, it is.
3    Q   Why do you still live here then?
4    A   Because there are a lot of good people, and
5    there is a lot of potential, and this place could be
6    so good.
7    Q   How are you currently contributing to that, with
8    the paper?
9    A   Well, for one, we saved the paper.  And we are
10   covering and doing more than the paper has done in a
11   long time.  We are getting those kids' pictures in the
12   paper from the ballgames, we are getting those bridal
13   showers and those baby showers and one-year-old baby
14   birthday party one time.  You know, we are doing some
15   good things.  I'm still a Board member at the West
16   Helena Housing Authority where I contribute.  I'm a
17   member of the Phillips County Library Board, and I
18   contribute.
19   Q   Are you politically involved?
20   A   I'm out of politics.
21   Q   So, you were in at some point?
22   A   I was on the School Board, wasn't I?
23   Q   Oh, I was talking -- sorry.  Good point.  I was
24   talking about Democrat versus Republican politics, are
25   you involved politically where there is a party

Page 126

1    involved?
2    A   No.  I told the guy from Arkansas Business, he
3    asked me the question about political future when
4    we --
5    Q   Roby Brock?
6    A   No.  Massey.
7    Q   Okay.
8    A   When we bought the paper.  And they were all
9    writing about the paper and saving The World and all
10   that kind of stuff.  And I said, "I'm done with
11   elected politics."  I don't see me trying to make a
12   come-back.  But I have stayed and I came back here and
13   stayed because if all of the good people leave, then
14   the town fails, and the children in that town that
15   were the children in that school district that I was
16   trying to help are destined for a life of poverty and
17   hardship.  And we can do better.  And it may be a
18   futile effort, but that's why I stay.
19   Q   So, I'm asking about the politics because I want
20   to better understand how you perceived the Trump
21   comment.  You perceived --
22   A   Oh.  If a black person around here calls you a
23   Donald Trump, they are calling you a racist.
24   Q   Did you vote for Donald Trump?
25   A   No.  I voted for Hillary Clinton, and I left it

Page 127

1    blank.
2    Q   You left it blank?  Oh, this time?
3    A   Yeah.
4    Q   Okay.  So, she called you Donald Trump, or made
5    an inference to you being Donald Trump, and that's the
6    totality of why you think she --
7    A   No.
8    Q   -- held it against you that you are white?
9    A   No.  There's other comments along the way.  You
10   know, every conversation with Sanetta and Simpson,
11   race was a part of it.
12   Q   Could it be that you are sensitive to race and
13   so you are reading into comments that may not be
14   there?
15   A   No.  They are sensitive to race.  They are the
16   ones who are sensitive to race.
17   Q   Well, you testified earlier that you were
18   sensitive, growing up in Helena, to race.
19   A   You're aware of it.  Maybe "aware" would be a
20   better word, you are aware.  You know you can't joke
21   as a white man the same way, it won't be accepted.
22   There are words you can't use that other people can.
23   You know that as a white person.  But they --
24   Q   Are you hyper-aware, hyper-sensitive?
25   A   No.  I think it's a reflection of the world in

Page 128

1    which we live.  I don't think I'm any more or less
2    sensitive than --
3    Q   So is it possible that some of the comments that
4    these Board members made weren't particularly related
5    to Andrew Bagley's race?
6    A   No.
7    Q   You feel whole-heartedly that way?
8    A   I feel whole-heartedly they did not hire me
9    because I was white.
10   Q   Okay.
11   A   And that if I were a black man, I would be
12   superintendent today with the record that I have and
13   what I have done.
14   Q   That's a good question.  Let me ask you, if you
15   had been given the superintendent's position in
16   November of 2019 -- or, no, excuse me -- the summer of
17   2019.  Is that the date where you think you should
18   have been hired?
19   A   I should have been hired the day they made her
20   interim.
21   Q   So, let's back up to May of 2018.  Okay?
22   A   Uh-huh.  (Indicated yes.)
23   Q   Yes.  If you had been hired as superintendent,
24   how long do you think your career would have been as
25   superintendent?

Page 129

1   A   I think it could have lasted a long time.
2   Q   What does that mean, "a long time"?
3   A   If you take the Harold Chorley information from
4   Mr. Simpson, until I retire.  That would have
5   certainly been my intent.
6   Q   How long was Mr. -- is it Charley or Chorley?
7   A   Chorley.
8   Q   Chorley.  How long was he superintendent?
9   A   About 30 years.
10   Q   And that was when?
11   A   He ends in the '80s.
12   Q   So, in the past two decades, what is the longest
13   that anybody has served as superintendent?
14   A   Not very long.  And I think I referenced that
15   earlier when I said that was one of the things that
16   was on my mind when we kept John Hoy, that stability
17   was needed.  Because the incompetence at the lower
18   levels has been allowed to thrive and our kids have
19   been given a disservice because of the constant
20   instability at the top.  By the time we get a
21   superintendent who has kind of figured out the lay of
22   the land, they get rid of him.
23   Q   So, a superintendent -- is Linda on a three-year
24   contract?
25   A   That's my understanding, yes.

Page 130

1   Q   So, are you aware of the law that says you can't
2   have more than a three-year contract?
3   A   Yes, because my dad was on a three-year
4   contract.
5   Q   As a superintendent?
6   A   As a principal.
7   Q   A principal.  So, I mean, what makes you think
8   -- what evidence do you have that you would have been
9   -- if you would have been given the position, that it
10   would have been more than for a term, a three-year
11   term?
12   A   Well, one never knows for sure.  But I knew how
13   hard I was going to work, and I believed we were going
14   to get the results, and I believed the community was
15   going to respond to that work just like they responded
16   to the work of the millage and the facilities and all
17   the other stuff that we had started that was starting
18   to show some progress in the classroom, not much, but
19   a little bit.  And that was going to lead to, hey, we
20   will renew the contract, we will renew the contract,
21   and Helena will become like other districts and that
22   three-year contract will get rolled over every year.
23   And I could have foreseen getting to stay until I
24   retired.  I certainly wasn't going to be looking to go
25   anywhere.  And that was another reason I felt like I

Page 131

1   was better suited than Ms. English.  I live here, I'm
2   invested here, I believe in Helena, and I love it.
3   Q   And where does she live?
4   A   Marianna.  And refuses to live in the district
5   house.
6   Q   You referenced the district house.  What do you
7   know about that?
8   A   The district house is a nice house on Hilldale,
9   and Mr. Hoy lived in it.  It did need some work.
10   Q   Your wife owns the house that you live in?
11   A   We own our house.
12   Q   You and her are both on the deed, the mortgage?
13   A   Well, as I understand laws and marriage, I've
14   got a half interest.  She is actually the one that
15   bought the house back in that time, and we have not
16   had the deed amended.
17   Q   So, if you would have gotten the position, you
18   were going to move out of the home you live in with
19   your wife?
20   A   My wife and I would have talked about that.
21   There is a possibility we would have, a strong
22   possibility, because it's a lot easier to do work on
23   your house when it's not occupied.  I found that out
24   with the rent houses that I've got.
25   Q   Does the house that you currently live in with

Page 132

1   your wife need work?
2   A   It's an old house, 1910.  There are some things
3   that need to be done to it.
4   Q   What size is your current house?
5   A   2,800 square feet.
6   Q   Do you know the size of the district property?
7   A   Not right off the top of my head.  It's probably
8   around 2,000, or 2,100.  It's comparable.
9   Q   Well, you would have down-sized, though.
10   A   A little bit.  But it also is one level and
11   there is a bathroom on that level.  All our bedrooms
12   are upstairs.
13   Q   Which you don't like?
14   A   That is one of the things, as we get closer to
15   retirement, we are looking at is there a way we can do
16   some remodeling, you know, to convert one room and get
17   a shower down there.
18   Q   Because you don't want to go up the stairs?
19   A   We are afraid that, as we get older, we might
20   not be able to.
21   Q   I got you.  Do you know who occupies the
22   district house, as we speak?
23   A   As I understand it, right now it's vacant.
24   Q   Okay.  What variables would you have considered
25   as to whether you moved into the district house, if it

Page 133

1  was even available, if you moved in or not moved in?
2  A   If it was available, you know, did we have the
3  money to do the work on the house.
4  Q   What house?
5  A   Our house.
6  Q   Okay.
7  A   And, you know, those kinds of things. You know,
8  your typical husband and wife conversations.
9  Q   Sure. Well, if you were going to be the Helena
10 superintendent forever, like you just testified, why
11 even do any work on your other house?
12 A   Because at some point, even at 65, you are going
13 to retire.
14 Q   Okay.
15 A   And that is a house that Sandra and I love.
16 When we first looked at it, we didn't look at any
17 others, this was it. And so, I don't foresee us
18 parting with it.
19 Q   You have retained Ralph Scott. Are you aware of
20 that?
21 A   The expert?
22 Q   Yes.
23 A   Yes.
24 Q   Did you retain him or did Mr. Valley?
25 A   My attorney recommended him, and I agreed.

Page 134

1  Q   Did you pay the fee?
2  A   Yes.
3  Q   What was the charge?
4  A   I can't remember now.
5      THE WITNESS: Do you remember, James?
6      MR. VALLEY: Seems like you said
7  $1,000.00.
8      THE WITNESS: Yeah, it was $1,000.00,
9  $1,500.00. Somewhere in there.
10     MR. VALLEY: I can look it up.
11 BY MR. KEES:
12 Q   Did you have any conversations with Mr. Scott?
13 A   He asked me -- he asked James for information, I
14 provided that information, and then he asked for, I
15 think, some supplemental stuff, I provided that, as
16 well. And --
17 Q   Did you ever have a call with him?
18 A   No.
19 Q   So, you provided your W-2 from Phillips?
20 A   Uh-huh. (Indicated yes.)
21 Q   Correct? Correct?
22 A   Yes.
23 Q   And you provided the contract that Linda English
24 is currently under?
25 A   I believe that's correct.

Page 135

1  Q   Okay. I believe, for sake of our discussion,
2  she makes $140,000.00?
3  A   That is correct.
4  Q   Are you just assuming that you would have made
5  $140,000.00 in that role as superintendent?
6  A   Yes.
7  Q   How do you -- what is the basis for that
8  assumption that you would have made the same?
9  A   That's what they did with Linda, they paid her
10 the same as John Hoy. And they made a decision that
11 the job is worth that. And so, I expected that the
12 job is worth that for me, too.
13 Q   Did any of them -- any Board member ever tell
14 you, "This is what your pay would be," like during the
15 candidacy part?
16 A   No. But after Ms. English was named interim,
17 Mr. Boone did say, "We need to pay her what John Hoy
18 was paid."
19 Q   And I know your feelings on that you were
20 qualified. But that aside, Ms. English has spent her
21 entire career in education; right?
22 A   Yeah.
23 Q   Okay. And you are aware of the district Salary
24 Schedule? You said earlier that Phillips County
25 doesn't have one.

Page 136

1  A   Which does not apply to the superintendent.
2  Q   You recognize that public schools give you an
3  increase -- a step increase every year?
4  A   Uh-huh. (Indicated yes.)
5  Q   You do recognize that?
6  A   Yeah. In fact, I mentioned I don't get one at
7  the college.
8  Q   So, isn't it reasonable that you would not have
9  made the same as Ms. English who had -- her entire
10 career had been in public education?
11 A   But my career has been in education. And I
12 brought a record of achievement, and so I think it's
13 reasonable to assume that I would have gotten
14 $140,000.00, too, if I had gotten the job.
15 Q   And that's based off of you just assume you
16 would have gotten exactly --
17 A   John Hoy had not been a superintendent.
18 Q   He had been in education, though; correct?
19 A   He had been in education. I have been in
20 education. Ms. English has been in education. We all
21 brought different skill sets, different strengths,
22 different, you know, ways of looking at the world.
23 But, in fact, John got a raise when local control
24 came.
25 Q   But my question was, the basis for providing

| Page 137 |
| --- |

1  your expert with your anticipated salary of
2  $140,000.00 was --
3  A   Because the Board had made a judgment that's
4  what the job is worth.
5  Q   As to Linda English?
6  A   And John Hoy.
7  Q   And that's it; right?
8  A   Those are the two previous superintendents that
9  you look at at $140,000.00.
10  Q   Again, I understand that.
11  A   And if you go back further, you've got to adjust
12  for inflation and all of that.
13  Q   But as we sit here, there is no other evidence
14  you have that that would have been the salary
15  applicable if you had --
16  A   That's the basis that was given when we set it
17  for John and that they gave when they set it for
18  Linda:  The job is worth that.
19  Q   Let me go back to the Board members.  We talked
20  about Sanetta Davis, and the only comment, besides
21  when you worked with her and she used the "cracker"
22  term, is that she referenced you as Donald Trump?
23  A   Uh-huh.  (Indicated yes.)
24  Q   Correct?
25  A   Uh-huh.  (Indicated yes.)

| Page 138 |
| --- |

1           MR. BEAVERS:  You need to say "yes".
2           THE WITNESS:  Oh, I'm sorry.  That's
3  right.  Yes.
4           MR. BEAVERS:  That's why he responds
5  "yes".
6           MR. KEES:  That's why I keep saying
7  "Yes?"
8           MR. VALLEY:  When you say "uh-huh", you
9  need to say "yes".
10  BY MR. KEES:
11  Q   Earnest Simpson, I don't think we've asked about
12  him.  And I know you're probably got a lot to say.  I
13  want to know the times that Earnest Simpson indicated
14  to you that, "I'm not voting for you," or, "You're not
15  getting the job because you are white."
16  A   I think I've mentioned it twice.  It was on the
17  parking lot at Cad Polk Stadium, "I want you to be the
18  next Harold Chorley, but you're just too hot.  We
19  can't hire a white guy."
20  Q   Right.  I remember that one.
21  A   This is after, you know, the --
22  Q   Okay.  And then, that conversation, how did you
23  respond?
24  A   I said, "If you think I'm the man for the job,
25  you need to vote for me to get the job."  I said, "You

| Page 139 |
| --- |

1  know how hard I'm going to work."
2  Q   And he responded?
3  A   He said, "We just can't."
4  Q   Because?
5  A   Because I'm white.
6  Q   And that's what he said?
7  A   Yeah.  He said, "You are just too hot.  We can't
8  hire a white guy."
9  Q   You are just too hot?
10  A   You cannot -- you cannot make it any plainer,
11  "We can't hire a white guy."  And I remember just kind
12  of my heart sinking when he said it, that I thought
13  that we had gotten past all that, yet here we were
14  again.  And he knew how hard I was going to work, how
15  I had gotten things done in the past.  He's one of the
16  ones who said, "We need a white guy in Little Rock,"
17  when it was the Community Advisory Board and we were
18  trying to get local control.
19  Q   Well, when he says things were too hot, was he
20  referencing a particular current event or political
21  event?
22  A   He was talking about the possibility of having a
23  white superintendent.
24  Q   But he said, "Things now are just too hot."  Was
25  he referring to something happening?

| Page 140 |
| --- |

1  A   I think he was referring to the same thing with
2  Strickland and the staff, that you had some staff
3  members that didn't want the white guy to be
4  superintendent, and they made that clear to them.
5  Q   Okay.  If that's true, is the Board supposed to
6  try to support staff?
7  A   The Board is also supposed to follow the law and
8  do the right thing and not discriminate against
9  people, and hire the best person for every job.
10  Q   So, if this is all -- all things being true,
11  let's just assume that there was staff that were
12  concerned about a white superintendent, and you've got
13  a Board, let's assume that they liked you, but you
14  were white, how would you have proposed that they mesh
15  this together?
16  A   Oh, I have thought about that.  If I had gotten
17  the job.  But I didn't get the job.  I never got a
18  chance to do that.
19  Q   Well, are they entitled to know what you would
20  have done?
21  A   They never asked.
22  Q   Well, if they had asked, what would you have
23  said?
24  A   Very simple.  We are going to have a meeting and
25  we are going to say, "Look, we all care about children

Page 141

1    and that has got to be our focus.  And if you are on
2    board with that, no one has got a thing to worry
3    about.  But if you are not going to care about
4    children and you are not going to work hard, then
5    maybe you do."  And you let everybody know up front
6    what the expectations are, and you let them know, if
7    you are working hard, we are going to do everything we
8    can to support you.  But we are not going to support
9    not working for kids, and we are not going to support
10   mistreating people or any of that kind of stuff.  You
11   are supposed to support your staff and --
12   Q    Is that the conversation you would have had with
13   staff?
14   A    Basically.
15   Q    Okay.  Now, do you consider yourself maybe to be
16   rough?
17   A    No.
18   Q    Gruff?
19   A    My mama says I may have a gruff exterior, but
20   I'm the softest-hearted child she has.
21   Q    Well, this expose' you just gave me that you may
22   have -- that you were intending to give the staff, how
23   do you think that would have been received?
24   A    It would have been a mixed response, like
25   anything.  The staff in the Helena-West Helena School

Page 142

1    District, a portion of it that has got a union
2    mentality, thinks they should run the district.  And
3    that's part of the problem.
4    Q    Are you anti-union?
5    A    I was once a member of the AEA, and we once
6    stood up for providing high quality education to kids
7    and being an organization that represented
8    professionals.  I don't support what they do today,
9    no.
10   Q    Did the Board -- these Board members that you
11   are suing, did they know your feelings towards the
12   AEA?
13   A    They also voted to seek a waiver from the Fair
14   Dismissal Act.
15   Q    Sir, that's not my question.  Did they --
16   A    They knew, and they had expressed similar
17   opinions, but they went and hid.
18   Q    Did that Board -- let me ask you.  Did that
19   Board, this Board, did they know your feelings towards
20   organized labor, the AEA?
21   A    They knew my feelings about the Fair Dismissal
22   Act and how I felt about the AEA fighting us all the
23   time.  Every time we tried to get rid of somebody who
24   was not doing their job, and Brad sat there for a lot
25   of this, they fought us tooth and nail.

Page 143

1    Q    That's what they do as an advocacy group; right?
2    A    Yes.  But there is a limit to what you should
3    defend.
4    Q    Who is to say?
5    A    I mean, we had one that they finally backed off
6    just minutes before a hearing where they were
7    defending a teacher talking about -- a Special Ed aide
8    and a teacher talking about sex in front of the
9    Special Ed kids and what they could do to each other.
10   They were defending that.
11   Q    So, did the teachers -- the staff know about
12   your feelings towards organized labor?
13   A    They fought us about the waivers, they fought us
14   about the Fair Dismissal Act.  So, yeah, they knew.
15   Q    Okay.  So, is it reasonable for the Board to
16   consider the relationship that you were going to have
17   with teachers if --
18   A    But that wasn't --
19   Q    -- if you were going to be the superintendent?
20   A    That wasn't all teachers.  And --
21   Q    Just was it reasonable?
22   A    But that's not what they said.  They said it was
23   because I was white.
24   Q    I know what you say they said.
25   A    So, I'm not -- I cannot read their mind.  I can

Page 144

1    only go by what they said.
2    Q    Well, like --
3    A    And they said it was because I was white.
4    Q    Well, like Ms. Davis calling you Donald Trump.
5    You don't know that she called you Donald Trump
6    because of some racial slur; right?
7    A    Everybody knows what is meant by that right now.
8    Q    Mr. Bagley, my question is, you don't know when
9    she called you Donald Trump that --
10   A    Yes, I do.
11   Q    How?
12   A    Because everybody knows what that means in this
13   political context.  Look what has gone on around us as
14   it relates to Donald Trump.  And she knew better.
15   Q    It couldn't be that you have the personality of
16   Donald Trump, and it doesn't matter if he is white,
17   black, or Latino?
18   A    No, it couldn't be, because I don't have the
19   personality of Donald Trump, because I truly care
20   about people.
21   Q    Okay.  Do you raise your voice like this in
22   front of staff?
23   A    Not always.  But occasionally, I do get wound
24   up.  Part of that is I have some hearing loss.
25   Q    Okay.  So, like this demeanor that you are

Page 145

1   taking on, have you done this in front of staff
2   before?
3   A    Probably once or twice.
4   Q    Okay.
5   A    Because sometimes you just have to say -- they
6   wanted to come to me with a bunch of mess about
7   bereavement leave and this, that, and the other.  And
8   at some point you've got to say, "Look, y'all, we have
9   to do what is best for the district."  And they didn't
10  like it sometimes.
11  Q    You are talking about staff?
12  A    Yeah.
13  Q    Okay.
14  A    And they would get mad when you say, "Look,
15  you've got to go talk to Mr. Hoy."
16  Q    So, when like Mr. Bobo or Mr. Simpson made the
17  comment about, or even Mr. Boone, about the staff
18  would not like --
19  A    Mr. Boone did not mention staff.
20  Q    So, the Board members that did, could it have
21  been in reference to these concerns the staff had
22  about you?
23  A    They always tied it to being white.
24  Q    Okay.
25  A    There was always a racial undertone to it, or

Page 146

1   overtone.
2   Q    Do you participate in Arkansas Teacher
3   Retirement, or APERS?
4   A    I did when I was in K-12.
5   Q    What does --
6   A    Phillips College does a 401(k).
7   Q    So, there are some things in this expert report
8   -- I assume you have read it.  Have you read Doctor
9   Scott's report?
10  A    Yes.
11  Q    About your retirement.  Do you, as we sit here,
12  know how long it would have taken you to have been
13  eligible to receive retirement through the Arkansas
14  Teacher Retirement?
15  A    I have left the years of service that I had
16  accumulated in the system.
17  Q    Which is two?
18  A    5.5.  Because there was a time when you -- you
19  had the two years of full-time at Elaine, and you have
20  the one year of full-time at Helena.  And then, there
21  was a period of time when adjuncts at Phillips College
22  could make -- could contribute to ATRS.  And I did,
23  and I accumulated the rest that way.
24  Q    So, you have five and a half in ATRS?
25  A    Yes.  I have five and a half years of service

Page 147

1   credit.
2   Q    And are you aware that I think it's 27 --
3   A    28.
4   Q    28?
5   A    Where I could have retired.
6   Q    So, you reasonably believe that if you would
7   have been given the position, that you would have
8   served the better part of 23 years?
9   A    I believe the work I would have done would have
10  been of a quality where they would have wanted to keep
11  me that long, yes.  And I wouldn't have been looking
12  to go anywhere else.
13  Q    And you are 45?
14  A    Yes.
15  Q    Health-wise, do you think you would have been
16  able to serve until 63 or 65?
17  A    Yes.  You know, I would have had to learn to
18  manage that job, which for anybody is going to be a
19  high stress job.
20  Q    And you have underlying health conditions?
21  A    Yes.
22  Q    And what are they?  I didn't plan to ask, but I
23  think it's relevant now.
24  A    It's diabetes.  And people live with diabetes
25  for a long, long time.

Page 148

1   Q    And you take something for that?
2   A    Yes.
3   Q    What do you take, Metformin?
4   A    I do have some over-the-counter medications, and
5   then I have an insulin shot at night.
6   Q    Okay.  And that is the only underlying health
7   condition?
8   A    We do some preventive things, medication-wise,
9   with blood pressure and my heart and all that, because
10  diabetics are at high risk for some of that.
11  Q    Okay.
12  A    But I fully expect that I will make it into the
13  mid to late 60s, early 70s.
14  Q    And your father is still living?
15  A    Yes.
16  Q    Is he diabetic?
17  A    No.
18  Q    And your mother, is she still living?
19  A    Yes.
20  Q    And they both live in town?
21  A    They have a house in the Barton-Lexa School
22  District, and they have a house in Woodruff County.
23  Pre-COVID they were half of 50/50 until my sister got
24  cancer.  And my sister has a very young child -- or he
25  was young at the time.  He is seven now.  And they

Page 149

1   started spending a little bit more time at that house
2   when she got sick. And then, since COVID, they just
3   kind of hunkered down up there because that house
4   isn't around anybody for miles.
5       Q   We have talked about the AEA. Is the rep here
6   Nancy Blount?
7       A   Yes.
8       Q   And what is your relationship with her?
9       A   She and I joke with each other. I have respect
10  for Nancy.
11      Q   If she was to testify, would she have been in
12  favor of you --
13      A   Oh, probably not.
14      Q   -- or Ms. English?
15      A   I don't think Nancy probably would have
16  supported anybody white to be the superintendent.
17      Q   Why do you always -- why is that always your
18  default position?
19      A   Because she has got a political history, too,
20  and I am a political scientist and I have followed it.
21  And she has played that racial politics in Lee County.
22      Q   But you are both Democrats, from what I can
23  gather. Well, I guarantee you if you voted for
24  Hillary Clinton --
25      A   There is a divide in the Democratic Party, and I

Page 150

1   think you can see it in the polling numbers, where
2   race is playing a role there. And, of course, you
3   have seen in Arkansas a mass exodus of white voters
4   from the Democratic Party.
5       Q   Is that, in part, why you did not vote for the
6   Democratic candidate for president?
7       A   No. I just couldn't get excited about either
8   one this time.
9       Q   Okay. You talked about Mr. Hoy a lot. If he
10  testifies at trial, is he going to testify that y'all
11  got along?
12      A   He is going to say that we had disagreements,
13  and we did. He is also going to, I think, say that I
14  always tried to do what is best for the district. And
15  I tried to make it work with John. And as time went
16  on and he got used to me and I got used to him, and
17  then particularly after local control returned and he
18  didn't have the trouble of having to serve two
19  Masters, as he calls it.
20      Q   Okay. Did you have anything to do with his
21  resignation?
22      A   No. I had just voted to extend his contract.
23      Q   How often did you go to the district to meet
24  with him about school business?
25      A   It was frequently.

Page 151

1       Q   Did you consider yourself a micro-manager?
2       A   No. We had a lot of things to work on. We are,
3   admittedly, a district with troubles. And that
4   requires more work than a district that's running
5   well.
6       Q   So, you voted to extend his contract --
7       A   Yes.
8       Q   -- the last year?
9       A   Yeah.
10      Q   Did you ever threaten to fire him?
11      A   I don't recall.
12      Q   You don't recall?
13      A   John and I had some heated conversations in
14  those first few months that are now many years past.
15      Q   First few months of what?
16      A   Of his tenure as superintendent and me being on
17  the Advisory Board. Because John was put in a
18  difficult situation when he first showed up. The
19  first thing that he was asked to do was sell off a
20  bunch of property, one of which ended up in the hands
21  of KIPP.
22      Q   By state law; isn't that right?
23      A   At the time it was if you chose to sell. Now
24  you've got new law that has been passed since then.
25  But at that time, we didn't have to sell it, legally,

Page 152

1   and we hadn't even finished our long-term evaluation
2   of where we wanted to go with facilities. You know,
3   Ms. McCommon's moves were kind of reaction mode based
4   on the budget, "We've got to get the number of
5   campuses down," and that sort of thing.
6       Q   So, you had heated exchanges with him when you
7   were on the CAB?
8       A   Yeah.
9       Q   What about when you were -- I want to know when
10  you were Board president and you had the authority
11  to --
12      A   By then -- by then, no.
13      Q   No?
14      A   By then, John and I had kind of worked it out.
15  I remember one conversation John and I had, and I
16  said, "John, we've got to" -- "We've got to work
17  together, and we've got to make this work," you know.
18  "It may have been an arranged marriage, but we've got
19  to figure it out. And if I have to sleep on the
20  couch, that's what I will do." And he and I joked as
21  time went on that he was Mr. Spock and I was Doctor
22  McCoy, and together we made a good Captain Kirk. And
23  we met a lot, in part because we were trying to pass a
24  millage. Most of my meetings, not all, because we had
25  the set meeting to go over the Board agenda and talk

Page 153

1  over some things like that. And occasionally, I would
2  hear something, and I would say, "You need to know
3  this, and you need to know it's probably coming to
4  you." But most of our meetings were about passing
5  that facilities plan and getting that done. And then,
6  once it passed, getting the facilities going and some
7  things like that. And John --
8  Q    This is referring -- you are talking about the
9  facilities plan that included the remodel of the gym?
10 A    Yeah, that they didn't do. Yeah.
11 Q    But do you think it was important, though, that
12 they tried to keep staff employed?
13 A    No.
14 Q    That's not important?
15 A    It's important that you keep the staff employed
16 that you need. We are not an employment agency. We
17 are there to deliver an educational product in the
18 most efficient way possible and stretch those tax
19 dollars as far as we possibly can. And that millage
20 money, we gave our word. And they have a lot of
21 positions that are not required --
22 Q    Well, let me stop you. You gave your word. But
23 in a millage vote, you are not bound to a certain
24 project; correct?
25 A    But you should have some character about your

Page 154

1  word and how it would be used.
2  Q    But there is nothing on the ballot that requires
3  you to use the mills for a certain --
4  A    No. You're right about the legal wording.
5  Q    Okay.
6  A    But there is also ethics and character. And
7  given the context of how hard it was to pass, and to
8  get these voters of this district to trust this
9  district with money after it has been taken over twice
10 for fiscal reasons and irresponsible spending, that
11 matters. Because they have done more damage to the
12 trust factor as it relates to the schools than
13 probably the previous two Boards. Because the
14 community trusted this one, they believed them when
15 they gave their word. And all of them, except Ms.
16 Williams, who wasn't on there, voted for the plan,
17 said this is what we were going to do publicly, and
18 all those things.
19 Q    And the only thing they haven't done per the
20 plan is the gym?
21 A    I don't -- I get thrown out in the middle of the
22 construction of the high school. So, I don't know if
23 they made any changes to what we were planning to do
24 in there.
25 Q    You got thrown out or you got voted out?

Page 155

1  A    Voted out, thrown out, you know, it's all the
2  same.
3  Q    Do you know John Collins at West Memphis?
4  A    Yes.
5  Q    Okay. And is that a predominantly black school?
6  A    Yes.
7  Q    Do you know his relationship with Nancy Blount?
8  A    He and I have never talked about Nancy. But he
9  was going to be my mentor if I became superintendent.
10 Q    You have a relationship with John?
11 A    Yeah.
12 Q    And did he --
13 A    He and I, when I was on the Board, would talk
14 off and on, and I thought had a good relationship.
15 Q    Did he write any letters of recommendation or
16 anything for you?
17 A    No. But he had agreed that if I got the job, he
18 would be my mentor.
19 Q    Who is Linda English's -- or who was her mentor?
20 A    Joyce Cottoms, who got the Marvell School
21 District into fiscal distress.
22 Q    And she is African-American?
23 A    Yes.
24 Q    And what do you see your role as superintendent
25 with the union?

Page 156

1  A    Oh, you cannot just be a dictator. You've got
2  to work with people. But you also have to say, "There
3  are some things we are not going to tolerate." For
4  instance, we are not going to tolerate a security
5  guard slinging a kid across the room and picking them
6  up and choking them, which this Board decided was
7  okay. And that guy happens to be black. But you try
8  to work with people. You want to give people every
9  consideration. But at some point, you have to say the
10 kids come first, and the district's interests.
11 Q    Do you think you are of the mind set where you
12 put students ahead of staff?
13 A    I don't think it's an either/or proposition.
14 But if we have someone who doesn't care about kids,
15 then they don't need to be teaching.
16 Q    Okay. So, after you were not chosen, did you
17 file any complaints against any of the Board members?
18 A    There were some ethics complaints that I filed.
19 And what the investigators told me was that I just
20 didn't have enough evidence. And so -- but I did file
21 some.
22 Q    Why?
23 A    Because I thought they had violated the ethics
24 statutes. I really did.
25 Q    Ms. Davis?

1    A    There was Ms. Davis, and then one against Mr.
2    Simpson.
3    Q    What was that related to?
4    A    That was related to the constant machinations
5    that he involved himself in to get the Miller campus
6    into the hands of the nonprofit he is treasurer of,
7    when the district had opportunities to get cold, hard
8    cash for it.  At one time he was even in a Board
9    meeting and --
10   Q    His constant, what, maturations?
11   A    Machinations, M-A-C-H-I-N-A-T-I-O-N-S.  And I
12   felt like that was improper.  You have an interest in
13   this organization, and you are deliberately trying to
14   steer a sweetheart deal to your organization that you
15   just happen to be the treasurer of and handle the
16   money.  And what the investigator basically told me is
17   that I would have had to have proved he stuck money
18   directly into his pocket, had the picture or had a
19   Tennessee Waltz like video of John Ford counting the
20   cash on his desk kind of thing.
21   Q    And what was your complaint against Ms. Davis?
22   A    I'm trying to remember.  One of them was over
23   the school district paying her legal fees to defend an
24   ethics complaint.  Because if a legislator gets a
25   complaint filed against them, the state is not paying

1    their legal fees.  If a teacher gets a complaint filed
2    against them, through the PLSB, the state is not
3    paying their legal fees.  I thought that might have
4    been a violation, and I certainly thought that it was
5    wrong.
6    Q    What was the ethics complaint to begin with?
7    A    I'm trying to remember the first one.  And I'm
8    having a moment.
9         THE WITNESS:  James, could you hand me a
10        Coke?  I'm trying to remember the first one,
11        and I just -- I'm drawing a blank.
12   BY MR. KEES:
13   Q    Do you need a break?
14   A    No.
15   Q    Okay.
16   A    I'm just drawing a blank.  I'm sure you've got
17   it somewhere and you will remind me.
18   Q    Do you attribute any medical issues to not
19   getting this job?
20   A    No.
21   Q    Okay.
22   A    Because, you know, they have got people with
23   medical issues all over the district.
24        MR. VALLEY:  This doesn't have to be on
25        the record.  But I think he answered the

1         question different than what you asked.
2              (WHEREUPON, a discussion was held off
3         the record.)
4              MR. KEES:  Let's go back on the record.
5    BY MR. KEES:
6    Q    I don't really want to get into your medical
7    history.  But I need to know, are you going to tell a
8    jury that any of your health or medical conditions
9    were caused or exacerbated by not getting this job?
10   A    The diabetes was present.  That was present
11   before.  It might have gotten a little worse since
12   then.  I have had to go on insulin since then.  I have
13   added a couple of other meds to my preventive things.
14   Because I'm not going to lie, it was hurtful.
15   Q    But is the worsening of the diabetes, has any
16   doctor told you that that relates back to not getting
17   this job?
18   A    They didn't say that directly about the job.
19   But what they have said is that they noticed as that
20   went on, it seemed like it was a little worse.  But,
21   you know, there were some sleepless nights there that,
22   you know, people that you thought you knew
23   demonstrated that they weren't the people that you
24   thought they were in some cases, in some cases you
25   thought some had changed and they hadn't.  But -- you

1    know.  So, there is some mental anguish there.  But
2    the diabetes, itself, you know, it was present before.
3    Q    Okay.  Because, I mean, no offense, but you have
4    had three Cokes as I have sat here.
5    A    Well, and, you know, this is a high stress
6    moment.  And Cokes have been the one thing that I have
7    struggled to give up.  It has been a lot easier to
8    give up candy bars and honey buns.  It was easy to
9    give up smoking years ago.  Drinking, I do almost none
10   anymore, just every once in a while.  But these are my
11   weakness.  (Indicating.)
12   Q    I got you.  Okay.
13        MR. KEES:  Let's take a break and then
14        we can probably wrap up.
15        MR. VALLEY:  Okay.
16        (WHEREUPON, a break was taken.)
17   BY MR. KEES:
18   Q    Okay.  Just a few wrap-up questions here, Mr.
19   Bagley.  When you went to Barton High School, did your
20   parents live in Helena at that point?
21   A    No.
22   Q    Y'all lived in Barton?
23   A    Yes, we lived in Barton.
24   Q    What was the racial make-up of Barton School
25   District when you went there?

Page 161

1    A    About 50/50.
2    Q    And what is it today?
3    A    It's majority white. But I think about -- I
4    think it has dropped under 60 percent white again.
5    There was a period after I got out of school where it
6    got whiter, and I think there is some white flight
7    from Helena that happened with that.
8    Q    After you --
9    A    After I had graduated.
10   Q    So, when you were there, you think it was 50/50?
11   A    Yeah. My class, I believe, was majority black.
12   And then, after the Lakeview merger, that percentage
13   went back down again.
14   Q    Okay. I asked about other lawsuits you had been
15   involved in, and you didn't answer that in your
16   discovery. So, let me just cover that, because you
17   said you had testified some before. What did you
18   testify in?
19   A    There was one time when I got called in a
20   criminal case, it was a change of venue hearing on a
21   guy. That was back when I was on the Quorum Court a
22   long time ago. Then -- I'm trying to think. Of
23   course, my custody hearings, James can tell you that
24   was brutal.
25   Q    James represented you in those?

Page 162

1    A    James represented me in the custody hearings.
2    Q    So, you have been a party to your divorce?
3    A    Uh-huh. (Indicated yes.)
4    Q    Right, yes?
5    A    Yes.
6    Q    And you have been a party to some ongoing
7    custody disputes?
8    A    Yes.
9    Q    With Collin?
10   A    Yeah, with Collin.
11   Q    Which I'm assuming you have been on the same
12   custody agreement for some time now?
13   A    Yes.
14   Q    You are the noncustodial parent?
15   A    It has gone back and forth. She was the
16   custodial parent from the time we split up until he
17   was in the eighth grade.
18   Q    Where did he go at the eighth grade?
19   A    He came to me.
20   Q    And where did he go to school?
21   A    He went to Central.
22   Q    Okay.
23   A    And then, he went back to his mama. And we have
24   had some troubles with Collin ever since the divorce.
25   And I hope he finds his way.

Page 163

1    Q    And I don't want to get personal. But just
2    drugs or something?
3    A    No.
4    Q    And I don't need you to get into detail. I'm
5    just trying to have an overview of what that looks
6    like.
7    A    Collin has some emotional issues.
8    Q    Okay. Is your ex-wife remarried?
9    A    She has been remarried and divorced twice, and
10   is currently single.
11   Q    Okay. So, he lives with his mother in Sheridan?
12   A    And her mother.
13   Q    Her mother. Okay. By being married to Sandra,
14   are you, by default, related to all the Valleys?
15   A    Yes.
16   Q    Yes?
17   A    I guess so.
18   Q    Okay.
19   A    My family tree picked up a lot of branches.
20   Q    Well, we will just sort that out when we get
21   there. Okay. But lawsuits, your divorce, your
22   custody. Anything else?
23   A    Any time the school district was sued. There
24   was one case that never went anywhere. And when I
25   used to work for the Cunninghams, and the owner's son

Page 164

1    choked me in the office.
2    Q    When was this?
3    A    This was 15 or 20 years ago.
4         MR. VALLEY: A long time.
5         THE WITNESS: And Gordon and I are
6    friends now.
7    BY MR. KEES:
8    Q    Did you bring a civil lawsuit against him?
9    A    Yes, there was a civil case.
10   Q    For like battery, assault?
11   A    Battery, and, you know, we just let --
12   Q    And James Valley represented you?
13   A    Yes -- no, no. John did in that case.
14        MR. VALLEY: I thought it was Ron
15   Bailey.
16        THE WITNESS: And he brought in somebody
17   from Little Rock. Maybe it was Ron. But
18   like I said, we didn't do anything with it.
19   Gordon and I are friends now and the
20   Cunninghams and I are in good standing. But
21   it was a bad thing that happened that day.
22   BY MR. KEES:
23   Q    Okay. But no other lawsuits that you've been a
24   party to?
25   A    I don't recall any, other than the ones that got

Page 165

1    filed against the school district while I was on the
2    Board.
3    Q    Did you ever file for bankruptcy?
4    A    No, I've never filed for bankruptcy.
5    Q    And you answered "no", that you have never had
6    any arrests or criminal convictions?
7    A    No, no criminal convictions.
8    Q    Have you been criminally charged, aside from
9    misdemeanor traffic citations?
10   A    No felonies.  Ms. Hamilton filed an affidavit,
11   of course, in that case you referenced.
12   Q    Yes.  But anything aside from traffic tickets or
13   that issue with Ms. Hamilton?
14   A    No, no.
15   Q    You listed witnesses, aside from yourself.  You
16   listed the Board and the two -- three community
17   members, or two.  I can't recall how many there were.
18   But the community members.  You listed Suzann
19   McCommon, Lynn Chadwick?
20   A    Uh-huh.  (Indicated yes.)
21   Q    Why Lynn Chadwick?
22   A    As I referenced earlier in the deposition, she
23   was asked if she would be interested in serving on the
24   interview committee, she indicated she would, she was
25   never contacted again.  She was also on the Community

Page 166

1    Advisory Board with me, served with me, and has
2    knowledge of my abilities.
3    Q    Okay.
4    A    And she also understands how the things happen
5    in this town.
6    Q    What about Representative Richey, you have
7    listed him.  Why?
8    A    You will see that he was one of my references.
9    He and I worked closely together on those issues with
10   the schools.
11   Q    And then, Roy Bridges, is that to discuss his
12   experiences with the district?
13   A    Yes.
14   Q    Where is Mr. Bridges now?
15   A    He still lives in Helena.  He is retired and
16   plays a lot of golf.
17   Q    Where did he retire from?
18   A    The Helena-West Helena School District.
19   Q    Okay.  Do you know if he was successful in any
20   of the lawsuits?
21   A    I think they settled with him two times.
22        MR. VALLEY:  He played golf with Lynn
23        Boone.
24   BY MR. KEES:
25   Q    What about Beverly McClain, what do you know

Page 167

1    about her?
2    A    She is deceased.  She was the first white person
3    to -- it was either a settlement or a verdict for
4    reverse discrimination.  But she is deceased.
5    Q    And that was Helena School District?
6    A    Yes.  It has been eons ago.
7    Q    I asked for your licenses or certifications you
8    hold in education.  And I got the one -- I've got your
9    -- I got your teaching license.  Are there any other
10   professional licenses you hold?
11   A    No.
12   Q    All right.  When you were on the Board and we in
13   the district had all the Act 1240 waivers, did you --
14   strike that.
15        When the district applied for certain Act 1240
16   waivers, it's my understanding they applied for all
17   the waivers?
18   A    That's correct.  We wanted everything KIPP had.
19   Q    And that was you and Mr. Hoy who went to Little
20   Rock?
21   A    We went to Little Rock.  And, in fact, I think
22   the rest of the Advisory Board was there that day,
23   because that was -- I believe the day that they
24   granted us the waivers was the same day they gave us
25   local control back, and we all rode up there together.

Page 168

1    Q    And that was local control, and they said, "You
2    will get it back when your Board is established"?
3    A    Right.
4    Q    Do you remember when that was?  Was it in the
5    fall of '18 -- of '17?
6    A    Yes.  The elections were in November, because we
7    were one of the first districts to choose the November
8    option.
9    Q    So, would this have been like in the summer of
10   2016?
11   A    Spring.  Spring.  I think it was March or April
12   is when it was.
13   Q    Yes.  It was March or April of 2016?
14   A    Yeah.
15   Q    So, that's the day the whole CAB and Mr. Hoy,
16   you went and you asked for all of the -- you asked for
17   every --
18   A    Every waiver KIPP has.
19   Q    And do you remember the response from the Board
20   of Education to that request?
21   A    The only one that they -- they didn't give us
22   the one for Fair Dismissal Act, and they did not give
23   us a waiver from superintendent mentoring, that our
24   superintendent would still have to go through the
25   mentoring program.

Page 169

1  Q    And was that on a recommendation from the legal,
2  or did the Board take up those?
3  A    The Board took those up.  And I believe, if my
4  memory is not failing me, Jay Barth was the chair of
5  the Board.  And he was very vocal about the Fair
6  Dismissal waiver.  Because Diane Zook wanted to
7  approve all of our waivers en masse.  And he insisted
8  on a vote on each waiver separately.  And when the
9  dust settled, that's where it was.
10 Q    Because he is pro teacher and pro the Act?
11 A    Yeah.  Yeah.  He is pro Teacher Fair Dismissal
12 Act, he is anti-waiver, anti-Act 1240, all of those
13 things.
14 Q    And then, since you've been back -- okay.  Since
15 you were on the Board and you approve personnel, did
16 you often used the waiver for teachers?
17 A    We did.  In fact, if we hadn't had the waiver,
18 we would be on probation for having uncertified folks.
19 Q    Well, you could put them through like the APPEL
20 program, could you not?
21 A    Yes.  But you've still got to get them all in
22 there and all that.  You could have done APPLE, but
23 they have had struggles even getting teachers with
24 APPEL.
25 Q    Because they don't want to ultimately take the

Page 170

1  PRAXIS, or what?
2  A    I don't know what -- you know, I'm not on the
3  inside anymore, so I don't know what the deals
4  were.
5  Q    Okay.  So, you know, in your relief on your
6  Complaint -- what are you really wanting?  Are you
7  wanting money, do you want the job, do you want a
8  name clearing?  What do you want?  Because you have
9  asked for the whole enchilada.  So, what is it that
10 you ultimately are going to ask the judge or jury?
11 A    If we go to a jury, it's going to be the whole
12 enchilada.
13 Q    Do you want the job?
14 A    I believe I could still have something to give.
15 And I still care about that district.
16 Q    You think you could function in that district
17 now, given this lawsuit and what they had said about
18 Board members on the record?
19 A    I believe anything is possible.
20 Q    Okay.
21 A    In short, I want them to make things right.
22 Q    How do they do that, in your opinion?
23 A    Well, obviously, financial compensation that I
24 have lost, and some other things.  A recognition that
25 they did not treat me fairly and lawfully would be

Page 171

1  nice.
2       MR. KEES:  Are you going to have any
3  questions?
4       MR. VALLEY:  No, I don't think I've got
5  any questions.  But I've got two lawsuits I
6  wanted to mention that I think Bagley was in.
7  I know he was in one of them.  During state
8  take-over, you sued about the buildings that
9  they had to sell.
10      THE WITNESS:  Oh, I forgot about that
11 one.
12      MR. VALLEY:  And then, we sued --
13      THE WITNESS:  Well, Sandra was the
14 plaintiff.
15      MR. VALLEY:  Hold on.  In '05, we sued
16 about redistricting.  It was 30 black people,
17 30 white people, and I think he was one of
18 them.
19      MR. KEES:  Were those in federal court
20 or state court?
21      MR. VALLEY:  State, both of them were
22 state over here.  So, they wouldn't show up
23 on PACER.  And the redistricting went to a
24 decision, they had to redistrict.  But the
25 buildings, Judge Morledge ruled against

Page 172

1  us.
2       MR. KEES:  What was that?
3       MR. VALLEY:  They were trying to -- do
4  you want him to explain it?
5       MR. KEES:  Well, yes.  Just tell me the
6  building one.
7       THE WITNESS:  I mentioned earlier that
8  Mr. Hoy, one of the first things that he was
9  sent to do, or told to do, was sell off a
10 bunch of school campuses.
11 BY MR. KEES:
12 Q    Yes.
13 A    And I told you my concerns about that.  Well, my
14 wife was the plaintiff in a lawsuit to try to stop the
15 sale.  Because the Advisory Board voted more than
16 once, unanimously, not to sell the buildings at this
17 time.  And at the time, the district wasn't required
18 like it is now, if it is unused or under-utilized.
19 And we had a wide variety of reasons for that.  And we
20 sued, and Judge Morledge ruled that the Community
21 Advisory Board meant nothing, its recommendations
22 meant nothing, that Mr. Wood was in charge and his
23 decision was final.  And so, that was that.
24 Q    Did you disagree with that?
25 A    I disagreed with Mr. Wood's decision.  You know,

Page 173

1    I'm not the legal scholar, Judge Morledge is.
2    Q    And then, you've had a -- have you got a FOIA
3    lawsuit against the district?
4    A    I don't think so.
5    Q    One of the Valleys brought a FOIA lawsuit.
6         MR. VALLEY:  That's Sariah, that's my
7    niece.
8         THE WITNESS:  There has been some tense
9    moments on FOIA, but we did not sue them.
10        MR. KEES:  Somebody sued the West Helena
11   School District on FOIA recently, and I
12   thought it was --
13        THE WITNESS:  But it was not the Helena
14   World and it was not me.
15        MR. KEES:  Okay.
16        MR. VALLEY:  Sariah Valley sued a couple
17   of times.
18        MR. KEES:  That's your niece?
19        MR. VALLEY:  Yes.
20        MR. KEES:  Well, I think you have been
21   my most vocal deponent in my time, Mr.
22   Bagley, so I guess I have enjoyed the
23   engagement.  That's it.  I will pass the
24   witness.
25        MR. BEAVERS:  He is a short-timer, I'm a

Page 174

1    long-timer.  And I think he may have been my
2    most vocal, too.
3         MR. VALLEY:  I reserve any questions for
4    Bagley for the trial.
5         (WHEREUPON, at 1:40 p.m., the taking of
6    the above-entitled deposition was concluded.)
7                   ---o---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 175

1    Exhibit One.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 176

C E R T I F I C A T E
STATE OF ARKANSAS   )
                    )
COUNTY OF PULASKI   )
         I, DEBBYE L. PETRE, Certified Court
Reporter in and for the County of Pulaski, State of
Arkansas, duly commissioned and acting, do hereby
certify that the above-entitled proceedings were taken
by me in Stenotype, and were thereafter reduced to
print by means of computer-assisted transcription, and
the same fully, truly, and correctly reflects the
proceedings had.
         I FURTHER CERTIFY that I am not attorney
or counsel of any of the parties, nor am I relative or
employee of any attorney or counsel or party connected
with the action, and have no interest in the outcome
or results of this litigation.
         WHEREFORE, I have subscribed my
signature and seal as such court reporter in the City
of Little Rock, County of Pulaski, State of Arkansas,
this the 14th day of December, 2020.


_____
DEBBYE L. PETRE, CCR
COURT REPORTER IN AND FOR
PULASKI COUNTY, ARKANSAS

                   ---o---



                                              176