# In The Matter Of:

*Nathan Andrew Bagley vs.*
*Helena-West Helena School District*

---

*Deposition of Earnest Simpson, Jr.*
*December 02, 2020*

---

*Phyllis Findley, CCR*
*70 SFC 303*
*Forrest City, AR 72335*
*870-633-8257*
*phyllisccr@yahoo.com*

Original File SIMPSON.prn
Min-U-Script® with Word Index

**EXHIBIT 3**

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 2 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NATHAN ANDREW BAGLEY                    PLAINTIFF

VS.        CASE NO. 2:19-cv-164-JM

HELENA-WEST HELENA SCHOOL
DISTRICT, Acting by and through
the HELENA-WEST HELENA SCHOOL BOARD
OF DIRECTORS; HELENA-WEST HELENA
SCHOOL BOARD MEMBERS LOISTYNE BURRELL,
SANETTA DAVIS, LYNN BOONE, EARNEST
SIMPSON, JR., DANIEL STRICKLAND,
JANICE WILLIAMS, and TROY BOBO,
Individual and in their Official Capacity        DEFENDANTS

THE DEPOSITION OF
EARNEST SIMPSON, JR.

December 2, 2020

PHYLLIS FINDLEY, CCR
70 SFC 303
Forrest City, AR  72335
(870)633-8257
phyllisccr@yahoo.com

The deposition of Earnest Simpson, Jr., is being taken at the Administrative Offices of the Helena-West Helena School District, in West Helena, Arkansas, beginning at approximately 10:00 a.m., and may be used in any manner pursuant to the provisions of the Federal Rules of Civil Procedure.

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
James F. Valley
Attorney at Law
P. O. Box 451
Helena-West Helena, AR  72342

ON BEHALF OF DEFENDANTS:
Brad J. Beavers
Beavers & Cline
P. O. Box 924
Forrest City, AR  72336

Cody Kees
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR  72201

Reported by:
Phyllis Findley
Certified Court Reporter
70 SFC 303
Forrest City, AR  72335
(870) 633-8257

Page 2

INDEX

Appearances ...................................................3
Swearing of the Witness...........................................4
Examination of Earnest Simpson, Jr.:

By Mr. Valley ............................................4
    Exhibits 1 and 2 marked ...........................32
    Exhibit 3 marked ..................................34
By Mr. Keys .............................................73
By Mr. Valley ...........................................76
Reporter's Certificate........................................78

Page 4

1              EARNEST SIMPSON, JR.
2  having been first duly cautioned and sworn to testify to the
3  truth, the whole truth and nothing but the truth, testified
4  under oath as follows:
5              **EXAMINATION**
6  **BY MR. VALLEY:**
7  Q.  Good morning, Mr. Simpson.
8  **A.  Good morning, Mr. Valley.**
9  Q.  All right.  Of course you know I'm James Valley and I
10   represent Andrew Bagley, and we're doing a deposition today,
11   and you're here with your attorneys, Brad Beavers and Cody
12   Kees.  And the court reporter here is going to take down
13   everything we say, word-for-word, so what I'd like to do is set
14   some ground rules, and that includes that, when I ask a
15   question, I don't want you to answer unless you fully
16   understand the question.  And then if you understand the
17   question, I want you to give a verbal response, not a shaking
18   of the head or "uh-huh" or "huh-uh," such that the court
19   reporter can take down "yes" or "no" and make sure that that's
20   clear.  Do you understand that?
21  **A.  I understand that.**
22  Q.  Yes, sir.  Have you done a deposition before?
23  **A.  I'm sure I have.**
24  Q.  Okay.  Well, we'll get started, and if there's anything
25   else we need to do, we'll make the necessary adjustments.  And,

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 3 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

**Page 5**

1  of course, if at any time you need to take a break, whether
2  it's to go to the restroom or to confer with your attorneys,
3  just let us know and we'll let you do that.
4  **A.   What about just to leave?**
5  Q.   Just to leave?
6  **A.   Yes.**
7  Q.   Well, you probably won't be able to leave till we're
8  finished.
9  **A.   Oh, okay.**
10  Q.   Yeah.  But we ask that you don't take a break in the
11  middle of answering a question.
12  **A.   Okay.**
13  Q.   Complete your answer to the question, then you can take a
14  break, if there's a question posed.  All right.  Mr. Simpson,
15  tell us a little bit about your background.  Were you reared in
16  Helena-West Helena?
17  **A.   Yes, I was born and reared in Helena-West Helena.  I went**
18  **to the Helena-West Helena schools here in West Helena.  I left**
19  **here and went to AM&N College in Pine Bluff, got a bachelor's**
20  **degree in mathematics, then I got a master's degree from**
21  **Arkansas State University in Jonesboro, and then have a**
22  **specialist out of the University of Arkansas at Fayetteville.**
23  **I taught math here in the district for twenty-six years, was**
24  **principal at Eliza Miller Junior High School for twelve years,**
25  **so I did a total of thirty-eight years in the district.  Since**

**Page 6**

1  **I retired, I've done some more work here in the district,**
2  **serving as assistant principal at the high school, as principal**
3  **at the high school.  I taught some classes after retirement and**
4  **have constantly worked with the district since retirement.**
5  Q.   All right.
6  **A.   I retired in 2007, and I'm currently on the board of**
7  **directors.**
8  Q.   All right.  And how long have you been involved with the
9  board of directors, whether advisory or elected capacity?
10  **A.   I guess you wouldn't know this, because you're not**
11  **retired, but once you retire it's hard to keep up with the days**
12  **and years.**
13  Q.   Yes, sir.
14  **A.   But it's been a number of years.  In fact, when Mr. Hoy**
15  **was superintendent.**
16  Q.   You were what?
17  **A.   I was on the board of directors.**
18  Q.   Was that the advisory board?
19  **A.   Yes, because we were under State control, so yes, it would**
20  **be an advisory board.**
21  Q.   So sometime during that period is when you began serving
22  that.  Do you recall who served with you on the advisory board?
23  **A.   Yes.**
24  Q.   Can you name them?
25  **A.   Mr. Bagley was president; Mr. Boone, Lynn Boone, Ms.**

**Page 7**

1  **Sanetta Davis.  I don't know if Mr. Bobo was on advisory or he**
2  **came on after we got local control.  Mr. Bobo, Ms. Burrell.**
3  **Ms. Burrell took Mr. Charles' place, Leroy Charles, who died.**
4  Q.   Charles was elected; right?
5  **A.   Yes, he was elected.**
6  Q.   Lynn Chadwick; do you remember her?
7  **A.   Yeah, Lynn Chadwick, she was on the advisory board.**
8  Q.   All right.
9  **A.   And Friedlander – well, I wasn't on while Friedlander was**
10  **on, but I attended certain meetings when Friedlander was on the**
11  **board.**
12  Q.   Doug Friedlander.  Okay.  How did that board work?  Did
13  y'all have a cohesive group that worked together?
14  **A.   I'd say very cohesive.**
15  Q.   All right.  And, now, you've been sued as a school board
16  member, as has Loistyne Burrell.  Do you know Loistyne Burrell?
17  **A.   Yes.**
18  Q.   How long have you known her?
19  **A.   Since I was maybe ten years old.  So if we do the**
20  **subtraction, we're talking sixty-plus years.**
21  Q.   All right.  And she's an African-American woman?
22  **A.   Yes.**
23  Q.   Okay.  What about Ms. Sanetta Davis?
24  **A.   Yes, I know her.**
25  Q.   How long have you known her?

**Page 8**

1  **A.   I guess twenty-plus years, I would say.**
2  Q.   And she's an African-American woman?
3  **A.   Yes.**
4  Q.   What about Lynn Boone?
5  **A.   I know him.**
6  Q.   And what's his racial makeup?
7  **A.   What's his what?**
8  Q.   Race.
9  **A.   He's African-American.**
10  Q.   All right.  And how long have you known him?
11  **A.   I guess since the seventies.**
12  Q.   All right.  And Daniel Strickland?
13  **A.   Yes.**
14  Q.   How long have you known Daniel?
15  **A.   Since he was in high school.**
16  Q.   So it would be over thirty years?
17  **A.   Yes.**
18  Q.   Okay.  And Janice Williams?
19  **A.   Yes.**
20  Q.   How long have you known Janice?
21  **A.   I haven't really known Janice that long.**
22  Q.   And then Troy Bobo?  Well Janice is black -- all of the
23  board members are black at this point.
24  **A.   Yes.**
25  Q.   Okay.  And so Troy Bobo; how long have you known Troy?

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 9

1  A.  Oh, I guess maybe fifteen, twenty years.
2  Q.  All right.  Now, you know we're here because Mr. Bagley
3  sued the school district about the superintendent position.
4  Are you familiar with that?
5  A.  Unfortunately, yes, I am familiar with that.
6  Q.  Yes, sir.  Did you play a role in the selection of the
7  superintendent?
8  A.  Well, I was on the board, yes.
9  Q.  All right.  Can you describe for me what the process was
10  for selecting a superintendent?
11  A.  Well, the we had the superintendents to apply.  They
12  turned in an application with their information and background
13  and stuff, and we ended up selecting, I think, four or five to
14  actually interview for the superintendent's job.
15  Q.  All right.  And were there any details in terms of how you
16  were going to make a selection, or how did you whittle it down?
17  How many people applied, do you know?
18  A.  I think it was thirteen.
19  Q.  Thirteen applied.  All right.  And how did you whittle it
20  down from thirteen to four?
21  A.  Well, we look at the applicants and where they were from
22  or what kind of experience they had had, and we called some of
23  their references -- when I say "we," I didn't, but calls were
24  made to talk to some of their references, and some of their
25  references weren't always positive, and we were able to weed

Page 10

1  those out.
2  Q.  All right.  So when you decided as a group to do the
3  interviews of the four people, had you-all also decided either
4  of those four could, if selected, serve as superintendent?
5  A.  Yes.
6  Q.  All right.  And then after you elected the four, what was
7  the process going forward?
8  A.  What was the process?
9  Q.  Right.  You selected the four to interview.  Just describe
10  for us what happens next.
11  A.  Well, we had the interview, and after the interview we
12  made a selection.  We didn't name a superintendent; we named an
13  interim.
14  Q.  All right.  Well, now, at the interviews, who attended
15  these interviews?
16  A.  The applicant and the committee, the interviewing
17  committee.
18  Q.  Okay.  So there was an interview committee.  Who was on
19  the interview committee?
20  A.  Ms. Sanetta Davis, Ms. Loistyne Burrell, and myself, we
21  were from the board, and then we had Ms. Connie Smith and Ms.
22  ... I can't think of the lady's name, but she was Ms. Burrell's
23  pastor's wife.  Allen.
24  Q.  Jackie Allen?
25  A.  Jackie Allen, yes.  Yes.

Page 11

1  Q.  All right.  How were the three board members selected from
2  among the six or seven, however many you had?
3  A.  Well, it was just done at a board meeting that, you know,
4  these are the people -- you know, they asked if they wanted to
5  serve, and we were the three that said we'd like to serve on
6  the committee.
7  Q.  So somehow you-all decided it was going to be a five-
8  member committee?
9  A.  Yes.
10  Q.  Two from the community and three from the board?
11  A.  Right.
12  Q.  And so we've got Davis, Burrell, and Simpson, and then
13  Allen and Smith from the community.
14  A.  Right.
15  Q.  How were the community members chosen, do you know?
16  A.  Well, I think Ms. Davis chose one and Ms. Burrell chose
17  one.
18  Q.  All right.  Now, you realize that -- am I correct that all
19  the members of the interview committee are black people?
20  A.  I just did, yeah.
21  Q.  Do you have any idea why there were no white people on the
22  interview committee?
23  A.  No, I don't.
24  Q.  All right.  And then of the four candidates that you
25  interviewed, what was the racial makeup of them?

Page 12

1  A.  I really don't remember, because I didn't look at it as
2  race; I just saw them as candidates and, as a matter of fact, I
3  don't remember who, other than Mr. Bagley, I don't remember who
4  the other three were.
5  Q.  You don't remember Ms. English, the one you --
6  A.  Oh, yeah, Ms. English, okay.  Ms. English, and the others,
7  other than the ones that were here.  Yeah, I remember Ms.
8  English.
9  Q.  All right.
10  A.  And Ms. English is African-American, so yeah.
11  Q.  And so you had four people, and according to the
12  information I've been provided -- I've got some names to see if
13  it'll refresh your memory, other than English and Bagley.  Anna
14  Anderson.
15  A.  Mr. Valley, had you told me that you were going to be
16  asking me questions about folks that we interviewed some three
17  or four years ago, I could have looked at it and maybe had some
18  better answers for you, but stuff like that, I don't just carry
19  it around.  You know, it's just clutter material and
20  information that I don't see a need for, and so it's not
21  something that I just remember to give back to people on a
22  daily basis.
23  Q.  Yes, sir.
24  A.  So Ms. Anderson, I don't know what her racial makeup was.
25  Q.  Steve Watkins?

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 13

1  A.  I know him.
2  Q.  Do you recall interviewing Steve Watkins?
3  A.  Not really, you know, because if you -- if I say that I
4    recall interviewing him, then there may be questions that we
5    asked him, and I just -- I don't.  There's nothing that I
6    remembered about it.
7  Q.  All right.  Now, you announced a little while ago that you
8    did not hire a superintendent, you hired an interim; is that
9    right?
10  A.  That's correct.
11  Q.  And so when did that happen?  When did you hire the
12    interim?
13  A.  We hired the interim, I guess, within a month of the
14    interviews.
15  Q.  Okay.  How soon after the interviews did John Hoy leave,
16    do you recall?
17  A.  No, I don't.
18  Q.  All right.  And what was the basis for hiring an interim
19    superintendent?
20  A.  We wanted to get a look at her performance.
21  Q.  To do what?
22  A.  To see whether we wanted to hire her permanently or do
23    another search.
24  Q.  Okay.  And so did you do that?  Did you look at her
25    performance to make a decision?

Page 14

1  A.  Yes.  Yes.
2  Q.  All right.  Did you do an evaluation process?
3  A.  Yes.
4  Q.  What was that process?
5  A.  Well, we looked at how she had performed here at the
6    administration office and how she had worked with the principal
7    and the staff members and how she worked with the board.
8  Q.  Do you have anything more objective than what you've given
9    me today?  Did you have a scale or anything that you used to
10    make that assessment?
11  A.  We had one.
12  Q.  What was it?
13  A.  It was a scale that we used to evaluate.  Now, what all
14    was on there, you know, as I said earlier, I just don't go
15    around remembering all these things.
16  Q.  So there's a document somewhere in this district that
17    exists reflecting the scale that you all used and the measure
18    that you used in making that decision?
19  A.  There should be one, yes.
20  Q.  Who should have it?
21  A.  Well, now, I don't know who keeps all the records around
22    here.
23  Q.  All right.  Well, will you get that, such that I can
24    review it?
25  A.  Will I get it?

Page 15

1  Q.  Yes, sir.
2  A.  I hadn't planned on it.  Is that something I have to do?
3  Q.  That's what I'm asking you to do.
4  A.  Mr. Valley, I don't think you understand.  I'm retired,
5    and to me, all this stuff is frivolous.
6  Q.  Mr. Simpson.
7  A.  Yes, sir.
8  Q.  You're a defendant in a lawsuit.
9  A.  And a frivolous lawsuit.
10  Q.  You can characterize it by your word choice, but the
11    question is, this performance scale you're telling me you used,
12    will you get it so I can see it?
13  A.  Yes, I'll see if I can get one.  I'm not going to make you
14    any promises, but I'll see.
15        MR. KEES: My procedure is, you let me know what
16    documents you want, because it needs to be produced
17    through counsel, and you didn't serve him with a
18    subpoena duces tecum, so he didn't have anything to
19    bring today.  But if there's a document you want and
20    it's within your discovery requests, we'll get it for
21    you, if it exists.  I don't know what you're
22    referring to.
23        MR. VALLEY: Well, I didn't know until he told
24    me, so I had no way of knowing before he just told
25    me.

Page 16

1        MR. KEES: But I still don't know what he's
2    referring to.
3        MR. VALLEY: He said they did a performance
4    evaluation on Linda English when they made the
5    decision to make her permanent.
6  Q.  Am I quoting you correctly?
7  A.  That's what I said; I don't know whether you're quoting me
8    correctly.
9  Q.  Well, I mean, is the gist of it correct?
10  A.  Yeah, yeah.
11        MR. VALLEY: Now do you understand?
12        MR. KEES: You're wanting her performance
13    evaluation?
14        MR. VALLEY: I want whatever he uses as part of
15    the decision making to hire a superintendent.
16  Q.  So today is December 1st.  Can we have that before
17    December 21st, which is when they leave for Christmas break?
18    They leave December 18th.
19  A.  Yeah, we ought to have it by then.
20  Q.  Well, I mean, if you'll get it to your attorney, he'll get
21    it to me.
22  A.  Okay.  Yes.
23  Q.  All right.  And so were these things discussed in
24    executive session or in public meeting, this evaluation you're
25    talking about?

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 17

1  A.  Executive session.
2  Q.  And who was present?
3  A.  The board.
4  Q.  Which members?  All seven?
5  A.  Attorney, I told you, that kind of stuff I don't make a
6  habit of trying to remember, all the little minor details of
7  stuff, how many, who was there and stuff.  There are times when
8  we have board members and one member may be absent.  Well, that
9  person is not in executive session if he or she is absent.  So
10  the night that it was discussed, whether Mr. Williams, Mr.
11  Bobo, either of them could have been absent, and then for me to
12  sit here and say who was there, I can't say that and not be
13  truthful, because I don't know.
14  Q.  Yes, sir.  You can confirm, as best you know, that all
15  your board members live within the Helena-West Helena School
16  District?
17  A.  Yes.
18  Q.  And that they've all been elected to serve in the
19  positions they served in?
20  A.  Yes.
21  Q.  All right.  Now, are you familiar with the role that race
22  has played in Phillips County politics?
23         MR. KEES: Object to form.  Mr. Simpson, that's
24      just a legal objection.  You go ahead and answer if
25      you can.

Page 18

1  A.  I don't think it has been race so much as the person,
2  okay?
3  Q.  Yes, sir.
4  A.  Because your client here, Mr. Bagley, he has run for the
5  school board twice, at large.  Mr. Bagley ran against, the
6  first time, Ms. Barbara Davidson, and Ms. Davidson's sister is
7  married to my nephew, so we're kind of like family, but I had a
8  sign for Mr. Bagley in my yard, not Ms. Davidson, but Mr.
9  Bagley, because I thought I knew Mr. Bagley and what he was
10  about, and that's why I had his sign and that's why I supported
11  him.  The next time around when he ran, I found out exactly who
12  Mr. Bagley was and what he was about, and he didn't ask to put
13  a sign in my yard because he knew.  So that's the kind of
14  politics -- yeah, you may get this support this time around but
15  because of some of the things that you do, then those same
16  people won't support you.  And Ms. Davidson is a well-known
17  educator here, and he ended up beating her because of the
18  people that supported him and how they felt about him at that
19  time.  But the second time around, when Ms. Williams ran
20  against him, Ms. Williams had never run for any political
21  office before, but when she ran against him people had found
22  out who Mr. Bagley was and what he was about and it was a
23  totally different game.  She beat him handily.  So that's the
24  way politics are.  Mr. Valley runs for mayor and everybody
25  supports him, and then something happens and everybody don't

Page 19

1  support him.  So that's the way the politics have been around
2  here.
3  Q.  So you're saying that race has not played a role in
4  politics around here?  Is that what you're saying?
5         MR. KEES: Object to form.  Are we talking about
6      the district or Phillips County?
7         MR. BEAVERS: And at what time?
8         MR. VALLEY: The question is about Phillips
9      County.  I'm going to narrow it to the district.
10         MR. KEES: I'm going to ask him not to answer
11      until it's clear where we're talking about.
12         MR. BEAVERS: And time.  You know, twenty years
13      ago, thirty years ago?
14         MR. VALLEY: We're going to deal with all of
15      that.
16         MR. KEES: You answer when you understand his
17      question, Mr. Simpson.
18         DEPONENT: Okay.
19  A.  Mr. Valley, there has, I guess not just here, but all
20  over, race has played a part in a lot of political races, okay?
21  Q.  Yes, sir.
22  A.  In the past, there has been -- I came back here in 1969
23  and got involved in politics, and in the past there was never,
24  if a black person was running, there was never white support,
25  not publicly.  The first time I heard a white person support a

Page 20

1  black person publicly I was on my way to Dallas and I heard
2  Bill Brandon support you for mayor.  Now, what year that was
3  you can tell me, because you remember that.
4  Q.  2005.
5  A.  Okay.  Bill Brandon supported you for mayor publicly, on
6  the radio, and I called my son, I said, "You hear that?  This
7  is the first time."  But we have always -- black folks have
8  always supported white folks, okay?  And it just depends on
9  which one they were supporting, because most of the time you
10  had just white folks running.  When there were blacks running
11  against whites, most of the black folks would vote for the
12  blacks, but then there were some blacks that would vote for
13  whites.
14  Q.  Okay.  So, now, you recall Kirkman vs. West Helena, don't
15  you?
16  A.  Yes, I recall that.
17  Q.  Were you a party to that?
18  A.  Yes, I was.
19  Q.  And what was the purpose of that lawsuit.
20  A.  The purpose of that lawsuit was to get black
21  representation.  We, at that time, city councilmen were elected
22  citywide, and with the city having more white registered
23  voters, then blacks didn't stand a chance.  In 1976 I ran for
24  city councilman and Judge L.T. Simes ran.  I ran against Watson
25  Light and Pete Raymond.  Watson Light was on the school board;

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 7 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 21

1   Pete Raymond was a retired police chief.  And L.T. ran against
2   Alden Sanford and a guy that was working at Mohawk, and both of
3   these were white, and they split the white vote.  All the
4   blacks voted for -- I say all, but the majority of the blacks
5   voted for us and we got in there.  That was before the Leo
6   Chitman law where you had to have a runoff, and so we won that.
7   Q.  Leo Chitman would have been the black man that got elected
8    mayor in West Memphis?
9   A.  Yes.
10   Q.  Okay.  And after he got elected in a split race like he
11    just described, the law was changed.
12   A.  Right.  Now, I don't know that he got elected then.
13   Q.  He served.
14   A.  All right.  Well ... but I know that we started having
15    runoffs, and the next two years we ran, L.T. and I both ran,
16    and neither one of us got elected because, you know, the at-
17    large voting, and so we filed a lawsuit to go to ward voting so
18    that we would have black representation in the black wards.
19   Q.  All right.  And you and Judge Simes live in West Helena
20    Ward One?
21   A.  Yes.
22   Q.  Which is where probably most black people live?
23   A.  Right.
24   Q.  Including me.
25   A.  Yes.

Page 22

1   Q.  All right.  And from your political memory, if you've got
2    it, generally speaking, black people who have been elected,
3    either citywide or countywide, didn't they come from West
4    Helena Ward One?  County Clerk is Linda White.
5   A.  Okay.
6   Q.  You know where she lives?
7   A.  No, I don't.
8   Q.  You know where Betty Fay lives?
9   A.  Yes.
10   Q.  She lives across the street.
11   A.  Oh, okay.
12   Q.  So that would be West Helena Ward One?
13   A.  Now, since the wards have been redrawn -- I think you
14    redrew the wards, didn't you?
15   Q.  A couple of times.
16   A.  So I don't know just where -- when L.T. and I drew the
17    wards, I knew where the lines were.  I don't know where the
18    lines are now.
19   Q.  Well, I'm making reference to the West Helena Ward One
20    that you remember being Plaza Street going east-west divided
21    the ward north-south.
22   A.  Okay.
23   Q.  So north of Plaza would have been Ward Four.
24   A.  Right.
25   Q.  And south of Plaza would be Ward One.

Page 23

1   A.  Okay.
2   Q.  Yeah.
3   A.  All right.
4   Q.  That's what I was talking about.  So those people live
5    over there, Linda White, L.T. Simes, you, me, my brother
6    Andre'.  Yeah.
7   A.  Okay.
8   Q.  Is that correct?
9   A.  Yeah.  Yeah, we live there.
10   Q.  Okay.  All right.  And coming forward, I heard you mention
11    that black people vote for white people but white people didn't
12    necessarily vote for black people.  How much has that changed?
13   A.  I don't know that it has changed at all.  I mean, when I
14    was involved heavily in politics, I'd go down and I'd look at
15    the polling places and how they were reported, but I haven't
16    done that lately, so I couldn't say.
17   Q.  All right.  Now, you mentioned support of Mr. Bagley when
18    he ran, I guess, in 2016, the first time he ran for school
19    board, and then you switched in 2018; right?
20   A.  If those were the years, you know.
21   Q.  Well, just assume those three years are right.
22   A.  Okay.  All right.
23   Q.  The first time you supported him, the second time you
24    didn't.
25   A.  Right.

Page 24

1   Q.  Okay.  And you say you got to know him, who he was, during
2    that time.
3   A.  And what he was about.
4   Q.  What he was about.
5   A.  Yeah.
6   Q.  Now, before 2016, you and he served on the advisory board;
7    is that right?
8   A.  Yes.
9   Q.  Okay.  And did you have an opportunity to get to know him
10    during that time period?
11   A.  Well, I thought I did.
12   Q.  Okay.  And you spent time with him, you talked to him
13    about a variety of things, I imagine.
14   A.  Well, yeah.  At one time, we had a ... I don't guess it
15    was a disagreement, but we didn't vote the way he wanted us to
16    vote, and when I got home, he called me and talked about he had
17    gone out on a limb for us and we cut the limb off on him and
18    stuff, and he had the teachers where he wanted them.  And I
19    told him, I said, "Look, there will be times when we're not
20    voting like you want us to vote."  I said, "You have to
21    understand, it ain't got nothing to do with you; it's how we
22    feel."  And I said, "Let's meet and talk," and we met at
23    McDonald's and we sat down and we talked, and I told him, you
24    know, that there shouldn't be no us and them, talking about the
25    teachers, you know, we're bossing them or we're running them

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 25

1   and they have to do what we say do.  And I had him to know that
2   that's where all the education takes place, is in the classroom
3   with the teachers and we should be supportive of them and try
4   to work with them to make sure that our children are getting
5   the best quality education that they can, rather than around
6   **here talking about us and them, you know.**
7   Q.   Now, this is during the advisory board time, or what time
8   frame are we speaking of?
9   A.   **I don't know what time frame it was, but I know it**
10  **happened while we were on the board.**
11  Q.   Yes, sir.
12  A.   And, you know, we had that meeting and, you know, I just
13  told him, "We're here to help represent and do what's best for
14  these children, and we can't have teachers mad because of stuff
15  we've done, you know, for our personal interest or gain.
16  Q.   Yes, sir.  All right.  So I'm trying to put this in a time
17  period, in your time period.  There was a time period where you
18  thought you knew him and then a time period where you knew a
19  different him.
20  A.   Yes.
21  Q.   This conversation you're telling me about, which period
22  would that fit into?
23  A.   Well, that period of time was the time when I started
24  getting to know what he really was about.  It wasn't about the
25  students or Helena-West Helena School District; it was about

Page 26

1   **Andrew Bagley.**
2   Q.   So you're basically describing him as selfish?
3   A.   **Yes, very selfish.  And, "It's going to be my way or no**
4   **way."**
5   Q.   Now, on the school board, is anybody, I guess, truly
6   entitled to have it my way or no way?
7   A.   **No.  The school board is made up of seven people, and each**
8   **person has one individual vote, and it takes a majority to make**
9   **that happen.**
10  Q.   Okay.  Now, if I understood correctly, during the entirety
11  of your service along with him, that time period, Mr. Bagley
12  was the board president?
13          (Telephone interruption)
14  Q.   But during the entirety of your service along with Mr.
15  Bagley on this school board, whether it was advisory or
16  elected, local control, was he in fact the board president?
17  A.   **Yes.**
18  Q.   And was that because the board voted for him to be the
19  president?
20  A.   **Yes.**
21  Q.   And he was, during that time period, or most of it, the
22  only white person on the board?
23  A.   **Yes, other than Ms. Chadwick.  Ms. Chadwick was on there a**
24  **while.**
25  Q.   Okay.  Now, the committee that interviewed these

Page 27

1   candidates, did they have standardized questions or prepared
2   questions, or how did you all manage that part of the
3   interview?
4   A.   **There were questions that we asked each person, the same**
5   **questions.**
6   Q.   So they would be standard.
7   A.   **Yes.**
8   Q.   Each interviewee was asked the same questions by the group
9   of interviewers?
10  A.   **Yes.**
11  Q.   Okay.  And then did each interviewer somehow score the
12  interviewees?
13  A.   **Yes.**
14  Q.   And did you participate in that process yourself?
15  A.   **I did.**
16  Q.   And what was the purpose of the interview?
17  A.   **The purpose of an interview?**
18  Of these particular interviews, these four people you
19  interviewed for superintendent.
20  A.   **What was the purpose?**
21  Q.   Yes, sir.  Why did it happen?
22  A.   **To see who we wanted to select to be superintendent.**
23  Q.   All right.  And what was the reason for a standard slate
24  of questions?
25  A.   **To give everybody the equal opportunity to answer the same**

Page 28

1   **questions.**
2   Q.   All right.  And what was the purpose for scoring those
3   questions?
4   A.   **To get a feel as to how each person answered.**
5   Q.   And so then what did you do with the score?
6   A.   **We looked at them to see where they were as far as rank.**
7   Q.   Yes, sir.  So before you looked at it as rank, was there a
8   number assigned by each interviewer to each interviewee?  Did
9   you add up the score to get a number?
10  A.   **Oh, yeah.**
11  Q.   Each interviewer?
12  A.   **Right.**
13  Q.   Did that for each interviewee?
14  A.   **Right.**
15  Q.   And what was the rank?  Was it zero to 100?
16  A.   **Zero to 100.**
17  Q.   So then each interviewer would score each candidate
18  somewhere between zero and 100?
19  A.   **Right.**
20  Q.   And you did that yourself?
21  A.   **I did that myself.**
22  Q.   And then at the end of the process did you-all, as an
23  interview committee or school board or whoever was managing
24  this process, tabulate those scores?
25  A.   **We did.**

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 9 of 31
Nathan Andrew Bagley vs.                                    Deposition of Earnest Simpson, Jr.
Helena-West Helena School District                                         December 02, 2020

Page 29

1  Q.  You did.

2  A.  Yes.

3  Q.  Okay.  And then when you tabulated those, they added up to

4  somewhere between zero and 500, I guess.

5  A.  Yes.

6  Q.  And then you ranked them from least to greatest or

7  greatest to least?  You ranked them somehow?

8  A.  Well, we began to do that, and we saw an irregularity in a

9  couple of the interviewers' documents, ranking split their

10  score.

11  Q.  What do you mean by irregularity?

12  A.  Well, there were two interviewers that had ranked Mr.

13  Bagley 100 percent, perfect.

14  Q.  Yes, sir.

15  A.  And, you know, I just don't know that we got -- I know he

16  probably feels that he is, but I just don't know that we've got

17  anybody around here that had a perfect score on an

18  interview.  It has never been -- I've been on a couple of

19  interviewing teams.

20  Q.  Yes, sir.

21  A.  And never have we had anybody to get a perfect score, even

22  in the area for experience.  And the only experience I know of

23  that Mr. Bagley has is over at the college working as a

24  teacher, and I think he taught down in Elaine for a minute,

25  taught up here in West Helena for a minute.  But as far as

Page 30

1  being over or supervising anybody, none.  No experience at all.

2  And he got a perfect score?  As far as credentials, you know,

3  he doesn't have a superintendent's license, doesn't have a

4  doctorate degree; I don't know that he has a specialist's.  I

5  don't know what degree he has, but he got a perfect score.  You

6  know, Ms. English had served in various administrative

7  positions and she didn't get a perfect score as experience or

8  credentials, but he got a perfect score in everything, and ...

9  Q.  Let me be sure I understand what you mean, a perfect score

10  in everything.

11  A.  Right.  He got a 5 on every category that a question was

12  asked, he got a 5 from these two people.

13  Q.  All right.  Now, did Linda English get any 5's?

14  A.  She may have gotten a 5, but not in all of them.

15  Q.  She didn't get 100?

16  A.  No, she didn't get 100.

17  Q.  Are you sure about that?

18  A.  I'm sure about that.

19  Q.  Mr. Simpson, what I'm showing you, does that appear to be

20  your handwriting?

21      MR. KEES:  What's the number at the bottom?

22      MR. VALLEY:  Bagley 15 or something.

23  A.  Yeah, I've got that.  These are copies, and that looks

24  like my handwriting, but I did not give Ms. English 100, so

25  this has been fabricated here.

Page 31

1  Q.  By whom?

2  A.  I don't know who, but I know I didn't give her 100,

3  because I know that there's no one around here perfect.

4  Q.  Do you recall how you scored Mr. Bagley?

5  A.  No, I don't recall how I scored anybody, but I know I

6  didn't score anybody with no perfect score.

7  Q.  All right.  Well, would you have had access to someone

8  else's evaluation, written on it?

9  A.  No.

10  Q.  Well, what I'm trying to understand, then, is, you're

11  telling us that it's fabricated.  How might it have been?

12  A.  Mr. Valley, you know, you're very technologically inclined

13  and we can make these computers do just about anything.

14  Q.  Yes, sir, I'm very technologically inclined.

15  A.  Yeah.  Mr. Bagley is good with technology.

16  Q.  So are you thinking that because I gave you that document

17  I may have had something to do with it?

18  A.  I'm not saying who had something to do with it, but I know

19  I didn't give Ms. English a perfect score.

20  Q.  All right.  Do you know what score you gave her?

21  A.  No, I don't.  This is from what, 2018?

22  Q.  Yeah.

23  A.  2018, back in May.  That's been over two years ago.

24  Q.  Yes, sir.

25  A.  And as mentioned, details like this ...

Page 32

1  Q.  Mr. Simpson, I'm showing you what I think is -- it's

2  marked Bagley 13 at the bottom, Nathan Bagley, Superintendent

3  Evaluation Form, and that appears to have your penmanship at

4  the top and in the calculation of the math.

5  A.  Okay.

6  Q.  Does that seem consistent with your evaluation and what

7  you would have given Mr. Bagley on the night that you did the

8  interview with him?

9  A.  Yes, that seems to be consistent.

10  Q.  And the score total on the bottom of that one is ...

11  A.  72.

12  Q.  All right.

13      MR. VALLEY:  I'd like to make these two Exhibits

14  1 and 2 to Mr. Simpson's deposition.

15      (Exhibits 1 and 2 were marked.)

16  Q.  Now, Mr. Simpson, did Sanetta or somebody produce this

17  tally sheet in your presence?

18  A.  I can't see what that is.

19  Q.  I'll hand it to you.  That tally sheet is Bagley 01.

20  A.  We did get a tally, yeah.

21  Q.  And does that tally sheet seem to accurately reflect what

22  you saw when it was produced?

23  A.  Again, it looks like it may be, but I see where there's

24  100 here for Linda English, and I suppose that should represent

25  the one you've got there that you're saying that I did.  If

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 10 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

---

Page 33

1  that's the case, then that's not true either, you know.  I know
2  **I didn't give Ms. English 100 points.**
3  Q.  Yes, sir.  My understanding is this was provided to me by
4     the school district's attorneys.
5  A.  **Okay.**
6  Q.  And they can tell you whether it's authentic or not.  As
7     best I know, it hasn't been altered, but I know for sure it
8     hasn't been altered by me or Mr. Bagley.  Now, I was going to
9     ask you another question.  Mr. Bagley, in scorer number 1 --
10    did Mr. Bagley get a 72 from anybody other than -- how many
11    people did Bagley get 72 -- not scorer number 1 -- Bagley going
12    across -- I'm sorry; I asked you the wrong question.  Did he
13    get a 72 from any other scorer?
14 A.  **Scorer 5 is a 73.  No, he didn't get another 72.**
15 Q.  All right.  And then Linda English got two 96's.  Would
16    you consider those to be odd or out of place, or that's okay?
17 A.  **Well, that'd be okay.**
18 Q.  All right.  And then in the total points, Bagley scored 15
19    points higher than Ms. English; is that right?
20 A.  **Yes, 431 minus 416.**
21 Q.  Yeah.
22 A.  **Okay, 15.**
23 Q.  And then third would have been Ms. Anna Anderson and
24    fourth Mr. Steve Watkins?
25 A.  **Okay.**

---

Page 34

1  Q.  According to those scores.
2  A.  **All right.**
3  Q.  Is that what you recall it being when you saw it?
4  A.  **Again, I don't recall what it was when I saw it, but ...**
5  Q.  Do you recall Mr. Bagley having the highest score?
6  A.  **Yes, I recall him having the high score.**
7         **MR. VALLEY:** Let's make that Exhibit 3.
8         (Exhibit 3 was marked.)
9  A.  **But, now, there was nothing in writing that says the**
10    **highest score should be selected as superintendent.  We didn't**
11    **have that written anywhere, that the person that scored the**
12    **highest points would be selected as superintendent.**
13 Q.  Okay.  Now, in the interview processes, of course you've
14    been in this district, I think your testimony was, thirty-eight
15    years.
16 A.  **Right.**
17 Q.  And you've served on other interview panels.
18 A.  **Yes.**
19 Q.  Did the school district use rubrics like this before?
20 A.  **Yes.**
21 Q.  And did you typically give the job to the person who had
22    the highest scores?
23 A.  **No.**
24 Q.  Didn't typically do that?
25 A.  **I interviewed for principal at the high school, I guess in**

---

Page 35

1  probably 2002, 2003, something like that, and I had the high
2  score, someone else got the next, and Dr. Galenta, I think, was
3  number 3, and he was hired.  And Mr. Willie Jackson went to
4  court because he was in on the process as well, and he went to
5  court for that because Mr. Jackson was serving as assistant at
6  the time, and I'm thinking that he even scored higher than Dr.
7  Galenta, but they hired Dr. Galenta.
8  Q.  All right.  And Dr. Galenta, what was his race?
9  A.  **Say what?**
10 Q.  What was his race?
11 A.  **He was white.**
12 Q.  And Willie Jackson's race?
13 A.  **Black.**
14 Q.  And did Jackson win?
15 A.  **As far as I know, I think he did.**
16 Q.  Because they didn't use rubrics, in part?
17 A.  **No, because of his experience.**
18 Q.  You say Jackson scored higher than Galenta?
19 A.  **Yes, but that was what he sued on.**
20 Q.  But he scored higher than Galenta and he sued.  That's
21    fine.  So you're familiar with the superintendents we've had in
22    the school district?  If I name somebody, can you tell me
23    whether they were or were not?  That's what I mean.
24 A.  **Probably.**
25 Q.  Mr. Harold Chorley?

---

Page 36

1  A.  **Yes, I remember Mr. Chorley.**
2  Q.  Do you know how long he served as superintendent?
3  A.  **No, I don't.**
4  Q.  Was it a short period of time or a long period?
5  A.  **It was a long period of time.**
6  Q.  Long period of time.
7  A.  **Yeah.**
8  Q.  Okay.  Tom Chaney?
9  A.  **Yes, I remember him.**
10 Q.  He was superintendent in the 80's and early 90's?
11 A.  **Something like that.**
12 Q.  While you were teaching?
13 A.  **Yes, that's while I was teaching.**
14 Q.  Rodney Echols?
15 A.  **Yes.**
16 Q.  There was a guy before Rodney Echols from Pine Bluff.
17 A.  **Ed Harris.**
18 Q.  Ed Harris.  And after Rodney Echols, Willie Easter?
19 A.  **Okay.  Willie Easter.**
20 Q.  Rodney was here probably about eight years or so?
21 A.  **I don't know just how long.**
22 Q.  But we had Willie Easter in the year we had five
23    superintendents.  Do you remember that year?
24 A.  **Had five?**
25 Q.  Yes, sir.  I'll name them for you.

---

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

---

Page 37

1 A. Okay.
2 Q. Willie Easter, elected in June or something, and then we
3    had an election in September and Earnest Simes became
4    superintendent. You remember Earnest Simes was superintendent?
5 A. I remember Earnest Simes, uh-huh.
6 Q. Then in May the school board flipped on Earnest Simes and
7    hired Joyce Anderson, Joyce-whoever down the hall --
8 A. Uh-huh.
9 Q. You remember she was superintendent for a month.
10 A. Uh-huh.
11 Q. And then T.J. Graham.
12 A. Okay.
13 Q. You remember Dr. Graham?
14 A. Yeah.
15 Q. She was superintendent for two months.
16 A. Uh-huh.
17 Q. And then the James guy came from Little Rock with Rudolph
18    Howard, that took over the school.
19 A. Yeah.
20 Q. So that's five in the course of one year.
21 A. Okay.
22 Q. Right?
23 A. I can't say right, because like I say, I remember all of
24    them coming in here, yeah.
25 Q. Okay. And then Rudolph Howard stayed until we got local

---

Page 38

1    control.
2 A. Yes.
3 Q. He stayed maybe a year, and then we got another
4    superintendent.
5 A. Yes.
6 Q. You remember him, Willie Williams?
7 A. Yes.
8 Q. Now, during this time period did you know a guy by the
9    name of Rodriquez?
10 A. Yes.
11 Q. Did he work for the school district?
12 A. Yes.
13 Q. Do you know what capacity he worked in?
14 A. He worked in various capacities. He started out as a
15    principal, though. I understand he was having problems as a
16    principal and they promoted him over here to the central
17    office, and then he served as an assistant in some capacity to
18    the superintendent.
19 Q. Do you recall him serving as interim superintendent?
20 A. It may be; I can't say for sure, okay?
21 Q. All right. Do you ever recall him becoming
22    superintendent?
23 A. No.
24 Q. And are you aware that he attempted to be superintendent?
25 A. Yes.

---

Page 39

1 Q. But he didn't get to be superintendent.
2 A. Right.
3 Q. And he sued the school district.
4 A. Yes.
5 Q. You knew that.
6 A. Well, I don't know for sure, but I heard that he did sue.
7 Q. Did you also hear that he was successful?
8 A. In his suit?
9 Q. Yes.
10 A. I don't remember whether I heard that or not, James.
11 Q. All right. Now, you mentioned that there was nothing in
12    writing about using this scoring rubric to select a
13    superintendent. What was the purpose of doing the scoring?
14 A. As a guide, you know, something that you can look at to
15    make a decision.
16 Q. And if you didn't like the outcome, you'd just switch it?
17 A. Yeah, basically, yeah. And the rubric wasn't just what we
18    were ... wasn't the only thing that we were looking at there.
19 Q. Now, I have a date on this last that says that the board
20    finally made the final decision on Ms. English being the
21    superintendent on June 27, 2019. Do you recall when you-all
22    did that, if that date is correct?
23 A. As I mentioned earlier, on people with dates, James ...
24 Q. Yes, sir.
25 A. So that may be correct.

---

Page 40

1 Q. I'm showing you a document that's called superintendent's
2    agreement, or something like that. Have you ever seen that
3    before?
4 A. Yes.
5 Q. It's got some signatures at the back.
6 A. Uh-huh.
7 Q. You recognize those signatures?
8 A. I see the names but, you know, to recognize whether these
9    are their signatures or not, I can't say that. I haven't seen
10    their signatures enough to know that.
11 Q. Whose signatures do they purport to be?
12 A. Ms. Davis, Sanetta Davis, board president, and Mr. Boone
13    as secretary and Ms. English as superintendent.
14 Q. Okay. Now, it has a date at the bottom. This is a
15    contract; right?
16 A. Uh-huh.
17 Q. And what date is it saying that that was done?
18 A. June 27th, 2019.
19 Q. All right. Now, do you have any reason to believe that
20    date is not accurate?
21    MR. KEES: For what? What are you asking him?
22    MR. VALLEY: I asked him did they hire her on
23    June 27th, 2019. The contract says they hired her
24    June 27th, 2019. I'm refreshing his recollection.
25 Q. So now I'm asking, do you have any reason to believe that

---

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

---

Page 41

1  date is not correct?
2  **A. When you first mentioned it, I told you I had no reason to**
3  **believe that's incorrect; I just said I didn't remember it,**
4  **that I couldn't say definitely that that's when it was, you**
5  **know.**
6  Q. Yes, sir. Well, does it help you?
7  **A. Well, we can go with that.**
8  Q. Is that the right date, is all I want to know.
9  **A. That's the date that's on the document.**
10 Q. Do you have any reason to believe that date is not
11 correct?
12 **A. No, I have no reason to believe that that --**
13 Q. I mean, it's not a trick question. I can't answer for
14 you.
15 **A. Yeah, I understand that. But like I say, the date could**
16 **very well be correct.**
17 Q. All right. So between the interview in May of 2018, I
18 think it was -- but between the interviews you did for
19 superintendent and the date that the board voted to make Ms.
20 English permanent superintendent, did you take anymore
21 applications?
22          MR. KEES: Do you care if I just see it?
23          MR. VALLEY: You can see it. Here.
24 **A. No, not that I can recall.**
25 Q. Okay. Did you engage in any further search for a

---

Page 42

1  superintendent?
2  **A. No.**
3  Q. Did you consider anybody other than Linda English between
4  when you made her interim and when you made her permanent?
5  **A. Not that I recall.**
6  Q. All right. Now, Mr. Simpson, at all times involved in
7  this decision-making process, were you aware of civil rights
8  laws that prohibit discrimination on the basis of race?
9  **A. What do you mean by that?**
10 Q. Did you know it was illegal to discriminate against a
11 person on the basis of their race?
12 **A. Yes.**
13 Q. And did you also know that it's illegal to discriminate
14 against a person on the basis of their sex?
15 **A. Yes.**
16 Q. Now, you mentioned that you had gotten to know Mr. Bagley.
17 The campaign to raise the millage in this community, did that
18 happen between these two periods of time when you had the sign
19 in your yard and when he was up for reelection?
20 **A. Yes.**
21 Q. Okay. And can you describe what happened during that
22 campaign?
23 **A. The campaign for the millage?**
24 Q. Yes, sir.
25 **A. What aspect are you wanting to ...**

---

Page 43

1  Q. Well, let me ask you in a different way. You've been here
2  all your life. When Rudolph Howard was here we had a millage
3  proposal.
4  **A. Okay.**
5  Q. Did it pass?
6  **A. I don't think it did.**
7  Q. All right. And the one proposal that we've had since you
8  and Bagley were on the board, it passed?
9  **A. It failed one time, and then we had another one and it**
10 **passed, yes.**
11 Q. Okay. So that's three elections in the last fifteen years
12 and two of them failed.
13 **A. Yes.**
14 Q. And the one passed.
15 **A. Yes.**
16 Q. Okay. What did the community, the board, the leadership,
17 what did you do differently to get this last one to pass?
18 **A. We got our students involved. We had students to go**
19 **around, and we had some to go on Facebook and make appeals and**
20 **talk about the need of new buildings and these kinds of things.**
21 Q. Yes, sir. Did Mr. Hoy play any role in that process?
22 **A. I suppose he did. He and Mr. Bagley went to several**
23 **churches. I know they came to First Baptist and made a pitch**
24 **for it.**
25 Q. So Bagley and Hoy went to the churches making pitches?

---

Page 44

1  **A. Yeah.**
2  Q. Do you know of other places they went to to make the
3  pitch?
4  **A. No, I don't, because I wasn't, you know, there.**
5  Q. Okay. Did you read about it in the newspaper? Did you
6  hear about it on the radio?
7  **A. I heard about it on the radio and I saw it on Facebook.**
8  **I'm almost sure I didn't read it in the paper, because I don't**
9  **fool with that paper.**
10 Q. Yes, sir. Now, there were interviews set up -- there was
11 a fundraising committee. Were you aware of that?
12 **A. No, I wasn't.**
13 Q. So you weren't aware of the funds that were raised and how
14 they were spent to promote this millage.
15 **A. No.**
16 Q. All right. There were interviews set up that ended up on
17 Facebook that included people like Earnest Simpson, III, James
18 Valley, Andrew ... Troy Caudle and other people. Did you see
19 those on Facebook?
20 **A. I saw those, yes.**
21 Q. Were you familiar with the consultant that worked to set
22 that up?
23 **A. No, I wasn't, but I understand there was somebody, but I**
24 **wasn't familiar with them.**
25 Q. And did you know what Mr. Bagley's role was in getting the

---

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 13 of 31

Nathan Andrew Bagley vs.                                    Deposition of Earnest Simpson, Jr.
Helena-West Helena School District                                        December 02, 2020

Page 45

1  consultant to do that?
2  A.  No.
3  Q.  All right.  Would you describe his role as integral or
4  insignificant, or how would you describe his role in getting
5  the millage passed?
6  A.  Mr. Valley, I would say that his role played a major role
7  in it, and during those times when it was happening, I felt
8  like that Mr. Bagley was doing all this for the good of the
9  district, and as time moved on, I saw something different.  It
10  wasn't about the district; it was about Mr. Bagley.  All of
11  this was done to promote Mr. Bagley.
12  Q.  Now, you mentioned that you saw things on Facebook.
13  A.  Uh-huh.
14  Q.  Did you see the racist vitriol that was spewed on Facebook
15  about this millage?
16  A.  The racist what?
17  Q.  The bad language in a racial way that was said on
18  Facebook.
19  A.  Yes.
20  Q.  You saw that?
21  A.  Yes, sir, I saw it.
22  Q.  Where it talked about our children.
23  A.  Right.
24  Q.  And they didn't need a school.
25  A.  Right.

Page 46

1        MR. KEES:  And what?  They didn't need a school?
2        MR. VALLEY:  They didn't need a school.
3  Q.  You saw that?
4  A.  I saw that.
5  Q.  Was Bagley a proponent of that?
6  A.  No, he was an opponent.
7  Q.  He was a proponent for the school?
8  A.  Yes, he was a proponent for the school, yes.
9  Q.  And people from the white community were generally against
10  the school; is that right?
11  A.  Yeah.
12  Q.  They had signs up all over the community, didn't they?
13  A.  Uh-huh.
14  Q.  But you're saying he did that for selfish reasons?
15  A.  Yes.
16  Q.  All right.  What was his benefit, his tangible benefit?
17  A.  The superintendent's position.
18  Q.  Oh, so he did that so that he could become superintendent?
19  A.  He told me out of his mouth that his dream was to be
20  superintendent of Helena-West Helena School District.
21  Q.  Well, when did he tell you that?
22  A.  It was after the groundbreaking of the new school.  We
23  were standing out on some of the dirt out there where the new
24  school is, and he and I were talking.
25  Q.  So this would be after that campaign was over.

Page 47

1  A.  Yes.
2  Q.  Because you're breaking ground, that means it passed, you
3  got the bonds issued, and all the work that went into that.
4  A.  Right.
5  Q.  And it would also be, I guess, after Mr. Hoy announced he
6  was leaving.
7  A.  No, it was before Mr. Hoy announced that he was leaving.
8  Q.  Okay.  So you're saying Bagley was seeking Hoy's job?
9  A.  Right.  And when I first got on the board, Mr. Bagley told
10  me himself, he said, "Mr. Simpson, as soon as we get local
11  control, if we get local control at 11 o'clock, at 5 o'clock
12  I'm going to call a meeting and the first item of business will
13  be to remove the superintendent, to fire the superintendent.
14  And I told him, no, Mr. Bagley, we can't do that.  I said, "Mr.
15  Hoy was sent here by the State, and the State is going to help
16  him.  They're going to make sure he is successful, so whatever
17  help he needs, he's going to get it from the State."  I said,
18  "Why you want --"  He said, "Because he lied to me."  I said,
19  "Well, maybe he didn't lie.  With us being under State control,
20  he may have told you he was going to do something and the State
21  told him he couldn't, and so that may have been what happened."
22  And so I said, "We need to keep him here, because if we need
23  help from the State, the State will help us.  And we don't need
24  to keep training folks to go somewhere else to be good.  This
25  is this man's first time as being superintendent, so we need to

Page 48

1  keep him here."  Well, he didn't pursue that in the board
2  meetings, and I feel that he took another route, that "I need
3  to get rid of this man and so that's what I'm going to do."
4  Q.  So you're saying that Bagley got rid of Hoy?
5  A.  He basically ran Mr. Hoy off.
6  Q.  He ran Hoy off.  By himself?
7  A.  Well, because of what we were thinking, we were thinking
8  that Mr. Hoy was making recommendations, and he really wasn't
9  making the recommendations.  Once he resigned, you know, we all
10  talked to him to try to get him to stay, and he was just, "No,
11  I've got to go," and he started telling us that he didn't have
12  our support.  He said that there were things that he wanted to
13  do that he couldn't do or didn't do because he felt like we was
14  in Bagley's hip pocket.  Well, my thinking is that, as a board,
15  you're supposed to be supportive of the superintendent, and if
16  there's a recommendation that comes before the board, we ask
17  the superintendent if he recommends that, and if it looks like
18  it would be good for the district, then we should support it,
19  and that's what we were doing as a board, supporting what we
20  thought was the superintendent.  But after he resigned, he had
21  us to know that a lot of stuff that was coming up before the
22  board wasn't his idea.
23  Q.  So he, after the fact, said that the things he recommended
24  to you were not his recommendations?
25  A.  Right; they were Bagley's recommendations.

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 14 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 49

1  Q.  And you believed that?
2  A.  Yes.
3  Q.  And did you discuss that with Bagley at any point?
4  A.  No, I didn't.
5  Q.  Had he heard this before today?  Has Bagley heard this
6  discussion before today that you know of?
7  A.  Not from me.
8  Q.  All right.  Now, before Hoy left, wasn't his contract
9  extended?
10 A.  I think he had a few years on it, a couple of years on it.
11 Q.  And did Bagley vote in favor of that or against that?
12 A.  I don't remember how he voted?
13 Q.  Well, if he voted in favor of it, would that be an
14 indication that he was trying to run somebody off?
15 A.  You know, when you're trying to do something like that,
16 you don't show your hand.
17 Q.  So you're saying this is all some back channel stuff?
18 A.  Basically.
19 Q.  Stuff we can't prove.
20 A.  Basically.
21 Q.  All right.  Now, I don't know if I asked you, but Roy
22 Bridges, did you tell me his race, or do you know his race?
23 A.  Roy Bridges?
24 Q.  Yes, sir.
25 A.  Yes, I know.  I guess he's white.

Page 50

1  Q.  Yes, sir.  Okay.  All right.  Now, when they voted to do
2  the interim superintendent thing, was there any motion to make
3  Mr. Bagley the interim superintendent?
4  A.  No.
5  Q.  Was there any discussion of the scores?
6  A.  I don't -- there was discussion of the scores prior to
7  that, I know.
8  Q.  And that would have been discussed by the members of the
9  board?
10 A.  Yes.
11 Q.  And you-all would have done that in open session or in
12 executive session?
13 A.  In executive session.
14 Q.  All right.  And would that have been with or without the
15 advice of counsel?
16     MR. KEES:  Object to form.  Answer if you can.
17 A.  When we got the tallies and we saw that he had two perfect
18 scores, the board president called the school board lawyer, and
19 the school board lawyer advised that --
20     MR. KEES:  Well, wait a second.  I typically
21 don't object because there's not a lot of privilege
22 with public attorneys, but I still think under the
23 federal rules, his conversations with counsel are
24 going to be protected.
25     MR. VALLEY:  Yes, but this conversation wouldn't

Page 51

1  be with counsel; it's conversation with the board
2  president.
3      MR. KEES:  That's what he was saying, though.
4  A.  No, the board president called the lawyer.
5  Q.  Yes, sir.
6      MR. KEES:  But acting on behalf of the board.
7  A.  Right.
8  Q.  All right.
9      MR. KEES:  So I'm going to advise him not to
10 repeat what counsel told him, but he can share
11 generally his experience from that meeting.
12 Q.  What did you learn from Ms. Davis's call to counsel?
13 A.  That it was --
14     MR. KEES:  I mean, that's a back channel way to
15 get at privilege.
16     MR. VALLEY:  That's not privileged.
17     MR. KEES:  Well, he's a member of the board and
18 he has privilege with his attorney, and presumably
19 that was Brad Beavers.  Now, sometimes, as you know,
20 from being in municipal law, your documents may not
21 be protected but your conversations are.  So I'm not
22 going to allow him to speak with what he learned in
23 having conversations with his attorney or what the
24 president learned.
25     MR. VALLEY:  He didn't have the conversation

Page 52

1  with his attorney.
2      MR. KEES:  But the president did, on behalf of
3  the board.  You can certify your question, but I'm
4  not going to allow him to answer.
5  MR. VALLEY CONTINUING:
6  Q.  Mr. Simpson, my question is, what did you learn from that
7  conversation with Sanetta?
8  A.  My counsel just said he wouldn't allow me to answer.
9  Q.  Well, he's not the witness; you're the witness.
10     MR. KEES:  Well, I'm going to tell him not to
11 answer it.
12 A.  You know, I think it would be foolish of me not to take
13 the advice of counsel.
14     MR. KEES:  What they did is fine, but what he
15 learned from a conversation with counsel, I don't
16 want him to answer.
17     MR. VALLEY:  Well, I want the answer to the
18 question.
19     MR. KEES:  Certify it.
20     MR. VALLEY:  All right.
21     MR. KEES:  You think I'm wrong?
22     MR. BEAVERS:  I don't even remember what I said.
23     MR. KEES:  I mean, I just think it opens a
24 Pandora's box, that if I allowed him to answer that,
25 then everything I've ever discussed with him or

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

---

Page 53

1　everything Brad has discussed with him is wide open.
2　　　　DEPONENT: I need to take a break.  Just hold
3　your thought.
4　　　　(Brief recess.)
5　MR. VALLEY CONTINUING:
6　Q.  So, Mr. Simpson, on the question that I asked you that you
7　refused to answer, we'll just have to certify that and deal
8　with that, I guess, a little bit later.
9　A.  Okay.
10　Q.  But when the board president, Ms. Sanetta Davis, made --
11　well, she wasn't the board president; she was the chair of this
12　committee, I guess.
13　A.  Right.  Yeah.
14　Q.  But she was the vice president.  Bagley was still the
15　board president at that time.
16　A.  Right.
17　Q.  Okay. So she made a call to counsel; is that right?
18　A.  Yes.
19　Q.  And in reaction to that call, what steps did you-all take?
20　A.  We decided to do an interim.
21　Q.  All right.  And the reason for the interim, I think you
22　may have told me earlier, had something to do with you thought
23　the scores were outliers, some of Bagley's scores were ...
24　A.  Out of the ordinary, yes.
25　Q.  Okay.  And that's because he got 100 and nobody should

Page 54

1　have gotten 100?
2　A.  Right.
3　Q.  Now, in terms of decisions that the board makes -- and I'm
4　asking this for my own understanding, other than hiring the
5　superintendent and the board attorneys, must the decisions be
6　based on recommendations of the superintendent?
7　A.  As far as -- you talking about other employees of the
8　district?
9　Q.  Or whatever the board does.  I don't know what all y'all
10　do; I don't sit on the school board.  But if you want to fix a
11　set of air conditioners out at Wahl School, can you come in and
12　say, "I move that we hire John Doe to fix this stuff," or do
13　you have to go through the superintendent?
14　A.  We'd go through the superintendent.
15　Q.  So you act on the recommendation up or down from the
16　superintendent?
17　A.  Yes.
18　Q.  Okay.  But on hiring a superintendent, that's totally the
19　board's decision?
20　A.  Yes.
21　Q.  And on hiring an attorney, that's totally the board's
22　decision?
23　A.  Yes.
24　Q.  Now, the current attorney that you have, Mr. Brad Beavers,
25　was he in place when you came on the board?

Page 55

1　A.  Yes.
2　Q.  Okay.  And nobody has changed that; right?
3　A.  Right.
4　Q.  Okay.  And, of course, you can see Mr. Beavers, but just
5　for the record, is he black or white?
6　A.  I can't tell with that mask on.  He's white.
7　Q.  All right.  Now, the school superintendent, John Hoy, was
8　paid $140,000 per year plus a house and whatever other fringe
9　benefits you granted him, at the time he left; right?
10　A.  Yes, sir, that's correct.
11　Q.  Do you recall what his salary was prior to that?
12　A.  No.
13　Q.  Do you recall making a salary adjustment such that he'd be
14　on par with the guy over there at KIPP?
15　A.  I don't recall why it was suggested by Mr. Bagley that the
16　$140,000 would be that, and there was reasonable justifications
17　given as to why it should be that, you know, so as to whether
18　it was about KIPP or whoever, I don't recall.
19　Q.  Okay.  Well, would you think that the superintendent of
20　the Helena-West Helena School District ought to be paid at
21　least what the superintendent of KIPP or CEO at KIPP is paid?
22　A.  Yes, sir.  Yes.
23　Q.  I mean, as a general rule.
24　A.  Yes.
25　Q.  I mean, there could be some specifics that may alter it.

Page 56

1　A.  Yes.
2　Q.  But as a general rule, you agree with that?
3　A.  Yes.
4　Q.  All right.  And then Ms. Linda English's salary, as I
5　understand it, is the same as Mr. Hoy's.
6　A.  Yes.
7　Q.  And the four people you interviewed and that you deemed
8　them qualified, wouldn't their salaries have been likewise the
9　same as Mr. Hoy's?
10　A.  Yes.
11　Q.  And that would be the $140,000 plus whatever the fringe
12　benefits were.
13　A.  Correct.
14　Q.  All right.  Now, would you describe yourself as a racist?
15　A.  What's a racist, James?
16　Q.  A racist would be one who harbors ill toward people of a
17　different race in terms of their decision making, policy making
18　actions that they'd take, things of that nature, kind of like
19　members of the Klan would have held about non-Klan members,
20　particularly black people.
21　A.  No, I wouldn't consider myself as a racist.
22　Q.  All right.  Now, do you have to be a racist to make a
23　decision that involves race?
24　A.  Can you clarify –
25　　　　MR. KEES: I object.  I just don't understand

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 16 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 57

1      it, so ...
2  A.  I don't understand what you're talking about.
3  Q.  Right.  Well, the question is, can a person who is not
4     racist make a decision about something and it involve race?
5     For example, you decide to hire a plumber and you look for a
6     black plumber, can you do that and not be racist?
7  A.  Mr. Valley, I think the questions raised here, I think,
8     are a big facade, because Mr. Bagley was not denied the
9     superintendent's job because of his race; he could have been
10    black as you are and we wouldn't have hired Mr. Bagley because
11    of the findings that we found out about him and the things that
12    he had done prior to the selection process.
13 Q.  All right.
14 A.  You know, we found out that Mr. Bagley was not the person
15    that we thought he was, or the person that he had projected
16    himself to be --
17 Q.  Yes, sir.
18 A.  -- before this happened.
19 Q.  And that's before this hiring process took place; right?
20 A.  Yeah, before we -- yeah.
21 Q.  Okay.  And so if I'm understanding you correctly, Bagley
22    didn't have a chance of being superintendent at all; it had
23    nothing to do with him being white.
24 A.  Because of the things that he was doing, the things that
25    he wanted to do, was just not going to be good for this

Page 58

1     district.
2  Q.  Yes, sir.  But that was before he ever applied for
3     superintendent.
4  A.  And I think, as members of the board, it is our
5     responsibility to look out for what's in the best interest of
6     this district.
7  Q.  Yes, sir, I don't disagree, but I'm just asking the
8     question in regard with time.  That's before the application
9     process started; right?
10 A.  Again, this time thing, you know, I can't just say when it
11    was, but I know it was, but I know it was some things that had
12    happened that would not have made him fit for this district,
13    that he had done.
14 Q.  Yes, sir.  And I'm going to ask you about those in just a
15    second, but let me ask you this.  Did you learn anything new
16    about Andrew Bagley, or Nathan Andrew Bagley, from the point
17    that he applied to be superintendent to the point of the
18    conclusion of his interview?
19 A.  Again, you're looking at a time frame, and I'm not good at
20    putting those kind of things together, you know, when did this
21    happen, when did that happen, because during that time it was
22    important, but after that time, it was not something important
23    enough for me to remember when this happened today, when this
24    happened yesterday, when this happened; it wasn't that
25    important to me so, you know, I know that the during time our

Page 59

1     perception of Mr. Bagley, and because of what he did, made us
2     feel that he would not be a good fit for this district, and it
3     had nothing to do with his color.
4  Q.  Okay.  Was his race ever discussed?
5  A.  No.
6  Q.  You didn't ever discuss his race with him?
7  A.  Huh-uh, I didn't have any discussion.  I knew what color
8     he was.
9  Q.  Did you ever discuss with him him becoming superintendent?
10 A.  I guess I was in a discussion where we were talking and he
11    mentioned that, you know, when he told me that it was his dream
12    to be superintendent of the Helena-West Helena School District,
13    and he told me, "Y'all elect me as superintendent, my number
14    one man is going to be the high school principal." I remember
15    that discussion.
16 Q.  Okay.  What's the significance of that?
17 A.  Well, the high school principal is my son.
18 Q.  So what's the significance of that?
19 A.  What's the significance of that is that, you know -- I
20    don't know whether you'd call it a bribe or, you know, "You put
21    me in there and your son's going to be this and that," you
22    know, and that didn't sit well with me.
23 Q.  Did you tell him that?
24 A.  No, I didn't tell him that.
25 Q.  So this is his first time hearing you talk about that?

Page 60

1  A.  Probably.
2  Q.  Did you ask him about that during the interview process?
3  A.  No.
4  Q.  Did you factor that into the interview when you scored him
5     a 72?
6  A.  I'm sure I didn't, because, you know, it wasn't something
7     that you think about every day.  You know, I mean, I heard it
8     that day, and that was it.
9  Q.  So when you scored him during the interview, you already
10    had all this information in your background.  Are you saying
11    you didn't consider any of this stuff at that time?
12 A.  Again, I can't say how I was thinking on that day, as to
13    what I did, you know.  Some of it may have crossed my mind, you
14    know; it may not.
15 Q.  And at the conclusion of the interview did you have any
16    remarks with him?
17 A.  Not that I can recall.
18 Q.  You don't recall telling him he did a good job?
19 A.  Not that I can recall.
20 Q.  Do you recall whether his interview went well or it didn't
21    go well?
22 A.  Well, we didn't have any outbursts like he, you know, we'd
23    gotten, heard from him on several occasions, so I gathered it
24    went well.
25 Q.  And you said that he wasn't a good fit for this district.

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 17 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

---

Page 61

1  Do you know of any white man that's been a good fit for this
2   district over the last thirty years?
3  **A.  No, but I'm sure there are some out there, but ...**
4  Q.  They just haven't applied?
5  **A.  But I don't know that they've even applied.  I don't know,**
6  **you know.**
7  Q.  No, why was he not a good fit for this district?
8  **A.  Because of some of the things that I've just mentioned**
9  **here, that he's a selfish person.  Things had to be his way or**
10  **no way, and this is the perception that I got from him and**
11  **other board members got from him.**
12  Q.  Do you know which of those board members?
13  **A.  Well, I don't want to call any names, but most of them**
14  **felt that way.**
15  Q.  Well, they all sued along with you and I'm going to ask
16   them the same questions I'm asking you.  So I'm asking you so
17   that I can check their answers.
18  **A.  Well, I'm not going to tell you all their names.  They may**
19  **call mine but I'm not going to call theirs.**
20  Q.  You're not going to call their names?
21  **A.  No.**
22  Q.  So, then, is it safe to say that they didn't say it?
23  **A.  Well, if you want to take it that way.**
24  Q.  Well, I'm asking you.
25  **A.  Well, you know, you can say that, then.**

---

Page 62

1  Q.  I'm asking you who said it.
2  **A.  I know that I was of the opinion that he was not a good**
3  **fit for this district because, from the conversations that I**
4  **had with him, you know.  You know, when you come in and you**
5  **start removing everybody from the position that they're in, and**
6  **that was one of the things that they had talked about doing.**
7  Q.  He talked about that in the interview?
8  **A.  No, he had talked about that personally, you know ...**
9  **well, about removing just about everybody that was onboard,**
10  **anybody that didn't agree with him.**
11  Q.  Okay.  Now, how would you describe Bagley's leadership
12   characteristics?
13  **A.  When I got on the board and he was president, and that's**
14  **the only leadership role that I've seen him in, is board**
15  **president, I thought he was a good leader, and then as time**
16  **went on, I found out that he was a good leader as long as**
17  **things were going his way.  He did not take any consideration**
18  **from the other board members, you know, he just kind of ran the**
19  **board and, you know, that was basically our fault, that we**
20  **allowed him to do a lot of stuff that he did.  We weren't**
21  **paying close attention to some of the stuff that he was doing,**
22  **and kind of like that's the reason, some of what caused the**
23  **superintendent to leave.  We weren't there on a day-to-day**
24  **basis paying attention to what he was doing; we just put our**
25  **trust in him as a leader, thinking that he was going to do the**

---

Page 63

1   right thing, not knowing that he had a hidden agenda there.
2  Q.  All right.  But this hidden agenda that you're talking
3   about, you discovered it before you interviewed him?
4  **A.  Yeah.**
5  Q.  All right.  Now, I'm showing you Exhibit Number 2,
6   question number 10.  If you will, read that for the record and
7   tell us what your answer was.
8  **A.  "Did the candidate demonstrate leadership**
9  **characteristics?"  Okay.  And I have "Great," according to**
10  **this.**
11  Q.  All right.  Yes, sir.  Then you described an attempt to
12   perhaps bribe you about your son being at the high school or
13   being his number one man.
14  **A.  Right.**
15  Q.  And that's, again, before this interview?
16  **A.  Yes.**
17  Q.  And so question 12; if you will, read question 12 into the
18   record.
19  **A.  "Do they appear to be credible, ethical in approach?"  And**
20  **I have, "Okay."**
21  Q.  Okay.  So at least at his interview, if he'd attempted to
22   bribe you, you were okay with it.
23           **MR. KEES:** Object to form; mis-characterizes the
24   document.
25  Q.  Yes or no?  Did you mark this that you were okay with his

---

Page 64

1   credibility and his ethics?
2  **A.  I clearly stated that during the interview a lot of the**
3  **stuff that had gone on wasn't taken under consideration with**
4  **me.  You know, I didn't look at what all he'd done; I took him**
5  **at his interview and scored him there at the interview.  I**
6  **wasn't looking back at what he had said earlier, what he had**
7  **done earlier, and these kinds of things.**
8  Q.  Okay.  So if you did it at the interview, when did
9   he become disqualified to be superintendent?
10  **A.  Mr. Valley, I've said a number of times that this time**
11  **frame is, you know, a guesstimate as to when that happened,**
12  **when that happened, but when I found out that all these things**
13  **that he had done in the name of the district was actually in**
14  **the name of Bagley, so --**
15  Q.  Okay.  And so is his name memorialized on any of the
16   things you're talking about?  Is his name, like, on the
17   placards and stuff?
18  **A.  Yes, his name is on the placard out there at J.F. Wahl, on**
19  **that school, and even after he had been removed from the board,**
20  **he had one drawn up with his name as president of the board**
21  **when Ms. Davis was president, and she had to have them send**
22  **that back because it wasn't true.**
23  Q.  Which one would that be?
24  **A.  For the new high school.**
25  Q.  Those placards will reflect the person who was there at

---

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 18 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 65

1 the time of the construction, or no?
2 A. Well, I don't know of any incidences where there had been
3 a change in the leadership, or situations like this, prior to
4 this, because with the one at J.F. Wahl, he was there at the
5 beginning and the end. He was president at that time, yeah.
6 When we started on Central, he was president when they started.
7 Q. Yes, sir.
8 A. But when the building was completed, and that's normally
9 the date that they have on the plaque, is the completion date,
10 he was not.
11 Q. Okay. So do you think it would have been befitting to put
12 them both on there and reflect the time periods, that they
13 served during the midst of the construction?
14 A. I haven't seen that anywhere else, you know, so ...
15 Q. All right. Now, did race play a role in Andrew not
16 getting the job?
17 A. Race did not play a role in Andrew not getting the job.
18 Q. Okay. Now, have you ever used terms that might be
19 construed concerning race, like "We need people here that
20 identify with our children"?
21 A. That's a true statement, so it may be that I've used it,
22 yeah.
23 Q. Okay. And when you say that, "We need people that
24 identify with our children," you mean somebody that would
25 identify with black children?

Page 66

1 A. Yeah.
2 Q. And you do believe that black children need a black role
3 model?
4 A. Oh, yes. I think you believe that, too, don't you?
5 Q. Do I believe that --
6 A. -- that black children need black role models.
7 Q. I think that's a good thing.
8 A. Okay.
9 Q. But I'm not hiring superintendents.
10 A. Right.
11 Q. Yeah. But you are.
12 A. Right.
13 Q. Yeah. All right. And so does any of that background you
14 bring to this hiring play a role in your decision?
15 A. Yes.
16 Q. Because these children need a black role model.
17 A. Right.
18 Q. And this school district, what's the racial makeup of it,
19 do you know?
20 A. Probably 96 percent, 95, 96 percent black.
21 Q. All right. And the school administration, what's its
22 racial makeup?
23 A. Probably 80.
24 Q. 80 percent black?
25 A. Yeah.

Page 67

1 Q. I'm talking about administration, not the staff.
2 A. The administration?
3 Q. Yes, sir.
4 A. Who do you want to include in the administration?
5 Q. I mean, well, you're on the board; whatever you consider
6 administration, but your principals, I would imagine, your
7 curriculum director, the people in this building, the
8 superintendent. Do you have an assistant superintendent
9 anymore?
10 A. No.
11 Q. So there is no assistant superintendent. Superintendent
12 is Linda English; she's black?
13 A. Yes.
14 Q. All right. And the person over special ed; is she black?
15 A. Yes.
16 Q. And the person over finance?
17 A. Black.
18 Q. And the person over curriculum?
19 A. She's black.
20 Q. Can you name anybody that's over anything in this district
21 that's white?
22 A. Other than administrative, no.
23 Q. All right. And outside of your school nurses, have you
24 got white teachers?
25 A. Yes, I presume.

Page 68

1 Q. Don't have any white janitors?
2 A. I don't know all the janitors.
3 Q. What about bus drivers?
4 A. I don't know all the bus drivers.
5 Q. All right. What about your white vendors like -- what's
6 that guy -- Lawson Pilgrim; do you know him?
7 A. Yeah, I know him.
8 Q. What would you consider him? Is he a vendor, or what is
9 he considered?
10 A. Well, he's a resource person for the district.
11 Q. Resource person.
12 A. Yeah.
13 Q. Okay. So in terms of resource people, Lawson Pilgrim is a
14 black man?
15 A. Yes.
16 Q. Do you have any white people who do the same or a similar
17 thing that he does?
18 A. Oh, yes, we have a number of them.
19 Q. Okay. Do you know their names?
20 A. I can't name them.
21 Q. You can't name them. Okay. Are they still doing it now
22 or has the pandemic impacted that?
23 A. The pandemic has impacted it.
24 Q. So before the pandemic you had Lawson Pilgrim and some --
25 A. Some others, yeah.

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 69

1 Q.   And those others would be white?

2 A.   Yes.

3 Q.   And I should get the names of them from somebody else?

4 A.   Yes.

5 Q.   All right.  Now, Mr. Simpson, have you understood the

6   questions that you've answered today?

7 A.   For the most part.

8 Q.   And have you answered them truthfully, as best you know?

9 A.   Yes.

10 Q.   Is there anything that I have not asked you that you think

11   you need to tell me about this case?

12           MR. KEES: I'll object to form.  Go ahead.

13 A.   I guess the questioning of -- you seem to make this a

14   racial thing, that we didn't hire Mr. Bagley because he's

15   white.  I had a conversation with Mr. Bagley when I first came

16   on the board, and he asked me if I wanted a position on the

17   board, and I told him no, I didn't.  And I told him, "I think

18   you're doing a wonderful job," you know, because he was keeping

19   us informed, and when I say "informed," as I look back, he was

20   just informing us of things he wanted us to know, okay?  And I

21   told him, I said, "I think you're doing an excellent job."  And

22   everywhere, just about, the superintendent was going, he was

23   following him.  He was there with him at all the meetings and

24   stuff, and I said, you know, "I don't have time to do all of

25   that, so I think you're doing a wonderful job."  And he said,

Page 70

1   "Well, I like to be president."  I said, "Well, fine.  I ain't

2   got no problem with that.  You're doing a good job being

3   president."  And all of this was said prior to Mr. Hoy

4   resigning, and then when I talked to Mr. Hoy, I found out what

5   had actually been happening, that we were actually voting on

6   stuff that Mr. Hoy was not for but said he recommended, and it

7   was all Mr. Bagley's doing.  And all the things that, you know,

8   the teachers had problems with the waivers, because they felt

9   like that their job would be in jeopardy because of waivers,

10   and Mr. Bagley was gung ho on getting waivers.  But as I look

11   back, I don't see it as him, you know, looking at teachers

12   getting waivers, but he was looking at a waiver for himself, as

13   superintendent, because he knew he didn't have all the

14   credentials to be superintendent, so he needed a waiver, so

15   that was the push for it.  And so those were the things that we

16   looked at.  Mr. Bagley has a temper.  He, you know, had a

17   situation over there with one of our principals.  And I don't

18   care what anyone does, there's a way to handle it.  And it

19   was all on Facebook, where he's shaking his finger in her face,

20   and this is a black lady that, you know, he was doing this to.

21   And then we had an incident here after one of the board

22   meetings, he got in the board president, Ms. Davis's face,

23   shaking his finger in her face and talking about she had lied

24   to him and that kind of thing, and said she was going to

25   support him.  And that kind of temper we don't need leading

Page 71

1   this district.

2 Q.   Okay.

3 A.   And then, you know, the times we didn't vote the way he

4   wanted us to vote, you know, we're individuals.  We've got our

5   own rights to vote like we want to vote, but he felt like he

6   was supposed to control our vote and we were supposed to vote

7   whichever way he wanted us to vote, you know.

8 Q.   Yes, sir.

9 A.   And so all those things, you know, we looked at, and I

10   don't think that we need anybody serving this district with

11   that kind of personality, and it had nothing to do with his

12   color.

13 Q.   Okay.  Well, you mentioned it has nothing to do with his

14   color, but you said he put his finger in two black women's

15   faces.

16 A.   Yeah.

17 Q.   You identified them as black.

18 A.   Black.

19 Q.   Why?

20 A.   Because I hadn't seen him putting it in a white woman's

21   face.

22 Q.   Oh, okay.  So if he put it in a white woman's face, then

23   that would make it okay if he put it in a black woman's face?

24 A.   No, no, no.  It's never okay.  Nobody, black, blue, green,

25   or whatever.

Page 72

1 Q.   And then the temper and the situation with the principal,

2   all that happened before the interview; right?

3 A.   Yeah.

4 Q.   Okay.  All right.  And the situation with the principal,

5   were you actually in the building?  Did you see it yourself?

6 A.   No.  I told you I saw it on Facebook.

7 Q.   Okay.  And so if you saw the same video I saw, you could

8   see a white arm extending and shaking and you could see

9   somebody standing there, but could you make out who that was?

10 A.   No.

11 Q.   So do you know whether it was the principal?

12 A.   No, I don't know, you know.

13 Q.   And you know that situation went through the court system;

14   right?

15 A.   No, I didn't know that.

16 Q.   Okay.  Well, it did, and it wasn't like it appeared on

17   Facebook.

18           MR. KEES: Are you testifying or asking a

19   question?

20           MR. VALLEY: I'm talking to Mr. Simpson, my

21   church, my church member.

22           MR. KEES: Oh, then we're having that

23   conversation now?  I thought this was a federal

24   lawsuit where you sued him individually.

25           MR. BEAVERS: Let's go off the record for our

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 20 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 73

1 conversation with a church member. Are you willing
2 to strike that from the record?
3      **MR. VALLEY:** What?
4      **MR. BEAVERS:** The conversation with your church
5 member.
6      **MR. VALLEY:** Look, I mean, the remark I made
7 that it didn't come out the way it was on Facebook,
8 you can strike that if you want to. That's the only
9 thing I said, or it can stay there, either way.
10      All right, Mr. Simpson, I believe I've exhausted
11 the questions I have for you. I appreciate you.
12      **MR. KEES:** I've just got one or two quick
13 things.
14 **BY MR. KEES:**
15 Q. The pay for a superintendent, do you decide that
16 individually or is that a board decision?
17 A. It was a board decision, but Mr. Bagley suggested it. He
18 and the superintendent had gotten together on it.
19 Q. So let's talk about with the new superintendent. Did you
20 automatically get to choose Ms. English's pay, or was that a
21 board decision?
22 A. It was a board decision that we give her the same amount
23 that we gave Mr. Hoy.
24 Q. Okay. And did anything keep you from considering
25 experience, background, resume', in determining a potential

Page 74

1 salary?
2 A. No. Well, I guess it did, because we felt like she'd been
3 here as assistant and had worked with Mr. Hoy, under Mr. Hoy,
4 and so ...
5 Q. Well, let me ask you this, and I know you're just speaking
6 for Mr. Simpson and not the board, but let's just assume Mr.
7 Bagley had gotten the job, would he automatically have been
8 entitled to $140,000 salary?
9 A. Yes.
10 Q. Automatically?
11 A. Yes.
12 Q. Y'all wouldn't have considered experience or background to
13 determine what the salary would be?
14 A. From the conversation that we had, we decided that we'd
15 pay the incoming superintendent the same salary that the one
16 that left was making.
17 Q. That was your position on it?
18 A. Right.
19 Q. Okay. And may I see the exhibits, Ms. Phyllis? This you
20 identified as being your Superintendent Evaluation Form for Ms.
21 English, if you'll look at that again, Mr. Simpson. And I
22 think for Mr. Valley you stated that was your handwriting.
23 A. Yes.
24 Q. Is that your calculation at the bottom?
25 A. Yes.

Page 75

1 Q. So is it possible that you gave her 100 on this numerical
2 metric but that didn't necessarily mean she was a perfect
3 candidate; it was just a consideration?
4 A. That's correct. I –
5      **MR. VALLEY:** I object as to the form, but you
6 can answer the question, Mr. Simpson?
7 Q. Do you understand my question?
8 A. Yes.
9 Q. Go ahead and answer it.
10 A. Yes, that would be exactly right. I just didn't see her
11 as being perfect, but I felt like she had answered these
12 questions ...
13 Q. So, now that you've reviewed it, that's your form that you
14 completed; correct?
15 A. It looks like my handwriting and everything, but ...
16 Q. But it doesn't mean that she's a perfect candidate?
17 A. Right, right. And I couldn't see myself scoring anybody,
18 you know, a perfect 100. And by no means, even though this
19 suggests that I did give her 100, by no means am I saying she
20 was a perfect candidate.
21 Q. Okay. Well, as we sit here today, was she a better
22 candidate, in your opinion, than Mr. Bagley?
23 A. Oh, yeah, yeah. She had experience; she had credentials;
24 she worked a lot better with people, and we had seen her
25 working experience with others, but we had not seen Mr.

Page 76

1 Bagley's experience in working with others as him being their
2 supervisor. We had seen the outbursts that he had had when
3 things didn't go his way. We'd seen that, and that in itself –
4 I think as a superintendent you have to know how to deal with
5 people. You have to know how to work with people and
6 communicate with people. And as long as things are going Mr.
7 Bagley's way, he's okay, but, you know, when it's not going his
8 way, then he's a different person.
9 Q. Thank you, sir.
10      **MR. KEYS:** That's it.
11 **BY MR. VALLEY:**
12 Q. Mr. Simpson, one final question. All these things you've
13 described toward the end of this deposition about Mr. Bagley's
14 temper, not working well with people and all those things, you
15 were aware of those before he was granted the interview; right?
16 A. Yes.
17 Q. Okay. And there was thirteen applicants that you've told
18 me; right?
19 A. I told you about thirteen.
20 Q. Well, that's fine. There were more than four.
21 A. Yeah.
22 Q. How was he allowed to make the final cut if he never had
23 the possibility of being superintendent?
24 A. Probably because, you know, he was from here, and we
25 wanted to give him the opportunity – he was still serving as

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

Page 77

1  president of the board, which I thought shouldn't have

2  happened, that you're president of the board, and then you're

3  allowed to apply for superintendent.  I didn't think that

4  should have happened, but I guess it was common courtesy, not

5  common courtesy, but just courtesy, that we gave him an

6  interview for it.

7  Q.   But you had the option to not interview him at all; right?

8  A.  Yes, we had that option.

9  Q.   And you had the option when you scored him to consider

10   that in your score; right?

11  A.   Right.

12  Q.   And you also had a place on your document to make

13   comments; right?

14  A.   Right.

15  Q.   Did you make any comments on your scoring document that

16   would reflect any of the stuff you're telling us today?

17  A.  No, I didn't make any comments on the document.

18  Q.   All right.  Nothing further.

19       (The deposition ended at approximately 12:10 p.m.)

20                 * * * * * * * * *

21

22

23

24

25

Page 78

REPORTER'S CERTIFICATE

       I, Phyllis Findley, a certified court reporter in and for

the State of Arkansas, do hereby certify that the facts stated

by me in the caption of the foregoing deposition are true; and

that the foregoing deposition was transcribed by me, or under

my supervision, from my verbatim voice recorder taken at the

time and place set out in the caption hereto, the witness being

first duly cautioned and sworn to tell the truth, the whole

truth, and nothing but the truth.

       I FURTHER CERTIFY that I am neither counsel for, related

to, nor employed by any of the parties for the action in which

this deposition was taken; and further, I am not financially

interested in the outcome of this cause or otherwise interested

in the outcome of the action.

       GIVEN UNDER MY HAND AND SEAL OF OFFICE on this 14th day

of December, 2020.

                    _____
                    Phyllis Findley, CCR #300
                    Arkansas Supreme Court

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 22 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

**$**

**$140,000 (4)**
55:8,16;56:11;74:8

**A**

**able (2)**
5:7;9:25
**absent (3)**
17:8,9,11
**access (1)**
31:7
**according (3)**
12:11;34:1;63:9
**accurate (1)**
40:20
**accurately (1)**
32:21
**across (2)**
22:10;33:12
**act (1)**
54:15
**acting (1)**
51:6
**actions (1)**
56:18
**actually (5)**
9:14;64:13;70:5,5;
72:5
**add (1)**
28:9
**added (1)**
29:3
**adjustment (1)**
55:13
**adjustments (1)**
4:25
**administration (6)**
14:6;66:21;67:1,2,4,
6
**administrative (2)**
30:6;67:22
**advice (2)**
50:15;52:13
**advise (1)**
51:9
**advised (1)**
50:19
**advisory (9)**
6:9,18,20,22;7:1,7;
24:6;25:7;26:15
**African-American (4)**
7:21;8:2,9;12:10
**Again (7)**
32:23;34:4;58:10,19;
60:12;63:15;74:21
**against (4)**
18:5,20,21;20:11,24;
21:1;42:10,14;46:9;
49:11
**agenda (2)**

63:1,2
**ago (5)**
12:17;13:7;19:13,13;
31:23
**agree (2)**
56:2;62:10
**agreement (1)**
40:2
**ahead (3)**
17:24;69:12;75:9
**ain't (2)**
24:21;70:1
**air (1)**
54:11
**Alden (1)**
21:2
**Allen (4)**
10:23,24,25;11:13
**allow (3)**
51:22;52:4,8
**allowed (4)**
52:24;62:20;76:22;
77:3
**almost (1)**
44:8
**along (3)**
26:11,14;61:15
**alter (1)**
55:25
**altered (2)**
33:7,8
**always (3)**
9:25;20:7,8
**AM&N (1)**
5:19
**among (1)**
11:2
**amount (1)**
73:22
**Anderson (4)**
12:14,24;33:23;37:7
**Andre' (1)**
23:6
**Andrew (7)**
4:10;26:1;44:18;
58:16,16;65:15,17
**Anna (2)**
12:13;33:23
**announced (3)**
13:7;47:5,7
**answered (4)**
28:4;69:6,8;75:11
**anymore (2)**
41:20;67:9
**appeals (1)**
43:19
**appear (2)**
30:19;63:19
**appeared (1)**
72:16
**appears (1)**
32:3
**applicant (1)**

10:16
**applicants (2)**
9:21;76:17
**application (2)**
9:12;58:8
**applications (1)**
41:21
**applied (6)**
9:17,19;58:2,17;
61:4,5
**apply (2)**
9:11;77:3
**appreciate (1)**
73:11
**approach (1)**
63:19
**approximately (1)**
77:19
**area (1)**
29:22
**Arkansas (2)**
5:21,22
**arm (1)**
72:8
**around (12)**
12:19;14:15,21;
18:11,14,19;19:1,4;
25:5;29:17;31:3;43:19
**aspect (1)**
42:25
**assessment (1)**
14:10
**assigned (1)**
28:8
**assistant (6)**
6:2;35:5;38:17;67:8,
11;74:3
**assume (2)**
23:21;74:6
**at- (1)**
21:16
**attempt (1)**
63:11
**attempted (2)**
38:24;63:21
**attended (2)**
7:10;10:14
**attention (2)**
62:21,24
**attorney (7)**
16:20;17:5;51:18,23;
52:1;54:21,24
**attorneys (5)**
4:11;5:2;33:4;50:22;
54:5
**authentic (1)**
33:6
**automatically (3)**
73:20;74:7,10
**aware (5)**
38:24;42:7;44:11,13;
76:15

**B**

**bachelor's (1)**
5:19
**back (10)**
12:21;19:22;31:23;
40:5;49:17;51:14;64:6,
22;69:19;70:11
**background (6)**
5:15;9:12;60:10;
66:13;73:25;74:12
**bad (1)**
45:17
**Bagley (65)**
4:10;6:25;9:2;12:3,
13;18:4,5,8,9,9,12,22;
23:17;26:1,11,15;
29:13,23;30:22;31:4,
15;32:2,2,7,19;33:8,9,
10,11,11,18;34:5;
42:16;43:8,22,25;45:8,
10,11;46:5;47:8,9,14;
48:4;49:3,5,11;50:3;
53:14;55:15;57:8,10,
14,21;58:16,16;59:1;
64:14;69:14,15;70:10,
16;73:17;74:7;75:22
**Bagley's (9)**
44:25;48:14,25;
53:23;62:11;70:7;76:1,
7,13
**Baptist (1)**
43:23
**Barbara (1)**
18:6
**based (1)**
54:6
**basically (6)**
26:2;39:17;48:5;
49:18,20;62:19
**basis (6)**
12:22;13:18;42:8,11,
14;62:24
**beat (1)**
18:23
**beating (1)**
18:17
**Beavers (9)**
4:11;19:7,12;51:19;
52:22;54:24;55:4;
72:25;73:4
**became (1)**
37:3
**become (2)**
46:18;64:9
**becoming (2)**
38:21;59:9
**befitting (1)**
65:11
**began (2)**
6:21;29:8
**beginning (1)**

65:5
**behalf (2)**
51:6;52:2
**benefit (2)**
46:16,16
**benefits (2)**
55:9;56:12
**best (6)**
17:14;25:5,13;33:7;
58:5;69:8
**better (3)**
12:18;75:21,24
**Betty (1)**
22:8
**big (1)**
57:8
**Bill (2)**
20:2,5
**bit (2)**
5:15;53:8
**black (39)**
8:22,23;11:19;19:24;
20:1,7,11,20;21:7,18,
18,22;22:2;23:11,12;
35:13;55:5;56:20;57:6,
10;65:25;66:2,2,6,6,16,
20,24;67:12,14,17,19;
68:14;70:20;71:14,17,
18,23,24
**blacks (6)**
20:10,12,12,23;21:4,
4
**blue (1)**
71:24
**Bluff (2)**
5:19;36:16
**board (84)**
6:6,9,17,18,20,22;
7:7,11,12,15;8:23;9:8;
10:21;11:1,3,10;14:7;
17:3,8,15;18:5;20:25;
23:19;24:6;25:7,10;
26:5,7,12,15,16,18,22;
28:23;37:6;39:19;
40:12;41:19;43:8,16;
47:9;48:1,14,16,19,22;
50:9,18,18,19;51:1,4,6,
17;52:3;53:10,11,15;
54:3,5,9,10,25;58:4;
61:11,12;62:13,14,18,
19;64:19,20;67:5;
69:16,17;70:21,22;
73:16,17,21,22;74:6;
77:1,2
**board's (2)**
54:19,21
**Bobo (5)**
7:1,2;8:22,25;17:11
**bonds (1)**
47:3
**Boone (4)**
6:25,25;8:4;40:12
**born (1)**

5:17
**bossing (1)**
  24:25
**both (3)**
  21:2,15;65:12
**bottom (5)**
  30:21;32:2,10;40:14;
  74:24
**box (1)**
  52:24
**Brad (4)**
  4:11;51:19;53:1;
  54:24
**Brandon (2)**
  20:2,5
**break (5)**
  5:1,10,14;16:17;53:2
**breaking (1)**
  47:2
**bribe (3)**
  59:20;63:12,22
**Bridges (2)**
  49:22,23
**Brief (1)**
  53:4
**bring (2)**
  15:19;66:14
**brother (1)**
  23:5
**building (3)**
  65:8;67:7;72:5
**buildings (1)**
  43:20
**Burrell (7)**
  7:2,3,16,16;10:20;
  11:12,16
**Burrell's (1)**
  10:22
**bus (2)**
  68:3,4
**business (1)**
  47:12

**C**

**calculation (2)**
  32:4;74:24
**call (9)**
  47:12;51:12;53:17,
  19;59:20;61:13,19,19,
  20
**called (6)**
  9:22;20:6;24:16;
  40:1;50:18;51:4
**calls (1)**
  9:23
**came (6)**
  7:2;19:22;37:17;
  43:23;54:25;69:15
**campaign (4)**
  42:17,22,23;46:25
**can (37)**
  4:19;5:13;6:24;9:9;

14:23;15:10,12,13;
16:16;17:14,25;20:3;
25:5;31:13;33:6;35:22;
39:14;41:7,23,24;
42:21;50:16;51:10;
52:3;54:11;55:4;56:24;
57:3,6;60:17,19;61:17,
25;67:20;73:8,9;75:6
**candidate (6)**
  28:17;63:8;75:3,16,
  20,22
**candidates (3)**
  11:24;12:2;27:1
**capacities (1)**
  38:14
**capacity (3)**
  6:9;38:13,17
**care (2)**
  41:22;70:18
**carry (1)**
  12:18
**case (2)**
  33:1;69:11
**category (1)**
  30:11
**Caudle (1)**
  44:18
**caused (1)**
  62:22
**cautioned (1)**
  4:2
**central (2)**
  38:16;65:6
**CEO (1)**
  55:21
**certain (1)**
  7:10
**certify (3)**
  52:3,19;53:7
**Chadwick (4)**
  7:6,7;26:23,23
**chair (1)**
  53:11
**chance (2)**
  20:23;57:22
**Chaney (1)**
  36:8
**change (1)**
  65:3
**changed (4)**
  21:11;23:12,13;55:2
**channel (2)**
  49:17;51:14
**characteristics (2)**
  62:12;63:9
**characterize (1)**
  15:10
**Charles (2)**
  7:3,4
**Charles' (1)**
  7:3
**check (1)**
  61:17

**chief (1)**
  21:1
**children (9)**
  25:4,14;45:22;65:20,
  24,25;66:2,6,16
**Chitman (2)**
  21:6,7
**choice (1)**
  15:10
**choose (1)**
  73:20
**Chorley (2)**
  35:25;36:1
**chose (2)**
  11:16,16
**chosen (1)**
  11:15
**Christmas (1)**
  16:17
**church (4)**
  72:21,21;73:1,4
**churches (2)**
  43:23,25
**city (3)**
  20:21,22,24
**citywide (2)**
  20:22;22:3
**civil (1)**
  42:7
**clarify (1)**
  56:24
**classes (1)**
  6:3
**classroom (1)**
  25:2
**clear (2)**
  4:20;19:11
**clearly (1)**
  64:2
**Clerk (1)**
  22:4
**client (1)**
  18:4
**close (1)**
  62:21
**clutter (1)**
  12:19
**Cody (1)**
  4:11
**cohesive (2)**
  7:13,14
**College (2)**
  5:19;29:23
**color (4)**
  59:3,7;71:12,14
**coming (2)**
  23:10;37:24;48:21
**comments (3)**
  77:13,15,17
**committee (12)**
  10:16,17,18,19;11:6,
  8,19,22;26:25;28:23;
  44:11;53:12

**common (2)**
  77:4,5
**communicate (1)**
  76:6
**community (7)**
  11:10,13,15;42:17;
  43:16;46:9,12
**Complete (1)**
  5:13
**completed (2)**
  65:8;75:14
**completion (1)**
  65:9
**computers (1)**
  31:13
**concerning (1)**
  65:19
**conclusion (2)**
  58:18;60:15
**conditioners (1)**
  54:11
**confer (1)**
  5:2
**confirm (1)**
  17:14
**Connie (1)**
  10:21
**consider (7)**
  33:16;42:3;56:21;
  60:11;67:5;68:8;77:9
**consideration (3)**
  62:17;64:3;75:3
**considered (2)**
  68:9;74:12
**considering (1)**
  73:24
**consistent (2)**
  32:6,9
**constantly (1)**
  6:4
**construction (2)**
  65:1,13
**construed (1)**
  65:19
**consultant (2)**
  44:21;45:1
**CONTINUING (2)**
  52:5;53:5
**contract (3)**
  40:15,23;49:8
**control (8)**
  6:19;7:2;26:16;38:1;
  47:11,11,19;71:6
**conversation (11)**
  25:21;50:25;51:1,25;
  52:7,15;69:15;72:23;
  73:1,4;74:14
**conversations (4)**
  50:23;51:21,23;62:3
**copies (1)**
  30:23
**correctly (4)**
  16:6,8;26:10;57:21

**councilman (1)**
  20:24
**councilmen (1)**
  20:21
**counsel (10)**
  15:17;50:15,23;51:1,
  10,12;52:8,13,15;53:17
**County (2)**
  17:22;19:6,9;22:4
**countywide (1)**
  22:3
**couple (4)**
  22:15;29:9,18;49:10
**course (5)**
  4:9;5:1;34:13;37:20;
  55:4
**court (5)**
  4:12,18;35:4,5;72:13
**courtesy (3)**
  77:4,5,5
**credentials (4)**
  30:2,8;70:14;75:23
**credibility (1)**
  64:1
**credible (1)**
  63:19
**crossed (1)**
  60:13
**current (1)**
  54:24
**currently (1)**
  6:6
**curriculum (2)**
  67:7,18
**cut (2)**
  24:17;76:22

**D**

**daily (1)**
  12:22
**Dallas (1)**
  20:1
**Daniel (2)**
  8:12,14
**date (13)**
  39:19,22;40:14,17,
  20;41:1,8,9,10,15,19;
  65:9,9
**dates (1)**
  39:23
**Davidson (3)**
  18:6,8,16
**Davidson's (1)**
  18:6
**Davis (9)**
  7:1,23;10:20;11:12,
  16;40:12,12;53:10;
  64:21
**Davis's (2)**
  51:12;70:22
**day (3)**
  60:7,8,12

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 24 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

**days (1)**
6:11
**day-to-day (1)**
62:23
**deal (3)**
19:14;53:7;76:4
**December (3)**
16:16,17,18
**decide (2)**
57:5;73:15
**decided (5)**
10:2,3;11:7;53:20;
74:14
**decision (16)**
13:25;14:18;16:5,15;
39:15,20;54:19,22;
56:17,23;57:4;66:14;
73:16,17,21,22
**decision-making (1)**
42:7
**decisions (2)**
54:3,5
**deemed (1)**
56:7
**defendant (1)**
15:8
**definitely (1)**
41:4
**degree (4)**
5:20,20;30:4,5
**demonstrate (1)**
63:8
**denied (1)**
57:8
**depends (1)**
20:8
**DEPONENT (2)**
19:18;53:2
**deposition (5)**
4:10,22;32:14;76:13;
77:19
**describe (7)**
9:9;10:9;42:21;45:3,
4;56:14;62:11
**described (3)**
21:11;63:11;76:13
**describing (1)**
26:2
**details (3)**
9:15;17:6;31:25
**determine (1)**
74:13
**determining (1)**
73:25
**died (1)**
7:3
**different (6)**
18:23;25:19;43:1;
45:9;56:17;76:8
**differently (1)**
43:17
**director (1)**
67:7

**directors (3)**
6:7,9,17
**dirt (1)**
46:23
**disagree (1)**
58:7
**disagreement (1)**
24:15
**discovered (1)**
63:3
**discovery (1)**
15:20
**discriminate (2)**
42:10,13
**discrimination (1)**
42:8
**discuss (3)**
49:3;59:6,9
**discussed (6)**
16:23;17:10;50:8;
52:25;53:1;59:4
**discussion (6)**
49:6;50:5,6;59:7,10,
15
**disqualified (1)**
64:9
**district (36)**
5:23,25;6:1,4;9:3;
14:16;17:16;19:6,9;
25:25;34:14,19;35:22;
38:11;39:3;45:9,10;
46:20;48:18;54:8;
55:20;58:1,6,12;59:2,
12;60:25;61:2,7;62:3;
64:13;66:18;67:20;
68:10;71:1,10
**district's (1)**
33:4
**divided (1)**
22:20
**doctorate (1)**
30:4
**document (9)**
14:16;15:19;31:16;
40:1;41:9;63:24;77:12,
15,17
**documents (3)**
15:16;29:9;51:20
**Doe (1)**
54:12
**done (13)**
4:22;6:1;11:3;23:16;
25:15;40:17;45:11;
50:11;57:12;58:13;
64:4,7,13
**Doug (1)**
7:12
**down (9)**
4:12,19;9:16,20;
23:14;24:23;29:24;
37:7;54:15
**Dr (5)**
35:2,6,7,8;37:13

**drawn (1)**
64:20
**dream (2)**
46:19;59:11
**drew (1)**
22:16
**drivers (2)**
68:3,4
**duces (1)**
15:18
**duly (1)**
4:2
**during (16)**
6:21;24:1,10;25:7;
26:10,14,21;38:8;
42:21;45:7;58:21,25;
60:2,9;64:2;65:13

**E**

**earlier (5)**
14:14;39:23;53:22;
64:6,7
**early (1)**
36:10
**EARNEST (6)**
4:1;37:3,4,5,6;44:17
**Easter (4)**
36:18,19,22;37:2
**east-west (1)**
22:20
**Echols (3)**
36:14,16,18
**Ed (3)**
36:17,18;67:14
**education (2)**
25:2,5
**educator (1)**
18:17
**eight (1)**
36:20
**either (5)**
10:3;17:11;22:3;
33:1;73:9
**Elaine (1)**
29:24
**elect (1)**
59:13
**elected (13)**
6:9;7:4,5;10:6;
17:18;20:21;21:7,10,
12,16;22:2;26:16;37:2
**election (1)**
37:3
**elections (1)**
43:11
**Eliza (1)**
5:24
**else (5)**
4:25;35:2;47:24;
65:14;69:3
**else's (1)**
31:8

**employees (1)**
54:7
**end (3)**
28:22;65:5;76:13
**ended (4)**
9:13;18:17;44:16;
77:19
**engage (1)**
41:25
**English (21)**
12:5,6,6,8,10,13;
16:4;30:6,13,24;31:19;
32:24;33:2,15,19;
39:20;40:13;41:20;
42:3;67:12;74:21
**English's (2)**
56:4;73:20
**enough (2)**
40:10;58:23
**entirety (2)**
26:10,14
**entitled (2)**
26:6;74:8
**equal (1)**
27:25
**ethical (1)**
63:19
**ethics (1)**
64:1
**evaluate (1)**
14:13
**evaluation (8)**
14:2;16:4,13,24;
31:8;32:3,6;74:20
**even (6)**
29:21;35:6;52:22;
61:5;64:19;75:18
**everybody (5)**
18:24,25;27:25;62:5,
9
**everywhere (1)**
69:22
**exactly (2)**
18:11;75:10
**EXAMINATION (1)**
4:5
**example (1)**
57:5
**excellent (1)**
69:21
**executive (5)**
16:24;17:1,9;50:12,
13
**exhausted (1)**
73:10
**Exhibit (3)**
34:7,8;63:5
**Exhibits (3)**
32:13,15;74:19
**exists (2)**
14:17;15:21
**experience (12)**
9:22;29:22,22;30:1,

7;35:17;51:11;73:25;
74:12;75:23,25;76:1
**extended (1)**
49:9
**extending (1)**
72:8

**F**

**fabricated (2)**
30:25;31:11
**facade (1)**
57:8
**face (6)**
70:19,22,23;71:21,
22,23
**Facebook (11)**
43:19;44:7,17,19;
45:12,14,18;70:19;
72:6,17;73:7
**faces (1)**
71:15
**fact (4)**
6:14;12:2;26:16;
48:23
**factor (1)**
60:4
**failed (2)**
43:9,12
**familiar (6)**
9:4,5;17:21;35:21;
44:21,24
**family (1)**
18:7
**far (5)**
28:6;29:25;30:2;
35:15;54:7
**fault (1)**
62:19
**favor (2)**
49:11,13
**Fay (1)**
22:8
**Fayetteville (1)**
5:22
**federal (2)**
50:23;72:23
**feel (4)**
24:22;28:4;48:2;
59:2
**feels (1)**
29:16
**felt (8)**
18:18;45:7;48:13;
61:14;70:8;71:5;74:2;
75:11
**few (1)**
49:10
**fifteen (2)**
9:1;43:11
**filed (1)**
21:17
**final (3)**

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 25 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

39:20;76:12,22
**finally (1)**
39:20
**finance (1)**
67:16
**findings (1)**
57:11
**fine (4)**
35:21;52:14;70:1;
76:20
**finger (3)**
70:19,23;71:14
**finished (1)**
5:8
**fire (1)**
47:13
**first (13)**
4:2;18:6;19:25;20:7;
23:18,23;41:2;43:23;
47:9,12,25;59:25;
69:15
**fit (7)**
25:22;58:12;59:2;
60:25;61:1,7;62:3
**five (4)**
9:13;36:22,24;37:20
**five- (1)**
11:7
**fix (2)**
54:10,12
**flipped (1)**
37:6
**folks (6)**
12:16;20:7,8,10,11;
47:24
**following (1)**
69:23
**follows (1)**
4:4
**fool (1)**
44:9
**foolish (1)**
52:12
**form (9)**
17:23;19:5;32:3;
50:16,63;23;69:12;
74:20;75:5,13
**forward (2)**
10:7;23:10
**found (7)**
18:11,21;57:11,14;
62:16;64:12;70:4
**four (13)**
9:13,20;10:3,4,6,9;
11:24;12:11,17;22:23;
27:18;56:7;76:20
**fourth (1)**
33:24
**frame (4)**
25:8,9;58:19;64:11
**Friedlander (4)**
7:9,9,10,12
**fringe (2)**

55:8;56:11
**frivolous (2)**
15:5,9
**fully (1)**
4:15
**fundraising (1)**
44:11
**funds (1)**
44:13
**further (2)**
41:25;77:18

**G**

**gain (1)**
25:15
**Galenta (6)**
35:2,7,7,8,18,20
**game (1)**
18:23
**gathered (1)**
60:23
**gave (5)**
31:16,20;73:23;75:1;
77:5
**general (2)**
55:23;56:2
**generally (3)**
22:2;46:9;51:11
**gist (1)**
16:9
**given (3)**
14:8;32:7;55:17
**Good (18)**
4:7,8;31:15;45:8;
47:24;48:18;57:25;
58:19;59:2;60:18,25;
61:1,7;62:2,15,16;
66:7;70:2
**Graham (2)**
37:11,13
**granted (2)**
55:9;76:15
**Great (1)**
63:9
**greatest (2)**
29:6,7
**green (1)**
71:24
**ground (2)**
4:14;47:2
**groundbreaking (1)**
46:22
**group (3)**
7:13;10:2;27:8
**guess (6)**
6:10;8:1,11;9:1;
13:13;19:19;23:18;
24:14;26:5;29:4;34:25;
47:5;49:25;53:8,12;
59:10;69:13;74:2;77:4
**guesstimate (1)**
64:11

**guide (1)**
39:14
**gung (1)**
70:10
**guy (6)**
21:2;36:16;37:17;
38:8;55:14;68:6

**H**

**habit (1)**
17:6
**hall (1)**
37:7
**hand (2)**
32:19;49:16
**handily (1)**
18:23
**handle (1)**
70:18
**handwriting (4)**
30:20,24;74:22;
75:15
**happen (6)**
13:11;26:9;27:21;
42:18;58:21,21
**happened (13)**
25:10;42:21;47:21;
57:18;58:12,23,24,24;
64:11,12;72:2;77:2,4
**happening (2)**
45:7;70:5
**happens (2)**
10:10;18:25
**harbors (1)**
56:16
**hard (1)**
6:11
**Harold (1)**
35:25
**Harris (2)**
36:17,18
**head (1)**
4:18
**hear (3)**
20:6;39:7;44:6
**heard (10)**
19:25;20:1;23:10;
39:6,10;44:7;49:5,5;
60:7,23
**hearing (1)**
59:25
**heavily (1)**
23:14
**held (1)**
56:19
**Helena (15)**
5:16,17,18,18;17:15;
20:14,21;19:22:4,12,
19;25:25;29:25;46:20;
55:20;59:12
**Helena-West (8)**
5:16,17,18;17:15;

25:25;46:20;55:20;
59:12
**help (6)**
25:13;41:6;47:15,17,
23,23
**hidden (2)**
63:1,2
**High (11)**
5:24;6:2,3;8:15;34:6,
25;35:1;59:14,17;
63:12;64:24
**higher (4)**
33:19;35:6,18,20
**highest (4)**
34:5,10,12,22
**himself (4)**
47:10;48:6;57:16;
70:12
**hip (1)**
48:14
**hire (8)**
13:8,11,22;16:15;
40:22;54:12;57:5;
69:14
**hired (7)**
13:8,13;35:3,7;37:7;
40:23;57:10
**hiring (7)**
13:18;54:4,18,21;
57:19;66:9,14
**ho (1)**
70:10
**hold (1)**
53:2
**home (1)**
24:16
**house (1)**
55:8
**Howard (3)**
37:18,25;43:2
**Hoy (19)**
6:14;13:15;43:21,25;
47:5,7,15;48:4,5,6,8;
49:8;55:7;70:3,4,6;
73:23;74:3,3
**Hoy's (3)**
47:8;56:5,9
**huh-uh (2)**
4:18;59:7

**I**

**idea (2)**
11:21;48:22
**identified (2)**
71:17;74:20
**identify (3)**
65:20,24,25
**III (1)**
44:17
**ill (1)**
56:16
**illegal (2)**

42:10,13
**imagine (2)**
24:13;67:6
**impacted (2)**
68:22,23
**important (3)**
58:22,22,25
**incidences (1)**
65:2
**incident (1)**
70:21
**inclined (2)**
31:12,14
**include (1)**
67:4
**included (1)**
44:17
**includes (1)**
4:14
**Including (1)**
21:24
**incoming (1)**
74:15
**incorrect (1)**
41:3
**indication (1)**
49:14
**individual (1)**
26:8
**individually (2)**
72:24;73:16
**individuals (1)**
71:4
**information (4)**
9:12;12:12,20;60:10
**informed (2)**
69:19,19
**informing (1)**
69:20
**insignificant (1)**
45:4
**integral (1)**
45:3
**interest (2)**
25:15;58:5
**interim (7)**
10:13;13:8,12,13,18;
38:19;42:4;50:2,3;
53:20,21
**interruption (1)**
26:13
**interview (34)**
9:14;10:9,11,11,18,
19;11:19,22;27:3,16,
17;28:23;29:18;32:8;
34:13,17;41:17;58:18;
60:2,4,9,15,20;62:7;
63:15,21;64:2,5,5,8;
72:2;76:15;77:6,7
**interviewed (7)**
11:25;12:16;26:25;
27:19;34:25;56:7;63:3
**interviewee (3)**

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 26 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

27:8;28:8,13
**interviewees (1)**
  27:12
**interviewer (4)**
  27:11;28:8,11,17
**interviewers (2)**
  27:9;29:12
**interviewers' (1)**
  29:9
**interviewing (4)**
  10:16;13:2,4;29:19
**interviews (9)**
  10:3,14,15;13:14,15;
  27:18;41:18;44:10,16
**into (4)**
  25:22;47:3;60:4;
  63:17
**involve (1)**
  57:4
**involved (5)**
  6:8;19:23;23:14;
  42:6;43:18
**involves (1)**
  56:23
**irregularity (2)**
  29:8,11
**issued (1)**
  47:3
**item (1)**
  47:12

**J**

**Jackie (2)**
  10:24,25
**Jackson (4)**
  35:3,5,14,18
**Jackson's (1)**
  35:12
**James (6)**
  4:9;37:17;39:10,23;
  44:17;56:15
**Janice (4)**
  8:18,20,21,22
**janitors (2)**
  68:1,2
**jeopardy (1)**
  70:9
**JF (2)**
  64:18;65:4
**job (13)**
  9:14;34:21;47:8;
  57:9;60:18;65:16,17;
  69:18,21,25;70:2,9;
  74:7
**John (3)**
  13:15;54:12;55:7
**Jonesboro (1)**
  5:21
**Joyce (1)**
  37:7
**Joyce-whoever (1)**
  37:7

**JR (1)**
  4:1
**Judge (2)**
  20:24;21:19
**June (5)**
  37:2;39:21;40:18,23,
  24
**Junior (1)**
  5:24
**justifications (1)**
  55:16

**K**

**keep (5)**
  6:11;47:22,24;48:1;
  73:24
**keeping (1)**
  69:18
**keeps (1)**
  14:21
**Kees (32)**
  4:12;15:15;16:1,12;
  17:23;19:5,10,16;
  30:21;40:21;41:22;
  46:1;50:16,20;51:3,6,9,
  14,17;52:2,10,14,19,
  21,23;56:25;63:23;
  69:12;72:18,22;73:12,
  14
**KEYS (1)**
  76:10
**kind (11)**
  9:22;17:5;18:7,13;
  56:18;58:20;62:18,22;
  70:24,25;71:11
**kinds (2)**
  43:20;64:7
**KIPP (3)**
  55:14,18,21,21
**Kirkman (1)**
  20:14
**Klan (1)**
  56:19
**knew (8)**
  18:9,13;22:17;25:18,
  18;39:5;59:7;70:13
**knowing (2)**
  15:24;63:1
**known (7)**
  7:18,25;8:10,14,20,
  21,25

**L**

**lady (1)**
  70:20
**lady's (1)**
  10:22
**language (1)**
  45:17
**large (2)**
  18:5;21:17

**last (4)**
  39:19;43:11,17;61:2
**lately (1)**
  23:16
**later (1)**
  53:8
**law (3)**
  21:6,11;51:20
**laws (1)**
  42:8
**Lawson (3)**
  68:6,13,24
**lawsuit (6)**
  15:8,9;20:19,20;
  21:17;72:24
**lawyer (3)**
  50:18,19;51:4
**leader (3)**
  62:15,16,25
**leadership (5)**
  43:16;62:11,14;63:8;
  65:3
**leading (1)**
  70:25
**learn (3)**
  51:12;52:6;58:15
**learned (3)**
  51:22,24;52:15
**least (4)**
  29:6,7;55:21;63:21
**leave (7)**
  5:4,5,7;13:15;16:17,
  18;62:23
**leaving (2)**
  47:6,7
**left (4)**
  5:18;49:8;55:9;
  74:16
**legal (1)**
  17:24
**Leo (2)**
  21:5,7
**Leroy (1)**
  7:3
**license (1)**
  30:3
**lie (1)**
  47:19
**lied (2)**
  47:18;70:23
**life (1)**
  43:2
**Light (2)**
  20:25,25
**likewise (1)**
  56:8
**limb (2)**
  24:17,17
**Linda (9)**
  16:4;22:4;23:5;
  30:13;32:24;33:15;
  42:3;56:4;67:12
**lines (2)**

  22:17,18
**little (5)**
  5:15;13:7;17:6;
  37:17;53:8
**live (5)**
  17:15;21:19,22;23:4,
  9
**lives (3)**
  22:6,8,10
**local (5)**
  7:2;26:16;37:25;
  47:10,11
**Loistyne (1)**
  7:16,16;10:20
**long (15)**
  6:8;7:18,25;8:10,14,
  20,21,25;36:2,4,5,6,21;
  62:16;76:6
**look (14)**
  9:21;12:1;13:20,24;
  23:14;24:19;39:14;
  57:5;58:5;64:4;69:19;
  70:10;73:6;74:21
**looked (6)**
  12:17;14:5;28:6,7;
  70:16;71:9
**looking (5)**
  39:18;58:19;64:6;
  70:11,12
**looks (4)**
  30:23;32:23;48:17;
  75:15
**lot (6)**
  19:20;48:21;50:21;
  62:20;64:2;75:24
**LT (5)**
  20:24;21:1,15;22:16;
  23:5
**Lynn (4)**
  6:25;7:6,7;8:4

**M**

**mad (1)**
  25:14
**major (1)**
  45:6
**majority (2)**
  21:4;26:8
**makes (1)**
  54:3
**makeup (5)**
  8:6;11:25;12:24;
  66:18,22
**making (10)**
  14:18;16:15;22:19;
  43:25;48:8,9;55:13;
  56:17,17;74:16
**man (3)**
  21:7;48:3;59:14;
  61:1;63:13;68:14
**manage (1)**
  27:2

**managing (1)**
  28:23
**man's (1)**
  47:25
**many (4)**
  9:17;11:2;17:7;
  33:10
**mark (1)**
  63:25
**marked (3)**
  32:2,15;34:8
**married (1)**
  18:7
**mask (1)**
  55:6
**master's (1)**
  5:20
**material (1)**
  12:19
**math (2)**
  5:23;32:4
**mathematics (1)**
  5:20
**matter (1)**
  12:2
**may (18)**
  13:4;17:8;18:14;
  30:14;31:17,23;32:23;
  37:6;38:20;39:25;
  41:17;47:20,21;51:20;
  53:22;55:25;60:13,14;
  61:18;65:21;74:19
**maybe (5)**
  7:19;9:1;12:17;38:3;
  47:19
**mayor (1)**
  18:24;20:2,5;21:8
**McDonald's (1)**
  24:23
**mean (18)**
  16:9,20;23:13;29:11;
  30:9;35:23;41:13;42:9;
  51:14;52:23;55:23,25;
  60:7;65:24;67:5;73:6;
  75:2,16
**means (3)**
  47:2;75:18,19
**measure (1)**
  14:17
**meet (1)**
  24:22
**meeting (5)**
  11:3;16:24;25:12;
  47:12;51:11
**meetings (4)**
  7:10;48:2;69:23;
  70:22
**member (7)**
  7:16;11:8;17:8;
  51:17;72:21;73:1,5
**members (15)**
  8:23;11:1,15,19;
  14:7;17:4,8,15;50:8;

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 27 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

56:19,19;58:4;61:11,
12;62:18
**memorialized (1)**
64:15
**memory (2)**
12:13;22:1
**Memphis (1)**
21:8
**mention (1)**
23:10
**mentioned (10)**
23:17;31:25;39:11,
23;41:2;42:16;45:12;
59:11;61:8;71:13
**met (1)**
24:22
**metric (1)**
75:2
**middle (1)**
5:11
**midst (1)**
65:13
**might (2)**
31:11;65:18
**millage (6)**
42:17,23;43:2;44:14;
45:5,15
**Miller (1)**
5:24
**mind (1)**
60:13
**mine (1)**
61:19
**minor (1)**
17:6
**minus (1)**
33:20
**minute (2)**
29:24,25
**mis-characterizes (1)**
63:23
**model (2)**
66:3,16
**models (1)**
66:6
**Mohawk (1)**
21:2
**month (2)**
13:13;37:9
**months (1)**
37:15
**more (4)**
6:1;14:8;20:22;
76:20
**morning (2)**
4:7,8
**most (6)**
20:9,11;21:22;26:21;
61:13;69:7
**motion (1)**
50:2
**mouth (1)**
46:19

**move (1)**
54:12
**moved (1)**
45:9
**much (2)**
18:1;23:12
**municipal (1)**
51:20
**must (1)**
54:5
**myself (4)**
10:20;28:21;56:21;
75:17

**N**

**name (15)**
6:24;10:12,22;35:22;
36:25;38:9;64:13,14,
15,16,18,20;67:20;
68:20,21
**named (1)**
10:12
**names (7)**
12:12;40:8;61:13,18,
20;68:19;69:3
**narrow (1)**
19:9
**Nathan (2)**
32:2;58:16
**nature (1)**
56:18
**necessarily (2)**
23:12;75:2
**necessary (1)**
4:25
**need (21)**
4:25;5:1;12:20;
43:20;45:24;46:1,2;
47:22,22,23,25;48:2;
53:2;65:19,23;66:2,6,
16;69:11;70:25;71:10
**needed (1)**
70:14
**needs (2)**
15:16;47:17
**neither (1)**
21:16
**nephew (1)**
18:7
**new (6)**
43:20;46:22,23;
58:15;64:24;73:19
**newspaper (1)**
44:5
**next (4)**
10:10;18:11;21:15;
35:2
**night (2)**
17:10;32:7
**nobody (1)**
53:25;55:2;71:24
**none (1)**

30:1
**non-Klan (1)**
56:19
**normally (1)**
65:8
**north (1)**
22:23
**north-south (1)**
22:21
**number (13)**
6:14;28:8,9;30:21;
33:9,11;35:3;59:13;
63:5,6,13;64:10;68:18
**numerical (1)**
75:1
**nurses (1)**
67:23

**O**

**oath (1)**
4:4
**Object (8)**
17:23;19:5;50:16,21;
56:25;63:23;69:12;
75:5
**objection (1)**
17:24
**objective (1)**
14:8
**occasions (1)**
60:23
**o'clock (2)**
47:11,11
**odd (1)**
33:16
**off (5)**
24:17;48:5,6;49:14;
72:25
**office (3)**
14:6;18:21;38:17
**old (1)**
7:19
**onboard (1)**
62:9
**once (2)**
6:11;48:9
**one (37)**
11:16,17;12:5;14:11,
19;15:13;17:8;20:9;
21:16,20;22:4,12,19,
25;24:14;26:8;31:3;
32:10,25;37:20;43:7,9,
9,14,17;56:16;59:14;
62:6;63:13;64:20,23;
65:4;70:17,21;73:12;
74:15;76:12
**ones (1)**
12:7
**only (5)**
26:22;29:22;39:18;
62:14;73:8
**open (2)**

50:11;53:1
**opens (1)**
52:23
**opinion (2)**
62:2;75:22
**opponent (1)**
46:6
**opportunity (3)**
24:9;27:25;76:25
**option (3)**
77:7,8,9
**ordinary (1)**
53:24
**others (5)**
12:6;68:25;69:1;
75:25;76:1
**ought (2)**
16:19;55:20
**out (22)**
5:22;10:1;18:11,22;
24:17;33:16;38:14;
46:19,23,23;53:24;
54:11;57:11,14;58:5;
61:3;62:16;64:12,18;
70:4;72:9;73:7
**outbursts (2)**
60:22;76:2
**outcome (1)**
39:16
**outliers (1)**
53:23
**outside (1)**
67:23
**over (17)**
8:16;19:20;23:5;
29:23;30:1;31:23;
37:18;38:16;46:12,25;
55:14;61:2;67:14,16,
18,20;70:17
**own (2)**
54:4;71:5

**P**

**paid (3)**
55:8,20,21
**pandemic (3)**
68:22,23,24
**Pandora's (1)**
52:24
**panels (1)**
34:17
**paper (2)**
44:8,9
**par (1)**
55:14
**part (5)**
16:14;19:20;27:2;
35:16;69:7
**participate (1)**
27:14
**particular (1)**
27:18

**particularly (1)**
56:20
**party (1)**
20:17
**pass (2)**
43:5,17
**passed (5)**
43:8,10,14;45:5;47:2
**past (2)**
19:22,23
**pastor's (1)**
10:23
**pay (3)**
73:15,20;74:15
**paying (2)**
62:21,24
**penmanship (1)**
32:3
**people (38)**
9:17;10:3;11:4,19,
21;12:11,21;18:16,18,
21;21:22;22:2;23:4,11,
11,11,12;26:7;27:18;
30:12;33:11;39:23;
44:17,18;46:9;56:7,16,
20;65:19,23;67:7;
68:13,16;75:24;76:5,5,
6,14
**per (1)**
55:8
**percent (4)**
29:13;66:20,20,24
**perception (2)**
59:1;61:10
**perfect (17)**
29:13,17,21;30:2,5,7,
8,9;31:3,6,19;50:17;
75:2,11,16,18,20
**performance (5)**
13:20,25;15:11;16:3,
12
**performed (1)**
14:5
**perhaps (1)**
63:12
**period (15)**
6:21;24:10;25:17,17,
17,18,21,23;26:11,21;
36:4,4,5,6;38:8
**periods (2)**
42:18;65:12
**permanent (3)**
16:5;41:20;42:4
**permanently (1)**
13:22
**person (25)**
17:9;18:1;19:24,25;
20:1;26:8,22;27:4;
28:4;34:11,21;42:11,
14;57:3,14,15;61:9;
64:25;67:14,16,18;
68:10,11;70:18;76:8
**personal (1)**

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

25:15
**personality (1)**
71:11
**personally (1)**
62:8
**Pete (2)**
20:25;21:1
**Phillips (3)**
17:22;19:6,8
**Phyllis (1)**
74:19
**Pilgrim (3)**
68:6,13,24
**Pine (2)**
5:19;36:16
**pitch (2)**
43:23;44:3
**pitches (1)**
43:25
**placard (1)**
64:18
**placards (2)**
64:17,25
**place (6)**
7:3;25:2;33:16;
54:25;57:19;77:12
**places (2)**
23:15;44:2
**planned (1)**
15:2
**plaque (1)**
65:9
**play (5)**
9:6;43:21;65:15,17;
66:14
**played (4)**
17:22;19:3,20;45:6
**Plaza (3)**
22:20,23,25
**plumber (2)**
57:5,6
**plus (2)**
55:8;56:11
**pm (1)**
77:19
**pocket (1)**
48:14
**point (4)**
8:23;49:3;58:16,17
**points (4)**
33:2,18,19;34:12
**police (1)**
21:1
**policy (1)**
56:17
**political (3)**
18:20;19:20;22:1
**politics (7)**
17:22;18:14,24;19:1,
4,23;23:14
**polling (1)**
23:15
**posed (1)**

5:14
**position (5)**
9:3;46:17;62:5;
69:16;74:17
**positions (2)**
17:19;30:7
**positive (1)**
9:25
**possibility (1)**
76:23
**possible (1)**
75:1
**potential (1)**
73:25
**prepared (1)**
27:1
**presence (1)**
32:17
**present (1)**
17:2
**president (25)**
6:25;26:12,16,19;
40:12;50:18;51:2,4,24;
52:2;53:10,11,14,15;
62:13,15;64:20,21;
65:5,6;70:1,3,22;77:1,2
**presumably (1)**
51:18
**presume (1)**
67:25
**principal (12)**
5:24;6:2,2;14:6;
34:25;38:15,16;59:14,
17;72:1,4,11
**principals (2)**
67:6;70:17
**prior (5)**
50:6;55:11;57:12;
65:3;70:3
**privilege (3)**
50:21;51:15,18
**privileged (1)**
51:16
**probably (10)**
5:7;21:22;29:16;
35:1,24;36:20;60:1;
66:20,23;76:24
**problem (1)**
70:2
**problems (2)**
38:15;70:8
**procedure (1)**
15:15
**process (15)**
9:9;10:7,8;14:2,4;
27:14;28:22,24;35:4;
42:7;43:21;57:12,19;
58:9;60:2
**processes (1)**
34:13
**produce (1)**
32:16
**produced (2)**

15:16;32:22
**prohibit (1)**
42:8
**projected (1)**
57:15
**promises (1)**
15:14
**promote (2)**
44:14;45:11
**promoted (1)**
38:16
**proponent (3)**
46:5,7,8
**proposal (2)**
43:3,7
**protected (1)**
50:24;51:21
**prove (1)**
49:19
**provided (2)**
12:12;33:3
**public (2)**
16:24;50:22
**publicly (1)**
19:25;20:1,5
**purport (1)**
40:11
**purpose (7)**
20:19,20;27:16,17,
20;28:2;39:13
**pursue (1)**
48:1
**push (1)**
70:15
**put (8)**
18:12;25:16;59:20;
62:24;65:11;71:14,22,
23
**putting (2)**
58:20;71:20

**Q**

**qualified (1)**
56:8
**quality (1)**
25:5
**quick (1)**
73:12
**quoting (2)**
16:6,7

**R**

**Race (23)**
8:8;12:2;17:21;18:1;
19:3,20;21:10;35:8,10,
12;42:8,11;49:22,22;
56:17,23;57:4,9;59:4,
6;65:15,17,19
**races (1)**
19:20
**racial (7)**

8:6;11:25;12:24;
45:17;66:18,22;69:14
**racist (9)**
45:14,16;56:14,15,
16,21,22;57:4,6
**radio (3)**
20:6;44:6,7
**raise (1)**
42:17
**raised (2)**
44:13;57:7
**ran (15)**
18:5,11,19,21;20:23,
24,24;21:1,15,15;
23:18,18;48:5,6;62:18
**rank (3)**
28:6,7,15
**ranked (3)**
29:6,7,12
**ranking (1)**
29:9
**rather (1)**
25:5
**Raymond (2)**
20:25;21:1
**reaction (1)**
53:19
**read (4)**
44:5,8;63:6,17
**realize (1)**
11:18
**really (5)**
8:21;12:1;13:3;
25:24;48:8
**reared (2)**
5:15,17
**reason (8)**
27:23;40:19,25;41:2,
10,12;53:21;62:22
**reasonable (1)**
55:16
**reasons (1)**
46:14
**recall (25)**
6:22;13:2,4,16;
20:14,16;31:4,5;34:3,4,
5,6;38:19,21;39:21;
41:24;42:5;55:11,13,
15,18;60:17,18,19,20
**recess (1)**
53:4
**recognize (2)**
40:7,8
**recollection (1)**
40:24
**recommendation (2)**
48:16;54:15
**recommendations (5)**
48:8,9,24,25;54:6
**recommended (2)**
48:23;70:6
**recommends (1)**
48:17

**record (2)**
55:5;63:6,18;72:25;
73:2
**records (1)**
14:21
**redrawn (1)**
22:13
**redrew (1)**
22:14
**reelection (1)**
42:19
**reference (1)**
22:19
**references (3)**
9:23,24,25
**referring (2)**
15:22;16:2
**reflect (4)**
32:21;64:25;65:12;
77:16
**reflecting (1)**
14:17
**refresh (1)**
12:13
**refreshing (1)**
40:24
**refused (1)**
53:7
**regard (1)**
58:8
**registered (1)**
20:22
**remark (1)**
73:6
**remarks (1)**
60:16
**remember (25)**
7:6;12:1,3,3,5,7,21;
17:6;20:3;22:20;36:1,
9,23;37:4,5,9,13,23;
38:6;39:10;41:3;49:12;
52:22;58:23;59:14
**remembered (1)**
13:6
**remembering (1)**
14:15
**remove (1)**
47:13
**removed (1)**
64:19
**removing (1)**
62:5,9
**repeat (1)**
51:10
**reported (1)**
23:15
**reporter (2)**
4:12,19
**represent (3)**
4:10;25:13;32:24
**representation (2)**
20:21;21:18
**requests (1)**

Case 2:19-cv-00164-JM   Document 25-3   Filed 01/20/21   Page 29 of 31

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

15:20
**resigned (2)**
48:9,20
**resigning (1)**
70:4
**resource (3)**
68:10,11,13
**response (1)**
4:17
**responsibility (1)**
58:5
**restroom (1)**
5:2
**resume' (1)**
73:25
**retire (1)**
6:11
**retired (5)**
6:1,6,11;15:4;21:1
**retirement (2)**
6:3,4
**review (1)**
14:24
**reviewed (1)**
75:13
**rid (2)**
48:3,4
**right (136)**
4:9;5:14;6:5,8;7:4,8,
15,21;8:10,12;9:2,9,15,
19;10:2,6,9,14;11:1,11,
14,18,24;12:9;13:7,9,
18;14:2,23;16:23;
17:21;21:12,14,19,23;
22:1,24;23:3,10,17,19,
21,22,25;24:7;25:16;
27:23;28:2,12,14,19;
30:11,13;31:7,20;
32:12;33:15,18,19;
34:2,16;35:8;37:22,23;
38:21;39:2,11;40:15,
19;41:8,17;42:6;43:7;
44:16;45:3,23,25;
46:10,16;47:4,9;48:25;
49:8,21;50:1,14;51:7,
8;52:20;53:13,16,17,
21;54:2;55:2,3,7,9;
56:4,14,22;57:3,13,19;
58:9;63:1,2,5,11,14;
65:15;66:10,12,13,17,
21;67:14,23;68:5;69:5;
72:2,4,14;73:10;74:18;
75:10,17,17;76:15,18;
77:7,10,11,13,14,18
**rights (2)**
42:7;71:5
**Rock (1)**
37:17
**Rodney (4)**
36:14,16,18,20
**Rodriquez (1)**
38:9
**role (16)**

9:6;17:21;19:3;
43:21;44:25;45:3,4,6,
6;62:14;65:15,17;66:2,
6,14,16
**route (1)**
48:2
**Roy (2)**
49:21,23
**rubric (2)**
39:12,17
**rubrics (2)**
34:19;35:16
**Rudolph (3)**
37:17,25;43:2
**rule (2)**
55:23;56:2
**rules (2)**
4:14;50:23
**run (3)**
18:4,20;49:14
**running (1)**
19:24;20:10,10;
24:25
**runoff (1)**
21:6
**runoffs (1)**
21:15
**runs (1)**
18:24

### S

**safe (1)**
61:22
**salaries (1)**
56:8
**salary (7)**
55:11,13;56:4;74:1,
8,13,15
**same (11)**
18:15;27:4,8,25;
56:5,9;61:16;68:16;
72:7;73:22;74:15
**Sanetta (7)**
7:1,23;10:20;32:16;
40:12;52:7;53:10
**Sanford (1)**
21:2
**sat (1)**
24:23
**saw (17)**
12:2;29:8;32:22;
34:3,4;44:7,20;45:9,12,
20,21;46:3,4;50:17;
72:6,7,7
**saying (12)**
19:3,4;31:18;32:25;
40:17;46:14;47:8;48:4;
49:17;51:3;60:10;
75:19
**scale (1)**
14:9,13,17;15:11
**School (47)**

5:24;6:2,3;7:15;
8:15;9:3;17:15;18:5;
20:25;23:18;25:25;
26:5,7,15;28:23;33:4;
34:19,25;35:22;37:6,
18;38:11;39:3;45:24;
46:1,2,7,8,10,20,22,24;
50:18,19;54:10,11;
55:7,20;59:12,14,17;
63:12;64:19,24;66:18,
21;67:23
**schools (1)**
5:18
**score (22)**
27:11;28:5,9,17;
29:10,17,21;30:2,5,7,8,
9;31:6,6,19,20;32:10;
34:5,6,10;35:2;77:10
**scored (11)**
31:4,5;33:18;34:11;
35:6,18,20;60:4,9;
64:5;77:9
**scorer (4)**
33:9,11,13,14
**scores (8)**
28:24;34:1,22;50:5,
6,18;53:23,23
**scoring (5)**
28:2;39:12,13;75:17;
77:15
**search (2)**
13:23;41:25
**second (4)**
18:19;23:23;50:20;
58:15
**secretary (1)**
40:13
**seeking (1)**
47:8
**seem (3)**
32:6,21;69:13
**seems (1)**
32:9
**select (2)**
27:22;39:12
**selected (5)**
10:4;9:11:1;34:10,12
**selecting (2)**
9:10,13
**selection (4)**
9:6,16;10:12;57:12
**selfish (4)**
26:2,3;46:14;61:9
**send (1)**
64:21
**sent (1)**
47:15
**September (1)**
37:3
**serve (5)**
10:4;11:5,5;15:17;
17:18
**served (9)**

6:22;17:19;21:13;
24:6;30:6;34:17;36:2;
38:17;65:13
**service (2)**
26:11,14
**serving (6)**
6:2,21;35:5;38:19;
71:10;76:25
**session (6)**
16:24;17:1,9;50:11,
12,13
**set (5)**
4:13;44:10,16,21;
54:11
**seven (3)**
11:2;17:4;26:7
**seventies (1)**
8:11
**several (2)**
43:22;60:23
**sex (1)**
42:14
**shaking (4)**
4:17;70:19,23;72:8
**share (1)**
51:10
**sheet (3)**
32:17,19,21
**short (1)**
36:4
**show (1)**
49:16
**showing (4)**
30:19;32:1;40:1;
63:5
**sign (4)**
18:8,10,13;42:18
**signatures (5)**
40:5,7,9,10,11
**significance (3)**
59:16,18,19
**signs (1)**
46:12
**Simes (7)**
20:24;21:19;23:5;
37:3,4,5,6
**similar (1)**
68:16
**SIMPSON (22)**
4:1,7;5:14;11:12;
15:6;17:23;19:17;
30:19;32:1,16;42:6;
44:17;47:10;52:6;53:6;
69:5;72:20;73:10;74:6,
21;75:6;76:12
**Simpson's (1)**
32:14
**sister (1)**
18:6
**sit (4)**
17:12;54:10;59:22;
75:21
**situation (4)**

70:17;72:1,4,13
**situations (1)**
65:3
**six (1)**
11:2
**sixty-plus (1)**
7:20
**slate (1)**
27:23
**Smith (2)**
10:21;11:13
**somebody (7)**
32:16;35:22;44:23;
49:14;65:24;69:3;72:9
**somehow (3)**
11:7;27:11;29:7
**someone (1)**
31:7;35:2
**sometime (1)**
6:21
**sometimes (1)**
51:19
**somewhere (3)**
14:16;28:18;29:4;
47:24
**son (3)**
20:6;59:17;63:12
**son's (1)**
59:21
**soon (2)**
13:15;47:10
**sorry (1)**
33:12
**south (1)**
22:25
**speak (1)**
51:22
**speaking (3)**
22:2;25:8;74:5
**special (1)**
67:14
**specialist (1)**
5:22
**specialist's (1)**
30:4
**specifics (1)**
55:25
**spent (2)**
24:12;44:14
**spewed (1)**
45:14
**split (3)**
21:3,10;29:9
**staff (2)**
14:7;67:1
**stand (1)**
20:23
**standard (2)**
27:6,23
**standardized (1)**
27:1
**standing (2)**
46:23;72:9

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

**start (1)**
62:5
**started (8)**
4:24;21:14;25:23;
38:14;48:11;58:9;65:6,
6
**State (9)**
5:21;6:19;47:15,15,
17,19,20,23,23
**stated (2)**
64:2;74:22
**statement (1)**
65:21
**stay (2)**
48:10;73:9
**stayed (2)**
37:25;38:3
**steps (1)**
53:19
**Steve (3)**
12:25;13:2;33:24
**still (5)**
16:1;50:22;53:14;
68:21;76:25
**street (2)**
22:10,20
**Strickland (1)**
8:12
**strike (2)**
73:2,8
**students (3)**
25:25;43:18,18
**stuff (20)**
9:13;12:18;15:5;
17:5,7,7;24:18;25:14;
48:21;49:17,19;54:12;
60:11;62:20,21;64:3,
17;69:24;70:6;77:16
**subpoena (1)**
15:18
**subtraction (1)**
7:20
**successful (2)**
39:7;47:16
**sue (1)**
39:6
**sued (7)**
7:15;9:3;35:19,20;
39:3;61:15;72:24
**suggested (2)**
55:15;73:17
**suggests (1)**
75:19
**suit (1)**
39:8
**superintendent (74)**
6:15;9:3,7,10;10:4,
12;13:8,19;16:15;
27:19,22;32:2;34:10,
12;36:2,10;37:4,4,9,15;
38:4,18,19,22,24;39:1,
13,21;40:13;41:19,20;
42:1;46:18,20;47:13,

13,25;48:15,17,20;
50:2,3;54:5,6,13,14,16,
18;55:7,19,21;57:22;
58:3,17;59:9,12,13;
62:23;64:9;67:8,8,11,
11;69:22;70:13,14;
73:15,18,19;74:15,20;
76:4,23;77:3
**superintendents (4)**
9:11;35:21;36:23;
66:9
**superintendent's (5)**
9:14;30:3;40:1;
46:17;57:9
**supervising (1)**
30:1
**supervisor (1)**
76:2
**support (10)**
18:14,16;19:1,24,25;
20:2;23:17;48:12,18;
70:25
**supported (5)**
18:10,18;20:5,8;
23:23
**supporting (2)**
20:9;48:19
**supportive (2)**
25:3;48:15
**supports (1)**
18:25
**suppose (2)**
32:24;43:22
**supposed (3)**
48:15;71:6,6
**sure (13)**
4:19,23;25:4;30:9,
17,18;33:7;38:20;39:6;
44:8;47:16;60:6;61:3
**switch (1)**
39:16
**switched (1)**
23:19
**sworn (1)**
4:2
**system (1)**
72:13

**T**

**tabulate (1)**
28:24
**tabulated (1)**
29:3
**talk (5)**
9:24;24:22;43:20;
59:25;73:19
**talked (9)**
24:12,16,23;45:22;
48:10;62:6,7,8;70:4
**talking (16)**
7:20;16:25;19:5,11;
23:4;24:24;25:6;46:24;

54:7;57:2;59:10;63:2;
64:16;67:1;70:23;
72:20
**tallies (1)**
50:17
**tally (4)**
32:17,19,20,21
**tangible (1)**
46:16
**taught (4)**
5:23;6:3;29:24,25
**teacher (1)**
29:24
**teachers (7)**
24:18,25;25:3,14;
67:24;70:8,11
**teaching (2)**
36:12,13
**teams (1)**
29:19
**technologically (2)**
31:12,14
**technology (1)**
31:15
**tecum (1)**
15:18
**Telephone (1)**
26:13
**telling (6)**
15:11;25:21;31:11;
48:11;60:18;77:16
**temper (4)**
70:16,25;72:1;76:14
**ten (1)**
7:19
**terms (5)**
9:15;54:3;56:17;
65:18;68:13
**testified (1)**
4:3
**testify (1)**
4:2
**testifying (1)**
72:18
**testimony (1)**
34:14
**that'd (1)**
33:17
**theirs (1)**
61:19
**thinking (7)**
31:16;35:6;48:7,7,
14;60:12;62:25
**third (1)**
33:23
**thirteen (5)**
9:18,19,20;76:17,19
**thirty (3)**
8:16;19:13;61:2
**thirty-eight (2)**
5:25;34:14
**though (3)**
38:15;51:3;75:18

**thought (10)**
18:9;24:11;25:18;
48:20;53:3,22;57:15;
62:15;72:23;77:1
**three (7)**
11:1,5,10;12:4,16;
23:21;43:11
**till (5)**
5:7
**times (7)**
17:7;22:15;24:19;
42:6;45:7;64:10;71:3
**TJ (1)**
37:11
**today (10)**
4:10;14:9;15:19;
16:16;49:5,6;58:23;
69:6;75:21;77:16
**together (3)**
7:13;58:20;73:18
**told (23)**
12:15;15:23,24;17:5;
24:19,23;25:13;41:2;
46:19;47:9,14,20,21;
51:10;53:22;59:11,13;
69:17,17,21;72:6;
76:17,19
**Tom (1)**
36:8
**took (5)**
7:3;37:18;48:2;
57:19;64:4
**top (1)**
32:4
**total (3)**
5:25;32:10;33:18
**totally (3)**
18:23;54:18,21
**toward (2)**
56:16;76:13
**training (1)**
47:24
**trick (1)**
41:13
**Troy (4)**
8:22,25,25;44:18
**true (3)**
33:1;64:22;65:21
**truly (1)**
26:5
**trust (1)**
62:25
**truth (3)**
4:3,3,3
**truthful (1)**
17:13
**truthfully (1)**
69:8
**try (2)**
25:3;48:10
**trying (5)**
17:6;25:16;31:10;
49:14,15

**turned (1)**
9:12
**twelve (1)**
5:24
**twenty (2)**
9:1;19:12
**twenty-plus (1)**
8:1
**twenty-six (1)**
5:23
**twice (1)**
18:5
**Two (13)**
11:10;21:15;29:12;
30:12;31:23;32:13;
33:15;37:15;42:18;
43:12;50:17;71:14;
73:12
**typically (3)**
34:21,24;50:20

**U**

**under (6)**
4:4;6:19;47:19;
50:22;64:3;74:3
**understood (2)**
26:10;69:5
**Unfortunately (1)**
9:5
**University (2)**
5:21,22
**unless (1)**
4:15
**up (16)**
6:11;9:13;18:17;
26:7;28:9;29:3,25;
42:19;44:10,16,16,22;
46:12;48:21;54:15;
64:20
**use (2)**
34:19;35:16
**used (7)**
14:9,13,17,18;15:11;
65:18,21
**uses (1)**
16:14
**using (1)**
39:12

**V**

**VALLEY (37)**
4:6,8,9;12:15;15:4,
23;16:3,11,14;18:24;
19:8,14,19;30:22;
31:12;32:13;34:7;
40:22;41:23;44:18;
45:6;46:2;50:25;51:16,
25;52:5,17,20;53:5;
57:7;64:10;72:20;73:3,
6;74:22;75:5;76:11
**variety (1)**

Nathan Andrew Bagley vs.
Helena-West Helena School District

Deposition of Earnest Simpson, Jr.
December 02, 2020

24:13
**various (2)**
30:6;38:14
**vendor (1)**
68:8
**vendors (1)**
68:5
**verbal (1)**
4:17
**vice (1)**
53:14
**video (1)**
72:7
**vitriol (1)**
45:14
**vote (17)**
20:11,12;21:3;23:11,
12;24:15,16,20;26:8;
49:11;71:3,4,5,5,6,6,7
**voted (7)**
21:4,5;26:18;41:19;
49:12,13;50:1
**voters (1)**
20:23
**voting (4)**
21:17,17;24:20;70:5
**vs (1)**
20:14

## W

**Wahl (3)**
54:11;64:18;65:4
**wait (1)**
50:20
**waiver (2)**
70:12,14
**waivers (4)**
70:8,9,10,12
**ward (8)**
21:17,20;22:4,12,19,
21,23,25
**wards (4)**
21:18;22:13,14,17
**Watkins (3)**
12:25;13:2;33:24
**Watson (2)**
20:24,25
**way (25)**
15:24;18:24;19:1;
20:1;24:15;26:3,4,6,6;
43:1;45:17;51:14;61:9,
10,14,23;62:17;70:18;
71:3,7;73:7,9;76:3,7,8
**weed (1)**
9:25
**well-known (1)**
18:16
**weren't (4)**
9:25;44:13;62:20,23
**West (8)**
5:18;20:14;21:8,19;
22:3,12,19;29:25

**what's (12)**
8:6,7;25:13;30:21;
56:15;58:5;59:16,18,
19;66:18,21;68:5
**whichever (1)**
71:7
**white (30)**
11:21;19:24,25;20:8,
10,22;21:3,3;22:4;
23:5,11,11;26:22;
35:11;46:9;49:25;55:5,
6;57:23;61:1;67:21,24;
68:1,5,16;69:1,15;
71:20,22;72:8
**whites (2)**
20:11,13
**whittle (2)**
9:16,19
**whole (1)**
4:3
**Whose (1)**
40:11
**wide (1)**
53:1
**wife (1)**
10:23
**Williams (5)**
8:18;17:10;18:19,20;
38:6
**Willie (7)**
35:3,12;36:18,19,22;
37:2;38:6
**willing (1)**
73:1
**win (1)**
35:14
**within (3)**
13:13;15:20;17:15
**without (1)**
50:14
**witness (2)**
52:9,9
**woman (2)**
7:21;8:2
**woman's (3)**
71:20,22,23
**women's (1)**
71:14
**won (1)**
21:6
**wonderful (2)**
69:18,25
**word (1)**
15:10
**word-for-word (1)**
4:13
**work (6)**
6:1;7:12;25:4;38:11;
47:3;76:5
**worked (9)**
6:4;7:13;14:6,7;
38:13,14;44:21;74:3;
75:24

**working (5)**
21:2;29:23;75:25;
76:1,14
**writing (2)**
34:9;39:12
**written (2)**
31:8;34:11
**wrong (2)**
33:12;52:21

## Y

**y'all (4)**
7:13;54:9;59:13;
74:12
**yard (2)**
18:8,13;42:19
**year (6)**
20:2;36:22,23;37:20;
38:3;55:8
**years (23)**
5:23,24,25;6:12,14;
7:19,20;8:1,16;9:1;
12:17;19:12,13;21:15;
23:20,21;31:23;34:15;
36:20;43:11;49:10,10;
61:2
**yesterday (1)**
58:24
**you-all (6)**
10:3;11:7;28:22;
39:21;50:11;53:19

## Z

**zero (4)**
28:15,16,18;29:4

## 0

**01 (1)**
32:19

## 1

**1 (4)**
32:14,15;33:9,11
**10 (1)**
63:6
**100 (15)**
28:15,16,18;29:13;
30:15,16,24;31:2;
32:24;33:2;53:25;54:1;
75:1,18,19
**11 (1)**
47:11
**12 (2)**
63:17,17
**12:10 (1)**
77:19
**13 (1)**
32:2
**15 (3)**

30:22;33:18,22
**18th (1)**
16:18
**1969 (1)**
19:22
**1976 (1)**
20:23
**1st (1)**
16:16

## 2

**2 (3)**
32:14,15;63:5
**2002 (1)**
35:1
**2003 (1)**
35:1
**2005 (1)**
20:4
**2007 (1)**
6:6
**2016 (2)**
23:18;24:6
**2018 (4)**
23:19;31:21,23;
41:17
**2019 (4)**
39:21;40:18,23,24
**21st (1)**
16:17
**27 (1)**
39:21
**27th (3)**
40:18,23,24

## 3

**3 (3)**
34:7,8;35:3

## 4

**416 (1)**
33:20
**431 (1)**
33:20

## 5

**5 (5)**
30:11,12,14;33:14;
47:11
**500 (1)**
29:4
**5's (1)**
30:13

## 7

**72 (6)**
32:11;33:10,11,13,
14;60:5

**73 (1)**
33:14

## 8

**80 (2)**
66:23,24
**80's (1)**
36:10

## 9

**90's (1)**
36:10
**95 (1)**
66:20
**96 (2)**
66:20,20
**96's (1)**
33:15