Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

--------------------------------------------------

NATHAN ANDREW BAGLEY,

        PLAINTIFF,

VS.    NO. 2:19-cv-00164-JM

HELENA-WEST HELENA SCHOOL DISTRICT,
Acting by and through the
HELENA-WEST HELENA SCHOOL BOARD OF
DIRECTORS; HELENA-WEST HELENA SCHOOL
BOARD MEMBERS LOISTYNE BURRELL,
SANETTA DAVIS, LYNN BOONE, EARNEST
SIMPSON, JR., DANIEL STRICKLAND,
JANICE WILLIAMS, and TROY BOBO,
individually and in their official
capacity,
        DEFENDANTS.

--------------------------------------------------

---o---
DEPOSITION
OF
SANETTA DAVIS

---o---

THURSDAY, DECEMBER 17, 2020

---o---

Page 2

A P E A R A N C E S:

ON BEHALF OF PLAINTIFF:

    JAMES F. VALLEY, ESQUIRE
     Valley Law Firm
     423 Rightor Street
     Helena, Arkansas  72342

ON BEHALF OF DEFENDANTS:

    W. CODY KEES, ESQUIRE  (Via Zoom)
    JAY BEQUETTE, ESQUIRE  (Not Present)
     Bequette, Billingsley and Kees
     425 West Capitol Avenue
     Suite 3200
     Little Rock, Arkansas  72201
    BRAD BEAVERS, ESQUIRE
     Beavers and Cline
     P. O. Box 924
     Forrest City, Arkansas  72336

ALSO PRESENT:

    NATHAN ANDREW BAGLEY

---o---

2

Page 3

I N D E X

| WITNESS: | PAGE: |
|---|---|
| SANETTA DAVIS | |
|   Direct Examination............................ | 5 |

---o---

E X H I B I T S

| Exhibit One......................................... | 38 |
|---|---|
| Exhibit Two......................................... | 40 |
| Exhibit Three..................................... | 41 |
| Exhibit Four....................................... | 41 |
| Exhibit Five....................................... | 43 |
| Exhibit Six........................................ | 72 |

---o---

Reporter's Certificate............................ 80

---o---

3

Page 4

1       The deposition of Sanetta Davis was
2  taken before me, Debbye L. Petre, Certified Court
3  Reporter and notary public within and for the County
4  of Pulaski, State of Arkansas, duly commissioned and
5  acting, on Thursday, December 17, 2020, beginning at
6  the hour of 2:30 p.m., at the Offices of Helena-West
7  Helena School District, 305 Valley Drive, Helena,
8  Arkansas.
9       Said deposition being taken in
10 accordance with the Rules of Federal Procedure and
11 pursuant to the provisions of the Arkansas Rules of
12 Civil Procedure at instance of counsel for the
13 Plaintiff in the above-styled case in the United
14 States District Court, Eastern District of Arkansas,
15 Delta Division.
16          ---o---
17 THEREUPON, the following proceedings were had,
18 to-wit:
19          ---o---
20
21
22
23
24
25

**EXHIBIT 4**

Page 5

1                *****
2            P R O C E E D I N G S
3                *****
4        THURSDAY, DECEMBER 17, 2020
5                *****
6
7    WHEREUPON,
8            SANETTA DAVIS,
9    having been called for examination, and having been
10   first duly sworn, was examined and testified as
11   follows:
12            DIRECT EXAMINATION
13   BY MR. VALLEY:
14   Q    Good afternoon, Ms. Davis.
15   A    Hello, Mr. Valley. How are you?
16   Q    I'm doing well. Have you ever sat for a
17   deposition before?
18   A    Yes.
19   Q    Okay.
20        MR. VALLEY: Are you able to understand
21   me?
22        COURT REPORTER: Yes.
23   BY MR. VALLEY:
24   Q    Are you able to understand me?
25   A    Yes.

Page 6

1    Q    And I just asked that because I'm wearing this
2    mask.
3    A    Okay.
4    Q    Okay. So, just a few ground rules. You said
5    you have sat for a deposition before. Basically, you
6    are doing a good job. I want you to answer the
7    question verbally, not using "huh-uh" and "uh-huh".
8    If you will let me finish the question before you
9    begin to answer, and then I, likewise, will let you
10   finish your answer before I ask the next question.
11   If you don't understand the question I ask, then
12   don't answer it. Ask me to reword or rephrase it.
13   And we will do that until you understand the
14   question.
15   A    Okay.
16   Q    If you need a break for the bathroom, talk to
17   your lawyers, any of that, just tell me and we will
18   stop and do that.
19   A    Okay.
20   Q    Hopefully we won't be here too long, but, you
21   know.
22   A    I hope not.
23   Q    Yes, ma'am. But if we need to take a break, I
24   just want you to feel free to do that, for whatever
25   reason you might need to take one.

Page 7

1    A    Yes.
2    Q    The only rule on that, we ask, if there is a
3    question pending, you answer the question pending
4    before you take a break.
5    A    Okay.
6    Q    All right. I represent Mr. Andrew Bagley in
7    this lawsuit he has filed against the school district
8    about the Superintendent's position. Are you
9    familiar with that?
10   A    I'm very familiar with it.
11   Q    Okay. And did you make any effort to prepare
12   for this deposition today?
13   A    No, I did not.
14   Q    Okay. You didn't review any documents or
15   anything of that sort?
16   A    No.
17   Q    Okay. All right. Do you recall how this
18   Superintendent process was handled, how it went?
19   A    What do you mean "how it went"? As far as us
20   doing the interviewing, is that what you mean?
21   Q    Well, let me start, I guess, from the
22   beginning. What brought the need to replace Mr. Hoy?
23   A    Mr. Hoy decided he wanted to step down from
24   Superintendent of the Helena-West Helena Public
25   Schools.

Page 8

1    Q    And do you recall him providing any reasoning
2    for stepping down?
3    A    Not initially, he did not. I didn't know a
4    reason that he was stepping down. He was having a
5    lot of issues with the District Board. I'm going to
6    say it like that. But as far as him -- I don't
7    remember recalling him telling the Board anything
8    about why he was stepping down. But then, I wasn't
9    here. I was actually in Texas when Mr. Hoy stepped
10   down.
11   Q    Okay.
12   A    But I was on Zoom, and he said he was
13   resigning.
14   Q    And did he -- prior to resigning, do you recall
15   whether the Board gave him permission to buy a house
16   in another city?
17   A    Yes.
18   Q    Okay. And at the time that he asked for
19   permission to buy that house, did he express
20   intention of leaving or anything of that sort?
21   A    No.
22   Q    Okay.
23   A    As a matter of fact, once I got back from Texas
24   and we met with Mr. Hoy, it was -- I was under the
25   impression that Mr. Hoy was going to remain here once

Page 9

1  his contract was renewed.
2  Q   And so, his contract was renewed before he --
3  A   Before he --
4  Q   -- resigned?
5  A   -- resigned.
6  Q   So, he had time left on there at the time he
7  resigned?
8  A   Yes.
9  Q   Do you recall how much time he had left?
10 A   I don't recall.
11 Q   Did he get three-year contracts?
12 A   I think he got a three-year contract.
13 Q   Okay.
14 A   When it was renewed, it was a three-year
15 contract.
16 Q   All right. Let me back up and ask you to tell
17 us a little bit about yourself. You were born and
18 reared in Phillips County?
19 A   Yes.
20 Q   You attended the schools here?
21 A   Yes.
22 Q   And what about your educational background
23 post-high school?
24 A   I have a degree, Associate of Science from
25 Phillips Community College. I went to school at Pine

Page 10

1  Bluff -- University of Arkansas at Pine Bluff where I
2  got my Bachelors degree in education. I went on and
3  I got some hours from Fayetteville. I finished my
4  Masters degree at ASU in Jonesboro where I received a
5  degree in Ed Leadership.
6  Q   Yes, ma'am. And the Ed Leadership is what led
7  you to work in the capacity as --
8  A   As Principal.
9  Q   -- Principal?
10 A   Yes.
11 Q   How long were you Principal in the Helena-West
12 Helena School District?
13 A   Three years.
14 Q   All right. During that three-year period, did
15 you have an occasion to supervise Mr. Bagley?
16 A   I supervised -- not really supervised Mr.
17 Bagley. Mr. Bagley worked in the building. And I
18 think Mr. Bagley worked in the building in '05-'06,
19 and I was Dean of Students at that time.
20 Q   Okay. Yes, ma'am. All right. So, before you
21 became Principal, you were Dean of Students?
22 A   Yes.
23 Q   How long were you Dean of Students?
24 A   I was Dean of Students from '02 -- for five
25 years, '02 to '06.

Page 11

1  Q   And how long were you -- you were Principal for
2  three?
3  A   Yes.
4  Q   You were Dean of Students for five and
5  Principal for three?
6  A   (Indicated yes.)
7  Q   And then, did you retire?
8  A   I retired disabled. I had to have full back
9  surgery.
10 Q   Yes, ma'am. Okay. And then, that's how you
11 left the school district?
12 A   Yes.
13 Q   Disability?
14 A   (Indicated yes.)
15 Q   All right. And since you have been retired,
16 have you been engaged in anything other than elective
17 office as a School Board member?
18 A   No.
19 Q   And on the School Board, did you first get on
20 there when it was advisory?
21 A   Yes, it was Advisory Board when I first got on
22 there.
23 Q   Okay.
24 A   And it was June.
25 Q   All right. Do you recall how long you served

Page 12

1  in the advisory capacity?
2  A   I got on there in '15, I think we became --
3  they gave us back the district in '17. I have no
4  idea.
5  Q   Yes, ma'am. Okay.
6  A   I don't know.
7  Q   All right. But then, you got on there in '15
8  and you have been on the Board since '15?
9  A   Yes.
10 Q   Either by an appointment or election?
11 A   Yes.
12 Q   Okay. Now, when you had this Advisory Board,
13 did you have officers of the Board, like president,
14 vice-president, secretary, and stuff like that?
15 A   Yes, sir.
16 Q   Did you hold one of those positions?
17 A   Vice-president.
18 Q   Vice-president. And who would have been the
19 president?
20 A   Andrew Bagley.
21 Q   And was that something that the state chose or
22 did the local committee choose the president?
23 A   The members.
24 Q   The members did?
25 A   Yes.

Page 13

1  Q    And was that unanimous or was there some
2  acrimony in that selection, or how did that come
3  about?
4  A    It was unanimous.
5  Q    All right. And that was during the interim.
6  What about when you all got control back, did Bagley
7  remain the president of the Board?
8  A    Yes, he did.
9  Q    Okay. Could you tell me why he was the Board
10 president?
11 A    Andrew asked the Board if he could remain
12 president. And Bagley did a good job at what he did,
13 as far as being president of the Board. He enjoyed
14 what he did. So, no one else -- the rest of the
15 Board didn't want it. So, we placed him -- we let
16 him keep that.
17 Q    Okay. All right. Generally speaking, since we
18 may have a jury trial in this case, you are the Board
19 president now?
20 A    Yes.
21 Q    Okay. What are the duties of the Board
22 president that are different than just a Board
23 member?
24 A    It's nothing different of a Board member, other
25 than the chair meetings. As Board president, you

Page 14

1  have no right to any other duties other than what the
2  rest of the Board has. You are nothing on your own.
3  Q    Yes, ma'am, I understand. Does the Board
4  president assist in setting the agenda?
5  A    Yes, I assist the Superintendent. She gets my
6  approval for the agenda.
7  Q    Okay.
8  A    I go in and we sit down and she tells me what
9  she wants there, and if I have something, I put it
10 there.
11 Q    Right. And if you don't want something, can
12 that be held off just by you saying you don't want it
13 on there?
14 A    It has to be a good reason, yes.
15 Q    I understand.
16 A    Yes.
17 Q    Maybe you want to hear it next month, not this
18 month, something like that?
19 A    Yeah, that's true. Yes.
20 Q    All right. As the Board -- I mean -- yes. As
21 the Board president, do you -- in chairing the
22 meetings, do you decide which questions are voted
23 upon? For example, there's a motion and a second, do
24 you always call the vote on those?
25 A    Yes, always.

Page 15

1  Q    Okay. All right. Now, are you familiar with
2  the history this school district has had with the
3  number of Superintendents we have had over the years?
4  A    Somewhat. We have had quite a few, yes.
5  Q    Yes, ma'am. Do you recall, when you started
6  working in this district, who the Superintendent was?
7  A    The Superintendent at that time was -- I want
8  to say it was Chorley. I don't really know. I'm not
9  for sure.
10 Q    Yes, ma'am.
11 A    Or it was Mr. Williams. I'm not really sure
12 about either of those.
13 Q    All right. If my memory is correct, you had
14 Harold Chorley. And you mentioned Mr. Williams.
15 Would that be the black guy who was the assistant?
16 A    Yes.
17 Q    And he may have been interim or something?
18 A    He was interim at one time. I can't -- that
19 was a long --
20 Q    1989-'90 --
21 A    Yes.
22 Q    -- somewhere. Thirty years ago?
23 A    Yeah. Because I came into the district in '91.
24 Q    And then, we had Tom Chaney was Superintendent.
25 Do you recall him?

Page 16

1  A    It was Chaney, Tom Chaney.
2  Q    Chaney. All right. And after Chaney, we had
3  Ed Harris, do you recall?
4  A    Yes, I do.
5  Q    A guy from Pine Bluff. And then, after Harris,
6  we had Rodney Echols?
7  A    I have no idea.
8  Q    Do you recall Rodney --
9  A    But I do know Mr. Echols.
10 Q    Okay. All right. And then, after Mr. Echols,
11 my understanding, we had Willie Easter?
12 A    Yes.
13 Q    And that's the year we had a whole bunch of
14 Superintendents?
15 A    Lots of them, yes.
16 Q    Willie Easter. And then, in October, Earnest
17 Sims? After the election changed the composition of
18 the Board, Earnest Sims became the Superintendent?
19 A    Yes. I know we had Sims.
20 Q    Okay.
21 A    To tell you when he came in, I don't know.
22 Q    And after Sims, we had Joyce Anderson?
23 A    Graham.
24 Q    Joyce was a month before Graham.
25 A    Was it?

Page 17

1  Q  Yes. Joyce did one month.
2  A  I'm glad you know, because I don't know.
3  Q  Then, you had T.J. Graham.
4  A  Okay.
5        MR. BEAVERS: I'm going to object to
6     the form, because you are testifying, not
7     asking questions. You can answer him.
8        MR. VALLEY: Okay. That's fine. I'm
9     just giving the background on it.
10       THE WITNESS: I have no idea.
11 BY MR. VALLEY:
12 Q  Easter, Sims, Anderson, Graham, and then the
13 state took over, and we got Rudolph Howard?
14 A  No. We had Willie Williams when the state took
15 over this last time.
16 Q  Yes. I'm not up to Willie yet.
17 A  Oh, you are not?
18 Q  No, ma'am.
19 A  Okay.
20 Q  You had Rudolph Howard?
21 A  We had Howard.
22 Q  And then, we got the district back, Connie
23 Jared and Jarvis Smith and those people, were they on
24 the Board?
25 A  They were on the Board, yes.

Page 18

1  Q  And then, Howard left?
2  A  Howard left, yes.
3  Q  And we replaced him with Williams?
4  A  Yes.
5  Q  And then, it got took over again?
6  A  Right.
7  Q  I mean, not in like a few days, but over a
8  period of time?
9  A  No. It was over a period of time.
10 Q  Right. And then, after Williams, gee, Susann
11 McCommon?
12 A  Yes.
13 Q  And after Ms. McCommon, John Hoy?
14 A  Right.
15 Q  And after Hoy, Linda English?
16 A  Right.
17 Q  Okay. All right. Now, at the time that Mr.
18 Hoy decided to resign or leave, or however you want
19 to phrase that, what did you all, as a Board, decide
20 to do in terms of replacing him?
21 A  I don't know what you mean.
22 Q  Did you hire a search committee? What approach
23 did you take?
24 A  We did not hire a search committee. We were in
25 a meeting -- we were supposed to have a meeting on

Page 19

1  facilities. During that meeting -- when we got there
2  to the meeting, the Board was in a room, Mr. Bagley
3  asked the Board to hire him as Superintendent, to
4  appoint him as Superintendent. He wanted a
5  three-year contract, $130,000.00. He polled the
6  Board to see if he could get the majority vote. At
7  that time, I was not in favor of Bagley becoming
8  Superintendent because of some problems Bagley has.
9  And I expressed those to him during that time.
10    Well, there was three other members that
11 thought he was a good choice. And Bagley does real
12 good things; okay? He did real good things for the
13 district. That's not a question. However, there is
14 more than doing good things for the district that
15 comes into play of being a Superintendent and a good
16 Superintendent. The other three members talked, and
17 I kind of went along with them, which was not good at
18 the time. And that gave him the fourth vote, with me
19 agreeing to do that. And the more I thought about
20 that, after that meeting, I had a conscience -- I had
21 to follow my conscience. I prayed about it, and I
22 was wrong for agreeing to that and not following my
23 own mind. That's how that went. That's how that
24 came about. Mr. Simpson, during the meeting, wanted
25 us to do -- I think Mr. Boone said that he wanted us

Page 20

1  to go and hire a firm. We, in turn, listened to
2  Bagley and we did not. Mr. Simpson said, "Let's
3  interview so it would look right." We agreed with
4  that. And that's how it went.
5  Q  Okay. You mentioned you listened to Bagley
6  instead of hiring a firm.
7  A  Listened to Mr. Boone. Mr. Boone wanted to
8  hire a firm.
9  Q  Right. I understood that. I thought you said
10 y'all listened to Bagley so you didn't hire a firm.
11 A  Right.
12 Q  Am I saying that right?
13 A  Bagley said, "Why do that," because he could be
14 Superintendent and we would just put him there. So,
15 yeah, basically, you know.
16 Q  Okay. Do you know whether the Board or the
17 district has used a search firm in the past?
18 A  They have. I think they used one for Willie
19 Williams.
20 Q  Okay. Did the district have any problems as a
21 part of that process, that you know about?
22 A  Not that I know of.
23 Q  Okay. All right. Now, are you familiar with
24 Roy Bridges?
25 A  Yes.

Page 21

1  Q  Did you work with him --
2  A  Yes.
3  Q  -- when he was here?
4  A  (Indicated yes.)
5  Q  What is his race?
6  A  He was white.
7  Q  Yes, ma'am. Okay. And do you know what his
8  capacity was for the district?
9  A  I do not know what Bridges -- I'm thinking Roy
10  was Interim or Deputy Superintendent.
11  Q  Deputy Superintendent?
12  A  Yes.
13  Q  And do you know whether he ever served as
14  Interim Superintendent?
15  A  I don't know.
16  Q  Okay. All right. All right. So, you all
17  decided to do the interview process. I guess I want
18  you to tell me a little bit more about that. Did you
19  all advertise, or how did people learn of the
20  opening?
21  A  It was advertised.
22  Q  Do you recall where it was advertised?
23  A  No. The district has a site that they use to
24  put jobs on there. And they used that, I'm sure.
25  That's done through HR.

Page 22

1  Q  Okay. All right. Now, are you familiar with
2  the Act that permitted school districts to have
3  waivers?
4  A  Yes.
5  Q  Waivers equivalent to like what KIPP has?
6  A  Yes.
7  Q  Okay. Did you have any thoughts about those
8  waivers one way or the other?
9  A  I did.
10  Q  What were they?
11  A  My thing, waivers -- well, no thoughts. I just
12  knew what the waivers were for. I guess, let me say
13  that, as far as having thoughts about them. I think
14  they are a good idea if you don't have anyone to put
15  in place at the time. If you have no one that has
16  the credentials, no one that has the experience, and
17  you can't get anyone, then, yes, you know.
18  Q  Okay. So, that would be for -- for example,
19  do you recall in 2005 when I taught at the school
20  district?
21  A  Yes.
22  Q  And I came to teach because I was certified to
23  teach and as a custodian in a classroom?
24  A  Yes.
25  Q  But with a waiver, you could get somebody with

Page 23

1  a Masters -- with a degree who wasn't certified?
2  A  Yes. Right.
3  Q  So, that would be the instance you are saying
4  was a good type thing?
5  A  Yes.
6  Q  All right. Now, did the Helena-West Helena
7  School District adopt the waivers? How does that
8  come into play? Once the new Act was passed by the
9  state, I think you all got to choose which waivers
10  you wanted. Is that how that worked?
11  A  I think initially the district was trying to
12  get all the waivers that KIPP had.
13  Q  Okay.
14  A  Okay? The Department of Ed didn't give some of
15  the waivers.
16  Q  Okay.
17  A  They only gave, you know, certain waivers.
18  Q  Certain waivers?
19  A  Yes.
20  Q  Okay. Like, for example, what is that, Fair
21  Dismissal Act, that's not waived in this district?
22  A  That's not waived in this district.
23  Q  All right. But in terms of the Superintendent
24  position, is there a waiver in place for that?
25  A  Yes.

Page 24

1  Q  And that would mean that a person wouldn't have
2  to have all of the licensure to the state, but they
3  could still legally serve as Superintendent?
4  A  If we couldn't find someone qualified, yes.
5  Q  Okay. Now, when you say if you couldn't find
6  someone qualified, what do you mean by that?
7  A  If you have someone who has got a degree that
8  applies -- and I think I am doing this right in
9  saying that the waivers are in place in case
10  districts cannot find qualified individuals to fill
11  those positions. Okay? And that's my feelings about
12  it. And, you know, I think that's the way that the
13  waiver reads.
14  Q  Okay. And when you say "qualified", do you
15  mean licensed --
16  A  They have the experience.
17  Q  -- licensed by the state?
18  A  They have the license, they have the experience
19  -- or not the experience, they may just be coming out
20  of school, but they have the credentials.
21  Q  Okay. Which one would you give greater weight
22  to, the credentials from the state or some
23  experience?
24  A  I would like experience and credentials. But I
25  would give a whole lot more weight to the experience.

Page 25

1  Q   Okay. All right. Let me run through a few
2  things real quickly. The Board membership, can you
3  name the current members of the Board?
4  A   Yes. Daniel Strickland.
5  Q   What is his race?
6  A   Black.
7  Q   All right.
8  A   You have Janice Williams, who is black.
9  Loistyne Burrell, who is black. Earnest Simpson, who
10 is black.
11 Q   And that would be Junior; right?
12 A   Junior.
13 Q   Okay.
14 A   I keep forgetting that. Right. Junior. And
15 you have Lynn Boone, who is also black.
16 Q   And one more, or two, with yourself. But one
17 other man?
18 A   Oh, I forgot. It's Troy Bobo.
19 Q   All right. And so, you've got a seven-member
20 Board?
21 A   Yes.
22 Q   And all seven members are black?
23 A   All seven members are black.
24 Q   Okay. And during the time that you served from
25 advisory capacity to now, what white people have we

Page 26

1  had on the School Board?
2  A   Andrew Bagley and Lynn Chadwick are the only
3  ones that I know.
4  Q   Now, Lynn Chadwick, was she a part of the
5  interview process?
6  A   No.
7  Q   Okay. Did she offer to you to be a part of it?
8  A   No, she didn't offer to me to be a part of it.
9  Q   Okay. How did -- you had a committee, if I
10 understood it right, of five people; is that right?
11 A   Yes.
12 Q   How were those people chosen?
13 A   Each Board member -- each one of the ones that
14 were interviewing, which is Mr. Simpson, Ms. Burrell,
15 and myself, had the ability to pick someone in the
16 community to serve on the hiring committee. We only
17 had five because the one that Mr. Simpson chose was
18 not able. He had surgery or something. I'm not sure
19 what happened.
20 Q   So, it would have been six?
21 A   It would have been six.
22 Q   Okay. But five because each Board member chose
23 one. Okay. All right. And so, we had -- other than
24 you and Mr. Simpson and Ms. Burrell, who were the
25 other two members of this committee?

Page 27

1  A   Connie Smith. And I don't know the other
2  lady's name. Yes, I do. Her husband was the
3  reverend, pastor of -- what is the name of that
4  church? True Vine Baptist Church.
5  Q   Okay.
6  A   And I do not know her name.
7  Q   All right. Does the name Jacqueline Allen
8  sound familiar?
9  A   Ms. Allen, yes.
10 Q   All right. And this committee came together
11 and did the -- once they were named -- the committee
12 was named, the three Board members and the two
13 citizens, I guess is what we will call them, did you
14 all have meetings, or what did you all do after you
15 were named to the committee?
16 A   We had -- we didn't have any meetings. After
17 the committee was formed, after we got those
18 individuals to agree, we just -- we started our
19 interviewing process.
20 Q   Okay. Now, do you recall how many people
21 applied for this position of Superintendent?
22 A   I think there was maybe ten or more individuals
23 that applied. I'm not real sure about that.
24 Q   Okay.
25 A   It was --

Page 28

1  Q   So, let's take the number ten. Did you
2  interview ten people?
3  A   No. We interviewed four individuals.
4  Q   Okay. How did you pare it down from ten to
5  four?
6  A   Well, we looked at credentials, we looked at
7  their distance, you know, from the school. A lot of
8  them we had from Texas. We had one from some place
9  else. I'm not sure. But it was quite a distance.
10 And we chose those -- well, I chose those in the
11 surrounding area.
12 Q   Okay. So, you pared it down to the --
13 A   The four, yes.
14 Q   -- four. And what was your capacity on the
15 interview committee that permitted you to pare it
16 down to four?
17 A   I was -- at that time, I was chairing the
18 interview committee. I got with all the other
19 members. So, let me rephrase that. I wasn't the
20 only one deciding.
21 Q   Okay.
22 A   So, myself and the rest of the Board, you know,
23 got together and we decided on those four. And we
24 didn't choose those individuals, like I said, that
25 were like in Texas and those places.

Page 29

1  Q   Right. Let me not put words in your mouth.
2  I'm just trying to understand you. I think I heard
3  you say that you got with the other members of the
4  Board and pared it down. Would that be these two on
5  the committee, or the whole seven-member Board, or
6  six members without Bagley?
7  A   No. It would have just been the two that we
8  were going to -- and we didn't actually -- I would
9  talk to them. But, basically, it was me who was
10 trying to get the individuals together for us to
11 interview.
12 Q   Yes.
13 A   So, you know --
14 Q   Okay. But so, you go through that process and
15 you pare it down to four?
16 A   To four, yes.
17 Q   And then, you notified the four of the
18 interview date and time?
19 A   Yes.
20 Q   Did you physically manage that, or did the HR
21 Department?
22 A   I had HR to send letters and notes. It went
23 through HR.
24 Q   Okay.
25 A   I do know that.

Page 30

1  Q   And when you were paring it down, were you
2  screening away from things such as the age of the
3  applicant, or the race, the sex? Did you know what
4  that was when you did the screening process?
5  A   No. I mean, I never looked at that. I looked
6  at the credentials, the experience. So, race never
7  played a part in whether or not I wanted to interview
8  them or not interview them.
9  Q   Okay. But did you know the racial make-up of
10 the people before you interviewed?
11 A   I did not. Before the interview -- when I
12 chose the people, I did not. When I looked further
13 on into it, upon the interview, yeah, I knew who I
14 had.
15 Q   Right. Okay. All right. And in Mr. Bagley's
16 Complaint, he has alleged that the school district
17 has a history of discriminating against white
18 applicants for administrative positions. Are you
19 familiar with that?
20 A   No, I wasn't.
21 Q   Are you saying, "No, I wasn't," as in you are
22 now?
23 A   Since this came about, I mean, it's being said.
24 Q   Okay. Now, of the four people -- not of the
25 four people. The four people who were interviewed,

Page 31

1  could either of them, theoretically, have served as
2  the school district Superintendent?
3  A   In the --
4  Q   Of these four people you interviewed, Ms.
5  English, Ms. Anderson, Mr. Watkins, Mr. Bagley, could
6  either of them have served as the Superintendent?
7  A   Yes.
8  Q   Okay. And from the standpoint of pay, would
9  the position have paid either of those four people
10 the same amount of money?
11 A   No, I don't think that -- no. You mean, the
12 same amount of money that Mr. Hoy was making, is that
13 what you are referring to?
14 A   Yes. My understanding is Mr. Hoy was paid
15 $140,000.00?
16 A   Right.
17 Q   And that Ms. English was paid $140,000.00 as
18 interim and she is currently being paid $140,000.00.
19 A   Ms. English was paid $140,000.00 as interim,
20 because Andrew Bagley paid her $140,000.00. That was
21 not my agreement with her. We weren't going to pay
22 that. I don't think an interim should come in making
23 what the Superintendent made. The Superintendent got
24 to $140,000.00 because of an increase, and he had
25 been here. I don't think that should have been done.

Page 32

1  However, it was.
2  Q   Okay. The pay of Ms. English, was that
3  something that was voted on?
4  A   It was. Yes, it was voted on.
5  Q   By the Board?
6  A   (Indicated yes.)
7  Q   And you voted against it?
8  A   I did not.
9  Q   You voted for it?
10 A   I'm going to tell you, I didn't say anything.
11 Q   So, you abstained?
12 A   No. I just didn't open my mouth.
13 Q   Oh, okay. Do you recall how the vote was
14 recorded in the minutes?
15 A   It was recorded that we all agreed.
16 Q   Okay. And before today, had you asked them to
17 correct that?
18 A   No.
19 Q   Okay. Is it something that you think needs to
20 be corrected now?
21 A   No.
22 Q   Okay. All right. So, she is paid $140,000.00.
23 You are saying that, if I'm understanding you
24 correctly, the position might not have paid somebody
25 else that amount of money?

Page 33

1   A   I don't think it would have.
2   Q   Okay.
3   A   That's my thoughts about it. I don't think it
4   would have paid anyone new coming into the position
5   the same thing it paid someone who had been in the
6   district a while who had got a raise and got to that
7   amount. I don't think that should have ever
8   happened.
9   Q   Okay. So, do you have an idea what the pay
10  would have been?
11  A   No, it was never discussed. I was ill, Mr.
12  Valley. I went out. When I came back, it had been
13  done.
14  Q   And this deal you mentioned, was it during a
15  meeting or you didn't come to the meeting because you
16  were ill?
17  A   No, no, no. I was at that meeting.
18  Q   Okay.
19  A   I mean, paying her should have been my decision
20  as the one who had the position of hiring. I wasn't
21  granted that. The President of the Board came in and
22  he decided what he was going to do.
23  Q   Oh. Did you make a recommendation in terms of
24  the amount or what you thought it should have been?
25  A   She and I had talked about it. But I had not

Page 34

1   made any suggestions to the Board at all.
2   Q   Okay. What amount do you think would have been
3   fair?
4   A   I think she should have -- I think Mr. Hoy,
5   when he first came in, made like $130,000.00.
6   Q   Okay.
7   A   Or $120,000.00 to $130,000.00, I think that
8   would have been feasible.
9   Q   Okay. All right. Now, the committee members,
10  when y'all did the interviews, did each person get to
11  ask questions, or how did the question and answer
12  session go?
13  A   Each individual had questions. We had a rubric
14  and we had a question sheet. Each member took a
15  certain number of questions and we asked those.
16  Q   And when you say "a question sheet", does that
17  mean that each person read a standardized question to
18  each person being interviewed?
19  A   Yes.
20  Q   So, all four people got asked the same
21  questions?
22  A   Yes.
23  Q   And then, they were all graded according to
24  their answers or presentation as to the interview?
25  A   Right.

Page 35

1   Q   And when you say "rubric", for those people who
2   don't do education, is that like a scoring system?
3   A   It's a scoring system. Whereas, if you are --
4   say, for instance, you were going out and you were --
5   had an employee and you asked -- you have a sheet and
6   you have things on there that you think that employee
7   should know, you give points for each question.
8   Well, that's what you would use for that, to see if
9   you are getting all of the things that you want.
10  Q   Right. And so, each interviewer scored each
11  interviewee based upon his or her impressions of the
12  interviewee?
13  A   Yes, that's normally, you know.
14  Q   All right. And did you, in fact, score all
15  four of the candidates?
16  A   Yes.
17  Q   Okay. Do you recall what your scores were for
18  each of the candidates?
19  A   No, sir, I sure don't.
20  Q   What was the purpose of scoring?
21  A   Well, basically you score them to see, you
22  know, what each -- where everyone stands within your
23  questioning. Scoring them, I mean, it's a score.
24  Q   Yes, ma'am. So, did you --
25  A   We used it to score them. And if they

Page 36

1   interviewed great, we can use the highest. And if we
2   don't want to use that one -- because interviewing is
3   objective, can be.
4   Q   Can be what "jective"? I didn't understand.
5   A   Objective.
6   Q   Objective. Okay.
7   A   And, basically, you want to get your best
8   candidate. Well, interviewing individuals, you may
9   not -- an interview can go really, really well. Some
10  individuals interview quite well. I'm not a person
11  that interviews well, but I can do your job. I think
12  you need to be able to see that person. I mean, it's
13  just what you -- what you see. And everybody may not
14  see the same thing.
15  Q   Yes, ma'am. I want to hand you what I believe
16  to be an evaluation that you did on Steve Watkins.
17  Do you recall the names of the people that you
18  interviewed?
19  A   Steve, Annie, yes. Okay.
20  Q   Okay. All right. Does that document that's
21  called "Superintendent Evaluation Form, Helena-West
22  Helena Schools"?
23  A   Uh-huh.
24  Q   Have you seen that before?
25  A   Yes.

Page 37

1  Q    The penmanship, or handwriting on that, is that
2  yours?
3  A    Yes.
4  Q    And the comments that you made in the
5  "Describe" section, those are yours?
6  A    Yes.
7  Q    Okay. And it gives a score. Can you explain
8  -- and I won't go through this on every one of them.
9  But can you explain the difference in "Poor", "Okay",
10 and "Great" as it reflects on this form in terms of
11 scoring?
12 A    What do you mean by that?
13 Q    You get a certain number of points for --
14 A    I would have to have the rubric to tell you
15 that.
16 Q    Oh, okay. So, you can't just look at it and
17 figure that out?
18 A    No.
19 Q    Do you recall what the total score you could
20 get on it was?
21 A    I think the way we did it, you could get -- I'm
22 not even sure about that. I would have to look at it
23 and then tell you. I mean, this was done in '18.
24 Q    Yes, ma'am.
25 A    So, in 2020, I can barely, you know --

Page 38

1  Q    Yes, ma'am. So, the score given at the bottom,
2  there is a tally on the second sheet, is that your
3  penmanship, as well?
4  A    Yes.
5  Q    Okay. So, his score is 72, if I'm
6  understanding that right?
7  A    You are right.
8  Q    Okay. Now, when you said you would need the
9  rubric to figure out the numbers, where would that
10 be, the rubric?
11 A    Well, I don't know, if you don't have it.
12 Q    I don't know what I would be looking for, to
13 tell you the truth, Ms. Davis. I mean, is that a
14 formula sheet, or what do you mean?
15 A    It was a formula sheet.
16 Q    Okay.
17 A    Each one of -- let me say this. Each one of
18 the people who scored, each individual, had the
19 ability -- each person that was interviewed had the
20 ability to get a hundred points.
21 Q    Right.
22      MR. VALLEY: Oh. I need to mark that
23 as Plaintiff's Exhibit One.
24      (WHEREUPON, Plaintiff's Exhibit Number
25 One was marked for identification.)

Page 39

1       THE WITNESS: And I don't know how many
2  points was listed in getting "Poor" or
3  "Okay", how many points, and "Great", how
4  many points. The "Poor", "Okay", and
5  "Great" on here. (Indicating.)
6  BY MR. VALLEY:
7  Q    Ms. Davis, I'm about to hand you another one of
8  those evaluation forms. Let me see if you can
9  identify that one.
10 A    (Witness reviews document.) Okay.
11 Q    Was that one completed by you, as well?
12 A    Yes.
13 Q    Okay. Who was it on?
14 A    Annie Anderson.
15 Q    Okay. And, basically, the same approach was
16 taken to scoring Annie -- to all of the interviewees?
17 A    Yes.
18 Q    And her score was an 86; is that right?
19 A    Yes.
20 Q    Okay. And in terms of doing the scoring, was
21 each person free to score each -- was each
22 interviewer free to score each interviewee as he or
23 she saw fit?
24 A    They were, as long as -- specific answers
25 called for specific scores, I think. But, yes, they

Page 40

1  were.
2       MR. VALLEY: Let's make Annie Anderson
3  Exhibit Two.
4       (WHEREUPON, Plaintiff's Exhibit Number
5  Two was marked for identification.)
6  BY MR. VALLEY:
7  Q    Ms. Davis, one more time. I'm handing you the
8  evaluation. See if you can identify it.
9  A    (Witness reviews document.)
10      MR. VALLEY: Brad, I'm not throwing
11 that at you, but you are way down there.
12      MR. BEAVERS: I know.
13      THE WITNESS: (Reviews document.)
14 BY MR. VALLEY:
15 Q    Are you able to identify that one?
16 A    Uh-huh. (Indicated yes.)
17 Q    Is that one your -- did you do that one?
18 A    Yes.
19 Q    And that's on which person?
20 A    Linda English.
21 Q    All right. And what was her score?
22 A    96.
23 Q    All right.
24      MR. VALLEY: I'm going to mark that
25 Exhibit Three.

Page 41

1   (WHEREUPON, Plaintiff's Exhibit Number
2   Three was marked for identification.)
3  BY MR. VALLEY:
4  Q   All right. And then, finally, this one. I'm
5  handing you one more. Can you identify that one?
6  A   (Witness reviews document.) Andrew Bagley.
7  Q   Okay. Was that done by you?
8  A   Yes.
9  Q   Okay. And what is the score he was given?
10 A   73.
11 Q   All right. Each of these --
12      MR. VALLEY: I'm going to mark that one
13  Exhibit Four.
14      (WHEREUPON, Plaintiff's Exhibit Number
15  Four was marked for identification.)
16 BY MR. VALLEY:
17 Q   Each of these four exhibits, they were done by
18 you at the time of the interview?
19 A   Yes.
20 Q   And as they sit today, they are in the same way
21 that you filled them out? They haven't been altered?
22 A   (Witness reviews document.) No, it doesn't
23 seem to be.
24 Q   All right.
25      MR. VALLEY: I'm marking that one

Page 42

1  Number Four.
2      MR. BEAVERS: That's Four?
3      MR. VALLEY: Yes, Bagley is Four.
4      MR. BEAVERS: Yes.
5  BY MR. VALLEY:
6  Q   Ms. Davis, there was an Interviewer/Tally
7  Sheet. Did you create that, or do you know? I'm
8  going to hand it to you.
9  A   (Witness reviews document.) Yes.
10 Q   So, those numbers filled in on that was done by
11 you? Does that look like your penmanship?
12 A   Yes, that's my handwriting.
13 Q   Okay.
14 A   And you asked about this. It looks like "Poor"
15 was weighted at two, "Okay" was three, and "Great"
16 was five.
17 Q   Okay. All right. So, after looking at them,
18 you were able to figure out what the rubric was.
19 Okay. So, on the Interviewer/Tally Sheet, it
20 reflects -- can you give us the scores, and I guess
21 from the lowest to the highest and which candidate?
22 A   Steve Watkins had a 355, Annie Anderson 385,
23 Linda English 416, Nathan Bagley 431.
24 Q   All right. Now, Nathan Bagley and Andrew
25 Bagley is the same person?

Page 43

1  A   Yes.
2  Q   All right. Now, how would these --
3      MR. BEAVERS: Can I have one of those?
4      MR. VALLEY: Oh, I'm sorry.
5      MR. BEAVERS: I'm just trying to keep
6   up with them since Cody is not here. That's
7   Five?
8      MR. VALLEY: Yes, that's Five.
9      (WHEREUPON, Plaintiff's Exhibit Number
10  Five was marked for identification.)
11 BY MR. VALLEY:
12 Q   Were the members of the committee in the room
13 when this was tallied, or how did it come into
14 existence, this tally sheet?
15 A   The members of the Board were in the room. All
16 the members of the Board were in the room when all
17 these were tallied. The two community members were
18 not in the room.
19 Q   All right. And then, just walk me through what
20 happened after you did the scoring -- after the
21 scoring was revealed to the Board as a body.
22 A   After the Board went through all of these, it
23 was apparent at that time that we had some problems
24 with the scoring of some of the sheets.
25 Q   All right. So, when you say you had some

Page 44

1  problems with scoring of some of the sheets, what do
2  you mean by that?
3  A   I mean, some of the individuals were giving
4  "Great" scores on things that were asked specific,
5  like, "Does experience appear to match what is
6  needed?" And it gives examples, work experience,
7  life experience. Which, you know, life experience we
8  could use. Volunteer work. Do they have some or all
9  of the required credentials, education, license --
10 Q   Hold on, Ms. Davis. I know you are trying to
11 make a point. But it seems as though you are reading
12 from one of these evaluations.
13 A   Uh-huh. (Indicated yes.)
14 Q   Which question are you reading from? It has
15 got a question number beside it.
16 A   Question number three, let's go there.
17 Q   Okay.
18 A   "Do you have some or all of the required
19 credentials?" Down here it also says, "For example,
20 education, licenses, and certifications." Well, it's
21 not possible for you to answer that as "Great" when
22 they don't have it.
23 Q   All right.
24 A   So, the others are for you -- you know, I may
25 answer something different than what you answer

Page 45

1  something. Except for if it asks me something
2  specific, I've got to answer it truthfully.
3  Q  Okay. And so, just sticking with question
4  three, if a waiver is in place, would that not permit
5  the person to hold the position?
6  A  It would permit the person to hold the position
7  if there were no applicants qualified. And that's my
8  perception of it.
9  Q  Okay. All right. Well, that's one question.
10 Were there other questions you felt like there was an
11 apparent problem with the scoring?
12 A  No. Well, maybe two.
13 Q  Question number two?
14 A  Yes.
15 Q  All right. So, we've got questions two and
16 three. Any others?
17 A  No.
18 Q  All right. So --
19 A  Well, yes. Number four.
20 Q  Number four?
21 A  No, not number four. I think those were the
22 main ones.
23 Q  All right. And when you said it was a problem,
24 how did you fix the problem? Did you just throw out
25 questions two and three on everybody?

Page 46

1  A  No, no. We didn't -- it was no way to fix it.
2  It was done. But I don't know what you are referring
3  to in fixing it. I mean --
4  Q  Well, I don't know what to ask you. You said
5  there was a problem. And you gave --
6  A  The problem was that individuals -- it was
7  apparent to me that individuals on the hiring
8  committee were not being truthful. They were messing
9  with the scoring. The scoring was not honest.
10 Q  All right. And how did you determine which
11 scorer, other than yourself? Now, we're talking
12 about --
13 A  No one.
14 Q  -- which scorer was dishonest.
15 A  Okay. No one can get a hundred on everything.
16 There is no perfect individual. No one can get a
17 hundred on everything. Because here, on number
18 three, it's clear that Bagley did not have the
19 experience, the licensure, or certifications to be a
20 Superintendent, but he was given a hundred. There is
21 no -- I mean, on everything by one of our people --
22 well, I think several of them.
23 Q  All right.
24 A  But I don't think there is a way to do that.
25 Q  Okay.

Page 47

1  A  And that's my personal feelings about it.
2  Q  Yes, ma'am. You are aware that Linda English
3  got a hundred and two 96s?
4  A  I don't know what Linda -- she got a hundred?
5  Q  She did.
6  A  Okay. And I say again that there is no way.
7  But Linda English has all those credentials. Now, I
8  don't know who gave Linda English a hundred. I have
9  no idea.
10 Q  So, you would be of the mind she didn't deserve
11 to get a hundred?
12 A  I'm saying that if it's there and you see the
13 credentials and you see -- because that's something
14 you are going to see with your eyes. The degree you
15 are going to see, the education you are going to see,
16 the experience is going to be there, "X", "Y", "Z".
17 And if you don't see that, there is no way you could
18 possibly give any individual "Great".
19 Q  But my question is, do you think Linda English
20 should have gotten a hundred?
21 A  If that's what she got, yes.
22 Q  So, if I'm understanding you right, it's okay
23 for Linda English to get a hundred, but not Andrew?
24 A  Again, if you are doing right -- and I'm just
25 using that question, question three.

Page 48

1  Q  I'm listening.
2  A  That's all I can use. Now, the other
3  questions, I can't tell anyone how to grade. I'm
4  just using that question. And if you are asking me
5  for the overall, I can't possibly give you that.
6  Q  Yes, ma'am.
7  A  I'm just using that question, and that question
8  alone.
9  Q  Yes, ma'am. Now, had Linda English been a
10 Superintendent before?
11 A  No.
12 Q  Okay.
13 A  She was Deputy Superintendent.
14 Q  Okay. So, when the scoring rank, was that
15 revealed to the School Board in this meeting you were
16 telling me about? This score tally sheet?
17 A  When we were at -- yes. When we were in
18 Executive Session, it was done in Executive Session.
19 Q  Okay. In Executive Session. And what happened
20 in response to the scoring rank showing Bagley having
21 the highest score?
22 A  The Board -- most of the Board -- and I caution
23 myself on saying what other people felt. They were
24 free to vote on whatever they wanted to vote on.
25 Just because you got the highest score doesn't mean

Page 49

1  we have to take you because you got the highest
2  score. But if those sheets had not been done wrong,
3  I mean, who knows. But we are going to leave that
4  alone. But no one says that we have to hire you
5  because you get the highest score.
6  Q   Okay. So, if the highest score --
7  A   The Board had their own vote.
8  Q   Right.
9  A   They could vote the way they wanted to vote,
10 because we don't vote in there.
11 Q   Right.
12 A   We discuss, then we come out in open session
13 and we vote.
14 Q   Right. So, if the score had been -- if Linda
15 had the highest score, would we be having this
16 discussion at all?
17 A   I don't know, because --
18         MR. BEAVERS: I'm going to object to
19     the form of the question.
20         THE WITNESS: Because I thought this
21     was a discrimination case.
22 BY MR. VALLEY:
23 Q   It is.
24 A   It sounds like it's more like, "Why didn't he
25 get Superintendent?" He is saying that I

Page 50

1  discriminated against him. I haven't heard any
2  discrimination questions yet.
3         MR. BEAVERS: Just answer his
4     questions.
5         THE WITNESS: I don't know. We are not
6     -- I mean, I can't possibly answer. I don't
7     know what to tell you on that.
8  BY MR. VALLEY:
9  Q   Okay. But Andrew got the highest score and he
10 didn't get the position, in spite of that. Is that a
11 true statement?
12 A   Linda English is who we chose. That's all I
13 can respond.
14 Q   All right. When you decided to go with an
15 interim, was Mr. Bagley considered as an interim?
16 A   It was mentioned.
17 Q   And what happened with that?
18 A   It wasn't mentioned by me.
19 Q   Right. I understand. So, what happened?
20 A   Correct.
21 Q   It was mentioned. And then, what happened?
22 A   It just didn't go anywhere.
23 Q   Would that be because of your position as the
24 chair and president?
25 A   Oh, no. Oh, no. When we come out, anybody

Page 51

1  that wants to make a motion can make that motion. It
2  can be shot down or it could pass. But none of the
3  other Board members saw it as Bagley. Let me say it
4  like it is.
5  Q   Okay. Now --
6  A   And I didn't want to go there.
7  Q   When you say you didn't want to go there, go
8  where? What are you talking about?
9  A   I mean, as far as this -- I mean, this is -- I
10 don't know. Mr. Valley, I just really, truly -- this
11 wasn't three members that decided this, this was an
12 entire Board --
13 Q   Yes.
14 A   -- when we voted.
15 Q   And the other six members, is that who you are
16 referring to?
17 A   No. The other five.
18 Q   Bagley didn't vote; right?
19 A   Bagley didn't vote. It was just five members
20 and myself.
21 Q   That's what I mean. You are included in the
22 six?
23 A   Yes.
24 Q   And the vote was -- do you recall what the vote
25 was on making Ms. English the interim?

Page 52

1  A   It was unanimous.
2  Q   All right.
3  A   Now, later, Ms. Burrell decided that she said
4  "no", but that wasn't true. But we let it go in the
5  meeting. So, she said "no".
6  Q   So, first unanimous, then Ms. Burrell changed
7  her mind?
8  A   Yes.
9  Q   That's what you are saying?
10 A   (Indicated yes.)
11 Q   All right. During this Executive Session, did
12 you have the occasion to call your lawyer?
13 A   Oh, yes, I did.
14 Q   Okay. And did you communicate with him?
15 A   I communicated with him --
16         MR. BEAVERS: I'm going to object to
17     her talking about the conversation, what was
18     said.
19         THE WITNESS: Yes.
20         MR. VALLEY: Oh, I'm not there yet.
21     I'm not going to ask her that.
22         THE WITNESS: I conversated with him.
23 BY MR. VALLEY:
24 Q   Okay. And what was the reason? What caused
25 you to call him?

Page 53

1  A    Because of all the things that were going on in
2  Executive Session.
3  Q    And what are those things?
4  A    The way the sheets were tallied was concerning
5  to me.
6  Q    All right.  Anything else?
7  A    No.
8  Q    Okay.  So, the way the sheets were tallied was
9  a concern to you.  And so, you called your lawyer
10 because those tallies concerned you?
11 A    Yes.
12 Q    All right.  Now, I'm not asking you what he did
13 communicate to you, but I'm asking you what he
14 didn't.  Did he tell you that you could discriminate
15 against Bagley or Watkins in this --
16 A    Did he tell me what?
17 Q    That you could discriminate against anybody?
18 A    What do you mean?
19 Q    Did he say it was okay to discriminate against
20 anybody?
21 A    No.
22 Q    Okay.  And as a part of the conversation -- as
23 a product of the conversation you had with the
24 lawyer, what did you do next?
25 A    I came back into Executive Session, we finished

Page 54

1  our discussion, and we came out and did a vote.
2  Q    All right.  Did you communicate to the Board
3  members your conversation that you had with the
4  lawyer?
5  A    No.
6  Q    All right.  But you decided on an interim
7  position after you talked to your lawyer?
8  A    Not quite afterwards.  After we talked a little
9  while longer in there, it was just disturbing to me
10 that we would have individuals that wouldn't be
11 honest and truthful and be -- and operate with
12 integrity, let me say that.  So, I discussed, because
13 we could not come to an agreement, placing an interim
14 in.
15 Q    You discussed that with the Board, is that what
16 you are saying?
17 A    Yes.
18 Q    Okay.
19 A    And we discussed -- they thought it would have
20 been a -- it was a good idea, and we came out and we
21 voted.
22 Q    All right.  Now, as interim, was Ms. English
23 granted a contract?
24 A    Because I did not finish that meeting, I really
25 don't know.  You would have to ask Andrew Bagley

Page 55

1  that.
2  Q    Okay.
3  A    I wasn't allowed to finish that.
4  Q    Now, do you recall mentioning to the Board
5  members that you couldn't go out and tell people that
6  Bagley was going to be Superintendent?
7  A    Did I what?
8  Q    Do you recall mentioning that you could not go
9  out and tell the audience here at the school district
10 office that Andrew Bagley was going to be the
11 Superintendent?
12 A    I don't understand what you are saying.  Out of
13 where?
14 Q    Out of the back room or wherever y'all were.
15 A    Telling the Board members?
16 Q    Right.
17 A    No, sir.
18 Q    Okay.  All right.  Now, how long have you known
19 Andrew?
20 A    I met Andrew at Central.  And I think that was
21 '06-'07.
22 Q    Okay.  And during that time, did you all work
23 in the same building, or what type of relationship
24 did you all have?
25 A    We had a great relationship.

Page 56

1  Q    Okay.
2  A    We ate lunch together, we -- I mean, a
3  relationship that was just perfect relationship.
4  Never had any problems.  We would talk about almost
5  anything.  At that time, I could tell Andrew when he
6  was doing things wrong.  I always told him about that
7  thing up under his nose was going to get him in
8  trouble.  We never had a cross -- nothing with each
9  other.
10 Q    And when you said "that thing under his nose",
11 you mean his mouth?
12 A    Yes.
13 Q    Just for those reading this.
14 A    Yes.
15 Q    All right.  Okay.  Well, you said you had a
16 great relationship.  Would it have been -- would it
17 have some informal portions to it, perhaps?
18 A    "Informal" meaning?
19 Q    For example, could you say something to Bagley
20 as a person that you might not otherwise say to
21 somebody else?
22 A    No.  I mean, he would say things to me that --
23 you know, and I would tell him, "You don't need to
24 say those things."  But we never got cross with one
25 another.

Page 57

```
 1   Q   Okay.
 2   A   And we were always at the school at that time.
 3   We since got even closer when he has come to my home
 4   before this incident happened.  But when we were in
 5   school, it was always professional.
 6   Q   Did you ever describe him as your kind of guy?
 7   A   What?  No.
 8   Q   "Bagley, you are my kind of guy," did you ever
 9   say anything like that?
10   A   No.
11   Q   What about, did you ever call him a cracker?
12   A   A what?
13   Q   A cracker, C-R-A-C-K-E-R?
14   A   Like the thing you eat?
15   Q   Right.
16   A   No.
17   Q   But not referencing a food?
18   A   No.
19   Q   So, you never told him, "You are my kind of
20   cracker"?
21   A   No.
22   Q   Okay.
23   A   And would have never told him he was that,
24   called him that.
25   Q   Yes, ma'am.
```

Page 58

```
 1   A   Never.
 2   Q   Okay.  And now, on these lunches you mentioned,
 3   did some of those come from perhaps the Corner Market
 4   or did they come from the school, or where would they
 5   have come from?
 6   A   Corner Market.
 7   Q   Now, are you familiar with a man by the name of
 8   Donald John Trump?
 9   A   Yes.
10   Q   Who is he?
11   A   He is our ex-President -- well, he will be.
12   Q   He will be?
13   A   Yes.
14   Q   Okay.
15   A   He is President of the United States.
16   Q   Okay.  And if someone were to call a person a
17   Donald Trump, would that be a compliment?
18   A   Well, it's according to how you take it.  And I
19   called Mr. Bagley Trump because that's what he acts
20   like, lately.
21   Q   Okay.
22   A   I mean, at that point in time, Bagley -- if you
23   don't do what Bagley wants you to do, he throws this
24   temper tantrum, he yells and screams and points his
25   finger in your face.  And you can't tell him to go
```

Page 59

```
 1   on, because he just continues to do so.  If you don't
 2   do what he says do, he is going to hit the table and
 3   he is going to scream and yell, he is going to take
 4   to social media and try to degrade you, say all
 5   manner of things about you.
 6   Q   Now, in this instance --
 7   A   So, that's the content that was used in.
 8   Q   And this description, "social media, degrade",
 9   would that have been like to you or to other people?
10   Who are you talking about?
11   A   He has done it to me.
12   Q   Okay.
13   A   He has done it to the Principal at -- and that
14   wasn't a Principal on that.  But the way he acts is
15   just unreal for a person to act like that.
16   Q   Okay.  Hold on just a second.  You said it
17   wasn't the Principal on that?
18   A   On the tape, it wasn't the Principal.  I don't
19   know what actually transpired.  But I do know that in
20   order to be a Superintendent, you cannot conduct
21   yourself in that manner, in that you yell and scream
22   and point your finger in people's face.
23   Q   Okay.
24   A   And it get caught on tape and they show it over
25   the air.  Now, he did me like this in the Board room
```

Page 60

```
 1   here.  He waited until everyone left out of here
 2   except for one person that was still left in here.
 3   Ms. English and the other lady, Kim Holmes, had left
 4   out.  But -- and I think they came in just as it was
 5   about to get real heated.  Yelling and screaming,
 6   calling me a liar.  You know, people can change your
 7   minds about things.  And just like I said, I agreed
 8   with Mr. Simpson, Ms. Burrell, and Mr. Bobo to go
 9   along with them, and I shouldn't have.  Maybe we
10   would still be friends.  I shouldn't have agreed with
11   them, I should have followed my mind.
12   Q   And when you are saying "agreed with them", you
13   are referring back to what?
14   A   To the hiring of him as Superintendent.
15   Q   All right.
16   A   But that's what -- that's why I referred to him
17   as Trump.
18   Q   Okay.  Now --
19   A   But now, what is the difference in me referring
20   to him as Trump and him referring to Brad as
21   Guiliani?  Did you know that?
22   Q   Did I know what?
23   A   He referred to Brad as Guiliani?
24   Q   Sure.
25   A   Okay.
```

Page 61

1  Q   That would have been after the Superintendent
2  search was over.
3  A   It doesn't matter.
4  Q   It doesn't?
5  A   He still did it.
6  Q   Okay. All right.
7  A   This was when he did me like this. This was
8  when I called him Trump. That was after the
9  Superintendent search.
10 Q   All right. Now, what was your reason for not
11 hiring Andrew as Superintendent?
12 A   He did not have the experience. We had
13 individuals who were qualified to be Superintendent.
14 And the fact -- just like I told him in the meeting,
15 "You have the tendency, if you do not get what you
16 want, to throw temper tantrums." That was my
17 reasons.
18 Q   All right.
19 A   And had he been nominated, fine, and I would
20 have voted "no" for those very reasons. I had to go
21 along with my feelings and not those of others.
22 Q   All right. Ms. English was hired as the
23 interim shortly after this interview process that
24 took place in May of 2018; is that right?
25 A   Yes.

Page 62

1  Q   Okay. And then, she was hired as the permanent
2  Superintendent at some point later?
3  A   Yes. Last year, June. It may have been June.
4  I'm not sure.
5  Q   What did you all do in making the judgment to
6  go from Interim Superintendent to permanent
7  Superintendent? "You all" meaning the Board.
8  A   We discussed it. I mean, you know, whether or
9  not we wanted to do another interview, or whether or
10 not we wanted to just go on and keep her in place.
11 So, it was nothing out of the ordinary that we did
12 special. It was something the Board decided to do.
13 Q   Okay. So, the Board decided to remove the
14 title "interim", just make her permanent?
15 A   Yes.
16 Q   And from May to when that happened, nothing
17 else happened in terms of considering anybody else?
18 A   No.
19 Q   Okay. Do you have any idea how many white
20 administrators this school district has?
21 A   James, I don't think they have any. I don't --
22 I'm trying to think about the schools. I don't think
23 -- no, I don't think they have any.
24 Q   What about white staff? Do you have any idea
25 how many white staff people you have?

Page 63

1  A   I don't know.
2  Q   Okay. Would you agree it's a small number?
3  A   I can agree with that. It's not as -- I think
4  it's more blacks than there is whites.
5  Q   I think it's like 16 white people work for the
6  school district.
7          MR. BEAVERS: Object to the form, asked
8       and answered.
9  BY MR. VALLEY:
10 Q   Would that number strike you --
11         MR. BEAVERS: You can answer his
12      question.
13 BY MR. VALLEY:
14 Q   Would that number strike you as out of line
15 with what you have seen as the Board president? Do
16 you think it's more than 16 or less than 16?
17 A   I would have thought it was more. But I have
18 no idea.
19 Q   Okay. Now, in terms of hiring -- direct
20 hiring, the School Board hires two positions, is that
21 right, the Superintendent and the School Board
22 attorney?
23 A   Yes.
24 Q   The other positions are recommended to the
25 Board by the Superintendent and you vote them up or

Page 64

1  down?
2  A   Yes.
3  Q   But on the attorney and the school -- the
4  attorney and the school Superintendent, you all make
5  that decision?
6  A   Yes.
7  Q   And the school attorney is Mr. Brad Beavers?
8  A   Yes.
9  Q   And he has been school attorney since before
10 you began serving?
11 A   That was way before I began serving.
12 Q   Okay. All right. Are you familiar with a guy
13 by the name of Lawson Pilgrim?
14 A   Yes.
15 Q   Who is he?
16 A   He is a consultant.
17 Q   What does he do?
18 A   He is a motivational speaker, I do know that.
19 He works with motivating students, teachers.
20 Q   Okay. And does he work for the Helena-West
21 Helena School District?
22 A   No, he does not. He used to.
23 Q   Okay. So, you all have ended y'all's
24 relationship with him?
25 A   Yes.

Page 65

1    Q    Okay. Do you recall when that ended?
2    A    It was last year. And I don't know when, but
3    it was last year.
4    Q    Okay. All right. Did I ask you this? I don't
5    know. Would Lawson Pilgrim be a black man?
6    A    He is a black man.
7    Q    Okay. I have seen some of his presentations.
8    Do you believe black children need black role models?
9    A    I believe that black children can have anyone
10   as a role model, as long as they are positive role
11   models. Black, white, blue, purple, it doesn't
12   matter, as long as they can reach our children. You
13   shouldn't see color.
14   Q    All right. Now, earlier, you mentioned you
15   thought Bagley was suing you about racial
16   discrimination, and that is the nature of this
17   lawsuit. Why do you think he should not prevail on
18   his claim that the district has discriminated against
19   him?
20   A    The district has not discriminated against
21   Bagley. He should not prevail because that's not
22   true. None of what -- I don't know what all is in
23   there. But I think he is suing because we racially
24   discriminated against him. It had nothing to do with
25   race. Not on my part.

Page 66

1    Q    Okay.
2    A    It had to do with who was more qualified to
3    hold that position.
4    Q    Okay. And when you say "more qualified", you
5    are meaning what?
6    A    Meaning this was an individual who had been
7    Deputy Superintendent, who had worked closely with
8    the Superintendent, who know about the district. And
9    I feel like she has been here, done deputy, she
10   needed to be Superintendent.
11   Q    She had been Deputy Superintendent in Helena?
12   A    Yes.
13   Q    Okay. All right. Now, Ms. Davis, your
14   position is elected; right?
15   A    Yes.
16   Q    So, do you periodically hear from your
17   constituents?
18   A    Yes, sometime I do.
19   Q    Did you hear from your constituents during this
20   time period when this interviewing process was going
21   on with the Superintendent?
22   A    I heard from quite a few of them.
23   Q    Okay. And tell us a little bit about what you
24   heard.
25   A    One individual told me that if we hired Bagley

Page 67

1    we would be committing suicide. Others liked Bagley,
2    but he was not who we needed to put as
3    Superintendent. Others just told me, "You do not
4    need to do that."
5    Q    All right. And did you hear from any of your
6    constituents who said that he should be
7    Superintendent?
8    A    I did. As a matter of fact, the only one I
9    heard from was Lynn Chadwick, and I gave you her
10   name. But she was one that sent me a -- well, she
11   called and she texted.
12   Q    All right.
13   A    And she was the only one.
14   Q    Huh?
15   A    She was the only one.
16   Q    Did you hear from people like at the bus shed?
17   A    The bus -- no.
18   Q    Okay. Did you hear from staff people? I'm not
19   asking any particular names. But did you hear from
20   any staff people in terms of their thoughts about
21   Bagley being Superintendent?
22   A    I never talked very much to individual staff
23   members.
24   Q    All right. Did the other members of the Board
25   share with you what they were hearing from their

Page 68

1    constituents?
2    A    No.
3    Q    Okay. Now, in terms of the Superintendent's
4    pay, she gets the $140,000.00 salary? Does she get a
5    housing allowance, a car allowance, or anything like
6    that?
7    A    No.
8    Q    The Superintendent's house, does she live in
9    it, or somebody else lives in it?
10   A    Someone else lives in it. She is not in it.
11   Q    Is the district collecting rent for that?
12   A    Yes.
13   Q    Okay. Is the Superintendent paid -- she lives
14   in Marianna, I guess?
15   A    She lives in Marianna.
16   Q    Is she paid travel?
17   A    No.
18   Q    And she is on a 240-day contract?
19   A    Yes.
20   Q    On the score, were the members of the committee
21   or anybody else told that whoever gets the highest
22   score is going to get the position?
23   A    No.
24   Q    So, that was never --
25   A    That was never discussed.

Page 69

1  Q  Okay.
2  A  Never.
3  Q  And so, if a Board member now says that that
4  was discussed, then you disagree with him or her?
5  A  I have to disagree with them, because it was
6  never discussed.
7  Q  Okay. Now, the school district got a recent
8  millage that was passed. You are familiar with that?
9  A  Yes.
10 Q  Are you familiar with the campaign that took
11 place?
12 A  Yes.
13 Q  Would you describe Mr. Bagley's actions during
14 that millage campaign?
15 A  Did a great job. Mr. Bagley worked numerous of
16 hours, put a lot of effort into that millage.
17 Q  Okay.
18 A  Went above and beyond on the millage. He did.
19 I think Mr. Bagley loves that type of stuff. And
20 that's a great thing.
21 Q  Okay. Do you recall how divisive that campaign
22 became in terms of race in this community?
23 A  I know some of the things that Bagley told me
24 about some of the problems he was having. I don't
25 think it was surprising. I read some things that

Page 70

1  were written by some individuals. So, yes, I'm
2  aware.
3  Q  And when you say these "some things", don't let
4  me characterize them, I want you to characterize
5  them. Were they positive or --
6  A  Well, they were saying that the kids didn't
7  need this school, because all they were going to do
8  is tear it up, those type things.
9  Q  When you say "they", was this coming from a
10 certain part of our community or from the community
11 at large?
12 A  Well, it was coming from some whites. We had
13 some black people who felt the same way. So, you
14 know --
15 Q  Okay.
16 A  To me, it was just individuals not wanting
17 their taxes raised. And that's the way I took it.
18 Q  All right. Now, do you recall how many times
19 we tried to raise the millage before this one
20 actually passed?
21 A  I think -- I know Mr. Howard tried to do one,
22 and that one did not pass. And that's the only one I
23 know about.
24 Q  And then, on this one, we did it twice; right?
25 A  Yes.

Page 71

1  Q  In November?
2  A  Yes. Because it was voted down, and then, yes,
3  it was redone.
4  Q  It came back?
5  A  Uh-huh. (Indicated yes.)
6  Q  So, you guys regrouped and did those?
7  A  Yes.
8  Q  All right.
9     MR. VALLEY: Ms. Davis, I need to take
10    just a minute. And I think I'm about
11    through.
12    THE WITNESS: You need to do what? How
13    long am I going to be in here?
14    MR. VALLEY: I'm just about through. I
15    said I need to take just a minute.
16    THE WITNESS: Okay.
17    MR. VALLEY: I want to review my notes
18    and I need to ask Andrew something. And so,
19    if you will give me just a minute, I need to
20    go off the record.
21    THE WITNESS: Okay.
22    (WHEREUPON, a break was taken.)
23 BY MR. VALLEY:
24 Q  I've got one other thing I would like to show
25 you.

Page 72

1  A  (Witness reviews document.)
2     (WHEREUPON, Exhibit Number Six was
3     marked for identification.)
4  BY MR. VALLEY:
5  Q  Ms. Davis, I'm handing you what has been marked
6  as Exhibit Six. It's a Certified Survey. Have you
7  seen that before?
8  A  Yes.
9  Q  Okay. Does that appear to be the survey by
10 John Hoy on Linda English?
11 A  I can't say for sure. It looks like it. It
12 looks to be what I read in her file, on the file.
13 Q  All right. And how did Mr. Hoy characterize
14 Ms. English's weak points?
15 A  That there have been audit findings with the
16 programs overseen by her in finance.
17 Q  Okay. And has the district had trouble with
18 fiscal distress prior to Mr. Hoy coming here?
19 A  Yes.
20 Q  Okay. All right. Have you understood the
21 questions that I have asked you today?
22 A  I have.
23 Q  And have you answered them truthfully, to the
24 best that you know?
25 A  To the best of my knowledge, I have.

Page 73

1  Q   And is there anything you think you need to go
2  back and correct based on what you have told me so
3  far?
4  A   No.
5         MR. VALLEY:  Ms. Davis, I appreciate
6     you coming in for this deposition.
7         THE WITNESS:  Thank you.
8         MR. VALLEY:  That will be all my
9     questions, unless Cody or Brad has any.
10        MR. BEAVERS:  I don't have any.  Cody,
11    you don't want to ask any questions, do you?
12        MR. KEES:  No.
13        (WHEREUPON, at 4:16 p.m., the taking of
14    the above-entitled deposition was
15    concluded.)
16              ---o---

Page 74

1     Exhibit One.

Page 75

1     Exhibit Two.

Page 76

1     Exhibit Three.

Page 77

1  Exhibit Four.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 78

1  Exhibit Five.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 79

1  Exhibit Six.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 80

C E R T I F I C A T E
STATE OF ARKANSAS   )
                    )
COUNTY OF PULASKI   )

    I, DEBBYE L. PETRE, Certified Court Reporter in and for the County of Pulaski, State of Arkansas, duly commissioned and acting, do hereby certify that the above-entitled proceedings were taken by me in Stenotype, and were thereafter reduced to print by means of computer-assisted transcription, and the same fully, truly, and correctly reflects the proceedings had.
    I FURTHER CERTIFY that I am not attorney or counsel of any of the parties, nor am I relative or employee of any attorney or counsel or party connected with the action, and have no interest in the outcome or results of this litigation.
    WHEREFORE, I have subscribed my signature and seal as such court reporter in the City of Little Rock, County of Pulaski, State of Arkansas, this the 29th day of December, 2020.

_____
DEBBYE L. PETRE, CCR
COURT REPORTER IN AND FOR
PULASKI COUNTY, ARKANSAS

---o---

80