4/2/2018 View License



# ARKANSAS DEPARTMENT OF EDUCATION
## EDUCATOR'S LICENSE

**NATHAN ANDREW BAGLEY** — MASTERS

| CODE | AREA | TYPE | GRADE LEVEL |
| --- | --- | --- | --- |
| VALID FROM | VALID TO | | |
| 167 | SOCIAL STUDIES | STANDARD | 7 - 12 |
| 1/1/2017 | 12/31/2021 | | |

--Invalid Below this Line--

*COMMISSIONER OF EDUCATION*   *DIRECTOR - EDUCATOR LICENSURE*

**EXHIBIT 6**

https://adeaels.arkansas.gov/AelsWeb/View/ViewLicense.aspx?plid=426834

HWHSD; Bagley 128

Confidential
Produced Subject to
Protective Order

# State of Arkansas

## EDUCATOR LICENSE

By virtue of the authority vested in the Arkansas State Board of Education, we hereby issue this Educator License to

### NATHAN ANDREW BAGLEY

This is to certify that person named hereon is licensed under the laws of Arkansas to teach or serve in the public schools in the capacity indicated.

**CID: 8679574**  **Masters**

| Code | Area | Type | Grade Level | Valid From | Valid To |
|---|---|---|---|---|---|
| 167 | Social Studies | Standard | 7 - 12 | 1/1/2017 | 12/31/2021 |



_____  _____
COMMISSIONER OF EDUCATION   MANAGER - EDUCATOR LICENSURE