# State of Arkansas

## EDUCATOR LICENSE

By virtue of the authority vested in the Arkansas State Board of Education, we hereby issue this Educator License to

### LINDA KAY ENGLISH

This is to certify that person named hereon is licensed under the laws of Arkansas to teach or serve in the public schools in the capacity indicated.

**CID: 29187**  **Specialist**

| Code | Area | Type | Grade Level | Valid From | Valid To |
|---|---|---|---|---|---|
| 184 | Elementary | Standard | 1 - 6 | 1/1/2019 | 12/31/2023 |
| 305 | Gift & Talented | Standard | PK - 8 | 1/1/2019 | 12/31/2023 |
| 306 | Gift & Talented | Standard | 7 - 12 | 1/1/2019 | 12/31/2023 |
| 311 | District Administrator | Standard | PK - 12 | 1/1/2019 | 12/31/2023 |
| 340 | Supervisor Gifted and Talented | Standard | K - 12 | 1/1/2019 | 12/31/2023 |
| 402 | Elementary Principal | Standard | K - 9 | 1/1/2019 | 12/31/2023 |
| 403 | Secondary Principal | Standard | 5 - 12 | 1/1/2019 | 12/31/2023 |
| 441 | Curriculum Specialist | Standard | K - 12 | 1/1/2019 | 12/31/2023 |



EXHIBIT 8

_____
COMMISSIONER OF EDUCATION

_____
MANAGER - EDUCATOR LICENSURE