# HELENA-WEST HELENA SCHOOL DISTRICT
# 2018-19
# SECTION 1—BOARD GOVERNANCE AND OPERATIONS

1.1—LEGAL STATUS OF THE BOARD OF DIRECTORS ................................................................. 2

1.2—BOARD ORGANIZATION AND VACANCIES ........................................................................ 3

1.3—DUTIES OF THE PRESIDENT ................................................................................................... 6

1.4—DUTIES OF THE VICE-PRESIDENT ........................................................................................ 7

1.5—DUTIES OF THE SECRETARY ................................................................................................. 8

1.6—BOARD MEMBER VOTING ..................................................................................................... 9

1.6.1—ATTENDING MEETINGS REMOTELY ............................................................................... 10

1.7—POWERS AND DUTIES OF THE BOARD .............................................................................. 12

1.8—GOVERNANCE BY POLICY ................................................................................................... 13

1.10—ASSOCIATION MEMBERSHIPS ........................................................................................... 18

1.11—BOARD MEMBER TRAINING .............................................................................................. 19

1.12—COMMITTEES ......................................................................................................................... 20

1.13—SUPERINTENDENT/ BOARD RELATIONSHIP .................................................................. 21

1.14—MEETING AGENDA ............................................................................................................... 22

1.15—TORT IMMUNITY .................................................................................................................. 23

1.16—DUTIES OF BOARD DISBURSING OFFICER .................................................................... 24

1.17—NEPOTISM ............................................................................................................................... 25

1.18—DISTRICT AUDITS ................................................................................................................. 27

1.19—BOARD MEMBER LENGTH OF TERM AND HOLDOVERS ........................................... 28

1.20—DUTIES OF THE LEGISLATIVE LIAISON ......................................................................... 29

1.21—DATE OF ANNUAL SCHOOL BOARD ELECTION ........................................................... 30

**EXHIBIT 9**

**1.7—POWERS AND DUTIES OF THE BOARD**

The Helena-West Helena Board of Education, operating in accordance with state and federal laws, assumes its responsibilities for the operation of Helena-West Helena Public Schools. The Board shall concern itself primarily with the broad questions of policy as it exercises its legislative and judicial duties. The administrative functions of the District are delegated to the Superintendent who shall be responsible for the effective administration and supervision of the District.

Some of the duties of the Board include:
1. Developing and adopting policies to effect the vision, mission, and direction of the District;
2. Understanding and abiding by the proper role of the Board of Directors through study and by obtaining the necessary training professional development;
3. Electing and employing a Superintendent and giving him/her the support needed to be able to effectively implement the Board's policies;
4. Conducting formal and informal evaluations of the Superintendent annually or no less often than prior to any contract extension;
5. Employing, upon recommendation of the administrative staff and by written contract, the staff necessary for the proper conduct of the schools;
6. Approving the selection of curriculum and seeing that all courses for study and educational content prescribed by the State Board or by law for all grades of schools are offered and taught;
7. Reviewing, adopting, and publishing the District's budget for the ensuing year;
8. Being responsible for providing sufficient facilities, grounds, and property and ensuring they are managed and maintained for the benefit of the district;
9. Monitoring District finances and receiving, reviewing, and approving each annual financial audit;
10. Understanding and overseeing District finances to ensure alignment with the District's academic and facility needs and goals;
11. Visiting schools and classrooms when students are present no less than annually;
12. Setting an annual salary schedule;
13. Being fiscally responsible to the District's patrons and maintaining the millage rate necessary to support the District's budget;
14. Involving the members of the community in the District's decisions to the fullest extent practicable; and
15. Striving to assure that all students are challenged and are given an equitable educational opportunity.

Legal References:   A.C.A. § 6-13-620, 622

Date Adopted: March 2005
Last Revised:  05-08-2017