# N. ANDREW BAGLEY

219 St. Anthony, West Helena, AR 72390 · 870-995-6067
Abagley75@gmail.com · www.linkedin.com/in/andrew-bagley-132b4234/ · Twitter @abagley75

Objective: To offer leadership in developing and maintaining quality educational programming in our public schools so that all students have an adequate opportunity to be fully prepared for life after graduation.

## EXPERIENCE

### 2007-PRESENT
**INSTRUCTOR,** PHILLIPS COMMUNITY COLLEGE OF THE UNIVERSITY OF ARKANSAS

Duties included teaching courses in Political Science and History both in the traditional classroom and online. Served on multiple college committees focusing on distance learning, class attendance and student retention. Selected to serve three terms as President of the Faculty Senate. Served on the committees involved in the selection of course offerings and course development.

### 2015-PRESENT
**COURSE DEVELOPER AND INSTRUCTOR,** UA SYSTEM EVERSITY

Developed a course in American Government solely using open educational resources. Also taught the course as a member of the charter faculty of this new, online-only University.

### 2006-2007
**TEACHER,** HELENA-WEST HELENA SCHOOL DISTRICT

Duties included teaching secondary World History, Sociology, and Psychology. Also participated in the supervision of extracurricular activities, which included being the primary organizer of the 2006 Homecoming Parade, and served on the district's Personnel Policy Committee.

### 2000-2007
**ADJUNCT INSTRUCTOR,** PHILLIPS COMMUNITY COLLEGE OF THE UNIVERSITY OF ARKANSAS

Duties included teaching a course in history and a course in government during the evening schedule each semester at the community college.

### 2005-2006
**VICE-PRESIDENT FOR DEVELOPMENT IN EAST ARKANSAS,** AAA THERAPY CARE

Duties included marketing the new company in the eastern Arkansas area south of West Memphis. Signed up new clients, maintained files, dealt with making sure services would be covered by appropriate insurance or Medicaid, spoke to groups to educate them about services available to preschoolers. Also had responsibility for recruiting new employees to provide the service.



HWHSD; Bagley 120

Confidential
Produced Subject to
Protective Order

2003-2005
### OFFICE MANAGER, CUNNINGHAM, INC.
Responsible for managing the day-to-day operations of a propane, gasoline, and diesel distributor and retailer. Responsibilities included management of marketing efforts, accounts receivable, convenience store operations, payroll, and margin management of products.

2002-2003
### MARKETING ASSOCIATE, SYSCO CORPORATION
Was responsible for sales territory with over $1 million in annual gross sales, marketed the full line of products for the company, managed call schedules, processed all accounts receivable and debt collections, prospected for new customers.

2000-2002
### TEACHER, ELAINE SCHOOL DISTRICT
Duties included teaching junior high social studies, supervising the development of the campus's publications, sponsoring numerous clubs, supervising extracurricular activities, and coaching the quiz bowl team. Also taught classes at the elementary school. Both years saw improvement in the test results of the students.

1999-2003
### ASSOCIATE EDITOR, PHILLIPS COUNTY PROGRESS
Duties included reporting local events in politics and sports, aiding in the page design and copy editing of the publication, and selling advertising. Also wrote weekly column focusing on local and state politics.

## EDUCATION

MAY 1997
### BACHELOR OF ARTS, OUACHITA BAPTIST UNIVERSITY

AUGUST 1998
### MASTER OF ARTS, BAYLOR UNIVERSITY
Additional coursework was completed from Louisiana State University and Harding University

## SKILLS

- Leadership
- Fundraising
- Public Relations
- Microsoft Office
- Public Speaking
- Research
- Strategic Planning
- Teaching
- Distance Learning
- Marketing

## HONORS/ACTIVITIES

- Helena-West Helena School Board/Advisory Board  September 2013-Present

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 121

- West Helena Housing Authority Board of Directors, November 2013-Present
- PCCUA Faculty Senate President; 2010-2011, 2016-17, 2017-18
- Helena-West Helena Booster Club Board of Directors, 2008-Present
- Helena-West Helena Public School Foundation, 2017-Present
- Great Schools=Great Communities Committee to Pass HWHSD Millage
- Master Board Member with Arkansas School Boards Association
- Member, Arkansas State Teachers Association
- Member, Association of American Educators
- PCCUA Distance Learning Committee
- PCCUA Instruction and Curriculum Team
- Member of Phillips County Quorum Court, 2001-2006
- Delta Cultural Center Policy Advisory Board 2009-2012 (Chairman 2011)
- Past Board Member- Phillips County Chamber of Commerce
- Past Board Member- Main Street Helena
- Past Executive Board Member- Arkansas Political Science Association

## PUBLICATIONS

- "Desegregation in the Delta: A Look at Phillips County" in Learning Together at Last by Paul Root, 2005.

- "A Study of Early Arkansas Baptist Education: The Funding of Ouachita College" in Clark County Historical Journal, 1999, Arkadelphia, Clark County Historical Association.

Confidential
Produced Subject to
Protective Order