Linda K. English
253 Mixon Avenue
Marianna, AR 72360
Home: (870) 295-4731
Cell: (870) 821-0296
lkenglish@live.com

## EDUCATION:

| | |
|---|---|
| December 2003 | Arkansas State University, Jonesboro, AR<br>Ed.S. in Education Administration |
| August 1998 | Arkansas State University, Jonesboro, AR<br>M.S. in Gifted, Talented and Creative |
| August 1992 | University of Arkansas at Pine Bluff, Pine Bluff, AR<br>B.S. in Elementary Education |

## RELATED CREDENTIALS:

January 2014     Multiple-Areas Certification, Arkansas Department of Education, Little Rock, AR

- Curriculum Specialist K-12
- District Administrator PK-12
- Elementary Education 1-6
- Elementary Principal K-9
- Gifted and Talented Education PK-8
- Gifted and Talented Education 7-12
- Secondary Principal 5-12
- Supervisor of Gifted and Talented K-12

| | |
|---|---|
| March 2017 | AdvancED Assistant Lead External Review Team and Eleot Certified |
| March 2016 | AdvancED Assistant Lead External Review Team and Eleot Certified |
| October 2014 | AdvanceED External Review Team and Eleot Certified |
| November 2013 | Framework for Teaching Proficiency Test: Credentialed |
| February 2013 | AVID District Director Certification |
| March 2011 | Classroom Walkthrough Recalibration |
| August 2007 | Path Wise Training Recalibration |
| August 2001 | Teacher-Mentoring Program<br>Path Wise Training Certification |

## AWARDS

| | |
|---|---|
| 2006-07 | Manchester Who's Who of Executives and Professionals |
| 2003 | Arkansas State Graduate Student Educational Leadership |
| 2001-02 | Spirit of the Starfish, Forrest City Schools |



HWHSD; Bagley 092

Confidential
Produced Subject to
Protective Order

| | |
|---|---|
| 1998-99 | Gifted Education Leadership Award, Forrest City Schools Gifted Program |
| 1998-99 | Spirit of the Starfish, Forrest City Schools |
| 1998-99 | Friend of Gifted Education, Forrest City Schools Gifted Program |
| 1997 | Forrest City Education Association Grant, Forrest City Schools |

**RELATED EXPERIENCE:**

| | |
|---|---|
| 2002- 2005 | East Arkansas Community College<br>HERO Camp (Medical Professionals) – Camp Facilitator |
| 1998 | East Arkansas Community College<br>Saturday Scholars Program Instructor: Taught Frog Dissection Course |
| 1996 | First Annual Scholars Club Leadership Summit, Lincoln Middle School, Forrest City, AR<br>Participants were local community leaders, businesses, USDA agencies, East Arkansas Community College, local organizations, and civic clubs. |
| 1995-98 | Scholars Club Co-Founder and Sponsor, Forrest City, AR<br>5th and 6th Grade Academic Honor/Community Service<br>Mentoring Program; promoted academics, community involvement and mentoring peer program. |
| 1989-1992 | University of Arkansas at Pine Bluff College of Education, Pine Bluff, AR<br>Student Worker: Assigned basic research and clerical assignments |

**CONFERENCE PRESENTER/RESEARCH PRESENTED/SPECIAL PRESENTATION:**

| | |
|---|---|
| 2016 | AdvancED Arkansas Fall Conference. Co-Presenter: Helena-West Helena School District Continuous School Improvement<br>Little Rock, AR |
| 2013 | TESS Co-Trainer for Helena-West Helena District-wide Certified Staff<br>Helena-WestHelena, AR |
| 2011 | Educational Sub-Committee: Arkansas Greater Graduation Project (Mrs.English, Mrs.Hall, and Ms.DestinyBowie).<br>Little Rock, AR |
| 2011 | Helena-West Helena School Board: Arkansas Greater Graduation Project<br>Helena-WestHelena, AR |
| 2006 | Arkansas Department of Education 3rd Annual Statewide 21st CCLC Conference. Co-Presenter: ArtToday, Leaders Tomorrow. |

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 093

|  |  |
|---|---|
|  | Eureka Springs, AR |
| 2004 | America Association of School Administrators Annual Conference. "Throw Out the Lifeboat: Staying Afloat in the Age of Efficiency and Effectiveness-Mastery Teaching and Learning." Mastery Teaching and Learning project collaboration. Components of project presented at conference by Arkansas State University Professors, San Francisco, California |
| 1995 | Arkansas Gifted and Talented Education conference (AGATE). UALR College Students Gifted and Talented Curriculum Models, Little Rock, AR |
| 1990 | UAPB Third Annual Student/Faculty Research Forum. "Student Motivation." Paper presented at conference, Pine Bluff, AR |

**PUBLISHED RESEARCH:**
2004        English, L., G.Dickinson, J.McBride, J.Milligan, &J.Nichols. (2004). Throw out the lifeboat: Staying afloat in the age of efficiency and effectiveness. *Education*, 125 (1):104-10, Fall 2004.

**PROFESSIONAL MEMBERSHIPS:**
Arkansas Association of Curriculum and Instruction
Association for Supervision and Curriculum Development
Arkansas Administration Education Association

**PROFESSIONAL SERVICE:**
| 2013-2014 | Phillips County Spelling Bee Judge |
| 2011-Present | Central High School Leadership Team |
| 2009-Present | Helena-West Helena School District Closing the Achievement Gap Committee |
| 2009-2015 | Helena-West Helena District Textbook Committee |
| 2007-2009 | Total Instructional Alignment Planning Team, Great Rivers Education Cooperative |
| 2003-06 | East Arkansas Community College Community Education Advisory Committee |
| 2000-02 | AEA/NEA Building Representative Forrest City Schools |
| 2000-01 | Personnel Policy Building Representative, Forrest City Schools |
| 1994-95 | Arkansas Gifted and Talented (AGATE) Awards Committee |
| 1994-95 | Minority Diversity Recruitment, Arkansas State University |

**ADMINISTRATION EXPERIENCE:**
7/2016-Present     Helena-West Helena School District, Helena-West Helena, AR 72342
**Deputy Superintendent**
- Manage Human Resources

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 094

- Manage Federal Programs
- District School Improvement Liaison
- Monitor ALE Program
- District Director of 21st CCLC Programs
- Manage District Compliance and Appeals
- Career and Technical Education Liaison
- Provide technical assistance and support to principals.
- Supervise assigned Licensed and Non-Licensed staff.
- Coordinates the District Parent and Student Handbook committee.
- Work collaboratively with coordinators, directors, and other key staff.
- Collaborate and support the Superintendent's initiatives.
- AdvancED Liaison
- Coordinate and lead the ACSIP/District Leadership team.
- Strategic Planning committee member

10/2015-6/2016   Helena-West Helena School District, Helena-West Helena, AR 72342
**Interim Deputy Superintendent**
- Managed Human Resources a portion of the year.
- Managed Federal Programs
- School Improvement Liaison
- Coordinated 504
- District Director of 21st CCLC Programs
- Coordinated Homebound
- District Parent Coordinator
- Provided technical assistance and support to principals.
- Supervised assigned Non-Licensed staff.
- Coordinated the District Parent and Student Handbook committee.
- Worked collaboratively with coordinators, directors, and other key staff.
- Collaborated and supported the Superintendent initiatives.
- AdvancED Co-Liaison
- Coordinated Homeless Program
- Coordinated the Wellness committee

7/2014-10/2015   Helena-West Helena School District, Helena-West Helena, AR 72342
**Director of Elementary**
- Provided technical assistance and support to principals.
- Coordinated Professional Development
- Coordinated curriculum initiatives
- Coordinated Instructional Coaches meetings
- Assisted in the coordination of the Media Specialists meetings.
- Grant Writer: 21st CCLC Grant Recipient
- 21st CCLC Grant Monitor
- Collaborated with the Deputy Superintendent and ADE Office of Intensive Support Liaison.

4

HWHSD; Bagley 095

Confidential
Produced Subject to
Protective Order

- Administered the textbook selection process
- Co-Coordinated Building Level Walkthroughs
- Chaired Professional Development and Curriculum Committees

7/2013-6/2014   Helena-West Helena School District, Helena-West Helena, AR 72342
**Director of Elementary**
- Provided technical assistance and support to principals.
- Supervised elementary and primary school principals.
- Coordinated curriculum initiatives
- Coordinated Instructional Coaches meetings
- Assisted in the coordination of the Media Specialists meetings.
- Co-Supervisor of the HIPPY Program
- Co-Supervisor of the Save The Children Program
- Provided Classroom Walkthrough support to Secondary/Elementary/Primary Principals.
- Co-Backup District Test Coordinator
- AVID District Director
- GrantWriter: 21st CCLC GrantRecipient
- 21st CCLC GrantMonitor
- Instrumental as AVID District Director in ensuring that Central High School is designated as an AVID Certified Site, the first High School in the Region to receive that distinction.
- Collaborated with Superintendent, other Directors/Coordinators to ensure a consistent PreK-12 flow of educational priorities.
- Administered the textbook selection process
- Administered the Elementary/Primary Handbook process
- Coordinated and recovered instructional materials, equipment, furniture, and supplies from unused elementary buildings.
- Chaired Professional Development and Curriculum Committees

7/2012-6/2013  
7/2010-6/2011   Helena-West Helena School District, Helena-West Helena, AR 72342
**Director of Secondary Education**
- Provided resource support and technical assistance to principals.
- Conducted classroom walkthroughs with documented feedback.
- Coordinated District level walkthrough process with documented feedback.
- Developed protocols for District level walkthrough team.
- Coordinated programs in the areas of Curriculum and Instruction.
- Provided leadership coordination in the development of the district's curriculum.
- Co-Chaired Standards Assurance Visit
- Coordinated Professional Development Training
- Monitored Instructional Coaches
- Coordinated, monitored, and reported professional development,and curriculum review findingsto superintendent and the administrative team.

5

Confidential
Produced Subject to
Protective Order

- Coordinated monthly Instructional Coaches meetings
- Collaborated with Testing Coordinator, other directors, and consultants.
- Perkins Coordinator
- Co-Chaired AdvanceEd Monitoring
- Supervised District Reading Specialist
- Re-established the Executive Cabinet Team collaborative meeting.
- 2009 served as third in command role as delegated by the Superintendent.
- 2008 Co-Chair of Arkansas Greater Graduation Youth Summit
- 2010-11 Grant Recipient of Arkansas Greater Graduation, Phase IIand Chair of the Youth Summit.

7/2011-7/2012   Helena-West Helena School District, Helena-West Helena, AR 72342
**Elementary Supervisor**
- Provided technical assistance and support to principals.
- Supervised elementary and primary school principals.
- Coordinated curriculum initiatives
- Coordinated Instructional Coaches meetings
- Assisted in the coordination of the Media Specialists meetings.
- Co-Supervised the HIPPY Program
- Co-Supervised the Save The Children Program
- Provided Classroom Walkthrough support to Secondary/Elementary/Primary Principals.
- Co-Backup District Test Coordinator
- AVID District Director
- GrantWriter: 21st CCLC GrantRecipient
- 21st CCLC GrantMonitor
- Instrumental as AVID District Director in ensuring that Central High School is designated as an AVID Certified Site, the first High School in the Region to receive that distinction.
- Collaborated with Superintendent, other Directors/Coordinators to ensure a consistent PreK-12 flow of educational priorities.
- Administered the textbook selection process
- Administered the Elementary/Primary Handbook process
- Coordinated and recovered instructional materials, equipment, furniture, and supplies from unused elementary buildings.
- Chaired Professional Development and Curriculum Committees

7/2008-6/2010   Helena-West Helena School District, Helena-West Helena, AR 72342
**Curriculum Specialist K-12**
- Supervised programs in the areas of Curriculum, Instruction, and Professional Development.
- Provided leadership coordination in the development of the district's Curriculum.
- Conducted annual curriculum evaluation
- Coordinated The Task Force on Closing the Achievement Gap

6

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 097

- Kept abreast of developments in curriculum and instruction and provides leadership in determining the appropriateness for inclusion in the district's educational programs.
- Coordinated, monitored, and reported professional development and curriculum review findings to superintendent and the administrative team.
- Coordinated Professional Development Training
- Observed classroom teachers and evaluate their lesson plans for enhancement of the teaching/learning experiences at the high school.
- Conducted Instructional Coaches meetings
- Economic Arkansas District Coordinator
- Re-established C-CAP (Career Action Planning) Program
- Co-Coordinated and conducted the District's first Arkansas Greater Graduation Project Committee meeting.
- Perkins Grant Coordinator for two months and provided continuous assistance.
- Developed Course Description Catalogue, Course Requirement Brochure, and "Great Things Happening at Central" Brochure.
- Grant writer
- Co-Chair Standards Assurance Monitoring Visit

7/2007-6/2008   Helena-West Helena School District, Helena-West Helena, AR 72342
**Senior High Assistant Principal**
- Provided assistance to the high school principal in the operation of the total school program.
- Assisted the principal in the evaluation of instructional personnel assigned by the principal.
- Developed, implement and monitored staff improvement plans.
- School site ACSIP Coordinator
- Assisted with curriculum initiatives
- Coordinated programs and services supplementary to the instructional program.
- Supervised students' disciplinary actions and extracurricular activities.
- Monitored Parental Involvement Activities

7/2004-6/2007   Brinkley School District, Brinkley, AR 72021
**Assistant Superintendent**
- Coordinated Professional Development
- Coordinated Federal Programs

7

Confidential
Produced Subject to
Protective Order

- Co-Supervisor 21st CCLC Program
- Supplementary Educational Services Coordinator
- Grant Collaborator, Supervisor, and Monitor
- Coordinated School Improvement Grants
- District ACSIP Supervisor and Monitor
- Chunk Test Coordinator
- Coordinated and formatted K-12 Math and Literacy Curriculum Guides and designed layout for the District's web site.
- Collaborated with school principals on Summer Programs
- Coordinated and designed first Course Description Catalogue
- Evaluated Curriculum and Professional Development Programs
- Supervised Secondary Instructional Coaches and Curriculum Coordinator.
- Coordinated Job Shadowing Program with the Arkansas Game and Fish.
- Submitted budget reports and general reports for coordinated and supervised programs.
- Submitted reports to the Superintendent, and School Board.

12/2003-6/2004    Brinkley School District, Brinkley, AR 72021
**Interim Superintendent**
- Planned and implement educational and technology programs, personnel, budget operations, and made recommendations for improving instruction, services, and facilities.
- Made recommendations to the Board concerning personnel employment, contractual bids, and personnel policies.
- Coordinated and dialogued School Consolidation process with two (2) potential districts.
- Administered the District's budget and regularly reported to the Board the financial condition of the District.
- Kept the Board abreast of State and Federal rules and regulations.
- Prepared, in consultation with the Board President, the agenda for all Board meetings.
- Prepared and presented an Annual Budget for the District to the Board for its consideration.
- Kept school personnel abreast of innovative developments in curriculum and instruction, technology, school laws and regulations, and legislative initiatives.
- Made recommendations to the Board pertaining to student policies, personnel, and disciplinary actions.
- Coordinated the refurbishment of the football field
- Communicated with local government, local civic organizations, and state legislators.
- Coordinated District legal matters with School Board Lawyer and School District Attorney.
- Communicated and conferred with Department of Education supervisors and Great River Education Cooperative Director.

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 099

- Communicated well with local media and kept the public informed of District's goals and plans.
- Supervised principals and district staff

2002-2003   Brinkley School District, Brinkley, AR 72021
**Curriculum Coordinator**
- Coordinated Professional Development
- Developed and Implemented the Academy Program
- Designed Secondary End-or-Course Student Improvement Plans
- Evaluated Teachers
- Developed, Implemented and Monitored Teacher Improvement Plans.
- Presented Academy and Curriculum Presentations to School Board.
- Public Relations Coordinator for Academy and Curriculum Reports.
- Responsible for Parent/Community Involvement.
- Responsible for Coordination and Implementation of the ACSIP Plan.
- Submitted Quarterly Academy Budget Reports and Program Narratives
- Career and Technology Education Test Administrator

**TEACHING EXPERIENCE:**

1994-2002   Forrest City Schools, Forrest City, AR 72335
Gifted and Talented Instructor
Taught critical/creative/productive thinking, problem-solving, decision-making skills, planning/organization skills, and educational research skills.

- Developed Gifted and Talented Class Syllabus, Units of Study, and activities.
- Provided Whole Group Enrichment Services
- Provided Pull out Program Services
- Provided research strategies to content area students.

1993-1994   Forrest City Schools, Forrest City, AR 72335
Gifted and Talented Cluster Teacher

1992-1993   Forrest City Schools, Forrest City, AR 72335
Classroom Teacher

**REFERENCES:**

Mr. Randy Cannon
High School Principal

Confidential
Produced Subject to
Protective Order

HWHSD; Bagley 100

Palestine-Wheatley School District
P. O. Box 790
7900 Highway 70 West
Palestine, AR 72372


Dr. Joyce Cottoms
Superintendent
Marvell-Elaine School District
P. O. Box 1870
Marvell, AR 72366


Mr. Ken Harvey
Brinkley School Board, Former Vice President
818 Bogle Avenue
Brinkley, AR 72021


Mr. John Hoy
Superintendent
Helena-West Helena School District
305 Valley Drive
Helena, AR 72342


Mrs. Hazel Wallace
Principal
Stewart Elementary
400 Dawson Road
Forrest City, AR 72335


Mrs. Winnie Wilson
Brinkley School District Special Education Supervisor
3061 Highway 79 South
Humphrey, AR 72073

HWHSD; Bagley 101

Confidential
Produced Subject to
Protective Order